**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of **Connecticut**
(State)

Case number (If known): _____    Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   The Norwich Roman Catholic Diocesan Corporation

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   The Roman Catholic Diocese of Norwich

3. **Debtor's federal Employer Identification Number (EIN)**

   0 6 – 0 6 8 7 3 7 3

4. **Debtor's address**

   **Principal place of business**

   201 Broadway
   Number    Street

   Norwich    CT    06360
   City    State    ZIP Code

   New London
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City    State    ZIP Code

5. **Debtor's website (URL)**    www.norwichdiocese.org

Debtor  **The Norwich Roman Catholic Diocesan Corporation**          Case number (*if known*)_____
       Name

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☒ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   8   1   3   1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor   **The Norwich Roman Catholic Diocesan Corporation**          Case number (*if known*)_____
            Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☒ No
   ☐ Yes.  District _____  When ____/____/_____  Case number _____
                                           MM / DD / YYYY

   If more than 2 cases, attach a separate list.

              District _____  When ____/____/_____  Case number _____
                                              MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☒ No
    ☐ Yes.  Debtor _____  Relationship _____
            District _____  When ____/____/_____
                                                         MM / DD / YYYY

    List all cases. If more than 1, attach a separate list.

            Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                               Number     Street

                               _____

                               _____   _____   _____
                               City                           State   ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name      _____
           Phone             _____

---

**Statistical and administrative information**

Debtor   **The Norwich Roman Catholic Diocesan Corporation**                Case number *(if known)*_____
         Name

### 13. Debtor's estimation of available funds

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

### 14. Estimated number of creditors

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

### 15. Estimated assets

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☒ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

### 16. Estimated liabilities

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☒ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **07/15/2021**
            MM / DD / YYYY

X *(signature)*                                    **Reverend Peter J. Langevin**
Signature of authorized representative of debtor    Printed name

Title   **Chancellor**

Debtor __The Norwich Roman Catholic Diocesan Corporation__   Case number (if known)_____
       Name

18. **Signature of attorney**   X _/s/ Patrick M. Birney_    Date 07/15/2021
                                  Signature of attorney for debtor           MM / DD / YYYY

**Patrick M. Birney**
Printed name

**Robinson & Cole LLP**
Firm name

**280 Trumbull Street**
Number    Street

**Hartford**                                    CT        06103
City                                            State     ZIP Code

**(860) 275-8275**                              pbirney@rc.com
Contact phone                                   Email address

19875                                           CT
Bar number                                      State

# RESOLUTIONS OF MOST REVEREND MICHAEL R. COTE, D.D.
# BISHOP OF THE ROMAN CATHOLIC DIOCESE OF NORWICH

## July 14, 2021

The Most Reverend Michael R. Cote, D.D., Bishop and President and Chairman of the Board of Trustees of the Norwich Roman Catholic Diocesan Corporation, a corporation incorporated under Connecticut law in November 1953 (the "Diocese"), hereby adopts the following resolutions by written action:

**WHEREAS,** along with the other Trustees of the Diocese, the Diocesan Finance Council and the College of Consultors, I have engaged in numerous and extensive discussions with the management, financial, legal, and spiritual advisors of the Diocese regarding the assets and liabilities of the Diocese, the impact of such liabilities on the continuation of the mission of the Diocese, the strategic alternatives available to the Diocese, and the advisability of entering into restructuring arrangements;

**WHEREAS,** the Diocese has considered the importance of retaining outside advisors during the restructuring process; and

**WHEREAS,** along with the other Trustees of the Diocese, the Diocesan Finance Council and the College of Consultors, I have determined that taking the actions set forth below are advisable and in the best interests of the Diocese and, therefore desire to approve the following resolutions:

**RESOLVED,** that in order to respond to abuse claims in an equitable and comprehensive manner, and to reorganize the financial affairs of the Diocese in order to permit it to continue to fulfill its ministries to the Catholic faithful of the Diocese, the Diocese shall file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") commencing a chapter 11 case of the Diocese (the "Chapter 11 Case");

