**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,[1] | Case No: 21-20687 (JJT) |
| Debtor. | July 15, 2021 |

**CORPORATE OWNERSHIP STATEMENT**

TO THE HONORABLE JAMES J. TANCREDI
UNITED STATES BANKRUPTCY JUDGE

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1), and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for The Norwich Roman Catholic Diocesan Corporation (the "Debtor"), in the above captioned case, certifies that the Debtor is a Connecticut non-stock corporation and no corporation directly or indirectly owns the Debtor's equity interests.

[*Signature on following page*]

---

[1] The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich. The last four digits of the Debtor's federal tax identification number are 7373.

4821-4333-6175.7

|  |  |
|---|---|
| Dated:  July 15, 2021 | */s/ Patrick M. Birney* <br> Patrick M. Birney (CT No. 19875) <br> Andrew A. DePeau (CT No. 30051) <br> Annecca H. Smith (*pro hac vice* pending) <br> **ROBINSON & COLE LLP** <br> 280 Trumbull Street <br> Hartford, CT 06103 <br> Telephone:  (860) 275-8275 <br> Facsimile:  (860) 275-8299 <br> E-mail:  pbirney@rc.com <br>           adepeau@rc.com <br>           asmith@rc.com <br> <br> Louis T. DeLucia (*pro hac vice* pending) <br> Alyson M. Fiedler (*pro hac vice* pending) <br> **ICE MILLER LLP** <br> 1500 Broadway, 29th Floor <br> New York, NY 10036 <br> Telephone: (212) 824-4940 <br> Facsimile: (212) 824-4982 <br> E-Mail:  louis.delucia@icemiller.com <br>           alyson.fiedler@icemiller.com <br> <br> *Proposed Counsel to the Debtor* <br> *and Debtor-in-Possession* |

**CERTIFICATE OF SERVICE**

     I hereby certify that on July 15, 2021, a copy of the foregoing shall be served via the electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties in interest may access this document through the court's CM/ECF System.

                                     */s/ Patrick M. Birney*
                                     Patrick M. Birney