ct173                                                                                                                06/2020

# United States Bankruptcy Court
## District of Connecticut

In re:

The Norwich Roman Catholic Diocesan Corporation

Case Number: 21-20687

Chapter: 11

Debtor*

## ORDER SCHEDULING INITIAL CHAPTER 11 CASE MANAGEMENT CONFERENCE

The Norwich Roman Catholic Diocesan Corporation (the "Debtor"), filed a petition for reorganization under Chapter 11 of the Bankruptcy Code on July 15, 2021. The Court having determined that a Case Management Conference will aid in the efficient conduct and proper administration of the case; it is hereby

**ORDERED**: Pursuant to 11 U.S.C. § 105(d), a Case Management Conference will be conducted by the undersigned Bankruptcy Judge on July 30, 2021 at 11:00 AM. Pursuant to the Court's General Order #4 Regarding Court Operations under the Exigent Circumstances Created by COVID-19, the Case Management Conference will be held remotely using the ZoomGov platform; and it is further

**ORDERED**: The Debtor, or an authorized representative of the Debtor (knowledgeable on the matters described below), and counsel for the Debtor, shall be present at this Case Management Conference and shall be prepared to discuss at the Court's discretion, as applicable:

1. The nature of the Debtor's business and the reason(s) for the Chapter 11 filing;
2. The Debtor's current financial condition, including post-petition operations and revenue;
3. Debtor-in-possession financing;
4. The use of cash collateral;
5. The Debtor's capital structure;
6. The Debtor's corporate structure, including subsidiaries and affiliates (specifying the names and positions of the Debtor's officers, directors or managing members);
7. Any significant motions which the Debtor anticipates bringing before the Court including, but not limited to, sale motions or motions related to management retention, collective bargaining or health and welfare benefits;
8. Matters relating to the retention of professionals (including any brokers, financial advisors or appraisers);
9. The status of any material litigation involving the Debtor;
10. The status of the Debtor's insurance;
11. Proposed deadlines for the filing of claims and a Plan and Disclosure Statement;
12. The use of alternative dispute resolution, if appropriate;
13. If this is a single asset real estate case, whether the Debtor intends to file a plan within the time allotted pursuant to § 362(d)(3)(A), or whether the Debtor intends to commence monthly payments pursuant to § 362(d)(3)(B);
14. If this is a small business case, whether the Debtor anticipates being able to satisfy the deadlines provided by § 1121(e);
15. If this is an individual case, all material issues unique to individual Chapter 11 cases;
16. The scheduling of additional Case Management Conferences;
17. Any other case administrative matters;
18. The proposed management of reclamation claims; and it is further

**ORDERED**: The Debtor shall file with the Court, and serve upon the Office of the United States Trustee, Monthly Operating reports during the pendency of this case. The Monthly Operating Reports shall be in the form prescribed by the Office of the United States Trustee's Operating Guidelines and Reporting Requirements for Debtors-in-Posession and Trustees for cases pending in this District. The Monthly Operating Reports shall be served and filed on or before the 20th day of the month following the reporting period; and it is further

**ORDERED**: Unexcused failure to attend any Case Management Conference or to file timely Monthly Operating Reports in compliance with this Order may constitute cause for conversion of this case to Chapter 7, appointment of a trustee, or dismissal of this case pursuant to 11 U.S.C. § 1112; and it is further

**ORDERED**: The Clerk of Court shall give notice of this Order to the Debtor, its counsel, the United States Trustee and all creditors and parties in interest.

**See below for ZoomGov Connection Instructions to participate via video and/or telephonically.**

Dated: July 16, 2021

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

*For the purposes of this order, "Debtor" means "Debtors" where applicable.

## ZOOMGOV CONNECTION INSTRUCTIONS

**Important Policy Notice to the Bar, Public, and Media**
Persons granted remote access to hearings and other proceedings held before the Court via ZoomGov, CourtSolutions, CourtCall, or any other remote communication platform, are reminded that pursuant to policy of the Judicial Conference of the United States and D. Conn. Bankr. L. R. 5073−1, it is absolutely prohibited to record, photograph, rebroadcast or retransmit such proceedings (including streaming, screen−shots or any other audio or video reproduction).
A violation of these prohibitions is subject to sanctions, including but not limited to restricted access to future hearings, removal of court issued media credentials, or any other sanctions deemed necessary by the Court.

## ZOOMGOV REMOTE HEARING INFORMATION FOR PARTICIPANTS

If you are the debtor, CM/ECF Filer, or CM/ECF User and will be participating in the above scheduled hearing, at least THREE business days before the scheduled hearing, you must contact the Clerk's Office for instructions to connect to the ZoomGov remote hearing by sending an email to the following court email address: **CalendarConnect_HTD@ctb.uscourts.gov**. If you do not have an email address, you may call the Clerk's Office at **(860) 240-3675** for the instructions.

**PUBLIC ACCESS TO REMOTE HEARING−LISTEN ONLY:** If you are not a Remote Hearing Participant but would like to listen to the hearing, please use the court hearing conference line at **1-877-336-1839** and input the Access Code: **8852665** when prompted.

For further instruction and best practices for appearing remotely utilizing ZoomGov, please find the "Procedures and Instructions for Remote Appearances using ZoomGov" on our website at www.ctb.uscourts.gov.