# Notice Recipients

| District/Off: 0205–2 | User: ddenicola | Date Created: 7/16/2021 |
|---|---|---|
| Case: 21–20687 | Form ID: pdfdoc2 | Total: 5 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
intp      The Oceania Province of the Congregation of Christian Brothers

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust      U. S. Trustee          USTPRegion02.NH.ECF@USDOJ.GOV
aty      Patrick M. Birney        pbirney@rc.com
aty      Suzanne B. Sutton        ssutton@cohenandwolf.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      The Norwich Roman Catholic Diocesan Corporation      201 Broadway      Norwich, CT 06360

TOTAL: 1