## **EXHIBIT C**

**List of Bank Accounts**

| | Debtor Bank Accounts | | | | |
|---|---|---|---|---|---|
| # | Description | Bank | Bank Acct # | Balance @ 7/13/21 | Source [1] |
| | *Unrestricted Bank Accounts* | | | | |
| 1 | Deposit Account | People's | xxxxxx0509 | $ 85,845 | Per 7/13/21 Account Activity Report |
| 2 | General Fund Account | People's | xxxxxx1681 | 157,516 | Per 7/13/21 Account Activity Report |
| 3 | Lay Pension Account | People's | xxxxxx3679 | 3,459 | Per 7/13/21 Account Activity Report |
| 4 | Medical Account | People's | xxxxxx3687 | 162,987 | Per 7/13/21 Account Activity Report |
| 5 | Payroll Account | People's | xxxxxx2203 | 2,422 | Per 7/13/21 Account Activity Report |
| 6 | Insurance Reserve (Misnomer) | Janney Montgomery Scott | xxxx-0959 | 1,917,938 | Per 7/13/21 Account Activity Report |
| 7 | Business Advantage Account | People's | xxxxxx1906 | 8,697 | Per 7/13/21 Account Activity Report |
| | **Subtotal - Unrestricted Cash Balances - Operating Accounts** | | | **$ 2,338,866** | |
| | *Unrestricted Investment Accounts* | | | | |
| 7 | Norwich Roman Catholic Diocesan Corp. Reserve Fund | Janney Montgomery Scott | xxxx-9931 | $ 954,455 | Per 7/13/21 Account Activity Report |
| 8 | Priest Needs Account | Janney Montgomery Scott | xxxx-9841 | 2,024,829 | Per 7/13/21 Account Activity Report |
| 9 | Priest Needs Account - Managed | Janney Montgomery Scott | xxxx-7676 | 731,826 | Per 7/13/21 Account Activity Report |
| 10 | Norwich Roman Catholic Diocesan Corp SAM    Account | Morgan Stanley | xxx-xxxxx2-132 | 1,126,450 | per June 30, 2021 bank statement |
| 11 | The King Family Fund for Priests & Seminarians | Morgan Stanley | xxx-xxxxx6-132 | 323,069 | per June 30, 2021 bank statement |
| 12 | Norwich Roman Catholic Diocesan Corp Continuing Education | Morgan Stanley | xxx-xxxxx3-132 | 852,809 | per June 30, 2021 bank statement |
| 13 | Michael & Catherine King Vocation Fund | Morgan Stanley | xxx-xxxxx8-132 | 1,655,907 | per June 30, 2021 bank statement |
| | **Subtotal - Unrestricted Cash Balances - Investment Accounts** | | | **$ 7,669,344** | |
| | *Restricted Bank accounts* | | | | |
| 14 | Dorothy H. Cooke Ecumenical Fund | Janney Montgomery Scott | xxxx-7582 | $ 855,991 | Per 7/13/21 Account Activity Report |
| 15 | Seminarian Educational Fund | Janney Montgomery Scott | xxxx-4046 | 509,731 | Per 7/13/21 Account Activity Report |
| 16 | Gift Annuity | Janney Montgomery Scott | xxxx-0304 | 19,369 | Per 7/13/21 Account Activity Report |
| 17 | Mae-Lee Trust CD | People's | xxxxxx0903 | 45,889 | per June 30, 2021 bank statement |
| | **Subtotal - Restricted Funds** | | | **$ 1,430,980** | |
| | **Total Debtor Funds** | | | **$ 11,439,190** | |

| | Non- Debtor Bank Accounts | | | | |
|---|---|---|---|---|---|
| # | Description | Bank | Bank Acct # | Balance @ 6/30/21 | Source |
| | *Annual Catholic Appeal ("ACA") Bank Accounts* | | | | |
| 1 | ABA, Inc. | Janney Montgomery Scott | xxxx-6761 | $ 805,233 | Per 7/13/21 Account Activity Report |
| 2 | ABA, Inc. Reserve Fund | Janney Montgomery Scott | xxxx-8301 | 1,035,922 | Per 7/13/21 Account Activity Report |
| 3 | Annual Catholic Appeal | Dime Bank | xxxxx0383 | 1,006,890 | per June 30, 2021 bank statement |
| | **Subtotal - ACA Funds** | | | **$ 2,848,044** | |
| | *Priest Retirement Bank Accounts* | | | | |
| 4 | Retirement Plan for Diocesan Priests - Managed | Janney Montgomery Scott | xxxx-4308 | $ 731,826 | Per 7/13/21 Account Activity Report |
| 5 | Retirement Plan for Diocesan Priests | Janney Montgomery Scott | xxxx-2409 | 11,595,628 | Per 7/13/21 Account Activity Report |
| | **Subtotal - Priest Retirement Funds** | | | **$ 12,327,454** | |
| | **Total Non-Debtor Funds** | | | **$ 15,175,498** | |

*Notes:*

[1] With the exception of the General Fund, none of the bank accounts have outstanding checks or deposits, consequently, the bank statement balance is the correct "book" balance. The bank reconciliation report is the source for the General Fund balance because this account has outstanding checks.