# **EXHIBIT D**

**Funds Flow Diagram**



**THE NORWICH ROMAN CATHOLIC DIOCESAN CORP.**
Cash Management Flow of Funds Chart [Bank Account Name/Number & General Ledger Account #]
*Signers: Most Rev. Michael Cote, Msgr. Leszek Janik, Fr. Peter Langevin, Karen Huffer*

Notes:
[1] This is an unrestricted savings account. Not used for Insurance purposes, nor "reserved" for any specific purpose. Account title is legacy only.
[2] Funds will no longer be transferred from Medical account to Payroll Account, funds will go to General Fund and be disbursed from there.
[3] Funds will no longer move from the Deposit account to the Payroll Account, funds will go to General Fund and be disbursed from there.
[4] ACA will pay for it's expenses directly, except for Payroll and Benefits
[5] Previously used as conduit account to fund the Christian Brothers Employee Retirement Plan ("CBERP"); inactive since Feb 2021. Payments to CBERP now come from General Fund.