## EXHIBIT B

## Utility Service List

| Utility Provider | Account Number(s) | Notice Address | Service Provided |
|---|---|---|---|
| AT&T Mobility | 824363593 | P.O. Box 6463<br>Carol Stream IL 60197-6463 | Telecom |
| Norwich Dept. of Public Utilities | 510499-100054<br>501439-100054<br>501440-100054<br>501441-100054<br>501444-100054<br>501445-102114<br>501627-100054<br>501637-100054<br>528805-100054<br>501637-100054<br>501630-102114<br>501632-100054<br>501438-100054<br>501442-100054<br>501443-100054 | 173 N Main St<br>Norwich CT 06360 | Power/Water/Sewer |
| Frontier | 860-425-0934-071277-5<br>860-456-3349-030698-5<br>860-889-4455-123179-5 | PO Box 740407<br>Cincinnati OH 45274-0407 | Telecom |
| Comcast | 901324858<br>8773-40-200-1331004<br>8773-40-200-1289673<br>8773-40-200-0832945<br>8773-40-200-0000444<br>8773-40-200-1066907<br>8773-40-200-1075163<br>8773-40-200-1075171<br>8773-40-200-1289681<br>8773-40-200-1289699<br>8773-40-200-1297551<br>8773-40-200-1297569<br>8773-40-200-1317276 | 1701 JFK Boulevard<br>Philadelphia PA 19103 | Internet |
| Saveway Petroleum | 438425 | PO Box 900<br>Danielson CT 06239 | Gas |