**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re:<br><br>THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,[1]<br><br>Debtor. | Chapter 11<br><br>Case No: 21-20687 (JJT)<br><br>July 16, 2021 |

**ORDER GRANTING MOTION FOR EXPEDITED**
**CONSIDERATION OF CERTAIN FIRST DAY MOTIONS**

Upon the motion (the "Motion")[2] of The Norwich Roman Catholic Diocesan Corporation, as debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor") for entry of an order granting expedited consideration of certain First Day Motions filed by the Debtor and scheduling an immediate hearing to consider them (the "First Day Hearing"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties, and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; after due deliberation and sufficient cause appearing therefor,

---

[1] The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich. The last four digits of the Debtor's federal tax identification number are 7373.
[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**.

2. An emergency First Day Hearing upon the First Day Motions will be heard on July 21, 2021 at 2:00 pm (prevailing Eastern Time).

3. The First Day Hearing will be held remotely using the ZoomGov platform pursuant to the Court's General Order No. 4 Regarding Court Operations Under the Exigent Circumstances Created by COVID-19. To participate in the First Day Hearing, participants must contact the Clerk's Office for instructions to connect to ZoomGov remote hearing by sending an email to the following court email address: CalendarConnect_HTD@ctb.uscourts.gov, or if you do not have an email address, you may call the Clerk's Office at (860) 240-3675 for the instructions.

4. As soon as practical upon entry of this Order, the Debtor shall serve a copy of *Notice of Debtor (I) Filing First Day Motions, (II) First Day Hearing, and (III) Proposed Agenda for Presentment of Emergency First Day Hearing* upon the Notice Parties, the Connecticut Attorney General and the United States Attorneys' Office for the District of Connecticut.

5. A copy of this Order, along with the First Day Motions and all attachments and orders related thereto, shall be served consistent with Local Bankruptcy Rule 9013-2(b) upon each of the "Notice Parties" as described in each of the applicable First Day Motion, including the Connecticut Attorney General and the United States Attorneys' Office for the District of Connecticut with service upon the applicable Notice Parties, the Connecticut Attorney General and the United States Attorneys' Office for the District of Connecticut to be made by operation of the Court's electronic filing system, fax, email or by overnight delivery to anyone unable to accept fax, email or electronic filing as indicated on the court's ECF Notice of Electronic Filing report. The Court finds that the foregoing method and manner of service is due and proper notice of the First Day Motions.

Dated at Hartford, Connecticut this 17th day of July, 2021.



*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut