| Fill in this information to Identify the case: | |
|---|---|
| Debtor Name: The Norwich Roman Catholic Diocesan Corporation | |
| United States Bankruptcy Court for the: District of Connecticut | ☐ Check if this is an amended filing |
| Case Number (If known): 21-20687 | |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders         12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | LITIGATION PARTIES 1-51<br>PATRICK TOMASIEWICZ, ESQ.<br>FAZZANO & TOMASIEWICZ, LLC<br>96 OAK STREET<br>HARTFORD, CT 06106 | PHONE: 860-231-7766<br>7766<br>PT@FTLAWCT.COM | LITIGATION | CUD | | | UNKNOWN |
| 2 | LITIGATION PARTIES 52-55<br>KELLY E. REARDON, ESQ<br>THE REARDON LAW FIRM, P.C.<br>160 HEMPSTEAD ST<br>NEW LONDON, CT 06320 | PHONE: 860-442-0444<br>KREARDON@REARDONLAW.COM | LITIGATION | CUD | | | UNKNOWN |
| 3 | LITIGATION PARTY 56<br>FRANK C. BARTLETT, JR<br>BARTLETT LEGAL GROUP LLC<br>36 WALLINGFORD ROAD<br>CHESHIRE, CT 06410 | PHONE: 203-439-7717<br>FRANK@BARTLETTLEGALGROUP.COM | LITIGATION | CUD | | | UNKNOWN |
| 4 | PEOPLES UNITED BANK, N.A.<br>PETER LINEHAN<br>225 ASYLUM STREET<br>HARTFORD, CT 06103 | PHONE: 860-280-2656<br>PETER.LINEHAN@PEOPLES.COM | LINE OF CREDIT | C | | | $276,543.00 |
| 5 | CATHOLIC UMBRELLA POOL<br>C/O CATHOLIC MUTUAL RELIEF SOCIETY<br>10843 OLD MILL ROAD<br>OMAHA, NE 68154-2600 | PHONE: 402-551-8765 | TRADE | | | | $19,890.50 |
| 6 | THE HARTFORD COURANT, LLC<br>285 BROAD ST<br>HARTFORD, CT 06457 | PHONE: 860-525-5555<br>AJULIEN@COURANT.COM | TRADE | | | | $2,564.85 |
| 7 | RAD COMPUTING<br>281 HARTFORD TURNPIKE UNIT 201<br>VERNON, CT 06066 | PHONE: 860-454-7700<br>INFO@RADCOMPUTING.COM | TRADE | | | | $2,543.00 |

Debtor: The Norwich Roman Catholic Diocesan Corporation    Case Number (if known): 21-20687

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8  WILI & WILI FM<br>40 CUPRAK ROAD<br>NORWICH, CT  06360 | PHONE: 860-887-3511<br>ARUSSELL@HALLRADIO.NET | TRADE | | | | $1,279.00 |
| 9  COMCAST<br>1701 JFK BOULEVARD<br>PHILADELPHIA, PA  19103 | PHONE: 215-286-4850<br>DANIEL_CARR2@CABLE.COMCAST.COM | TRADE | | | | $659.77 |
| 10  W.B. MASON COMPANY, INC<br>43 STOTT AVENUE<br>NORWICH, CR  06360 | PHONE: 888-926-2766<br>CUSTOMERSUPPORT@WBMASON.COM | TRADE | | | | $381.80 |