# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205−2 | User: lwatson | Date Created: 7/20/2021 |
| Case: 21−20687 | Form ID: 112 | Total: 3 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |
| aty | Holley L. Claiborn | holley.l.claiborn@usdoj.gov |
| aty | Patrick M. Birney | pbirney@rc.com |

TOTAL: 3