UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford Division

IN RE:
THE NORWICH ROMAN CATHOLIC      : CHAPTER 11
DIOCESAN CORPORATION
    DEBTOR

: CASE NO. 21-20687 JJT

NORWICH PUBLIC UTILITIES      : DOC. I.D. No.
    MOVANT
VS.

THE NORWICH ROMAN CATHOLIC
DIOCESAN CORPORATION
    DEBTOR

U.S. TRUSTEE
    RESPONDENT      : JULY 26, 2021

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

The undersigned hereby enters its appearance for NORWICH PUBLIC UTILITIES, a creditor and party in interest in the above matter and, pursuant to Bankruptcy Rules 2002 and 9007, requests that all notices given or required to be given in the above-captioned case be served upon the undersigned at the address set forth below.

The foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or

informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail delivery, telephone, telegraph, telex or otherwise, which affects the Debtor or the property of the Debtor.

        THE MOVANT,
        NORWICH PUBLIC UTILITIES

        By__s/Lloyd L. Langhammer_____
           Lloyd L. Langhammer, for Law Offices of
           Lloyd L. Langhammer, LLC
           18A Granite Street
           New London, Connecticut 06320
           Telephone: 860-440-3340
           Federal Bar No. ct01508
           E-mail:  LLanghammer@hotmail.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford Division

IN RE:
THE NORWICH ROMAN CATHOLIC : CHAPTER 11
DIOCESAN CORPORATION
    DEBTOR

: CASE NO. 21-20687 JJT

NORWICH PUBLIC UTILITIES : DOC. I.D. No.
    MOVANT
VS.

THE NORWICH ROMAN CATHOLIC
DIOCESAN CORPORATION
    DEBTOR

U.S. TRUSTEE
    RESPONDENT : JULY 26, 2021

## **CERTIFICATION**

The undersigned hereby certifies on the 26th day of July 26, 2021, in accordance with Rules 7004(a), 9014 F.R.Bankr, P., I served the foregoing Notice of Appearance via Notice of Electronic Filing to parties or counsel who are registered filers and first class mail postage prepaid to all other parties entitled to service by applicable rule or court order.

DATED: July 26, 2021      By:  s/Lloyd L. Langhammer
    Lloyd L. Langhammer, for Law Offices of
    Lloyd L. Langhammer, LLC
    18A Granite Street
    New London, Connecticut 06320
    Telephone: 860-440-3340
    Federal Bar No. ct01508
    E-mail: LLanghammer@hotmail.com