# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# HARTFORD DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION | Case No: 21-20687 (JJT) |
| Debtor.[1] |  |
|  | July 26, 2021 |

## MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEY J. MARK FISHER

Pursuant to Local Rule of Civil Procedures 83.1(d) of the United States District Court for the District of Connecticut, incorporated herein by Local Rule of Bankruptcy Procedure 1001-1, Jeffrey Sklarz, a member of the Bar of this Court and a Partner of the Law Firm, Green & Sklarz, LLC, respectfully moves that the Court admit Attorney J. Mark Fisher *pro hac vice* on behalf of The Catholic Mutual Relief Society of America ("Catholic Mutual") to represent it as a party in interest in the above captioned Chapter 11 bankruptcy case and in support represents the following:

1. Attorney J. Mark Fisher, is a partner of the law firm of Schiff Hardin LLP. The office address of J. Mark Fisher is: 233 South Wacker Drive, Suite 7100, Chicago, Illinois 60606. Attorney Fisher's telephone number is (312) 258-5710 and his fax number is (312) 258-5600. His email address is mfisher@schiffhardin.com.

2. Attorney Fisher is a member in good standing of all states and jurisdictions set forth in his affidavit, attached as "Exhibit A."

---

[1] The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich. The last four digits of the Debtor's federal tax identification number are 7373.

{00228848.1 }

3.  To the best of my knowledge and belief, Attorney Fisher a member in good standing of the courts listed in his affidavit and he has not been denied admission or disciplined by this Court; no disciplinary proceedings are pending against him; and he has not been denied admission or disciplined by any other court.

4.  Service of all papers directed to the Catholic Mutual, may be made upon the undersigned, pursuant to Rule 83.1(c) of the Local Rules of Civil Procedure.

5.  The requisite fee of $200 has been submitted herewith.

WHEREFORE, the Court should grant this motion.

                THE CATHOLIC MUTUAL RELIEF
                SOCIETY OF AMERICA

By: /s/ Lawrence S. Grossman
     Lawrence S. Grossman (ct15790)
     Jeffrey M. Sklarz (ct20938)
     Green & Sklarz, LLC
     One Audubon Street, Third Floor
     New Haven, CT 06511
     (203) 285-8545
     Fax: (203) 823-4546
     jsklarz@gs-lawfirm.com

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION | : | Case No: 21-20687 (JJT) |
| | : | |
| Debtor.[2] | : | |

**DECLARATION OF J. MARK FISHER IN SUPPORT OF APPLICATION
FOR ADMISSION AS VISITING ATTORNEY PRO HAC VICE**

I, J. Mark Fisher, being over the age of eighteen years and believing in the sanctity of an oath, do hereby depose and say the following of which I have personal knowledge:

1. I submit this Affidavit in support of the motion for my admission as a visiting attorney as counsel on behalf of The Catholic Mutual Relief Society of America a party in interest in the above captioned matter. I am fully competent to testify as to the matters herein and have personal knowledge of the facts herein. All information in this declaration is true and correct to the best of my knowledge.

6. I am a partner with the firm Schiff Hardin. My office address is: 233 South Wacker Drive, Suite 7100, Chicago, Illinois 60606. My telephone number is (312) 258-5710 and my fax number is (312) 258-5600. My email address is mfisher@schiffhardin.com.

7. Pursuant to Local Rule of the United States District Court for the District of Connecticut 83.1, 1 certify that I am eligible for admission to this Court, and am admitted, to practicing, and in good standing as a member of the Bar of the State of Illinois (Bar No.

---

[2] The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich. The last four digits of the Debtor's federal tax identification number are 7373.

{00228848.1 }

3121711) and to the Bar of the United States Bankruptcy Court for the Northern District of Illinois, among others.

2. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing, and I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

3. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action and I also certify that I am generally familiar with this Court's Local Rules and have reviewed the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

4. I designate my sponsoring attorney, Jeffrey M. Sklarz (Federal Bar No. ct20938) as my agent for service of process at the following address: Green & Sklarz LLC, One Audubon Street, Third Floor, New Haven, CT 06511.

5. Simultaneously with the filing of the Motion, a check in the amount of $200.00 has been submitted to the Clerk of the Court in compliance with D. Conn. L. Civ. R. 83.1(d)(2).

6. I declare under penalty of perjury that the foregoing is true and accurate.

**Subscribed and sworn this 26th day of July, 2021 at Chicago, Illinois**

_____
J. Mark Fisher

{00228848.1 }

## CERTIFICATE OF SERVICE

     I hereby certify that on the date set forth below a copy of the foregoing was served by CM/ECF and/or mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Date:   July 26, 2021                                        /s/ Lawrence S. Grossman

{00228848.1 }