**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,[1] | Case No: 21-20687 (JJT) |
| Debtor. | |

**NOTICE OF AGENDA FOR VIDEO HEARING SCHEDULED FOR AUGUST 10, 2021 AT 11:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE JAMES J. TANCREDI, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF CONNECTICUT**

**I.   MATTERS GOING FORWARD ON AUGUST 10, 2021**

1. Motion for Order Approving Order and Stipulation Authorizing Use of Cash Collateral of, and Granting Adequate Protection to, People's United Bank, National Association Filed by The Norwich Roman Catholic Diocesan Corporation, Debtor. [ECF # 93];

    Objection/Response Deadline:   None.

    Objections/Response Received:   None.

    Related Documents:

    i. Proposed Order and Stipulation (Executed) Authorizing Use of Cash Collateral of, and Granting Adequate Protection to, People's United Bank, National Association Filed by The Norwich Roman Catholic Diocesan Corporation, Debtor. [ECF # 93-1];

    ii. *Ex Parte* Motion of the Debtor to Schedule an Expedited Hearing on, and Limit Notice of, Debtor's Motion Approving Order and Stipulation Authorizing Use of Cash Collateral of, and Granting Adequate Protection to, People's United Bank, National Association Filed by The Norwich Roman Catholic Diocesan Corporation [ECF # 94]

---

[1] The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich. The last four digits of the Debtor's federal tax identification number are 7373.

1

    iii.    Order Granting Motion for Expedited Hearing on and Limiting Notice of Debtor's Motion Approving the Order and Stipulation Authorizing Use of Cash Collateral of, and Granting Adequate Protection to, Peoples United Bank, National Association and the Order and Stipulation Authorizing Use of Cash Collateral of, and Granting Adequate Protection to, Peoples United Bank, National Association [ECF # 102]

    iv.    Affidavit of Service Filed by Epiq Corporate Restructuring, LLC Claims/Noticing Agent re Motion for Order Approving Order and Stipulation Authorizing Use of Cash Collateral of, and Granting Adequate Protection to, People's United Bank, National Association Filed by The Norwich Roman Catholic Diocesan Corporation, Debtor [ECF # 119]

    v.    Affidavit of Service Filed by Epiq Corporate Restructuring, LLC Claims/Noticing Agent re Order Granting Motion for Expedited Hearing on and Limiting Notice of Debtor's Motion Approving the Order and Stipulation Authorizing Use of Cash Collateral of, and Granting Adequate Protection to, Peoples United Bank, National Association and the Order and Stipulation Authorizing Use of Cash Collateral of, and Granting Adequate Protection to, Peoples United Bank, National Association [ECF # 120]

**Status**:  This matter will go forward at the Hearing.

2.    Motion for Entry of Interim and Final Orders Authorizing Debtor to (I) Continue Insurance Coverage and Insurance Programs Entered into Prepetition and Satisfy Prepetition Obligations Related Thereto; (II) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies; and (III) Granting Related Relief Filed by The Norwich Roman Catholic Diocesan Corporation  [ECF # 18];

    Objection/Response Deadline:    None.

    Objections/Response Received:    None.

    Related Pleadings

    i.    Proposed Interim Order [ECF # 18-1]

    ii.    Proposed Final Order [ECF # 19-1]

    ii.    Notice of Hearing [ECF # 33]

    iii.    Affidavit of Service Filed by Epiq Corporate Restructuring, LLC Claims/Noticing Agent, re Motion for Entry of Interim and Final Orders Authorizing Debtor to (I) Continue Insurance Coverage and Insurance Programs Entered into Prepetition and Satisfy Prepetition Obligations Related Thereto; (II) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies; and (III) Granting Related Relief Filed by The Norwich Roman Catholic Diocesan Corporation [ECF # 44]

**Status**: This matter will go forward at the Hearing.

3. Motion for Entry of an Order (I) Approving Proposed Form of Adequate Assurance of Payment to Utility Providers; (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services; (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service; and (IV) Granting Related Relief Filed by Patrick M. Birney on behalf of The Norwich Roman Catholic Diocesan Corporation, [ECF # 19];

   Objection/Response Deadline:    None.

   Objections/Response Received:

   A. Objection Filed on behalf of Norwich Department of Public Utilities [ECF # 104].

   B. U.S. Trustee's Response Filed by U.S. Trustee [ECF # 105].

   Related Pleadings

   i. Proposed Final Order [ECF # 19-1]

   ii. Notice of Hearing [ECF # 33]

   iii. Affidavit of Service Filed by Epiq Corporate Restructuring, LLC Claims/Noticing Agent, re Motion for Entry of Interim and Final Orders Authorizing Debtor to (I) Continue Insurance Coverage and Insurance Programs Entered into Prepetition and Satisfy Prepetition Obligations Related Thereto; (II) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies; and (III) Granting Related Relief Filed by The Norwich Roman Catholic Diocesan Corporation [ECF # 44]

   iv. Revised Proposed Order [ECF # 121]

**Status**: This matter will be going forward with regard to the Response of the Office of the United States Trustee, only. The Debtor and the Norwich Department of Public Utilities have resolved the Objection of Norwich Public pursuant the Proposed Amended Final Order [ECF # 121].

Dated: August 9, 2021

/s/ Patrick M. Birney
Patrick M. Birney (CT No. 19875)
Andrew A. DePeau (CT No. 30051)
Annecca H. Smith (*pro hac vice*)
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8275
Facsimile: (860) 275-8299
E-mail: pbirney@rc.com
adepeau@rc.com
asmith@rc.com

-and-

Louis T. DeLucia (*pro hac vice*)
Alyson M. Fiedler (*pro hac vice*)
**ICE MILLER LLP**
1500 Broadway, 29th Floor
New York, NY 10036
Telephone: (212) 824-4940
Facsimile: (212) 824-4982
E-Mail: louis.delucia@icemiller.com
alyson.fiedler@icemiller.com

*Proposed Counsel to the Debtor*
*and Debtor-in-Possession*