**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In Re:<br><br>THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,<br><br>Debtor. | Chapter 11<br><br>Case No. 21-20687 (JJT) |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
STATEMENT OF NO OBJECTION TO THE CONTINUATION OF
INTERIM ORDERS AND ITS FULL RESERVATION OF RIGHTS**

The Official Committee of Unsecured Creditors (the "Committee") of The Norwich Roman Catholic Diocesan Corporation (the "Debtor"), in connection with this Court's Order Granting The Norwich Roman Catholic Diocesan Corporation's Consented to Motion for Continuance of the August 17, 2021 Hearing to September 9, 2021 [Doc. Entry No. 149] (the "Continuance Order"), hereby submits its statement of no objection to the continuation of the interim relief granted with respect to the "Hearing Motions" (as defined below) through and including September 10, 2021, but subject to (a) the Debtor submitting, with the Committee's consent, a revised proposed interim order with respect to the Insurance Motion, and (b) the Committee's full reservation of rights as articulated herein. In support thereof, the Committee respectfully represents as follows:

1. Pursuant to the Continuance Order, unless the Committee has "issues with the interim relief granted" under the following motions (the "Hearing Motions") filed by the Debtor, the Hearing Motions previously scheduled to be addressed at a hearing on August 17, 2021, at 10:00 a.m. shall be continued to a hearing on September 9, 2021 at 2:00 p.m.:

    a. *Debtor's Motion for Entry of Interim and Final Orders Authorizing Debtor to (A) Pay Prepetition Wages, Salaries, and Reimbursable Expenses, and Other Obligations on Account of Compensation and Benefits Programs and (B) Continue*

1

  *Compensation and Benefits Programs; and (II) Granting Related Relief* [Doc. Entry No. 13];

b. *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Continued Use of the Debtor's Cash Management System, Bank Accounts and Business Forms; and (II) Granting Related Relief* [Doc. Entry No. 14];

c. *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing and Approving Special Noticing and Confidentiality Procedures; (II) Authorizing and Approving Procedures for Providing Notice of Commencement; and (III) Granting Related Relief* [Doc. Entry No. 15];

d. *Debtor's Motion for Entry of Interim and Final Orders Authorizing Debtor to (I) Continue Insurance Coverage and Insurance Programs Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto; (II) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies; and (III) Granting Related Relief* (the "Insurance Motion") [Doc. Entry No. 18]; and

e. *Debtor's Motion for Entry of an Order (I) Approving Proposed Form of Adequate Assurance of Payment to Utility Providers; (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services; (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service; and (IV) Granting Related Relief* [Doc. Entry No. 19].

2. The Committee has now had the opportunity to review, with the benefit of its counsel, the Hearing Motions and the interim relief granted by this Court with respect thereto.

3. The Committee states that it has no objection to the continuation of the interim relief through and including September 10, 2021, expressly subject to the following.

4. First, the Debtor and the Committee have agreed that the Debtor shall submit a revised proposed order[1] for interim relief with respect to the Insurance Motion which, at the Committee's request, further limits the Debtor's ability to act in connection with the "Insurance Coverage" and the "Insurance Programs" as those terms are defined in the Insurance Motion, while still providing, as set forth in the originally submitted proposed order, the Debtor with sufficient

---

[1] As of the filing of this statement, the originally submitted proposed order with respect to the Insurance Motion had not yet entered by this Court.

relief to preserve and protect the Debtor and its bankruptcy estate in connection with its Insurance Coverage and Insurance Programs during this short additional interim period.

5.  Second, the Committee's representation that it has no objection to the continuation of the interim relief granted by this Court with respect to the Hearing Motions is with full reservation of all rights, interests and claims, and that the Committee expressly retains and in no way waives or relinquishes, in any regard, all of its rights, interests and claims in connection with any further interim or final relief sought by the Hearing Motions, any other rights, claims or interests in this case, or in any other matters affecting, directly or indirectly, the Committee; and that such representation shall not have any preclusive effect whatsoever, by admission or otherwise.

6.  Accordingly, the Committee respectfully submits that, pursuant to the Continuance Order, the hearing to consider the Hearing Motions may be continued from the August 17th hearing date to the September 9th hearing date.

Dated this 17th day of August, 2021.

        THE OFFICIAL COMMITTEE OF UNSECURED
        CREDITORS FOR THE NORWICH ROMAN
        CATHOLIC DIOCESAN CORPORATION

By: */s/ Stephen M. Kindseth*
     Eric A. Henzy (ct12849)
     Stephen M. Kindseth (ct14640)
     Christopher H. Blau (ct30120)
     ZEISLER & ZEISLER, P.C.
     10 Middle Street, 15th floor
     Bridgeport, CT  06605
     Telephone: (203) 368-4234
     Email: ehenzy@zeislaw.com
            skindseth@zeislaw.com
            cblau@zeislaw.com
     Its attorneys

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 17, 2021, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                     */s/ Stephen M. Kindseth*
                                                     Stephen M. Kindseth (ct14640)