**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,[1] | Case No: 21-20687 (JJT) |
| Debtor. | September 8, 2021 |

**NOTICE OF AGENDA FOR VIDEO HEARING SCHEDULED FOR SEPTEMBER 9, 2021 AT 2:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE JAMES J. TANCREDI, IN THE UNITED STATES BANKRUPTCY COURT FOR THE <u>DISTRICT OF CONNECTICUT</u>**

**I.     MATTERS CONTINUED FROM AUGUST 11 AND 17 TO SEPTEMBER 9, 2021**

1.     Motion for Entry of Interim and Final Orders Authorizing Debtor to (A) Pay Prepetition Wages, Salaries, and Reimbursable Expenses, and Other Obligations on Account of Compensation and Benefits Programs and (B) Continue Compensation and Benefits Programs; and (II) Granting Related Relief (the "<u>Wages and Benefits Motion</u>") [Dkt. No. 13].

> <u>Objection/Response Deadline</u>:          September 2, 2021
> (September 7 for the Official Committee of
> Unsecured Creditors (the "<u>Committee</u>"))

> <u>Objections/Responses Received</u>:

> i.     United States Trustee's Omnibus Objection and Responses to Certain of Debtor's "First Day Motions" [Dkt. No. 27];

> ii.     United States Trustee's Supplemental Objection to Final Orders on Certain of Debtor's Motions re: Use of Cash and Request for Waiver of Section 345(b) (ECF 13, 14 and 18) [Dkt. No. 195];

> iii.     Debtor's Brief in Support of First and Second Day Motions and Reply to United States Trustee's Objections Thereto [Dkt. No. 207].

---

[1] The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich.  The last four digits of the Debtor's federal tax identification number are 7373.

Related Pleadings:

   i.     Notice of Final Hearing [Dkt. No. 62];

   ii.    Interim Order (I) Authorizing Debtor to (A) Pay Prepetition Wages, Salaries, Reimbursable Expenses, and other Obligations on Account of Compensation and Benefits Programs and (B) Continue Compensation and Benefits Programs; and (II) Granting Related Relief [Dkt. No. 61];

   iii.   Affidavit of Service Filed by Epiq Corporate Restructuring, LLC Claims/Noticing Agent [Dkt. No. 81];

   iv.   The Norwich Roman Catholic Diocesan Corporation's Expedited Motion on Consent to Continue All Matters Scheduled for the August 17, 2021 Hearing to September 9, 2021 [Dkt. No. 148];

   v.    Order Granting the Norwich Roman Catholic Diocesan Corporation's Consented to Motion for Continuance of the August 17, 2021 Hearing to September 9, 2021 [Dkt. No. 149];

   vi.   Consented to Motion for Extension of Time to September 7, 2021, at 12:00 P.M., to File Any Objection of the Official Committee of Unsecured Creditors to the Hearing Motions [Dkt. No. 193];

   vii.   Order Granting Consented to Motion for Extension of Time to September 7, 2021, at 12:00 P.M., to File Any Objection of the Official Committee of Unsecured Creditors to the Hearing Motions [Dkt. No. 200];

   viii.  Proposed Second Interim order (I) Authorizing Debtor to (A) Pay Prepetition Wages, Salaries, Reimbursable Expenses, and Other Obligations on Account of Compensation and Benefits Programs and (B) Continue Compensation and Benefits Programs; and (II) Granting Related Relief [Dkt. No. 209-1].

**Status:**   At the September 9, 2021 hearing, the Debtor (with the consent of the Committee and the U.S. Trustee) will request a continuance of the Wages and Benefits Motion so that the parties can continue to work toward the entry of a consensual final order on the Wages and Benefits Motion. The parties will request the entry of the proposed Second Interim Order on the Wages and Benefits Motion. A copy of the proposed Second Interim Order is attached to the Debtor's Notice of Proposed Orders [Dkt No. 209].

2.    Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Continued Use of the Debtor's Cash Management System, Bank Accounts and Business Forms; and (II) Granting Related Relief (the "Cash Management Motion") [Dkt. No. 14].

