## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,[1] | Case No: 21-20687 (JJT) |
| Debtor. | RE: ECF No. 141 |

### ORDER AUTHORIZING THE DEBTOR TO RETAIN AND EMPLOY BROWN JACOBSON PC AS SPECIAL COUNSEL EFFECTIVE AS OF THE PETITION DATE

This Court has considered the *Application of the Debtor for an Order Authorizing It to Retain and Employ Brown Jacobson PC as Special Counsel Effective as of the Petition Date* (the "Application"),[2] the Debtor's Declaration, the Driscoll Declaration, the Disclosure of Compensation and the statements of counsel and the evidence adduced with respect to the Application at any hearing before this Court (the "Hearing"). This Court has found that (i) this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) notice of the Application and any Hearing was sufficient under the circumstances and (iv) Brown Jacobson neither represents nor holds any interest adverse to the Debtor or the Debtor's estate with respect to the matters on which Brown Jacobson is to be employed. After due deliberation, this Court has determined that the relief requested in the Application is in the best interests of the Debtor, its estate, and its creditors;

**ACCORDINGLY, IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED as set forth herein.

---

[1] The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, also known as The Roman Catholic Diocese of Norwich. The last four digits of the Debtor's federal tax identification number are 7373, and its mailing address is 201 Broadway, Norwich, CT 06360.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

2. Pursuant to section 327(e) of the Bankruptcy Code, the Debtor is authorized to retain and employ Brown Jacobson as special counsel in this chapter 11 case on the terms set forth in the Application effective as of the Petition Date.

3. Brown Jacobson is authorized to render the professional services set forth in the Application and Driscoll Declaration.

4. Brown Jacobson shall be compensated for its services and reimbursed for any related expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any other applicable orders or procedures of this Court.

5. Brown Jacobson shall use its reasonable efforts to avoid any duplication of services provided by any of the Debtor's other retained professionals in this chapter 11 case.

6. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

7. This Order shall be immediately effective and enforceable upon its entry.

8. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

9. Any proposed increase in professional fees shall be subject to further motion, hearing and Order of this Court.

Dated at Hartford, Connecticut this 10th day of September, 2021.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut