UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | CASE No. | 21-20687 (JJT) |
| | ) | | |
| THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION, | ) ) | CHAPTER | 11 |
| Debtor.[1] | ) ) | RE: ECF NO. | 112 |

**INTERIM ORDER AUTHORIZING THE DEBTOR TO EMPLOY
AND RETAIN ROBINSON & COLE LLP AS COUNSEL
PURSUANT TO 11 U.S.C. 327(a) AND GRANTING RELATED RELIEF**

Upon consideration of the *Debtor's Application for an Order Authorizing the Debtor To Employ and Retain Robinson & Cole LLP as Counsel Pursuant to 11 U.S.C. 327(a) and Granting Related Relief* (the "Application")[2] and the Declarations of Patrick M. Birney ("Birney Declarations") and any response(s) to the Application; and due and proper notice of the Application having been given; and it appearing that no other or further notice of the Application is required; and the Court having jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Application and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the relief requested in the Application and provided for herein being in the best interest of the Debtor, its estates, and creditors; and after due deliberation and sufficient cause appearing therefor, and due and proper notice of the Application having been provided to the Notice Parties; and it appearing

---

[1] The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, also known as The Roman Catholic Diocese of Norwich. The last four digits of the Debtor's federal tax identification number are 7373, and its mailing address is 201 Broadway, Norwich, CT 06360.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Application.

that no other or further notice need be provided; and the Court having held one or more hearings to consider the relief requested in the Application and all of the proceedings had before this Court; and the Court having determined that the legal and factual bases set forth in the Application and the Birney Declarations establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED on an interim basis as provided herein.

2. Pursuant to sections 327(a), 328, and 1107(b) of the Bankruptcy Code, the Debtor is hereby authorized to retain R+C as its attorneys in the Chapter 11 Case, and R+C is authorized to perform legal services for the Debtor in consultation with Ice Miller LLP that are necessary and appropriate in connection with this chapter 11 case, including those services described in the Application and the Birney Declarations.

3. R+C shall be compensated in accordance with orders of this Court, and will file interim and final fee applications for allowance of its compensation and reasonable and necessary expenses and shall be subject to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules, and such other procedures as may be fixed by order of this Court, to the extent such compensation and expenses are to be paid from the Debtor's estate.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

5. Any proposed increase in professional fees shall be subject to further motion, hearing, and Order of this Court.

6. R+C shall promptly file upon the docket supplemental disclosures, including the

voluntary and informed written waivers of conflict from PUB and any Co-Defendant in the Survivor Lawsuits, as well as information related to the revenues R+C has generated over the past four (4) years from its representation of PUB and any affiliate thereof.

7. In the event the Debtor's supplemental disclosures prove to be satisfactory to the Court and to the United States Trustee, the Court shall enter a Final Order Approving the Application.

8. Should there be further or unresolved objections to the Application, the Court shall hold a continued and final hearing using the ZoomGov platform on October 21, 2021, at 2:00 PM.

**IT IS SO ORDERED** at Hartford, Connecticut this 15th day of September 2021.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut