# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# HARTFORD DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,[1] | Case No: 21-20687 (JJT) |
| Debtor. | October 13, 2021 |

## SUPPLEMENTAL DECLARATION OF PATRICK M. BIRNEY IN SUPPORT OF APPLICATION OF THE DEBTOR FOR AN ORDER AUTHORIZING IT TO RETAIN AND EMPLOY ROBINSON & COLE LLP AS CO-COUNSEL EFFECTIVE AS OF THE PETITION DATE

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2014-1(a) of the Local Rules for the United States Bankruptcy Court for the District of Connecticut (the "Local Rules") and this Court's *Interim Order Authorizing the Debtor to Employ and Retain Robinson & Cole LLP as Counsel Pursuant to 11 U.S.C. § 327 and Granting Related Relief* (the "Interim Order") [Dkt. No. 256], I, Patrick M. Birney, declare:

1. I am an attorney at law admitted and in good standing to practice in Connecticut.

2. I am partner with the law firm of Robinson & Cole LLP ("R+C") and am duly authorized to make this declaration on behalf of R+C. I make this Supplemental Declaration in support of the *Debtor's Application for an Order Authorizing the Debtor To Employ and Retain Robinson & Cole LLP as Counsel Pursuant to 11 U.S.C. 327(a) and Granting Related Relief* (the "Application")[2] [Dkt. No. 112]. The facts set forth in this Declaration are personally known to me and, if called as a witness, I could and would testify thereto.

---

[1] The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, also known as The Roman Catholic Diocese of Norwich. The last four digits of the Debtor's federal tax identification number are 7373, and its mailing address is 201 Broadway, Norwich, CT 06360.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

3. To the extent any information disclosed herein requires amendment or modification upon R+C's completion of further review, or as additional party-in-interest information becomes available to R+C, an additional supplemental declaration will be submitted to the Court reflecting such amended or modified information.

4. Attached hereto as **Exhibit A** is the voluntary and informed written waiver of conflicts from Bishop Daniel Reilly, one of the three Co-Defendants in the State Court Litigation. Bishop Reilly has retained Attorney Vincent Cervoni to file "in place of" appearances in the State Court Litigation, thereby replacing R+C in the State Court Litigation pursuant to Sections 3-8 and 3-9 of the Connecticut Practice Book. The retention of Attorney Vincent Cervoni to file "in place of" appearances in the State Court Litigation has not and will not cause the incurrence of any administrative expense claims against the Debtor's bankruptcy estate or the depletion of any proceeds from the Debtor's insurance policies.

5. Attached hereto as **Exhibit B** is the voluntary and informed written waiver of conflicts from Mount Saint John, Inc. ("MSJ"), one of the three Co-Defendants in the State Court Litigation. MSJ has retained Updike, Kelly & Spellacy, P.C. to file "in place of" appearances in the State Court Litigation, thereby replacing R+C in the State Court Litigation pursuant to Sections 3-8 and 3-9 of the Connecticut Practice. The retention of Updike, Kelly & Spellacy, P.C. to file "in place of" appearances in the State Court Litigation has not and will not cause the incurrence of any administrative expense claims against the Debtor's bankruptcy estate or the depletion of any proceeds from the Debtor's insurance policies.

6. Attached hereto as **Exhibit C** is the voluntary and informed written waiver of conflicts that could arise out of R+C's representation of the Norwich Roman Catholic Diocesan

Corporation (the "Debtor") in this chapter 11 case in relation to R+C's past representation of MSJ and Bishop Reilly in the State Court Litigation.

7. Attached hereto as **Exhibit D** is duplicate copy of R+C's engagement letter which contains the voluntary and informed written waiver of the Debtor related to R+C's representation of People's United Bank, N.A ("PUB") in matters wholly unrelated to this chapter 11 case. Attached hereto as **Exhibit E** is the voluntary and informed written waiver of PUB. The following information represents the revenue, and the approximate percentage of R+C's total revenue, generated from representing PUB.

| Year | Total Revenue (Including Subsidiaries) | Percentage of Firm Revenue |
|---|---|---|
| 2017 | $3,527.00 | Less than 0.01% |
| 2018 | $64,677.25 | Less than 0.10% |
| 2019 | $226,989.49 | Less than 0.20% |
| 2020 | $35,084.34 | Less than 0.05% |
| 2021 | $7,624.00 | Less than 0.05% |

8. The following information represents the revenue, and the approximate percentage of R+C's total revenue, generated from representing M&T Bank Corporation[3]:

| Year | Total Revenue (Including Subsidiaries) | Percentage of Firm Revenue |
|---|---|---|
| 2017 | $68,823.69 | Less than 0.10% |
| 2018 | $102,855.03 | Less than 0.10% |
| 2019 | $54,844.80 | Less than 0.10% |
| 2020 | $0 | 0.00% |
| 2021 | $0 | 0.00% |

---

[3] In February 2021, M&T Bank Corporation and People's United Financial, Inc. announced that they have entered into a definitive agreement under which M&T will acquire People's United in an all-stock transaction. As of October 6, 2021, the transaction had not yet closed. Nevertheless, the Office of the United States Trustee has requested that R+C disclose revenue generated from representing M&T.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  October 13, 2021             */s/ Patrick M. Birney*
                                     Patrick M. Birney
                                     Robinson & Cole, LLP

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 13, 2021, a copy of the foregoing supplemental declaration and the exhibits thereto were filed electronically and shall be served as required by Local Bankruptcy Rule 9013-2(b), with notice of this filing being sent by email to all Notice Parties by operation of the court's electronic filing system or by First Class U.S. mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties in interest may access this document through the court's CM/ECF System.

                                                */s/ Patrick M. Birney*
                                                Patrick M. Birney