**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re:<br><br>THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,[1]<br><br>Debtor. | Chapter 11<br><br>Case No: 21-20687 (JJT)<br><br>November 9, 2021 |

**NOTICE OF AGENDA FOR VIDEO HEARING SCHEDULED FOR NOVEMBER 9, 2021 AT 2:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE JAMES J. TANCREDI, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF CONNECTICUT**

1. Debtor's Motion for Entry of an Order Extending Its Exclusivity Period for the Filing and Solicitation of Acceptance of a Chapter 11 Plan (the "Exclusivity Extension Motion") [Dkt. No. 330]

    Objection/Response Deadline:    November 5, 2021

    Objections/Responses Received:

    i. Objection of the Official Committee of Unsecured Creditors to the Debtor's Motion for Entry of an Order Extending Its Exclusivity Period for the Filing and Solicitation of Acceptance of a Chapter 11 Plan [Dkt. No. 344]

    ii. Association of Parishes of the Roman Catholic Diocese's Reply in Support of Debtor's Motion for Entry of an Order Extending Its Exclusivity Period for the Filing and Solicitation of Acceptance of a Chapter 11 Plan [Dkt. No. 349]

    iii. Debtor's Brief in Support of First Motion to Extend Its Exclusivity Period for the Filing and Solicitation of Acceptance of a Chapter 11 Plan and In Reply to the Objection of the Official Committee of Unsecured Creditors [Dkt. No. 351]

---

[1] The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich. The last four digits of the Debtor's federal tax identification number are 7373.

Related Pleadings:

    i. *Ex Parte* Motion of the Debtor for Entry of an Order to Expedite the Hearing and Limit Notice for the Debtor's Motion for Entry of an Order Extending Its Exclusivity Period for the Filing and Solicitation of Acceptance of a Chapter 11 Plan [Dkt. No. 331]

    ii. Order on the *Ex Parte* Motion of the Debtor for Entry of an Order to Expedite the Hearing and Limit Notice for the Debtor's Motion for Entry of an Order Extending Its Exclusivity Period for the Filing and Solicitation of Acceptance of a Chapter 11 Plan [Dkt. No. 333]

    iii. Affidavit of Service Filed by Epiq Corporate Restructuring, LLC Claims/Noticing Agent [Dkt. No. 340]

**Status:** This matter will go forward at the Hearing.

2. Debtor's Motion for Order Establishing Deadline of February 10, 2022 for Filing Proofs of Claim and Approving (A) the Form of Proofs of Claim Forms; (B) Procedures for Confidentiality of Certain Claims; (C) the Form and Manner of Notice of Proof of Claim Deadline; and (D) Related Relief (the "Bar Date Motion") [Dkt. No. 323]

    Objection/Response Deadline:     November 4, 2021

    Objections/Responses Received:

        i. Limited Objection of the Official Committee of Unsecured Creditors to the Debtor's Motion for Order Establishing Deadline of February 10, 2022 for Filing Proofs of Claim and Approving (A) the Form of Proofs of Claim Forms; (B) Procedures for Confidentiality of Certain Claims; (C) the Form and Manner of Notice of Proof of Claim Deadline; and (D) Related Relief [Dkt. No. 341]

        ii. United States Trustee's Response to Debtor's Motion for Order Establishing Deadline of February 10, 2022 for Filing Proofs of Claim and Approving (A) the Form of Proofs of Claim Forms; (B) Procedures for Confidentiality of Certain Claims; (C) the Form and Manner of Notice of Proof of Claim Deadline; and (D) Related Relief [Dkt. No. 342]

        iii. Association of Parishes of the Roman Catholic Diocese's Omnibus Reply in Support of Debtor's Motion for Order Establishing Deadline of February 10, 2022 for Filing Proofs of Claim and Approving (A) the Form of Proofs of Claim Forms; (B) Procedures for Confidentiality of Certain Claims; (C) the Form and Manner of Notice of Proof of Claim Deadline; and (D) Related Relief [Dkt. No. 348]

      iv. Debtor's Reply Brief in Further Support of Debtor's Motion for Order Establishing Deadline of February 10, 2022 for Filing Proofs of Claim and Approving (A) the Form of Proofs of Claim Forms; (B) Procedures for Confidentiality of Certain Claims; (C) the Form and Manner of Notice of Proof of Claim Deadline; and (D) Related Relief [Dkt. No. 350]

<u>Related Pleadings</u>:

      i. Motion of the Debtor for Entry of an Order to Expedite the Hearing, Shorten the Notice Period, and Limit Notice for the Debtor's Motion for Entry of an Order Setting Proof of Claim Bar Date [Dkt. No. 324]

      ii. Order on the Motion of the Debtor for Entry of an Order to Expedite the Hearing, Shorten the Notice Period, and Limit Notice for the Debtor's Motion for Entry of an Order Setting Proof of Claim Bar Date [Dkt. No. 326]

      iii. Affidavit of Service Filed by Epiq Corporate Restructuring, LLC Claims/Noticing Agent [Dkt. No. 339]

**<u>Status:</u>**     This matter will go forward at the Hearing.

*[ Signature block on next page ]*

Dated: Hartford, CT
November 9, 2021

                                              */s/ Patrick M. Birney*
Patrick M. Birney (CT No. 19875)
Andrew A. DePeau (CT No. 30051)
Annecca H. Smith (CT No. 31148)
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8275
Facsimile: (860) 275-8299
E-mail: pbirney@rc.com
         adepeau@rc.com
         asmith@rc.com

-and-

Louis T. DeLucia (admitted *pro hac vice*)
Alyson M. Fiedler (admitted *pro hac vice*)
**ICE MILLER LLP**
1500 Broadway, 29th Floor
New York, NY 10036
Telephone: (212) 824-4940
Facsimile: (212) 824-4982
E-mail: louis.delucia@icemiller.com
         alyson.fiedler@icemiller.com

*Counsel to the Debtor
and Debtor-in-Possession*

4

**CERTIFICATE OF SERVICE**

   I hereby certify that on November 9, 2021 a copy of the foregoing notice of agenda was filed electronically and shall be served as required by Local Bankruptcy Rule 9013-2(b), with notice of this filing being sent by email to all Notice Parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties in interest may access this document through the court's CM/ECF System.

               /s/ *Patrick M. Birney*
               Patrick M. Birney