# Exhibit C

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# HARTFORD DIVISION

| | |
|---|---|
| In Re:<br><br>THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,<br><br>Debtor. | Chapter 11<br><br>Case No. 21-20687 (JJT) |

**[PROPOSED]**
**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF ZEISLER & ZEISLER, P.C., COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, SEEKING COMPENSATION AND REIMBURSMENT OF DISBURSEMENTS FOR THE PERIOD OF AUGUST 10, 2021, THROUGH OCTOBER 31, 2021**

THIS MATTER came before this Court upon the First Interim Fee Application of Zeisler & Zeisler, P.C., Counsel to the Official Committee of Unsecured Creditors, Seeking Compensation and Reimbursement of Disbursements for the Period of August 10, 2021, Through October 31, 2021 (the "Application") seeking interim compensation incurred by Zeisler & Zeisler, P.C. (the "Applicant") incurred as counsel to the Official Committee of Unsecured Creditors in this chapter 11 proceeding pursuant to 11 U.S.C. § 330, Fed. R. Bankr. P. 2016, and D. Conn. L. R. 2016-1, there being due and sufficient notice of the relief requested and there being no objection to the Application, and after a hearing held on ____, it is therefore

ORDERED that the Application is Granted, and the Applicant is awarded compensation in the amount of $146,879.90 and reimbursement of expenses in the amount of $921.25 for the period of August 10, 2021, through and including October 31, 2021, for a total interim award in the amount of $147,801.15; and,

ORDERED that the Debtor is authorized and directed to pay $147,801.15 to the Applicant.

1