**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re:<br><br>THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,[1]<br><br>Debtor. | Chapter 11<br><br>Case No: 21-20687 (JJT)<br><br>November 15, 2021<br><br>**Objections Due: Dec. 6, 2021 at 4:00 p.m.** |

**SECOND MONTHLY STATEMENT OF GLASSRATNER ADVISORY & CAPITAL GROUP LLC DBA B. RILEY ADVISORY SERVICES FOR INTERIM MONTHLY COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE DEBTOR**
<u>**FROM OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021**</u>

Name of Retained Professional:       GlassRatner Advisory & Capital Group LLC
                                      dba B. Riley Advisory Services

Party Represented:                    Debtor

Date of Retention:                    Effective July 15, 2021

Period for which compensation
and reimbursement is sought:          October 1, 2021 through October 31, 2021

Amount of compensation sought:        $30,752.75 (70% of $43,932.50)
Amount of expenses sought:            $0.60

Total interim payment sought          $30,753.35

This is a(n):  <u>**x**</u>  monthly statement  ___ interim application  ___ final application.

---

[1] The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich. The last four digits of the Debtor's federal tax identification number are 7373.

## COMPENSATION BY TASK CODE

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| (05) Business Operations | 9.20 | 3,634.00 |
| (06) Case Administration | 3.20 | 1,513.50 |
| (10) Employment and Fee Application (Firm) | 16.90 | 6,608.50 |
| (29) Business Analysis | 82.40 | 32,176.50 |
| **TOTAL:** | **111.70** | **$ 43,932.50** |

## COMPENSATION BY TIMEKEEPER

| Timekeeper | Position/Title | Bar Admission and Practice Group | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Wayne P. Weitz | Sr Managing Director | N/A | $675.00 | 9.60 | $6,480.00 |
| Todd Beresin | Managing Director | N/A | 395.00 | 48.70 | 19,236.50 |
| Steven Prager | Associate Director | N/A | 350.00 | 50.60 | 17,710.00 |
| Irene Byela | Senior Associate | N/A | 295.00 | 0.80 | 236.00 |
| Faryl Freeman | Administration | N/A | 135.00 | 2.0 | 270.00 |
| **TOTAL:** | | | | **111.70** | **$43,932.50** |
| **BLENDED RATE:** | | | **$393.31** | | |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| PACER Charges | | $0.60 |
| | | |
| **TOTAL:** | | $ 0.60 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re:<br><br>THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,[2]<br><br>Debtor. | Chapter 11<br><br>Case No: 21-20687 (JJT)<br><br>November 15, 2021 |

## STATEMENT OF NO OBJECTION BY DEBTOR'S REPRESENTATIVE KAREN L. HUFFER

Karen L. Huffer, on behalf of the Debtor in the above-captioned case, hereby states:

1. I am a duly authorized representative of The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich.

2. I have reviewed the *Second Monthly Statement of GlassRatner Advisory & Capital Group LLC dba B. Riley Advisory Services for Interim Monthly Compensation and Reimbursement of Expenses as Financial Advisor to the Debtor from October 1, 2021 through October 31, 2021* and do not object to the fees and expenses set forth therein.

November 15, 2021

*/s/   Karen L. Huffer*

Karen L. Huffer

---

[2] The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich. The last four digits of the Debtor's federal tax identification number are 7373.

**GlassRatner Advisory & Capital Group LLC**
dba B. Riley Advisory Services

Detailed Entries by Category by Date
October 1, 2021 - October 31, 2021

| **(05) Business Operations** | | | **9.2** |
|---|---|---|---|
| 13-Oct | Todd Beresin, CPA | Prepare journal entries for July brokerage accounts and reconcile to trial balance | 2.0 |
| 15-Oct | Todd Beresin, CPA | Prepare September journal entries for Morgan Stanley brokerage accounts | 1.2 |
| 15-Oct | Todd Beresin, CPA | Prepare August journal entries for Morgan Stanley brokerage accounts | 1.1 |
| 15-Oct | Todd Beresin, CPA | Prepare September journal entries for Janney brokerage accounts | 1.4 |
| 15-Oct | Todd Beresin, CPA | Prepare August journal entries for Janney brokerage accounts | 1.5 |
| 18-Oct | Todd Beresin, CPA | Reconcile July, August and September journal entries to GL to ensure that brokerage account balances tie to statements | 2.0 |

