**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,[1] | Case No:  21-20687 (JJT) |
| Debtor. | November 15, 2021 |
| | **Objections Due: Dec. 6, 2021 at 4:00 p.m.** |

**SECOND MONTHLY STATEMENT OF ICE MILLER LLP FOR**
**INTERIM MONTHLY COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES AS CO-COUNSEL TO THE DEBTOR**
**FROM OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021**

Name of Retained Professional:          Ice Miller LLP

Party Represented:          Debtor

Date of Retention:          Approved September 17, 2021
          Effective July 15, 2021

Period for which compensation
and reimbursement is sought:          October 1, 2021 through October 31, 2021

Amount of compensation sought:          $90,286.00 (70% of $128,980.00)
Amount of expenses sought:          $174.30

Total interim payment sought          $90,460.30

This is a(n): **X** monthly statement ___ interim application ___ final application.

---

[1] The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich.  The last four digits of the Debtor's federal tax identification number are 7373.

**COMPENSATION BY TASK CODE**

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| (02) Asset Disposition | 1.10 | $918.50 |
| (03) Assumption and Rejection of Leases & Contracts | 0.70 | $584.50 |
| (05) Business Operations | 0.00 | |
| (06) Case Administration | 61.20 | $41,116.50 |
| (09) Employment Benefits and Pensions | 0.00 | |
| (10) Employment and Fee Application (Firm) | 19.90 | $13,005.50 |
| (11) Employment and Fee Applications (Others) | 4.10 | $2,181.50 |
| (12) Financing, Cash Collateral, Make Whole | 0.00 | |
| (13) Other Litigation/Adversary Matters | 0.00 | |
| (14) Meetings and Communications with Creditors | 0.00 | |
| (15) Non-Working Travel | 0.00 | |
| (16) Plan and Disclosure Statement | 6.20 | $3,833.00 |
| (17) Relief from Stay and Adequate Protection | 0.00 | |
| (18) Tax | 0.00 | |
| (21) Hearings | 0.00 | |
| (22) First and Second Day Motions | 0.00 | |
| (24) Lien Investigation | 0.00 | |
| (26) Personal Injury Matters | 0.00 | |
| (27) Other Motions/Applications | 18.10 | $13,644.00 |
| (28) Respond to UST Requests | 5.30 | $4,108.50 |
| (29) Respond to Committee Rule 2004 Subpoena | 90.50 | $49,568.00 |
| **TOTAL:** | 207.10 | $128,980.00 |

## COMPENSATION BY TIMEKEEPER

| Timekeeper | Position/Title | Bar Admission and Practice Group | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Louis DeLucia | Partner | Admitted 1986 Bankruptcy and Financial Restructuring | $835 | 46.40 | $38,744.00 |
| Alyson Fiedler | Partner | Admitted 2000 Bankruptcy and Financial Restructuring | $795 | 74.20 | $58,989.00 |
| Tyson Crist | Partner | Admitted 1999 Bankruptcy and Financial Restructuring | $515 | 4.20 | $2,163.00 |
| John Cannizzaro | Of Counsel | Admitted 2009 Bankruptcy and Financial Restructuring | $425 | 38.20 | $16,235.00 |
| Michael Ott | Of Counsel | Admitted 2007 Bankruptcy and Financial Restructuring | $470 | 6.00 | $2,820.00 |
| John Acquaviva | Paralegal | Paralegal Bankruptcy and Financial Restructuring | $270[2] | 20.90 | $5,643.00 |
| Ryan Hibbard | Law Clerk | Not Yet Admitted Bankruptcy and Financial Restructuring | $255 | 17.20 | $4,386.00 |
| **GRAND TOTAL** | | | | 207.10 | $128,980.00 |
| **BLENDED RATE:** | | | **$622.79** | | |

---

[2] Hourly rate is discounted from standard hourly rate of $425.

**EXPENSE SUMMARY**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Audio Conferencing | | |
| Court Fees | | |
| Delivery Services | | |
| Deposition Transcripts | | |
| Federal Express Delivery | | |
| Mileage | | |
| Subpoena Fees | | |
| Copy, Print & Scan Charges | | |
| Records Requests | | |
| Legal Research | Westlaw | $174.30 |
| **TOTAL:** | | **$174.30** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,[1] | Case No:  21-20687 (JJT) |
| Debtor. | November 15, 2021 |

**STATEMENT OF NO OBJECTION BY DEBTOR'S REPRESENTATIVE**
**KAREN L. HUFFER**

Karen L. Huffer, on behalf of the Debtor in the above-captioned case, hereby states:

1.      I am a duly authorized representative of The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich.

2.      I have reviewed the *Second Monthly Statement of Ice Miller LLC for Interim Monthly Compensation and Reimbursement of Expenses as Co-Counsel to the Debtor from October 1, 2021 through October 31, 2021* and do not object to the fees and expenses set forth therein.

