**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,[1] | Case No:  21-20687 (JJT) |
| Debtor. | November 15, 2021 |
| | **Objections Due: Dec. 6, 2021 at 4:00 p.m.** |

**SECOND MONTHLY STATEMENT OF ROBINSON & COLE LLP FOR
INTERIM MONTHLY COMPENSATION AND REIMBURSEMENT OF
EXPENSES AS DEBTOR'S CO-COUNSEL
<u>FROM OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021</u>**

Name of Retained Professional:          Robinson & Cole LLP

Party Represented:          Debtor

Date of Retention:          Effective July 15, 2021

Period for which compensation
and reimbursement is sought:          October 1, 2021 through October 31, 2021

Amount of compensation sought:          $21,904.75 (70% of $31,292.50)

Amount of expenses sought:          $115.36

Total interim payment sought          $22,202.11

This is a(n):  <u>**X**</u> monthly statement ___ interim application ___ final application.

---

[1] The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich.  The last four digits of the Debtor's federal tax identification number are 7373.

## COMPENSATION BY TASK CODE

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| (02) Asset Disposition | 0 | $0.00 |
| (03) Assumption and Rejection of Leases & Contracts | 0.4 | $278.00 |
| (05) Business Operations | 0 | $0.00 |
| (06) Case Administration | 2.8 | $1,648.50 |
| (09) Employment Benefits and Pensions | 0 | $0.00 |
| (10) Employment and Fee Application (Firm) | 16.5 | $7,244.50 |
| (11) Employment and Fee Applications (Others) | 3.1 | $1,601.5 |
| (12) Financing, Cash Collateral, Make Whole | 1.2 | $834.00 |
| (13) Other Litigation/Adversary Matters | 1.2 | $834.00 |
| (14) Meetings and Communications with Creditors | 0 | $0.00 |
| (15) Non-Working Travel | 0 | $0.00 |
| (16) Plan and Disclosure Statement | 5.9 | $2,564.50 |
| (17) Relief from Stay and Adequate Protection | 0 | $0.00 |
| (18) Tax | 17.6 | $9,747.00 |
| (21) Hearings | .5 | $347.50 |
| (22) First and Second Day Motions | 0 | $0.00 |
| (24) Lien Investigation | 0 | $0.00 |
| (26) Personal Injury Matters | 0 | $0.00 |
| (27) Other Motions/Applications | 15.3 | $6,193.00 |
| **TOTAL:** | **64.5** | **$31,292.50** |

## COMPENSATION BY TIMEKEEPER

| Timekeeper | Position/Title | Bar Admission and Practice Group | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Patrick M. Birney | Partner | Joined Firm in 2008 \| Member of CT Bar since 1998 \| Bankruptcy & Reorganizations | $695.00 | 21.9 | $15,220.50 |
| Andrew A. DePeau | Associate | Joined Firm in 2015 \| Member of CT Bar since 2014 \| Business Litigation Group | $340.00 | 6.9 | $2,346.00 |
| Ryan V. Leichsenring | Partner | Joined Firm in 2016 \| Member of CT Bar \| Labor Employment and Tax | $520.00 | 14.2 | $7,384.00 |
| Liana Shaw | Paralegal | Paralegal \| Joined Firm in 2019 | $270.00 | 3.4 | $918.00 |
| Ian D. Densmore | Paralegal | Paralegal \| Joined Firm in 2019 | $270.00 | 0.2 | $54.00 |
| Annecca H. Smith | Associate | Joined Firm in 2019 \| Member of CT Bar since 2020 \| Bankruptcy & Reorganizations | $300.00 | 17.9 | $5,370.00 |
| **GRAND TOTAL** | | | | **64.5** | **$31,292.50** |
| **BLENDED RATE:** | | | **$485.16** | | |

