**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION**

| | |
|---|---|
| In re:<br><br>THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,[1]<br><br>Debtor. | Chapter 11<br><br>Case No: 21-20687 (JJT)<br><br>November 15, 2021 |

**FIRST MONTHLY SUMMARY STATEMENT OF DEBTOR PAYMENTS TO
RETAINED PROFESSIONALS AS OF NOVEMBER 15, 2021**

The Norwich Roman Catholic Diocesan Corporation, debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor" or "Diocese"), hereby files this summary statement ("Summary Statement") of payments by the Debtor to all Retained Professionals from the Petition Date of July 15, 2021, through and including November 15, 2021 (for fees and expenses incurred through October 31, 2021), in accordance with the *Order Granting Debtor's Motion for Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Dkt. No. 314] (the "Interim Compensation Procedures Order")[2] ¶ 2(k).

---

[1] The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich. The last four digits of the Debtor's federal tax identification number are 7373.

[2] Capitalized terms used herein but not defined shall have the meaning ascribed to them in the Interim Compensation Procedures Order.

## PAID FEES AND EXPENSES

As of November 15, 2021, the Debtor has not disbursed any payments to Retained Professionals, as such payments are not yet due pursuant to the Interim Compensation Procedures Order.

## UNPAID FEES AND EXPENSES THROUGH NOVEMBER 15, 2021

| Retained Professional (Party Represented) | Filing [Dkt. No.] | Unpaid Fees[3] | Reason Fees Unpaid | Unpaid Expenses | Reason Expenses Unpaid |
|---|---|---|---|---|---|
| Zeisler & Zeisler, P.C. (Committee) | First Monthly Fee Statement [Dkt. No. 332] | $92,790.40 | Objection period has not expired. | $348.90 | Objection period has not expired. |
| Robinson+Cole LLP (Debtor) | First Monthly Fee Statement [Dkt. No. 335] | $171,986.50 | Objection period has not expired. | $2,321.09 | Objection period has not expired. |
| Brown Jacobson PC (Debtor) | First Monthly Fee Statement [Dkt. No. 336] | $4,862.00 | Objection period has not expired. | $186.00 | Objection period has not expired. |
| B. Riley (Debtor) | First Monthly Fee Statement [Dkt. No. 337] | $342,916.50 | Objection period has not expired. | $76.53 | Objection period has not expired. |
| Ice Miller LLP (Debtor) | Second Amended First Monthly Fee Statement (filed contemporaneously herewith) | $500,940.00 | Objection period has not expired. | $13,006.21 | Objection period has not expired. |
| Zeisler & Zeisler, P.C. (Committee) | Second Monthly Fee Statement [Dkt. No. 365] | $54,089.50 | Objection period has not expired. | $921.25 | Objection period has not expired. |
| Robinson+Cole LLP (Debtor) | Second Monthly Fee Statement (filed contemporaneously herewith) | $31,292.50 | Objection period has not expired. | $115.36 | Objection period has not expired. |
| Brown Jacobson PC (Debtor) | Second Monthly Fee Statement (filed contemporaneously herewith) | $561.00 | Objection period has not expired. | $68.06 | Objection period has not expired. |

---

[3] Pursuant to the Interim Compensation Procedures Order, Retained Professionals' first interim fee applications must be filed on or before November 15, 2021. Accordingly, the 30% holdback compensation pursuant to paragraph 2(d) is not listed separately on this Summary Statement.

-3-

| Retained Professional (Party Represented) | Filing [Dkt. No.] | Unpaid Fees[3] | Reason Fees Unpaid | Unpaid Expenses | Reason Expenses Unpaid |
|---|---|---|---|---|---|
| B. Riley (Debtor) | Second Monthly Fee Statement (filed contemporaneously herewith) | $43,932.50 | Objection period has not expired. | $0.60 | Objection period has not expired. |
| Ice Miller LLP (Debtor) | Second Monthly Fee Statement (filed contemporaneously herewith) | $128,980.00 | Objection period has not expired. | $174.30 | Objection period has not expired. |
| **TOTAL** | **FEES** | **$1,372,350.90** | **EXPENSES** | **$17,218.30** | |

*Signature block follows on next page.*

Dated: Hartford, CT
November 15, 2021

                                            */s/ Patrick M. Birney*
                                            Patrick M. Birney (CT No. 19875)
                                            Andrew A. DePeau (CT No. 30051)
                                            Annecca H. Smith (CT No. 31148)
                                            **ROBINSON & COLE LLP**
                                            280 Trumbull Street
                                            Hartford, CT 06103
                                            Telephone: (860) 275-8275
                                            Facsimile: (860) 275-8299
                                            E-mail: pbirney@rc.com
                                                             adepeau@rc.com
                                                             asmith@rc.com

                                            -and-

                                            Louis T. DeLucia (admitted *pro hac vice*)
                                            Alyson M. Fiedler (admitted *pro hac vice*)
                                            **ICE MILLER LLP**
                                            1500 Broadway, 29th Floor
                                            New York, NY 10036
                                            Telephone: (212) 824-4940
                                            Facsimile: (212) 824-4982
                                            E-mail: louis.delucia@icemiller.com
                                                            alyson.fiedler@icemiller.com

                                            *Counsel to the Debtor*
                                            *and Debtor-in-Possession*