**FURTHER RESOLVED,** that each the officers and mangers of the Diocese (the "Authorized Persons"), including Reverend Peter Langevin, Chancellor, and Monsignor Leszek T. Janik, J.C.L. Vicar General of the Diocese, or such other authorized signer for the Diocese as he may designate, be, and they hereby are, authorized, empowered, and directed to execute and file, or cause to be filed, with the bankruptcy court, for the Diocese all petitions, schedules, lists, motions, applications, pleadings and any other necessary papers or documents, including any amendments thereto, and to take any and all action and perform any and all further deeds that they deem necessary or proper to obtain chapter 11 bankruptcy relief or in connection with the Chapter 11 Case, with a view to the successful prosecution of such case;

1

4819-7309-4369.2

**FURTHER RESOLVED,** that the Authorized Persons be, and each of them hereby is, authorized, empowered, and directed to employ the law firm of Ice Miller LLP as general bankruptcy counsel to represent and advise the Diocese in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance its rights and obligations, including filing any pleadings in connection with the Chapter 11 Case; and, in connection therewith, the Authorized Persons are hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 Case, and cause to be executed and filed an appropriate application with the bankruptcy court for authority to retain the services of Ice Miller LLP;

**FURTHER RESOLVED,** that the Authorized Persons be, and each of them hereby is, authorized, empowered, and directed to employ GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services ("B. Riley") as financial advisor to represent and assist the Diocese in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance its rights and obligations in connection with the Chapter 11 Case; and, in connection therewith, the Authorized Persons are hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 Case, and cause to be executed and filed an appropriate application with the bankruptcy court for authority to retain the services of B. Riley;

**FURTHER RESOLVED,** that the Authorized Persons be, and each of them hereby is, authorized, empowered, and directed to employ Epiq Corporate Restructuring, LLC as administrative advisor and claims, noticing and balloting agent to assist the Diocese in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance its rights and obligations in connection with the Chapter 11 Case; and, in connection therewith, the Authorized Persons are hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 Case, and cause to be executed and filed an appropriate application with the bankruptcy court for authority to retain the services of Epiq Corporate Restructuring, LLC;

**FURTHER RESOLVED,** that the Authorized Persons be, and each of them hereby is, authorized, empowered, and directed to employ Robinson & Cole LLP as co-counsel; and, in connection therewith, the Authorized Persons are hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 Case, and cause to be executed and filed an appropriate application with the bankruptcy court for authority to retain the services of Robinson & Cole LLP;

**FURTHER RESOLVED,** that the Authorized Persons be, and each of them hereby is, authorized, empowered, and directed to employ Brown Jacobson P.C. as special counsel; and, in connection therewith, the Authorized Persons are hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 Case, and cause to be executed and filed an appropriate application with the bankruptcy court for authority to retain the services of Brown Jacobson P.C.;

**FURTHER RESOLVED,** that the Authorized Persons be, and each of them hereby is, authorized and directed to employ any other professionals to assist the Diocese in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Persons are hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case of the Diocese, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary;

**FURTHER RESOLVED,** that the Authorized Persons be, and each of them hereby is, authorized, empowered, and directed, in the name and on behalf of the Diocese, to prosecute the Chapter 11 Case in a manner that in their business judgment is likely to maximize the recovery for stakeholders in the Diocese and minimize the obligations incurred by the Diocese;

**FURTHER RESOLVED,** that the Authorized Persons be, and each of them hereby is, authorized, empowered, and directed, in the name and on behalf of the Diocese, to cause the Diocese to enter into, execute, deliver, certify, file, and/or record and perform such agreements, instruments, motions, affidavits, certificates or other documents, and to take such other action, as in the judgment of such person shall be or become necessary, proper, and desirable to prosecute to a successful completion the Chapter 11 Case, including, but not limited to, implementing the foregoing resolutions and the transactions contemplated by these resolutions;

**FURTHER RESOLVED,** that Authorized Persons be, and each of them hereby is, authorized, empowered, and directed, in the name and on behalf of the Diocese, to amend, supplement, or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, or other writings referred to in the foregoing resolutions; and

**FURTHER RESOLVED,** that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name and on behalf of the Diocese, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

4819-7309-4369.2

**IN WITNESS WHEREOF,** I have signed this written action and affixed the seal of the Diocese this **14th** day of July, 2021.

_/s/ Michael R. Cote_<br>
Most Reverend Michael R. Cote, D.D.<br>
Bishop and Chairman of<br>
the Norwich Roman Catholic<br>
Diocesan Corporation