   Objection/Response Deadline:     September 2, 2021
                                 (September 7 for the Committee)

Objections/Responses Received:

    i.    United States Trustee's Omnibus Objection and Responses to Certain of Debtor's "First Day Motions" [Dkt. No. 27];

    ii.    United States Trustee's Supplemental Objection to Final Orders on Certain of Debtor's Motions re: Use of Cash and Request for Waiver of Section 345(b) (ECF 13, 14 and 18) [Dkt. No. 195];

    iii.    Debtor's Brief in Support of First and Second Day Motions and Reply to United States Trustee's Objections Thereto [Dkt. No. 207].

Related Pleadings:

    i.    Interim Order (I) Authorizing the Continued Use of the Debtor's Cash Management System, Bank Accounts and Business Forms and (II) Granting Related Relief [Dkt. No. 59];

    ii.    Notice of Final Hearing [Dkt. No. 60];

    iii.    Affidavit of Service Filed by Epiq Corporate Restructuring, LLC Claims/Noticing Agent [Dkt. No. 81];

    iv.    The Norwich Roman Catholic Diocesan Corporation's Expedited Motion on Consent to Continue All Matters Scheduled for the August 17, 2021 Hearing to September 9, 2021 [Dkt. No. 148];

    v.    Order Granting the Norwich Roman Catholic Diocesan Corporation's Consented to Motion for Continuance of the August 17, 2021 Hearing to September 9, 2021 [Dkt. No. 149];

    vi.    Consented to Motion for Extension of Time to September 7, 2021, at 12:00 P.M., to File Any Objection of the Official Committee of Unsecured Creditors to the Hearing Motions [Dkt. No. 193];

    vii.    Order Granting Consented to Motion for Extension of Time to September 7, 2021, at 12:00 P.M., to File Any Objection of the Official Committee of Unsecured Creditors to the Hearing Motions [Dkt. No. 200];

    viii.    Declaration of Wayne P. Weitz in Support of First and Second Day Motions and in Reply to United States Trustee's Objections Thereto [Dkt. No. 208];

    ix.      Proposed Final Order (I) Authorizing the Continued Use of the Debtor's Cash Management System, Bank Accounts and Business Forms and (II) Granting Related Relief [Dkt. No. 209-2].

**Status:**      This matter will go forward at the Hearing.

3.      Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing and Approving Special Noticing and Confidentiality Procedures; (II) Authorizing and Approving Procedures for Providing Notice of Commencement; and (III) Granting Related Relief (the "Confidentiality Motion") [Dkt. No. 15].

    Objection/Response Deadline:      September 2, 2021
                                              (September 7 for the Committee)

    Objections/Responses Received:

      i.      United States Trustee's Omnibus Objection and Responses to Certain of Debtor's "First Day Motions" [Dkt. No. 27];

      ii.      Debtor's Brief in Support of First and Second Day Motions and Reply to United States Trustee's Objections Thereto [Dkt. No. 207].

      iii.      Informal comments from the U.S. Trustee and the Committee.

    Related Pleadings:

      i.      Interim Order on Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing and Approving Special Noticing and Confidentiality Procedures; (II) Authorizing and Approving Procedures for Providing Notice of Commencement; and (III) Granting Related Relief [Dkt. No. 74];

      ii.      Notice of Final Hearing [Dkt. No. 75];

      iii.      Affidavit of Service Filed by Epiq Corporate Restructuring, LLC Claims/Noticing Agent [Dkt. No. 81];

      iv.      The Norwich Roman Catholic Diocesan Corporation's Expedited Motion on Consent to Continue All Matters Scheduled for the August 17, 2021 Hearing to September 9, 2021 [Dkt. No. 148];

      v.      Order Granting the Norwich Roman Catholic Diocesan Corporation's Consented to Motion for Continuance of the August 17, 2021 Hearing to September 9, 2021 [Dkt. No. 149];

     vi.       Consented to Motion for Extension of Time to September 7, 2021, at 12:00 P.M., to File Any Objection of the Official Committee of Unsecured Creditors to the Hearing Motions [Dkt. No. 193];

     vii.     Order Granting Consented to Motion for Extension of Time to September 7, 2021, at 12:00 P.M., to File Any Objection of the Official Committee of Unsecured Creditors to the Hearing Motions [Dkt. No. 200];

     viii.    Proposed Final Order on Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing and Approving Special Noticing and Confidentiality Procedures; (II) Authorizing and Approving Procedures for Providing Notice of Commencement; and (III) Granting Related Relief [Dkt. No. 209-3].