| **(06) Case Administration** | | | **3.2** |
|---|---|---|---|
| 15-Oct | Steven Prager, CVA | Call with counsel and K. Huffer re: 2004 examination | 0.8 |
| 15-Oct | Todd Beresin, CPA | Call with counsel and K. Huffer re: 2004 examination | 0.8 |
| 15-Oct | Wayne P. Weitz | Call with counsel and K. Huffer re: 2004 examination | 0.8 |
| 18-Oct | Steven Prager, CVA | Outlined interim fee application procedures | 0.5 |
| 20-Oct | Wayne P. Weitz | Review interim compensation order | 0.3 |

| **(10) Employment and Fee Application (Firm)** | | | **16.9** |
|---|---|---|---|
| 14-Oct | Wayne P. Weitz | Email corr counsel re: bar date notice | 0.2 |
| 15-Oct | Steven Prager, CVA | Call with counsel re: interim fee applications | 0.3 |
| 15-Oct | Wayne P. Weitz | Call with counsel re: interim fee applications | 0.3 |
| 18-Oct | Wayne P. Weitz | Review billing entries | 0.5 |
| 21-Oct | Steven Prager, CVA | Review and categorize time entries for interim fee application | 2.3 |
| 26-Oct | Steven Prager, CVA | Prepare monthly fee statement | 2.2 |
| 26-Oct | Steven Prager, CVA | Prepare monthly fee statement | 1.3 |
| 27-Oct | Faryl Freeman, CPA | Review slip entries 7.16.21-9.30.21 | 2.0 |
| 27-Oct | Steven Prager, CVA | Prepare monthly fee statement | 1.2 |
| 27-Oct | Steven Prager, CVA | Prepare monthly fee statement | 0.8 |
| 27-Oct | Todd Beresin, CPA | Review of slip entries September 2021 | 1.2 |
| 27-Oct | Todd Beresin, CPA | Review slip entries Aug 2021 | 1.6 |
| 29-Oct | Steven Prager, CVA | Call with W. Weitz, T. Beresin, S. Prager and K. Huffer to review monthly fee statement | 0.5 |
| 29-Oct | Todd Beresin, CPA | Call with W. Weitz, T. Beresin, S. Prager and K. Huffer re: monthly fee statement | 0.5 |
| 29-Oct | Wayne P. Weitz | Review/edit fee statement and underlying descriptions; corr counsel re: same | 1.5 |
| 29-Oct | Wayne P. Weitz | Call with W. Weitz, T. Beresin, S. Prager and K. Huffer re: monthly fee statement | 0.5 |