November 15, 2021

*/s/ Karen L. Huffer*
Karen L. Huffer

---

[1] The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich.  The last four digits of the Debtor's federal tax identification number are 7373.



Invoice No. 01-2119471
November 15, 2021

The Roman Catholic Diocese of Norwich
Deliver via Email
financekaren@norwichdiocese.net
alice@norwichdiocese.net

Re:     Chapter 11 Bankruptcy of Diocese of Norwich
        Our Matter No. 064052.10002

## INVOICE SUMMARY

For Services rendered through October 31, 2021

| | |
|---|---|
| Professional Services | $128,980.00 |
| Disbursements | $174.30 |
| **Total Current Invoice** | **$129,154.30** |
| Previous Balance Due | $513,946.21 |
| Total Balance Due | $643,100.51 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence you have placed in us.  Please call if we can be of further assistance.



*New* payment option for you. You can now pay your invoice by **E-check**.

Find out more by contacting **PAYICE@icemiller.com**.

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2119471
November 15, 2021

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|---|---|---|---|
| **02 - (02) Asset Disposition** | | | |
| 10/01/2021 | DELU L | Correspondence with S. Kindseth regarding MSJ sale of property and involvement of committee in process. | 0.20 |
| 10/29/2021 | DELU L | Conference call with Cushman & Wakefield and all other interested parties regarding status of MSJ property sale. | 0.90 |
| **Subtotal for 02** | | | **918.50** |
| **03 - (03) Assumption and Rejection of Leases & Contracts** | | | |
| 10/18/2021 | DELU L | Email on motion to extend time to assume or reject leases/executory contracts. | 0.40 |
| 10/21/2021 | DELU L | Follow up on lease assumption/rejection. | 0.30 |
| **Subtotal for 03** | | | **584.50** |
| **06 - (06) Case Administration** | | | |
| 10/01/2021 | CANN J | Work on 2019 demand letters. | 0.50 |
| 10/01/2021 | CANN J | Work on bar date motion, order, form of notice, and form of sexual abuse proof of claim. | 1.10 |
| 10/01/2021 | DELU L | Correspondence with Christian Brothers counsel and set up conference call regarding same on Monday. | 0.40 |
| 10/01/2021 | FIED A | Correspondence with S. Kindseth. | 0.20 |
| 10/01/2021 | FIED A | Review Rule 2019 demand letters. | 0.40 |
| 10/01/2021 | FIED A | Correspondence with A. Kadish regarding status. | 0.10 |
| 10/01/2021 | FIED A | Revise bar date motion. | 0.80 |
| 10/05/2021 | ACQU J | Review incoming case documents, and manage case calendar. | 0.30 |
| 10/05/2021 | ACQU J | Telephone call with NY Secretary of State office regarding org documents relating to The Roman Catholic Church of Our Lady of Grace, at Fishers Island, in the County of Suffolk in the State of New York. | 0.20 |
| 10/05/2021 | DELU L | Call with Christian Brothers counsel, Alan Kadish regarding status, POC bar date, State Court litigation. | 0.50 |
| 10/05/2021 | FIED A | Call with A. Kadish regarding status. | 0.50 |

Chapter 11 Bankruptcy of Diocese of Norwich — Invoice No. 01-2119471
Our Matter No. 064052.10002 — November 15, 2021