**EXPENSE SUMMARY**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Audio Conferencing | | 0 |
| Court Fees | Court fees | $64.00 |
| Delivery Services | | 0 |
| Deposition Transcripts | Fiore Reporting Service LLC | $30.95 |
| Federal Express Delivery | Federal Express | $20.41 |
| Mileage (Out of Town) | | 0 |
| Subpoena Fees | | 0 |
| Copy, Print & Scan Charges | | 0 |
| Local Travel: Non-Mileage | | 0 |
| **TOTAL:** | | **$115.36** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,[2] | Case No:  21-20687 (JJT) |
| Debtor. | November 15, 2021 |

**STATEMENT OF NO OBJECTION BY DEBTOR'S**
**<u>REPRESENTATIVE KAREN L. HUFFER</u>**

Karen L. Huffer, on behalf of the Debtor in the above-captioned case, hereby states:

1.     I am a duly authorized representative of The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich.

2.     I have reviewed the *Second Monthly Fee Statement of Robinson & Cole LLP for Interim Monthly Compensation and Reimbursement of Expenses as Debtor's Co-Counsel from October 1, 2021 Through October 31, 2021* and do not object to the fees and expenses set forth therein.

November 15, 2021

*/s/ Karen L. Huffer*

Karen L. Huffer

---

[2] The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich.  The last four digits of the Debtor's federal tax identification number are 7373.

# Robinson+Cole

ROMAN CATHOLIC DIOCESE OF NORWICH                     November 11, 2021
ATTN: MONSIGNOR LESZEK T. JANIK, J.C.L., V. G.          Invoice 50359439
VICAR GENERAL
201 BROADWAY
NORWICH, CT 06360-4480

File # 39774.0001
Chapter 11 Proceeding

**Invoice Summary and Remittance Advice**
Invoice attached and payable upon receipt

Please return this page or include invoice number with your remittance to:

| Mailing Instructions | Wire Transfer Instructions |
|---|---|
| ROBINSON & COLE LLP | Bank of America |
| 280 Trumbull Street | 185 Asylum Street |
| Hartford, CT 06103-3597 | Hartford, CT 06103 |
| | |
| TEL # (860) 275-8200 | |
| FAX # (860) 275-8299 | |



***SUMMARY FOR INVOICE 50359439***

| | |
|---|---|
| Fees for Legal Services | $ 31,292.50 |
| Disbursements | 115.36 |
| **Total Current Billing For this Matter** | **$ 31,407.86** |

---

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP

# Robinson+Cole

| | |
|---|---|
| Page: | 2 |
| Date: | November 11, 2021 |
| Invoice #: | 50359439 |

For Services through October 31, 2021

File #  39774.0001
Chapter 11 Proceeding

### Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| RC03 | Assumption and Rejection of Leases & Contracts | 0.4 | 278.00 |
| RC06 | Case Administration | 2.8 | 1,648.50 |
| RC10 | Employment and Fee Application (RC) | 16.5 | 7,244.50 |
| RC11 | Employment and Fee Applications (Others) | 3.1 | 1,601.50 |
| RC12 | Financing, Cash Collateral, Make Whole | 1.2 | 834.00 |
| RC13 | Other Litigation | 1.2 | 834.00 |
| RC16 | Plan and Disclosure Statement | 5.9 | 2,564.50 |
| RC18 | Tax | 17.6 | 9,747.00 |
| RC21 | Hearings | 0.5 | 347.50 |
| RC27 | Other Motions/Applications | 15.3 | 6,193.00 |
| | | 64.5 | $31,292.50 |

### Summary of Services by Professional

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| P. M. Birney | Partner | 21.9 | 695.00 | 15,220.50 |
| I. D. Densmore | Paralegal | 0.2 | 270.00 | 54.00 |
| A. A. DePeau | Associate | 6.9 | 340.00 | 2,346.00 |
| R. V. Leichsenring | Partner | 14.2 | 520.00 | 7,384.00 |
| L. Shaw | Paralegal | 3.4 | 270.00 | 918.00 |
| A. H. Smith | Associate | 17.9 | 300.00 | 5,370.00 |
| Totals | | 64.5 | | $31,292.50 |