**Status:**       This matter will go forward at the Hearing.

4.     Debtor's Motion for Entry of Interim and Final Orders Authorizing Debtor to (I) Continue Insurance Coverage and Insurance Programs Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto; (II) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies; and (III) Granting Related Relief (the "Insurance Motion") [Dkt. No. 18].

     Objection/Response Deadline:     September 2, 2021
                                         (September 7 for the Committee)

     Objections/Responses Received:

     i.       United States Trustee's Supplemental Objection to Final Orders on Certain of Debtor's Motions re: Use of Cash and Request for Waiver of Section 345(b) (ECF 13, 14 and 18) [Dkt. No. 195];

     ii.      Debtor's Brief in Support of First and Second Day Motions and Reply to United States Trustee's Objections Thereto [Dkt. No. 207].

     Related Pleadings:

     i.       Certificate of Service [Dkt. No. 44];

     ii.      Notice of Continued Hearing [Dkt. No. 131];

     iii.     Proposed Order Requested by Judge: Interim Order Authorizing Debtor to (I) Continue Insurance Coverage and Insurance Programs Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto and (II) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies; and (III) Granting Related Relief [Dkt. No. 146];

iv.    The Norwich Roman Catholic Diocesan Corporation's Expedited Motion on Consent to Continue All Matters Scheduled for the August 17, 2021 Hearing to September 9, 2021 [Dkt. No. 148];

v.    Order Granting the Norwich Roman Catholic Diocesan Corporation's Consented to Motion for Continuance of the August 17, 2021 Hearing to September 9, 2021 [Dkt. No. 149];

vi.    Proposed Order Requested by Judge: Interim Order Authorizing Debtor to (I) Continue Insurance Coverage and Insurance Programs Entered into Prepetition and Satisfy Prepetition Obligations Related Thereto and (II) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies; and (III) Granting Related Relief [Dkt. No. 158];

vii.    Interim Order Authorizing Debtor to (I) Continue Insurance Coverage and Insurance Programs Entered into Prepetition and Satisfy Prepetition Obligations Related Thereto and (II) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies; and (III) Granting Related Relief [Dkt. No. 180];

viii.    Consented to Motion for Extension of Time to September 7, 2021, at 12:00 P.M., to File Any Objection of the Official Committee of Unsecured Creditors to the Hearing Motions [Dkt. No. 193];

ix.    Order Granting Consented to Motion for Extension of Time to September 7, 2021, at 12:00 P.M., to File Any Objection of the Official Committee of Unsecured Creditors to the Hearing Motions [Dkt. No. 200];

x.    Declaration of Wayne P. Weitz in Support of First and Second Day Motions and in Reply to United States Trustee's Objections Thereto [Dkt. No. 208];

xi.    Proposed Final Order Authorizing Debtor to (I) Continue Insurance Coverage and Insurance Programs Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto and (II) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies; and (III) Granting Related Relief [Dkt. No. 209-4].

**Status:**    This matter will go forward at the Hearing.

5.    Debtor's Motion for Entry of an Order (I) Approving Proposed Form of Adequate Assurance of Payment to Utility Providers; (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services; (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service; and (IV) Granting Related Relief (the "Utility Motion") [Dkt. No. 19].