**GlassRatner Advisory & Capital Group LLC**
dba B. Riley Advisory Services

Detailed Entries by Category by Date
October 1, 2021 - October 31, 2021

| | | | |
|---|---|---|---|
| **(29) Business Analysis** | | | **82.4** |
| 1-Oct | Steven Prager, CVA | Quality control review of receipts and disbursement analysis | 2.0 |
| 1-Oct | Steven Prager, CVA | Quality control review of receipts and disbursement analysis | 1.5 |
| 1-Oct | Steven Prager, CVA | Prepare receipts and disbursement analysis of medical and insurance programs | 1.5 |
| 1-Oct | Steven Prager, CVA | Analyze QuickBooks disbursements January 2021 - April 2021 | 1.5 |
| 1-Oct | Steven Prager, CVA | Analyze QuickBooks disbursements May 2021 - August 2021 | 1.0 |
| 1-Oct | Todd Beresin, CPA | Summarize receipts and disbursements analysis 2021 YTD and review medical reimbursement by entity, depository account receipts by entity | 1.7 |
| 1-Oct | Todd Beresin, CPA | Summarize receipts and disbursements analysis 2021 YTD and prepare analysis of January - July medical premiums by entity | 1.5 |
| 4-Oct | Steven Prager, CVA | Call with W. Weitz, T. Beresin, and S. Prager re: receipts and disbursements report for the UCC | 0.5 |
| 4-Oct | Steven Prager, CVA | Prepare receipts and disbursement analysis of non-debtor entities by location | 2.5 |
| 4-Oct | Steven Prager, CVA | Prepare receipts and disbursement analysis of non-debtor entities by location | 2.0 |
| 4-Oct | Todd Beresin, CPA | Call with W. Weitz, T. Beresin, and S. Prager re: receipts and disbursements report for the UCC | 0.5 |
| 4-Oct | Todd Beresin, CPA | Analyze receipts and disbursements by location 2020 YTD - workers' compensation, auto and general liability and property insurance | 2.0 |
| 4-Oct | Todd Beresin, CPA | Analyze receipts and disbursements by location 2021 YTD - QuickBooks charges | 0.9 |
| 4-Oct | Wayne P. Weitz | Call with W. Weitz, T. Beresin, and S. Prager re: receipts and disbursements report for the UCC | 0.5 |
| 5-Oct | Steven Prager, CVA | Call with Counsel re: cash receipts and disbursements report for the UCC | 0.5 |
| 5-Oct | Steven Prager, CVA | Call with T. Beresin, S. Prager and K. Huffer re: cash receipts and disbursements report for the UCC | 0.8 |
| 5-Oct | Steven Prager, CVA | Call with T. Beresin and S. Prager re: January - August 2021 receipts and disbursements analysis | 0.5 |
| 5-Oct | Steven Prager, CVA | Prepare receipts and disbursement analysis of non-debtor entities by location | 2.5 |
| 5-Oct | Steven Prager, CVA | Prepare receipts and disbursement analysis of non-debtor entities by location | 1.5 |
| 5-Oct | Todd Beresin, CPA | Call with counsel re: cash receipts and disbursements report for the UCC | 0.5 |
| 5-Oct | Todd Beresin, CPA | Call with T. Beresin, S. Prager and K. Huffer re: cash receipts and disbursements report for the UCC | 0.8 |
| 5-Oct | Todd Beresin, CPA | Call with T. Beresin and S. Prager re: January - August receipts and disbursements analysis | 0.5 |
| 5-Oct | Todd Beresin, CPA | Call with W. Weitz and T. Beresin to review receipts and disbursements by entity analysis for 2021 | 0.2 |
| 5-Oct | Todd Beresin, CPA | Review and update receipts and disbursements analysis by location for Jan - Aug 2021 | 2.0 |
| 5-Oct | Todd Beresin, CPA | Analyze receipts and disbursements of merged parishes by location 2021 ytd | 1.7 |