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/06/2021 | DELU L | Call from Bank of America - coordinate response regarding continuation as a charitable organization. | 0.10 |
| 10/06/2021 | DELU L | Receipt and review of 60 Jay Street deed(s)/real property records from Diocese. | 0.30 |
| 10/06/2021 | OTT M | Call with high school counsel and continue drafting memorandum on school property. | 1.50 |
| 10/07/2021 | ACQU J | Review incoming case documents, and manage case calendar. | 0.20 |
| 10/07/2021 | DELU L | Work on and revise R. 2019 letter to plaintiffs' counsel. | 0.30 |
| 10/07/2021 | DELU L | Work on Abuse Claim changes and POC Bar Date Order. | 1.20 |
| 10/07/2021 | DELU L | Emails with Steve Kindseth regarding POC Bar Date. | 0.10 |
| 10/07/2021 | FIED A | Review revised Rule 2019 demand letter. | 0.20 |
| 10/08/2021 | ACQU J | Review incoming case documents, and manage case calendar. | 0.60 |
| 10/08/2021 | DELU L | Review of email from Committee counsel with list of all publications for the POC Bar Date. | 0.10 |
| 10/08/2021 | DELU L | Receipt and review of Committee's comments and edits to POC Order Setting Bar Date. | 0.40 |
| 10/08/2021 | DELU L | Receipt and review of Committee comments to and edits to draft abuse POC. | 0.40 |
| 10/08/2021 | DELU L | Prepare for and then call with Committee on Bar Date motion. | 0.50 |
| 10/08/2021 | FIED A | Correspondence with E. Henzy regarding publications for bar date motion. | 0.20 |
| 10/08/2021 | FIED A | Review final receipts and disbursements through August 2021. | 0.40 |
| 10/08/2021 | FIED A | Review UCC comments to POC. | 0.50 |
| 10/08/2021 | FIED A | Call with UCC regarding bar date. | 0.50 |
| 10/08/2021 | FIED A | Review edits of UCC to bar date motion. | 0.50 |
| 10/09/2021 | DELU L | Correspondence with Catholic Mutual regarding Z&Z comments to POC Bar Date Motion and Abuse Claim form. | 0.20 |
| 10/11/2021 | FIED A | Review diocesan real estate documents. | 3.60 |
| 10/11/2021 | FIED A | Review memorandum regarding real estate and applicable law. | 1.40 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2119471
November 15, 2021

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/11/2021 | OTT M | Follow-up with high school counsel and finalize memorandum on school property ownership. | 3.00 |
| 10/13/2021 | CANN J | Work on bar date order, abuse survivor claim form, publication notice, and motion. | 3.60 |
| 10/14/2021 | ACQU J | Review incoming case documents, and manage case calendar. | 0.40 |
| 10/14/2021 | CANN J | Work on bar date motion. | 1.60 |
| 10/14/2021 | DELU L | Emails with Steve Kindseth, M. Fisher regarding POC Bar Date Motion and results of their discussions/disagreement on Sexual Abuse POC form. | 0.20 |
| 10/14/2021 | DELU L | Utilities Motion - deposit account follow-up emails. | 0.30 |
| 10/14/2021 | DELU L | Emails with Father Ted Tumicki regarding ad hoc parish committee. | 0.40 |
| 10/14/2021 | DELU L | Correspondence with counsel to Catholic Mutual, M. Fisher regarding POC Bar Date motion and Sexual Abuse Claim form comments. | 0.40 |
| 10/14/2021 | DELU L | Correspondence with Karen Huffer regarding Catholic Charities payments - payments to be made by ACA not Diocese. | 0.40 |
| 10/14/2021 | DELU L | Work on bar date motion, review updated draft. | 0.80 |
| 10/14/2021 | DELU L | Correspondence with prospective counsel to ad hoc parish committee. | 0.20 |
| 10/14/2021 | FIED A | Correspondence with Father Ted regarding parishes. | 0.20 |
| 10/14/2021 | FIED A | Assess Catholic Charities payroll. | 0.50 |
| 10/14/2021 | FIED A | Work on bar date motion issues. | 0.60 |
| 10/15/2021 | ACQU J | Manage correspondence with calendar clerk confirming attendance in preparation of October 21, 2021 hearing. | 0.10 |
| 10/15/2021 | ACQU J | Norwich case status meeting with CT counsel. | 1.00 |
| 10/15/2021 | DELU L | Conference call update and tasks meeting with Karen Huffer and B. Riley. | 1.00 |
| 10/15/2021 | DELU L | Conference call with Catholic Mutual re its comments to the draft Abuse POC. | 0.50 |
| 10/15/2021 | DELU L | Conduct Status Conference call with team/RC regarding open matters, including exclusivity extension, removal of actions under | 1.00 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2119471
November 15, 2021