### Summary of Services by Task Code and Professional

**Assumption and Rejection of Leases & Contracts-RC03**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| P. M. Birney | Partner | 0.4 | 695.00 | 278.00 |
| | | 0.4 | | $278.00 |

**Case Administration-RC06**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| P. M. Birney | Partner | 2.1 | 695.00 | 1,459.50 |
| I. D. Densmore | Paralegal | 0.2 | 270.00 | 54.00 |
| L. Shaw | Paralegal | 0.5 | 270.00 | 135.00 |
| | | 2.8 | | $1,648.50 |

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP

# Robinson+Cole

Page:                3
Date:                November 11, 2021
Invoice #:                50359439

## Employment and Fee Application (RC)-RC10

| Name | Title | Hours | Rate | Amount |
|------|-------|-------|------|--------|
| P. M. Birney | Partner | 5.7 | 695.00 | 3,961.50 |
| A. A. DePeau | Associate | 1.6 | 340.00 | 544.00 |
| L. Shaw | Paralegal | 0.7 | 270.00 | 189.00 |
| A. H. Smith | Associate | 8.5 | 300.00 | 2,550.00 |
| | | 16.5 | | $7,244.50 |

## Employment and Fee Applications (Others)-RC11

| Name | Title | Hours | Rate | Amount |
|------|-------|-------|------|--------|
| P. M. Birney | Partner | 1.7 | 695.00 | 1,181.50 |
| A. H. Smith | Associate | 1.4 | 300.00 | 420.00 |
| | | 3.1 | | $1,601.50 |

## Financing, Cash Collateral, Make Whole-RC12

| Name | Title | Hours | Rate | Amount |
|------|-------|-------|------|--------|
| P. M. Birney | Partner | 1.2 | 695.00 | 834.00 |
| | | 1.2 | | $834.00 |

## Other Litigation-RC13

| Name | Title | Hours | Rate | Amount |
|------|-------|-------|------|--------|
| P. M. Birney | Partner | 1.2 | 695.00 | 834.00 |
| | | 1.2 | | $834.00 |

## Plan and Disclosure Statement-RC16

| Name | Title | Hours | Rate | Amount |
|------|-------|-------|------|--------|
| P. M. Birney | Partner | 1.9 | 695.00 | 1,320.50 |
| A. A. DePeau | Associate | 1.1 | 340.00 | 374.00 |
| A. H. Smith | Associate | 2.9 | 300.00 | 870.00 |
| | | 5.9 | | $2,564.50 |

## Tax-RC18

| Name | Title | Hours | Rate | Amount |
|------|-------|-------|------|--------|
| P. M. Birney | Partner | 3.4 | 695.00 | 2,363.00 |
| R. V. Leichsenring | Partner | 14.2 | 520.00 | 7,384.00 |
| | | 17.6 | | $9,747.00 |

## Hearings-RC21

| Name | Title | Hours | Rate | Amount |
|------|-------|-------|------|--------|
| P. M. Birney | Partner | 0.5 | 695.00 | 347.50 |
| | | 0.5 | | $347.50 |

Boston  |  Hartford  |  New York  |  Providence  |  Miami  |  Stamford  |  Los Angeles  |  Wilmington  |  Philadelphia  |  Albany  |  New London  |  rc.com

Robinson & Cole LLP

# Robinson+Cole

Page:                    4
Date:            November 11, 2021
Invoice #:              50359439

## Other Motions/Applications-RC27

| Name | Title | Hours | Rate | Amount |
|------|-------|-------|------|--------|
| P. M. Birney | Partner | 3.8 | 695.00 | 2,641.00 |
| A. A. DePeau | Associate | 4.2 | 340.00 | 1,428.00 |
| L. Shaw | Paralegal | 2.2 | 270.00 | 594.00 |
| A. H. Smith | Associate | 5.1 | 300.00 | 1,530.00 |
| | | 15.3 | | $6,193.00 |
| | | 64.5 | | $31,292.50 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|