Objection/Response Deadline:    September 2, 2021
(September 7 for the Committee)

<u>Objections/Responses Received</u>:

    i.    Objection to Debtor's Motion for Order Regarding Adequate Assurance (filed on behalf of the Norwich Public Utilities) [Dkt. No. 104];

    ii.    Limited Objection to Form of Final 366 Order (filed on behalf of The Connecticut Light and Power Company d/b/a Eversource ("<u>Eversource</u>")) [Dkt. No. 202];

    iii.    Informal comments from the U.S. Trustee.

<u>Related Pleadings</u>:

    i.    Certificate of Service [Dkt. No. 44];

    ii.    Interim Order Granting Motion of Debtor For Entry Of An Order (I) Approving Proposed Form Of Adequate Assurance Of Payment To Utility Providers; (II) Establishing Procedures For Determining Adequate Assurance Of Payment For Future Utility Services; (III) Prohibiting Utility Providers From Altering, Refusing, Or Discontinuing Utility Service; and (IV) Granting Related Relief [Dkt. No. 128];

    iii.    Notice of Continued Hearing [Dkt. No. 131];

    iv.    The Norwich Roman Catholic Diocesan Corporation's Expedited Motion on Consent to Continue All Matters Scheduled for the August 17, 2021 Hearing to September 9, 2021 [Dkt. No. 148];

    v.    Order Granting the Norwich Roman Catholic Diocesan Corporation's Consented to Motion for Continuance of the August 17, 2021 Hearing to September 9, 2021 [Dkt. No. 149];

    vi.    Second Interim Order Granting Motion of Debtor for Entry of an Order (I) Approving Proposed Form of Adequate Assurance of Payment to Utility Providers; (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services; and (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service; and (IV) Granting Related Relief [Dkt. No. 178];

    vii.    Consented to Motion for Extension of Time to September 7, 2021, at 12:00 P.M., to File Any Objection of the Official Committee of Unsecured Creditors to the Hearing Motions [Dkt. No. 193];

    viii.    Order Granting Consented to Motion for Extension of Time to September 7, 2021, at 12:00 P.M., to File Any Objection of the Official Committee of Unsecured Creditors to the Hearing Motions [Dkt. No. 200];

      ix.      Proposed Final Order Granting Motion of Debtor for Entry of an Order Approving Proposed Form of Adequate Assurance of Payment to Utility Providers; (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services; (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service; and (IV) Granting Related Relief [Dkt. No. 209-5].

**Status:**      This matter will be going forward.  Eversource has consented to the entry of the proposed final order as presented.

## II.   OTHER MATTERS SCHEDULED FOR SEPTEMBER 9, 2021

6.      Application for an Order Approving Employment of Zeisler & Zeisler, P.C. as Counsel to Official Committee of Unsecured Creditors [Dkt. No. 151].

      Objection/Response Deadline:      September 2, 2021

      Objections/Responses Received:

      i.      U.S. Trustee's Statement of No Objection Filed by U.S. Trustee [Dkt. No. 161].

      Related Pleadings:

      i.      Notice of Hearing [Dkt. No. 155];

      ii.      Certificate of Service [Dkt. No. 187].

**Status:**      This matter will go forward at the Hearing.

7.      Joint Motion to Approve Confidentiality Agreement and Protective Order Between the Debtor and the Official Committee of Unsecured Creditors [Dkt. No. 177].

      Objection/Response Deadline:      [None]

      Objections/Responses Received:      [None]

      Related Pleadings:

      i.      Notice of Hearing [Dkt. No. 179];

      ii.      Affidavit of Service [Dkt. No. 194].

**Status:**      This matter will go forward at the Hearing.

8.  Debtor's Application for Order Authorizing and Approving the Employment and Retention of Ice Miller LLP as Counsel for the Debtor Nunc Pro Tunc to July 15, 2021 and Granting Related Relief [Dkt. No. 111].