**GlassRatner Advisory & Capital Group LLC**
dba B. Riley Advisory Services

Detailed Entries by Category by Date
October 1, 2021 - October 31, 2021

| Date | Name | Description | Hours |
|---|---|---|---|
| 5-Oct | Wayne P. Weitz | Call with W. Weitz and T. Beresin to review receipts and disbursements by entity analysis for 2021 | 0.2 |
| 5-Oct | Wayne P. Weitz | Meeting with W. Weitz and T. Beresin to review analysis of receipts and disbursements by entity for 2021 | 0.2 |
| 5-Oct | Wayne P. Weitz | Call with counsel re: discovery issues | 0.5 |
| 5-Oct | Wayne P. Weitz | Call with counsel re: cash receipts and disbursements report for the UCC | 0.5 |
| 5-Oct | Wayne P. Weitz | Review pass-through analysis with T. Beresin | 0.3 |
| 6-Oct | Steven Prager, CVA | Prepare September MOR | 2.3 |
| 6-Oct | Steven Prager, CVA | Prepare September MOR | 1.7 |
| 6-Oct | Todd Beresin, CPA | Prepare September MOR and analyze receipts in deposit account | 1.8 |
| 6-Oct | Todd Beresin, CPA | Prepare September MOR and review September brokerage statements for dividends, interests, realized/unrealized gains | 1.4 |
| 6-Oct | Todd Beresin, CPA | Prepare September MOR and review activity for medical acct, debit card acct, payroll acct | 1.2 |
| 6-Oct | Todd Beresin, CPA | Prepare September MOR prep and analyze general fund disbursements | 1.7 |
| 7-Oct | Steven Prager, CVA | Prepare September MOR | 2.0 |
| 7-Oct | Steven Prager, CVA | Prepare September MOR | 1.0 |
| 7-Oct | Todd Beresin, CPA | Prepare September MOR - general fund disbursements review | 1.9 |
| 7-Oct | Todd Beresin, CPA | Prepare September MOR - allocate September medical and dental premium payments to locations | 1.2 |
| 8-Oct | Steven Prager, CVA | Prepare September MOR | 2.0 |
| 8-Oct | Steven Prager, CVA | Call with T. Beresin, S. Prager and K. Huffer re: September MOR | 0.2 |
| 8-Oct | Steven Prager, CVA | Analyze cash receipts and disbursements by entity for UCC monthly report | 0.4 |
| 8-Oct | Steven Prager, CVA | Prepare monthly cash receipts and disbursements report for UCC | 0.9 |
| 8-Oct | Steven Prager, CVA | Prepare September MOR | 1.1 |
| 8-Oct | Todd Beresin, CPA | Call with T. Beresin, S. Prager and K. Huffer re: September MOR | 0.2 |
| 8-Oct | Todd Beresin, CPA | Analyze cash receipts and disbursements by entity for UCC monthly report | 0.4 |
| 8-Oct | Todd Beresin, CPA | Prepare schedule of September 2021 receipts and disbursements by location | 2.0 |
| 11-Oct | Todd Beresin, CPA | Prepare September MOR | 1.4 |
| 11-Oct | Todd Beresin, CPA | Prepare schedule of receipts and disbursements by entity | 2.5 |
| 12-Oct | Steven Prager, CVA | Quality control review of cash receipts and disbursements analysis | 1.5 |
| 12-Oct | Steven Prager, CVA | Call with W. Weitz, T. Beresin and S. Prager re: September MOR | 0.9 |
| 12-Oct | Todd Beresin, CPA | Prepare 9.30.21 consolidated AR aging analysis | 1.7 |
| 12-Oct | Todd Beresin, CPA | Call with W. Weitz, T. Beresin and S. Prager re: September MOR | 0.9 |
| 12-Oct | Wayne P. Weitz | Call with W. Weitz, T. Beresin and S. Prager re: September MOR | 0.9 |
| 13-Oct | Irene Byela | Redact September 2021 bank statements for filing with MOR | 0.8 |
| 13-Oct | Todd Beresin, CPA | Prepare 9.30.21 accounts receivable aging for medical account | 1.8 |
| 13-Oct | Todd Beresin, CPA | Review September MOR | 0.6 |
| 14-Oct | Steven Prager, CVA | Call with T. Beresin, S. Prager and K. Huffer re: September MOR | 0.5 |
| 14-Oct | Steven Prager, CVA | Call with T. Beresin and S. Prager re: monthly UCC reports | 0.2 |
| 14-Oct | Todd Beresin, CPA | Call with T. Beresin, S. Prager and K. Huffer re: September MOR | 0.5 |
| 14-Oct | Todd Beresin, CPA | Call with T. Beresin and S. Prager re: monthly UCC reports | 0.2 |
| 15-Oct | Todd Beresin, CPA | Call with counsel re: interim fee applications | 0.3 |
| 15-Oct | Wayne P. Weitz | Review of and email corr re: September MOR | 1.4 |
| 21-Oct | Steven Prager, CVA | Prepare monthly debtor cash flow forecast | 1.6 |

**GlassRatner Advisory & Capital Group LLC**
dba B. Riley Advisory Services

Detailed Entries by Category by Date
October 1, 2021 - October 31, 2021

| Date | Name | Description | Hours |
|---|---|---|---|
| 21-Oct | Steven Prager, CVA | Prepare monthly debtor cash flow forecast | 2.2 |
| 22-Oct | Steven Prager, CVA | Prepared monthly Debtor cash flow forecast | 2.3 |
| 22-Oct | Steven Prager, CVA | Call with T. Beresin and S. Prager re: Debtor monthly cash flow forecast | 0.5 |
| 22-Oct | Todd Beresin, CPA | Call with T. Beresin and S. Prager re: Debtor monthly cash flow forecast | 0.5 |
| 26-Oct | Steven Prager, CVA | Call with T. Beresin, S. Prager and K. Huffer re: monthly cash flow forecast | 0.3 |
| 26-Oct | Todd Beresin, CPA | Call with W. Weitz re: cash flow projection | 0.4 |
| 26-Oct | Todd Beresin, CPA | Call with T. Beresin and S. Prager re: Debtor monthly cash flow forecast | 0.3 |
| 26-Oct | Wayne P. Weitz | Call with T. Beresin re: cash flow projection | 0.4 |
| 26-Oct | Wayne P. Weitz | Email corr with counsel re: certain real estate leases | 0.3 |
| 27-Oct | Steven Prager, CVA | Review monthly cash flow forecast with W. Weitz | 0.3 |
| 27-Oct | Steven Prager, CVA | Call with W. Weitz to review of monthly cash flow forecast | 0.3 |
| 27-Oct | Wayne P. Weitz | Call with S. Prager to review of monthly cash flow forecast | 0.3 |
| 28-Oct | Steven Prager, CVA | Prepare monthly cash flow forecast with T. Beresin | 0.2 |
| 28-Oct | Todd Beresin, CPA | Prepare monthly cash flow forecast with S. Prager | 0.2 |
| | | **TOTAL HOURS** | **111.7** |