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| | | 9027, UST and Committee reporting, future claims representative, Parish ad hoc committee, bar date motion and all open case management issues. | |
| 10/15/2021 | FIED A | Review revised real estate memo. | 1.20 |
| 10/15/2021 | FIED A | Call with M. Fisher regarding bar date. | 0.40 |
| 10/15/2021 | FIED A | Strategy call with RC et al. | 1.00 |
| 10/15/2021 | OTT M | Revise and update memorandum on high school properties and emails regarding same. | 1.50 |
| 10/18/2021 | CANN J | Work on review of compliance with obligations imposed by certain orders. | 0.30 |
| 10/18/2021 | DELU L | Receipt and review of US Bank correspondence and equipment finance/leases. | 0.60 |
| 10/18/2021 | FIED A | Review Jay Street lease agreement. | 0.90 |
| 10/18/2021 | FIED A | Prepare for parish call. | 0.90 |
| 10/18/2021 | FIED A | Participate in parish call. | 1.00 |
| 10/19/2021 | DELU L | Emails and questions from K. Huffer on certain payables, and charitable payment obligations. | 0.40 |
| 10/19/2021 | FIED A | Review USB letter. | 0.20 |
| 10/20/2021 | CANN J | Worked on additional revisions to sexual abuse proof of claim and bar date motion. | 1.60 |
| 10/20/2021 | DELU L | Receipt of additional comments from CM to Abuse POC form, and emails regarding same. | 0.60 |
| 10/20/2021 | DELU L | Work on revisions to POC Bar Date Motion, Order and Abuse POC; and related correspondence with CM, Parish Committee Counsel, and MSJ counsel. | 2.00 |
| 10/20/2021 | FIED A | Review 341 transcripts for errata. | 1.20 |
| 10/20/2021 | FIED A | Review revised POC form containing CM's revisions. | 0.70 |
| 10/21/2021 | ACQU J | Review incoming case documents, and manage case calendar. | 0.30 |
| 10/21/2021 | FIED A | Call with W. Weitz regarding status. | 0.20 |
| 10/22/2021 | CANN J | Worked on claims bar date motion and order revisions. | 0.70 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2119471
November 15, 2021

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/22/2021 | DELU L | Began draft of case management plan going forward through exclusivity. | 1.00 |
| 10/22/2021 | DELU L | Emails and call with Counsel to MSJ regarding sale of the property and need for all-hands call. | 0.50 |
| 10/22/2021 | FIED A | Review Parish Org Chart. | 0.50 |
| 10/22/2021 | FIED A | Review proposed and revised publication notice. | 0.20 |
| 10/22/2021 | FIED A | Review revised bar date motion, order and proof of claim. | 0.90 |
| 10/25/2021 | ACQU J | Transcribe approved testimony from 341 meeting to errata sheet (K. Huffer). | 0.80 |
| 10/25/2021 | CANN J | Exchange communications with client Norwich utilities regarding utility issues. | 0.30 |
| 10/25/2021 | DELU L | Prepare for and then call with Mark Mintz, proposed counsel to the ad hoc Parish committee. | 1.00 |
| 10/25/2021 | FIED A | Correspondence with A. Kadish regarding status. | 0.20 |
| 10/26/2021 | DELU L | Emails and work on Rule 2019 compliance by plaintiffs' professionals | 0.50 |
| 10/26/2021 | DELU L | Further work on POC Bar Date motion, related emails regarding CM/Committee disputed language in abuse POC, and drafting, to incorporate ad hoc committee issues. | 1.50 |
| 10/27/2021 | ACQU J | Research and review/analyze for accuracy and content past and pending cases in which the proof of claim bar date has passed to ascertain if parishes in those cases filed proofs of claims. | 1.00 |
| 10/27/2021 | CANN J | Worked on additional parish proposed changes to claims bar date filings. | 0.60 |
| 10/27/2021 | DELU L | Correspondence with Committee counsel regarding plaintiffs' counsel compliance with R. 2019 statement. | 0.30 |
| 10/27/2021 | DELU L | Review, revise and emails coordinating filing of POC Bar Date Motion and motion/order shortening time. | 1.80 |

**Subtotal for 06**_____ **41,116.50**

**10 - (10) Employment and Fee Application (Firm)**

| | | | |
|------|----------|-------------|-------|
| 10/07/2021 | CANN J | Worked on revisions to compensation procedures motion based upon UST additional comments. | 0.30 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2119471
November 15, 2021

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/07/2021 | DELU L | Review of UST comments to the motion for interim compensation. | 0.20 |
| 10/07/2021 | FIED A | Review UST's comments to motion for interim compensation. | 0.20 |
| 10/13/2021 | FIED A | Work on fees for fee statement. | 1.60 |
| 10/15/2021 | FIED A | Work on fee statements. | 0.90 |
| 10/18/2021 | DELU L | Correspondence and coordination of fee statements with/from all professionals, including RC, B. Riley, IM, and Brown Jacobson. | 0.50 |
| 10/19/2021 | CANN J | Worked on first interim fee statement. | 0.70 |
| 10/19/2021 | HIBB R | Drafted Ice Miller First interim fee application. | 2.50 |
| 10/20/2021 | DELU L | Emails and work on Interim Fee Statements for entire professional team - assigning tasks between RC and IM to avoid duplication. | 0.40 |
| 10/20/2021 | FIED A | Review IM fee statement. | 0.30 |
| 10/21/2021 | CANN J | Work on first interim fee statement. | 0.90 |
| 10/26/2021 | CANN J | Worked on fee statement issues. | 0.30 |
| 10/26/2021 | DELU L | Emails to all professionals to coordinate first monthly Fee Statement. | 0.20 |
| 10/26/2021 | FIED A | Work on First interim fee application and first fee statement. | 4.50 |
| 10/28/2021 | CANN J | Worked on review of professional fee statements. | 1.90 |
| 10/28/2021 | FIED A | Work on fees for fee statement/fee app. | 2.00 |
| 10/29/2021 | FIED A | Work on fee application for statement. | 2.50 |