### Assumption and Rejection of Leases & Contracts-RC03

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 10/19/21 | P. M. Birney | Review/analysis of correspondence from US Bank with executory contracts re analysis of assumption/rejection (.3); draft email to L. DeLucia re US Bank correspondence (.1) | 0.4 | 695.00 | 278.00 |
| | | | 0.4 | | $278.00 |

### Case Administration-RC06

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 10/08/21 | P. M. Birney | Draft email to A. Speelman (Epiq) re questions related to Rule 2002 list | 0.2 | 695.00 | 139.00 |
| 10/12/21 | P. M. Birney | Review/analysis of email correspondence from H. Claiborn re request related to Epiq | 0.1 | 695.00 | 69.50 |
| 10/13/21 | P. M. Birney | Review/analysis of agenda for meeting with IM team re status, next steps and division of labor | 0.2 | 695.00 | 139.00 |
| 10/14/21 | L. Shaw | Review docket and update proposed deadline re removal | 0.1 | 270.00 | 27.00 |
| 10/15/21 | P. M. Birney | Review/analysis of agenda and preparation for meeting with Ice Miller (.4); participation in call with L. DeLucia, A. Fiedler and J. Cannizzaro re case administration and division of labor (1.0) | 1.4 | 695.00 | 973.00 |
| 10/18/21 | I. D. Densmore | File UST monthly operating report for September 2021 | 0.2 | 270.00 | 54.00 |
| 10/20/21 | P. M. Birney | Review email correspondence from L. DeLucia re hearing preparation and case administration (.1); draft response email to L. DeLucia re same (.1) | 0.2 | 695.00 | 139.00 |
| 10/28/21 | L. Shaw | Update critical dates memorandum and distribute same | 0.4 | 270.00 | 108.00 |
| | | | 2.8 | | $1,648.50 |

### Employment and Fee Application (RC)-RC10

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP

# Robinson+Cole

Page:          5
Date:     November 11, 2021
Invoice #:      50359439

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/05/21 | P. M. Birney | Draft court ordered supplemental declaration | 1.1 | 695.00 | 764.50 |
| 10/07/21 | P. M. Birney | Continue drafting court-ordered supplemental Birney declaration | 2.6 | 695.00 | 1,807.00 |
| 10/12/21 | A. H. Smith | Finalize exhibits to supplemental Birney declaration | 4.0 | 300.00 | 1,200.00 |
| 10/13/21 | A. H. Smith | Edit, revise and finalize supplemental Birney declaration | 1.2 | 300.00 | 360.00 |
| 10/13/21 | L. Shaw | Emails with A. Smith re supplemental declaration (.2); assemble declaration and file same (.5) | 0.7 | 270.00 | 189.00 |
| 10/18/21 | A. H. Smith | Review interim compensation procedures, update case calendar re same | 0.3 | 300.00 | 90.00 |
| 10/19/21 | A. H. Smith | Draft monthly fee statement shell for RC | 0.6 | 300.00 | 180.00 |
| 10/20/21 | A. H. Smith | Confer with A. DePeau re compiling information for fee statement submission | 0.2 | 300.00 | 60.00 |
| 10/20/21 | A. A. DePeau | Review interim fee statement shell (.2); confer with A. Smith re compiling information for fee statement submission (.2) | 0.4 | 340.00 | 136.00 |
| 10/21/21 | P. M. Birney | Review declaration and declaration attachments in preparation of hearing (.4); review omnibus reply (.4); review first supplemental Birney declaration (.3); review UST's objection (.3); review transcript from September 9 hearing (.4); summary review of RC fee statement (.2) | 2.0 | 695.00 | 1,390.00 |
| 10/25/21 | A. H. Smith | Revise invoice for UST guideline compliance (1.3); confer with A. DePeau re same (.3); email P. Birney, A. DePeau and A. Ciabattoni re same (.2) | 1.8 | 300.00 | 540.00 |
| 10/25/21 | A. A. DePeau | Confer with A. Smith re first interim fee statement submission | 0.3 | 340.00 | 102.00 |
| 10/29/21 | A. H. Smith | Edit RC first monthly fee statement | 0.4 | 300.00 | 120.00 |
| 10/29/21 | A. A. DePeau | Proof and revise RC invoices for first fee statement submission (.6); confer with administrative staff re completion of RC invoices (.3) | 0.9 | 340.00 | 306.00 |
| | | | 16.5 | | $7,244.50 |