    Objection/Response Deadline:          September 2, 2021

    Objections/Responses Received:

    i.   United States Trustee's Statement Concerning the Debtor's Application to Employ Ice Miller LLP as Debtor's Bankruptcy Counsel and for Related Relief [Dkt. No. 198];

    ii.  Debtor's Omnibus Reply in Support of Applications for Orders Authorizing and Approving the Employment and Retention of (I) Ice Miller LLP and Robinson & Cole LLP as Co-Counsel to the Debtor; (II) B. Riley Advisory Services as Financial Advisor to the Debtor; and (III) Brown Jacobson PC as Special Counsel to the Debtor *Nunc Pro Tunc* to July 15, 2021, Pursuant to 11 U.S.C. § 327, and Granting Related Relief [Dkt. No. 210].

    Related Pleadings:

    i.   Notice of Hearing [Dkt. No. 132];

    ii.  Affidavit of Service filed by EPIQ Corporate Restructuring, LLC Claims/Noticing Agent [Dkt. No. 159];

    iii. Supplemental Declaration of Louis T. DeLucia in Support of Debtor's Application for Order Authorizing and Approving the Employment and Retention of Ice Miller LLP as Counsel for the Debtor *Nunc Pro Tunc* to July 15, 2021, and Granting Related Relief [Dkt. No. 175].

    iv.  Second Supplemental Declaration of Louis T. DeLucia in Support of Debtor's Application for Order Authorizing and Approving the Employment and Retention of Ice Miller LLP as Counsel for the Debtor *Nunc Pro Tunc* to July 15, 2021, and Granting Related Relief [Dkt. No. 212].

**Status:**     This matter will go forward at the Hearing.

9.  Debtor's Application for an Order Authorizing and Approving the Employment and Retention of Robinson & Cole LLP as Counsel Nunc Pro Tunc to July 15, 2021 Pursuant to 11 U.S.C. § 327(a) and Granting Related Relief [Dkt. No. 112].

    Objection/Response Deadline:          September 2, 2021

Objections/Responses Received:

    i.    United States Trustee's Statement of Objection Concerning the Debtor's Application to Employ Robinson & Cole LLP as Debtor's Co-Counsel and for Related Relief [Dkt. No. 196];

    ii.    Debtor's Omnibus Reply in Support of Applications for Orders Authorizing and Approving the Employment and Retention of (I) Ice Miller LLP and Robinson & Cole LLP as Co-Counsel to the Debtor; (II) B. Riley Advisory Services as Financial Advisor to the Debtor; and (III) Brown Jacobson PC as Special Counsel to the Debtor *Nunc Pro Tunc* to July 15, 2021, Pursuant to 11 U.S.C. § 327, and Granting Related Relief [Dkt. No. 210].

Related Pleadings:

    i.    Notice of Hearing [Dkt. No. 132];

    ii.    Affidavit of Service filed by EPIQ Corporate Restructuring, LLC Claims/Noticing Agent [Dkt. No. 159];

    iii.    Supplemental Declaration of Patrick M. Birney in Support of Debtor's Application for Order Authorizing and Approving the Employment and Retention of Robinson & Cole LLP as Counsel for the Debtor *Nunc Pro Tunc* to July 15, 2021 and Granting Relief [Dkt. No. 211];

    iv.    Amended Disclosure of Compensation of Attorney for Debtor [Dkt. No. 214].

**Status:**    This matter will go forward at the Hearing.

10.    Application of the Norwich Roman Catholic Diocesan Corporation for Entry of an Order Authorizing the Retention and Employment of B. Riley Advisory Services as Financial Advisor Effective as of the Petition Date [Dkt. No. 138].

Objection/Response Deadline:    September 2, 2021

Objections/Responses Received:

    i.    United States Trustee's Statement of Objection Concerning the Debtor's Application to Employ B. Riley Advisory Services as its Financial Advisor as of the Debtor's Petition Date [Dkt. No. 197];

    ii.    Debtor's Omnibus Reply in Support of Applications for Orders Authorizing and Approving the Employment and Retention of (I) Ice Miller LLP and Robinson & Cole LLP as Co-Counsel to the Debtor; (II) B. Riley Advisory Services as Financial Advisor to the Debtor; and (III) Brown Jacobson PC as Special Counsel

to the Debtor *Nunc Pro Tunc* to July 15, 2021, Pursuant to 11 U.S.C. § 327, and Granting Related Relief [Dkt. No. 210].