**Subtotal for 10**                                                 **13,005.50**

## 11 - (11) Employment and Fee Applications (Others)

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/18/2021 | FIED A | Review detailed time for Epiq. | 0.30 |
| 10/19/2021 | HIBB R | Drafted Brown Jacobson fee statement. | 0.70 |
| 10/20/2021 | FIED A | Review BJ fee statement. | 0.20 |
| 10/20/2021 | HIBB R | Finished drafting Brown Jacobson fee statement. | 0.70 |
| 10/28/2021 | DELU L | Correspondence/emails with all parties (B. Riley, RC and Brown Jacobson regarding fee statements). | 0.20 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2119471
November 15, 2021

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/29/2021 | CANN J | Continued working on Brown Jacobson first interim fee statement. | 1.00 |
| 10/29/2021 | DELU L | Emails and review of First Fee Statement, B. Riley Fee Statement, and emails with RC. | 1.00 |
| **Subtotal for 11** | | | **2,181.50** |

**16 - (16) Plan and Disclosure Statement**

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/20/2021 | DELU L | Work on Plan draft - possible structure and needed related Section 1129 research. | 2.00 |
| 10/28/2021 | CRIS T | Considered background, researched and analyzed certain plan formulation issues. | 2.00 |
| 10/29/2021 | CRIS T | Prepared a portion of an initial draft memorandum concerning plan formulation issues. | 0.60 |
| 10/29/2021 | CRIS T | Further research of plan formulation issues. | 1.30 |
| 10/29/2021 | CRIS T | Prepared correspondence to inquire about additional facts related to the plan issues analysis. | 0.30 |
| **Subtotal for 16** | | | **3,833.00** |

**27 - (27) Other Motions/Applications**

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/01/2021 | CANN J | Work on Rule 2019 motion to compel. | 1.20 |
| 10/04/2021 | DELU L | Revise and edit Motion to Approve Stipulation Staying State Court Litigation, to be shared with Committee, Christian Brothers. | 1.50 |
| 10/04/2021 | FIED A | Work on motion to extend exclusivity. | 1.10 |
| 10/04/2021 | FIED A | Review draft motion to stay litigation. | 0.60 |
| 10/06/2021 | ACQU J | Review and edit Diocese Motion to Extend Time to Remove Actions. | 0.60 |
| 10/06/2021 | DELU L | Correspondence on R. 9027 Motion to Extend Time to Remove Actions. | 0.10 |
| 10/06/2021 | FIED A | Review revised motion to stay litigation. | 0.40 |
| 10/06/2021 | FIED A | Review motion to compel R. 2019 compliance. | 0.50 |
| 10/07/2021 | FIED A | Review motion to extend stay. | 0.50 |
| 10/08/2021 | DELU L | Review motion to extend time to remove actions; emails with RC | 0.40 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2119471
November 15, 2021

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| | | regarding filing. | |
| 10/11/2021 | DELU L | Work on POC Bar Date motion, and then exclusivity motion. | 1.50 |
| 10/12/2021 | ACQU J | Review, draft and edit Motion to Extend Exclusive Period. | 0.50 |
| 10/12/2021 | DELU L | Correspondence with RC on exclusivity motion, and removal motion and motion to expedite. | 0.20 |
| 10/13/2021 | FIED A | Work on exclusivity motion. | 1.80 |
| 10/20/2021 | FIED A | Review revised bar date motion. | 0.60 |
| 10/27/2021 | DELU L | Review, edit and revise motion to extend exclusivity. | 1.00 |
| 10/27/2021 | FIED A | Review revised motion and stipulation for third party stay. | 0.50 |
| 10/27/2021 | FIED A | Drafting of motion to extend exclusivity. | 2.40 |
| 10/28/2021 | DELU L | Further revisions and edits to Motion to Extend Exclusivity. | 1.00 |
| 10/29/2021 | DELU L | Work on, complete and circulate revised/final motion to extend exclusivity. | 1.00 |
| 10/29/2021 | DELU L | Work on, revise and circulate final Motion to Compel R. 2019 Statement. | 0.70 |