## Employment and Fee Applications (Others)-RC11

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/06/21 | P. M. Birney | Review/analysis of email correspondence from H. Claiborne re interim fee application | 0.1 | 695.00 | 69.50 |
| 10/07/21 | P. M. Birney | Review/analysis of email from J. Cannizzaro re interim compensation procedures (.2); telephone conference with H. Claiborn re interim compensation procedures and order related to | 1.1 | 695.00 | 764.50 |

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP

# Robinson+Cole

Page:                                        6
Date:                      November 11, 2021
Invoice #:                        50359439

| | | | | | |
|---|---|---|---|---|---|
| | | same (.3); draft follow-up email to J. Cannizzaro and D. DeLucia re same (.2); review/analysis of email from H. Claiborn with proposed revisions to same (.4) | | | |
| 10/08/21 | P. M. Birney | Draft email to H. Claiborn and S. Kindseth re approval of revisions to interim compensation order (.2); review/analysis of email from J. Cannizaro re same (.1) | 0.3 | 695.00 | 208.50 |
| 10/19/21 | A. H. Smith | Draft monthly fee statement shell for other fee apps (.6); email (2x) J. Cannizaro re same (.2) | 0.8 | 300.00 | 240.00 |
| 10/25/21 | A. H. Smith | Email S. Prager and J. Cannizzaro re monthly fee statement requirements | 0.2 | 300.00 | 60.00 |
| 10/26/21 | A. H. Smith | Review email from J. Cannizzaro re fee statement reimbursement guidelines (.1); draft response re same (.1) | 0.2 | 300.00 | 60.00 |
| 10/29/21 | A. H. Smith | Review B. Riley first monthly fee statement for local rule compliance | 0.2 | 300.00 | 60.00 |
| 10/29/21 | P. M. Birney | Telephone conference with W. Weitz re B. Riley fee statement | 0.2 | 695.00 | 139.00 |
| | | | 3.1 | | $1,601.50 |

**Financing, Cash Collateral, Make Whole-RC12**

| | | | | | |
|---|---|---|---|---|---|
| 10/06/21 | P. M. Birney | Telephone conference with S. McLaughlin (Bank of America) re trust issue (.1); review/analysis of email correspondence from S. McLaughlin re issues/questions related to trust (.2) | 0.3 | 695.00 | 208.50 |
| 10/08/21 | P. M. Birney | Telephone conference with US Bank re status of misc equipment leases | 0.2 | 695.00 | 139.00 |
| 10/11/21 | P. M. Birney | Telephone conference with S. McGlockin (Bank of America) re confirmation of not for profit status | 0.2 | 695.00 | 139.00 |
| 10/11/21 | P. M. Birney | Telephone conference with J. Beuhler (US Bank) re confirmation of existence of leased equipment | 0.2 | 695.00 | 139.00 |
| 10/12/21 | P. M. Birney | Telephone conference with S. McGlockin (Bank of America) Q&A related to trust issues | 0.3 | 695.00 | 208.50 |
| | | | 1.2 | | $834.00 |

**Other Litigation-RC13**

| | | | | | |
|---|---|---|---|---|---|
| 10/06/21 | P. M. Birney | Draft email correspondence to A. Fiedler re Rule 9027 removal of state court litigation (.3); review/analysis of email correspondence from A. Fielder re local rules/issues related to Rule 9027 (.1); draft email correspondence to A. Fielder re advice pursuant to 28 USC 1452 and Rule 9027 (.8) | 1.2 | 695.00 | 834.00 |