Related Pleadings:

    i.    Notice of Hearing [Dkt. No. 142];

    ii.    Amended Declaration of Wayne P. Weitz in Support of Application of the Norwich Roman Catholic Diocesan Corporation for Entry of an Order Authorizing the Retention and Employment of B. Riley Advisory Services as Financial Advisor Effective as of the Petition Date [Dkt. No. 188];

    iii.    Amended Proposed Order Authorizing and Approving the Application of the Norwich Roman Catholic Diocesan Corporation for Entry of an Order Authorizing the Retention and Employment of B. Riley Advisory Services as Financial Advisor Effective as of the Petition Date [Dkt. No. 188-1];

    iv.    Affidavit of Service filed by EPIQ Corporate Restructuring, LLC Claims/Noticing Agent [Dkt. No. 192];

    v.    Second Supplemental Declaration of Wayne P. Weitz in Support of Application of the Norwich Roman Catholic Diocesan Corporation for Entry of an Order Authorizing the Retention and Employment of B. Riley Advisory Services as Financial Advisor Effective as of the Petition Date [Dkt. No. 213].

**Status:**    This matter will go forward at the Hearing.

11.    Application of the Debtor for an Order Authorizing the Retention and Employment of Brown Jacobson PC as Special Corporate Counsel Effective as of the Petition Date [Dkt. No. 141].

Objection/Response Deadline:    September 2, 2021

Objections/Responses Received:

    i.    Notice of Hearing [Dkt. No. 145];

    ii.    United States Trustee's Statement of Qualified No Objection to Debtor's Application to Retain Special Counsel [Dkt. No. 199];

    iii.    Debtor's Omnibus Reply in Support of Applications for Orders Authorizing and Approving the Employment and Retention of (I) Ice Miller LLP and Robinson & Cole LLP as Co-Counsel to the Debtor; (II) B. Riley Advisory Services as Financial Advisor to the Debtor; and (III) Brown Jacobson PC as Special Counsel to the Debtor *Nunc Pro Tunc* to July 15, 2021, Pursuant to 11 U.S.C. § 327, and Granting Related Relief [Dkt. No. 210].

Related Pleadings:

    i.    Supplemental Declaration of Michael E. Driscoll in Support of Application of the Debtor for an Order Authorizing it to Retain and Employ Brown Jacobson PC as Special Counsel Effective as of the Petition Date [Dkt. No. 191];

    ii.    Affidavit of Service filed by EPIQ Corporate Restructuring, LLC Claims/Noticing Agent [Dkt. No. 192].

**Status:**    This matter will go forward at the Hearing.


Dated: Hartford, CT
September 8, 2021

> */s/ Patrick M. Birney*
> Patrick M. Birney (CT No. 19875)
> Andrew A. DePeau (CT No. 30051)
> Annecca H. Smith (admitted *pro hac vice*)
> **ROBINSON & COLE LLP**
> 280 Trumbull Street
> Hartford, CT 06103
> Telephone: (860) 275-8275
> Facsimile: (860) 275-8299
> E-mail: pbirney@rc.com
>        adepeau@rc.com
>        asmith@rc.com
>
> -and-
>
> Louis T. DeLucia (admitted *pro hac vice*)
> Alyson M. Fiedler (admitted *pro hac vice*)
> **ICE MILLER LLP**
> 1500 Broadway, 29th Floor
> New York, NY 10036
> Telephone: (212) 824-4940
> Facsimile: (212) 824-4982
> E-mail: louis.delucia@icemiller.com
>        alyson.fiedler@icemiller.com
>
> *Proposed Counsel to the Debtor*
> *and Debtor-in-Possession*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 8, 2021 a copy of the foregoing notice of agenda was filed electronically and shall be served as required by Local Bankruptcy Rule 9013-2(b), with notice of this filing being sent by email to all Notice Parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties in interest may access this document through the court's CM/ECF System.

*Patrick M. Birney*