**Subtotal for 27**_____ **13,664.00**

#### 28 - (28) Respond to UST Requests

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/05/2021 | CANN J | Conferenced with financial advisor regarding financial reporting. | 0.50 |
| 10/06/2021 | DELU L | Correspondence with UST regarding Epiq billing. | 0.10 |
| 10/06/2021 | DELU L | Receipt and review of "Receipts and Disbursements" reports from B. Riley; emails with Todd Beresin and then forward with explanation to Committee counsel and UST. | 1.10 |
| 10/06/2021 | FIED A | Review receipts and disbursements by location. | 0.40 |
| 10/08/2021 | DELU L | Assemble and then deliver August Cash Management Reports to Committee and UST. | 0.40 |
| 10/12/2021 | DELU L | Receipt and review of B. Riley Memo and report to UST, dated 10/12/21, regarding "Additional Information Request from United States Trustee". | 0.40 |
| 10/12/2021 | FIED A | Review Response to UST information request. | 0.50 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2119471
November 15, 2021

**PROFESSIONAL SERVICES**

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/12/2021 | FIED A | Review correspondence to UST regarding Epiq invoices. | 0.20 |
| 10/12/2021 | FIED A | Review Epiq invoices. | 0.30 |
| 10/14/2021 | FIED A | Review UCC reports for September. | 0.60 |
| 10/15/2021 | FIED A | Review MORs and cash management report. | 0.40 |
| 10/20/2021 | FIED A | Review final cash management reports. | 0.40 |
| **Subtotal for 28** | | | **4,108.50** |

**29 - (29) – Respond to Committee Rule 2004 Subpoena**

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/01/2021 | ACQU J | Manage discovery pursuant to R. 2004 Motion, and organize electronically via ShareFile and internal network drive. | 0.80 |
| 10/01/2021 | CANN J | Work on initial review of physical and electronic discovery received for response to Rule 2004 subpoena and issues related to same. | 1.10 |
| 10/01/2021 | DELU L | Review of appraisals received of various properties, and work on discovery. | 1.00 |
| 10/01/2021 | FIED A | Review litigation hold letter. | 0.40 |
| 10/01/2021 | FIED A | Review documents from M. Driscoll for Rule 2004 Subpoena. | 1.50 |
| 10/04/2021 | ACQU J | Review and organize discovery documents relating to R.2004 Discovery subpoena, prepare ShareFile and network access for recipients, and manage internal correspondence regarding same. | 1.80 |
| 10/04/2021 | CANN J | Worked on preparation for Rule 2004 document review. | 1.10 |
| 10/04/2021 | DELU L | Work on R. 2004 examination response, emails with M. Driscoll regarding same, and documents - review and assemble documents. | 2.00 |
| 10/04/2021 | FIED A | Work on document production. | 2.70 |
| 10/05/2021 | ACQU J | Meeting with K. Tran (Epiq) to discuss platform to store discovery. | 0.10 |
| 10/05/2021 | ACQU J | Review and organize discovery documents relating to R.2004 Discovery subpoena, and manage internal correspondence regarding same. | 1.70 |
| 10/05/2021 | ACQU J | Meeting to discuss Committee Deliverables and pending discovery. | 0.50 |
| 10/05/2021 | CANN J | Worked on review of Rule 2004 documents. | 0.60 |
| 10/05/2021 | CANN J | Communicated with Epiq regarding discovery management options | 0.30 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2119471
November 15, 2021

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| | | for Rule 2004 requests. | |
| 10/05/2021 | DELU L | Work on R.2004 doc production. | 1.00 |
| 10/05/2021 | FIED A | Call with Epiq regarding UCC discovery. | 0.50 |
| 10/05/2021 | FIED A | Call regarding UCC discovery with Financial advisors. | 1.00 |
| 10/05/2021 | FIED A | Work on committee discovery. | 1.60 |
| 10/06/2021 | ACQU J | Review and organize discovery documents relating to R.2004 Discovery subpoena, and manage correspondence with client and financial advisors regarding same. | 2.10 |
| 10/06/2021 | CANN J | Worked on Rule 2004 discovery issues. | 0.50 |
| 10/06/2021 | DELU L | Correspondence with Fr. Peter and team and work on assembling required info to produce docs. | 0.60 |
| 10/06/2021 | FIED A | Work on Rule 2004 discovery request. | 1.80 |
| 10/06/2021 | FIED A | Review correspondence for Fr. Langevin regarding discovery. | 0.20 |
| 10/06/2021 | FIED A | Call with Epiq regarding discovery. | 0.50 |
| 10/07/2021 | FIED A | Correspondence with K. Perkins regarding discovery. | 0.20 |
| 10/07/2021 | FIED A | Work on response to Rule 2004 subpoena compliance. | 3.20 |
| 10/10/2021 | DELU L | Committee R. 2004 Subpoena - Correspondence with team regarding docs from Pulman & Conley. | 0.40 |
| 10/12/2021 | ACQU J | Manage pending issues regarding review database for DON discovery documents. | 0.60 |
| 10/12/2021 | ACQU J | Meeting with Judge Holzberg and K. Perkins (Pullman), L. DeLucia and A. Fiedler regarding obtaining DON discovery documents. | 0.40 |
| 10/12/2021 | CANN J | Worked on committee Rule 2004 discovery. | 0.90 |
| 10/12/2021 | FIED A | Work on discovery response. | 1.20 |
| 10/12/2021 | FIED A | Call with Pullman & Comley regarding discovery. | 0.70 |
| 10/13/2021 | CANN J | Worked on document review management. | 0.30 |
| 10/14/2021 | DELU L | Correspondence with Pullman & Conley regarding doc production. | 0.20 |
| 10/14/2021 | FIED A | Work on document production. | 1.80 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2119471
November 15, 2021