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP

# Robinson+Cole

|  |  |  |  | ---------------- 1.2 | ................................ $834.00 |

**Plan and Disclosure Statement-RC16**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/06/21 | P. M. Birney | Review/analysis of email correspondence from L. DeLucia re confirmation changes (.1); draft email correspondence to L. DeLucia re contested notice procedures related to same (.2) | 0.3 | 695.00 | 208.50 |
| 10/07/21 | A. H. Smith | Review email from P. Birney re plan exclusivity research | 0.1 | 300.00 | 30.00 |
| 10/08/21 | A. H. Smith | Research plan exclusivity extension (.9); email P. Birney re same (.4) | 1.3 | 300.00 | 390.00 |
| 10/11/21 | P. M. Birney | Draft email correspondence to L. DeLucia re motion to extend exclusivity | 0.4 | 695.00 | 278.00 |
| 10/12/21 | P. M. Birney | Review/analysis of email correspondence from L. DeLucia re discussion related to exclusivity issues | 0.2 | 695.00 | 139.00 |
| 10/27/21 | P. M. Birney | Review email correspondence from L. DeLucia re exclusivity motion and matters related to exclusivity (.2); draft email correspondence to L. DeLucia re same (.2) | 0.4 | 695.00 | 278.00 |
| 10/29/21 | A. H. Smith | Draft motion to shorten notice re motion to extend exclusivity (.4); edit same (.2); edit motion to extend exclusivity (.6); confer with A. DePeau re same (.3) | 1.5 | 300.00 | 450.00 |
| 10/29/21 | A. A. DePeau | Confer with A. Smith re motion to extend plan exclusivity (.3); review and revise draft motion to extend plan exclusivity (.5); revise motion to shorten notice on plan exclusivity motion (.3) | 1.1 | 340.00 | 374.00 |
| 10/29/21 | P. M. Birney | Revise/finalize motion to expedite/shorten notice re exclusivity (.4); draft email correspondence to L. DeLucia re exclusivity (.1); review email correspondence from L. DeLucia re exclusivity (.1) | 0.6 | 695.00 | 417.00 |
|  |  |  | ---------------- 5.9 |  | ................................ $2,564.50 |

**Tax-RC18**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/18/21 | P. M. Birney | Review/analysis of email from S. McLaughlin (Bank of America) confirming tax exempt status (.1); draft confirming email related tax exempt status (.2); review/analysis of email City of Norwich Tax Exemption Questionnaire (.2); telephone conference with L. DeLucia re tax exempt status (.1); draft email to J. Aquaviva re 341 Transcript and Errata (.3) | 0.9 | 695.00 | 625.50 |

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP

# Robinson+Cole

Page:                                    8
Date:                    November 11, 2021
Invoice #:                      50359439