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/15/2021 | ACQU J | Meeting with internal case team, financial advisors and K. Huffer on discovery compliance. | 0.80 |
| 10/15/2021 | CANN J | Worked on protective order issues. | 0.30 |
| 10/15/2021 | CANN J | Conference with client regarding discovery responses. | 0.80 |
| 10/15/2021 | FIED A | Review confidentiality order. | 0.40 |
| 10/15/2021 | FIED A | Call with B. Riley regarding discovery request. | 0.80 |
| 10/19/2021 | CANN J | Coordinated with J. Acquaviva and lit support regarding discovery import for Committee Rule 2004. | 0.50 |
| 10/19/2021 | FIED A | Review Rule 2004 Subpoena. | 0.50 |
| 10/20/2021 | CANN J | Worked on Rule 2004 committee discovery. | 1.10 |
| 10/20/2021 | DELU L | Work on committee R. 2004 discovery. | 0.50 |
| 10/21/2021 | ACQU J | Manage strategy with Litigation Support in furtherance of developing comprehensive discovery database in preparation for receipt and upload and organization of diocesan files. | 1.40 |
| 10/21/2021 | CANN J | Worked on Rule 2004 discovery review. | 4.90 |
| 10/21/2021 | DELU L | Emails on and then participate in call on R. 2004 Committee discovery production. | 1.00 |
| 10/21/2021 | FIED A | Work on discovery. | 0.50 |
| 10/21/2021 | FIED A | Review discovery from Pullman & Comley. | 1.80 |
| 10/21/2021 | FIED A | Correspondence with Pullman & Comley regarding discovery. | 0.50 |
| 10/21/2021 | HIBB R | Reviewed Diocese documents related to Rule 2004 examination; identified documents related to real estate of the Diocese and insurance coverage. | 4.10 |
| 10/22/2021 | CANN J | Worked on Rule 2004 subpoena response and production issues. | 0.90 |
| 10/22/2021 | FIED A | Review Response to Rule 2004 subpoena. | 1.20 |
| 10/22/2021 | FIED A | Work on response to Rule 2004. | 1.30 |
| 10/22/2021 | HIBB R | Drafted Excel sheet identifying documents responsive to Rule 2004 subpoena. | 1.90 |
| 10/25/2021 | ACQU J | Review pending issues regarding Norwich discovery and its upload | 0.80 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2119471
November 15, 2021