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/21/21 | P. M. Birney | Review email correspondence from L. DeLucia re Form M-3 tax return (.1); review M-3 tax return (.2); review email correspondence from K. Huffer re M-3 tax return (.1); draft email correspondence to R. Leichsenring re M-3 tax return (.1); draft email correspondence to L. DeLucia re next steps (.1) | 0.6 | 695.00 | 417.00 |
| 10/21/21 | R. V. Leichsenring | Correspondence P. Birney re Diocesan responsibilities on or before 11-1-21 and review same | 0.5 | 520.00 | 260.00 |
| 10/24/21 | P. M. Birney | Draft email correspondence to K. Huffer re tax exempt filings, due dates and legal advice related to same | 0.4 | 695.00 | 278.00 |
| 10/25/21 | P. M. Birney | Review email correspondence from K. Huffer re personal property tax exemption applications (.2); telephone conference with R. Leichsenring re personal property tax workstream and deadlines (.4); draft email correspondence to K. Huffer next steps (.1) | 0.7 | 695.00 | 486.50 |
| 10/25/21 | R. V. Leichsenring | Confer with P. Birney re personal property tax workstream and deadlines (.4); confer with K. Huffer re scope of exemption applications and declarations for the Diocese (1.3); prepare analysis of municipal filings and gather respective Forms M-3 (1.6) | 3.3 | 520.00 | 1,716.00 |
| 10/26/21 | P. M. Birney | Review email correspondence from L. DeLucia re personal property (.2); draft email correspondence to R. Leichsenring re personal property tax return and exemption forms and timelines (.2); review email correspondence from R. Leichsenring re property tax issues (.1) | 0.5 | 695.00 | 347.50 |
| 10/26/21 | R. V. Leichsenring | Review and respond to K. Huffer email re real property ownership (.5); prepare questions on leased properties and prepare revised action checklist of filings (.8) | 1.3 | 520.00 | 676.00 |
| 10/27/21 | R. V. Leichsenring | Review emails and sort out operations by "Campus Ministries" (.5); telephone conference with K. Huffer re "Campus Ministries" (.8); correspondence P. Birney re combined financials and issue with ACA property (.5); outline responsibilities of parishes for Forms M-3 and declarations that relate to past filings by Diocese (.5); prepare edits to Norwich draft Form M-3 (1.2) | 3.5 | 520.00 | 1,820.00 |
| 10/28/21 | R. V. Leichsenring | Correspondence K. Huffer re separate Forms M-3 per Norwich Assessor request (.2); prepare comments to each of the non-Norwich Forms M-3 (3.2); correspondence K. Huffer re correction to Norwich declaration to remove ACA property and deadlines to share with affiliate for Norwich property (.7); review and comment on template Norwich form (1.5) | 5.6 | 520.00 | 2,912.00 |
| 10/29/21 | P. M. Birney | Review email correspondence from R. Leichsenring re Diocese personal property tax | 0.3 | 695.00 | 208.50 |

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP

# Robinson+Cole

Page:                    9
Date:        November 11, 2021
Invoice #:         50359439

| | | | | |
|---|---|---|---|---|
| | | and exemption filings (.2); review email correspondence from K. Huffer re issues/questions related to Diocese personal property tax (.1) | | |
| | | | 17.6 | $9,747.00 |

**Hearings-RC21**

| | | | | | |
|---|---|---|---|---|---|
| 10/21/21 | P. M. Birney | Attend hearing on RC retention | 0.5 | 695.00 | 347.50 |
| | | | 0.5 | | $347.50 |

**Other Motions/Applications-RC27**

| | | | | | |
|---|---|---|---|---|---|
| 09/13/21 | P. M. Birney | Review email from E. Henzy re scheduling continued hearing on wage Motion (.1); attention to issues related to wage motion (.1) | 0.2 | 695.00 | 139.00 |
| 10/01/21 | A. H. Smith | Review local bankruptcy rules re shortening notice requirements | 0.1 | 300.00 | 30.00 |
| 10/01/21 | A. A. DePeau | Draft motion to shorten notice and limit notice re bar date motion | 1.2 | 340.00 | 408.00 |
| 10/01/21 | P. M. Birney | Review/analysis of email from L. DeLucia re claims bar date motion (.3); draft email to courtroom deputy re hearing on same (.3) | 0.6 | 695.00 | 417.00 |
| 10/07/21 | A. H. Smith | Finalize amended interim compensation procedures motion for filing | 0.9 | 300.00 | 270.00 |
| 10/08/21 | A. H. Smith | Finalize filings for interim compensation procedures motion | 0.8 | 300.00 | 240.00 |
| 10/08/21 | A. A. DePeau | Draft and finalize motion to shorten time and limit notice (.5); confer with P. Birney re same (.2); coordinate filing of notice proposed order (.2) | 0.9 | 340.00 | 306.00 |
| 10/08/21 | L. Shaw | Emails with A. Smith re notice of fling re interim compensation procedures (.1); file same (.4); emails with P. Birney re removal action (.1); file same (.4); calendar same (.1) | 1.1 | 270.00 | 297.00 |
| 10/08/21 | P. M. Birney | Draft responsive email related to local counsel questions re motion to expedite (.2); review/analysis of removal of actions (.2); review contested matter procedures related to removal of actions (.2); draft motion to expedite bar date (.9) | 1.5 | 695.00 | 1,042.50 |
| 10/19/21 | P. M. Birney | Review/analysis of email from L. DeLucia to counsel for claimants re Rule 9019 motion (.2); draft responsive email to L. DeLucia re comments on letter (.1) | 0.3 | 695.00 | 208.50 |
| 10/22/21 | A. H. Smith | Edit motion to shorten notice of bar date motion (.3); email P. Birney, A. DePeau, L. DeLucia, A. Fiedler, J. Cannizzaro re same (.1); edit bar date | 2.0 | 300.00 | 600.00 |