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| | | to Relativity, and manage communications with Litigation Support regarding same. | |
| 10/25/2021 | ACQU J | Conference with A. Fiedler and J. Cannizzaro regarding Norwich discovery status and document review. | 0.40 |
| 10/25/2021 | CANN J | Work on Committee Rule 2004 discovery response. | 1.00 |
| 10/25/2021 | DELU L | Work on Committee doc production pursuant to Rule 2004. | 0.90 |
| 10/25/2021 | DELU L | Edits to "rolling discovery" letter. | 0.30 |
| 10/25/2021 | FIED A | Review revised Rule 2004 rolling letter. | 0.20 |
| 10/25/2021 | FIED A | Review insurance and real estate documents for Rule 2004. | 2.10 |
| 10/25/2021 | FIED A | Internal call regarding coordination discovery compliance. | 0.50 |
| 10/26/2021 | ACQU J | Review and manage discovery protocols in furtherance of uploading Norwich diocese discovery to Relativity, and manage correspondence with Litigation Support regarding same. | 0.90 |
| 10/26/2021 | ACQU J | Meeting with J. Cannizzaro and R. Hibbard regarding diocese discovery and Relativity document review. | 0.50 |
| 10/26/2021 | ACQU J | Meeting with A. Fiedler and J. Cannizzaro regarding document review and diocese discovery. | 0.30 |
| 10/26/2021 | ACQU J | Meeting with R. Wilson (Rad Computing), K. Huffer, and internal case team regarding diocese discovery. | 0.30 |
| 10/26/2021 | CANN J | Worked on document review for committee's Rule 2004 discovery. | 2.40 |
| 10/26/2021 | DELU L | Work on Response (draft) to Committee R. 2004 Demand. | 1.20 |
| 10/26/2021 | FIED A | Work on response to UCC subpoena. | 1.50 |
| 10/27/2021 | ACQU J | Review and manage discovery protocols in furtherance of uploading Norwich diocese discovery to Relativity, and manage related correspondence. | 0.70 |
| 10/27/2021 | CANN J | Worked on response to committee Rule 2004 subpoena. | 1.00 |
| 10/27/2021 | DELU L | Correspondence and work on discovery compliance with R. 2004 Subpoena from Committee. | 0.90 |
| 10/28/2021 | ACQU J | Review pending issues regarding Norwich discovery and its upload to Relativity, and manage communications with Litigation Support regarding same. | 0.80 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2119471
November 15, 2021

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/28/2021 | CANN J | Worked on Rule 2004 discovery review. | 0.70 |
| 10/28/2021 | CANN J | Videoconferenced with counsel for committee regarding Rule 2004 discovery. | 0.80 |
| 10/28/2021 | DELU L | Prepare for and then conference call with Committee counsel on discovery, R. 2004 examination, R. 2019 compliance and exclusivity. | 0.80 |
| 10/28/2021 | HIBB R | Reviewed internal documents of the Diocese in response to discovery request. | 1.00 |
| 10/28/2021 | HIBB R | Reviewed Rule 2004 subpoena in preparation for discovery. | 0.20 |
| 10/29/2021 | FIED A | Work on discovery. | 1.80 |
| 10/29/2021 | HIBB R | Email to Cannizzaro regarding discovery protocol. | 0.10 |
| 10/29/2021 | HIBB R | Reviewed discovery protocol. | 0.30 |
| 10/29/2021 | HIBB R | Reviewed internal documents of the Diocese in response to discovery request. | 5.70 |
| 10/30/2021 | CANN J | Worked on Committee Rule 2004 doc review. | 1.90 |
| **Subtotal for 29** | | | **49,568.00** |
| **Total Professional Services** | | | **$128,980.00** |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2119471
November 15, 2021

## SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Louis DeLucia | 46.40 | $835.00 | $38,744.00 |
| Tyson Crist | 4.20 | $515.00 | $2,163.00 |
| Alyson Fiedler | 74.20 | $795.00 | $58,989.00 |
| John Cannizzaro | 38.20 | $425.00 | $16,235.00 |
| Michael Ott | 6.00 | $470.00 | $2,820.00 |
| John Acquaviva | 20.90 | $270.00 | $5,643.00 |
| Ryan Hibbard | 17.20 | $255.00 | $4,386.00 |
| **Total Professional Services** | **207.10** | | **$128,980.00** |

## COSTS ADVANCED

| Description | Amount |
|---|---|
| Legal Research Expense - WESTLAW | $174.30 |
| **Total Cost Advanced** | **$174.30** |

**Total Invoice Balance Due**                                                      $129,154.30

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 10/29/21 | 01-2117469 | $513,946.21 | $0.00 | $513,946.21 |
| | | | **Total Balance Due** | **$513,946.21** |

## AGED AR

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2119471
November 15, 2021

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $643,100.51 | $0.00 | $0.00 | $0.00 | $0.00 | $643,100.51 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Questions or concerns, please email **payice@icemiller.com**.



The Roman Catholic Diocese of Norwich                    Invoice No. 01-2119471
Deliver via Email                                        November 15, 2021
financekaren@norwichdiocese.net
alice@norwichdiocese.net

Re:   Chapter 11 Bankruptcy of Diocese of Norwich
      Our Matter No. 064052.10002

## INVOICE SUMMARY

For Services rendered through October 31, 2021

Professional Services                                    $128,980.00

Disbursements                                               $174.30

**Total Current Invoice**                                **$129,154.30**

Previous Balance Due                                     $513,946.21

Total Balance Due                                        $643,100.51

## Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
                                    ABA for ACH    074000078
                                    ABA for Wire   044000024
                                    Account No.    01401048453
                                    Swift Code:    HUNTUS33
                                    Please Reference **Invoice No. 01-2119471**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 01-2119471**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357