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | **rc.com**

Robinson & Cole LLP

# Robinson+Cole

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | motion, order (1.6) | | | |
| 10/22/21 | P. M. Birney | Review email correspondence from L. DeLucia re local rules/procedure related to bar date motion (.2); review email correspondence from A. Kadish (Chris Bros) re bar date motion (.2); review email correspondence from J. Cannizzaro re bar date motion, order and motion to expedite (.2); draft email correspondence to court room deputy bar date (.2); review email from J. Cannizzaro re "hold" on bar date motion (.1) | 0.9 | 695.00 | 625.50 |
| 10/27/21 | A. H. Smith | Edit/finalize bar date motion and order, motion to expedite same (1.1); confer with A. DePeau re same (.2) | 1.3 | 300.00 | 390.00 |
| 10/27/21 | A. A. DePeau | Proof and finalize bar date motion, proposed order, and schedules (1.7); confer with J. Cannizarro re same (.2); confer with A. Smith re same (.2). | 2.1 | 340.00 | 714.00 |
| 10/27/21 | L. Shaw | Numerous emails with A. DePeau re bar date motion (.3); assemble and file same (.4); file motion to shorten re expedited hearing (.4) | 1.1 | 270.00 | 297.00 |
| 10/27/21 | P. M. Birney | Review email correspondence from L. DeLucia re bar date motion (.1); draft email correspondence to L. DeLucia re local practice/issues related to hearing on bar date motion (.2) | 0.3 | 695.00 | 208.50 |
| | | | 15.3 | | $6,193.00 |
| | | | 64.5 | | $31,292.50 |

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP

# Robinson+Cole

Page: 11
Date: November 11, 2021
Invoice #: 50359439

### Summary of Disbursements

| Description | Amount |
|---|---|
| Court Fees | 64.00 |
| Deposition Transcripts | 30.95 |
| Federal Express Delivery Charge | 20.41 |
| | $115.36 |

### Disbursement Details

| Date | Description | Amount |
|---|---|---|
| **Court Fees** | | |
| 10/20/21 | Court Fees – COURTS U.S. BANKRUPTCY COURT; INVOICE#: CC.1442.202109.01; DATE: 9/1/2021  Credit card September transactions for statement ending 10/01/21 - Court filing fee re amended schedules | 32.00 |
| 10/21/21 | Court Fees – COURTS U.S. BANKRUPTCY COURT; INVOICE#: CC.1442.202109.23; DATE: 9/21/2021 Credit card September transactions for statement ending 10/01/21 - Court filing fee re Amended Schedules | 32.00 |
| | | $64.00 |
| **Deposition Transcripts** | | |
| 10/31/21 | Deposition Transcripts – FIORE REPORTING SERVICE LLC; INVOICE#: 1209; DATE: 10/31/2021 - United States Bankruptcy Court District of CT reporting re Norwich Roman Catholic Diocesan Corp. 10/21/21 | 30.95 |
| | | $30.95 |
| **Federal Express Delivery Charge** | | |
| 10/11/21 | Federal Express Delivery Charge – Tracking #: 284749187676 Shipment Date: 20211011 Ship to: Christine Fiore | 20.41 |
| | | $20.41 |
| | | $115.36 |

**Summary for Invoice # 50359439**
Chapter 11 Proceeding

| | |
|---|---|
| Fees for Legal Services | $ 31,292.50 |
| Disbursements | 115.36 |
| **Total Current Billing For this Matter** | **$ 31,407.86** |

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP