UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

In re:

THE NORWICH ROMAN CATHOLIC
DIOCESAN CORPORATION,[2]

Debtor.

Chapter 11

Case No:  21-20687 (JJT)

**ORDER ESTABLISHING MARCH 15, 2022 DEADLINE FOR FILING PROOFS OF
CLAIM AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF**

Upon the motion of The Norwich Roman Catholic Diocesan Corporation (the "Diocese" or "Debtor"), for entry of an order (a) establishing a deadline by which proofs of claim against the Diocese's bankruptcy estate must be filed; (b) approving the forms of proofs of claim; (c) approving procedures for maintaining the confidentiality of certain claims; (d) approving the form and manner of notice of the deadline to file proofs of claim; and (e) granting related relief [Dkt. No. 323] (the "Motion");[3] and all objections to the Motion having been resolved or overruled; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of this chapter 11 case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief herein granted is in the best interests of the Diocese, its estate, creditors and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given under the circumstances

---

[2]The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich.  The last four digits of the Debtor's federal tax identification number are 7373.

[3]Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

2

and that, except as otherwise ordered herein, no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.      The Motion is hereby **GRANTED** as set forth herein.

**Establishment of Bar Date**

2.      March 15, 2022 at 5:00 P.M. (prevailing Eastern time) is the deadline for all persons and entities, including governmental units and holders of Sexual Abuse Claims (as defined herein), to file prepetition claims in this Chapter 11 Case (the "Bar Date").

**Approval of Proposed Forms**

3.      The confidential Sexual Abuse Proof of Claim form, Bar Date Notice, Committee Letter, and the Publication Notice, all as defined herein and in the forms annexed hereto as Schedules 1, 2. 3. and 4, respectively, are hereby approved, without prejudice to the rights of the Diocese, Catholic Mutual Relief Society of America ("Catholic Mutual") or other coverage or insurance provider, any court appointed future claims representative, claims reviewer or plan trustee from seeking to propound claimants with limited interrogatories to address issues relevant to such claims, including damages.

**Who Must File Proofs of Claim**

4.      Except as provided in paragraph 6 of this Order, any person or entity holding a prepetition claim against the Diocese must file a proof of claim in accordance with the procedures described herein on or before the Bar Date. The Bar Date applies to all persons and entities (including governmental units) that assert Claims, as defined in § 101(5) of the Bankruptcy Code, against the Diocese (whether secured, unsecured priority or unsecured non-priority) that arose

3

prior to or on the Petition Date, including, without limitation, any Sexual Abuse Claims.[4]

5.      Any person or entity who is required to file a proof of claim pursuant to this Order but fails to do so on or before the Bar Date may not be treated as a creditor with respect to such Claim and may not be entitled to vote to accept or reject, or to share in any distribution under any Chapter 11 plan proposed and/or confirmed in this Chapter 11 Case.

6.      **The following persons or entities set forth in (a) through (e) below are not required to file proofs of claim at this time, and set forth in (f) below may file as provided herein an omnibus proof of claim**:

(a)      Any person or entity that has already properly filed a proof of claim against the Diocese with the Clerk of the Court for the United States Bankruptcy Court for the District of Connecticut, Hartford Division, <u>except</u> that, subject to Paragraph 11 of this Order, any person who has asserted a Sexual Abuse Claim must submit a completed Sexual Abuse Proof of Claim;

(b)      Any person or entity: (a) whose claim is listed in the Schedules of Assets and Liabilities filed in this Chapter 11 Case by the Diocese (the "<u>Schedules</u>") or any amendments thereto; and (b) whose claim is not identified therein as "contingent," "unliquidated," or "disputed," and (c) who does not dispute the amount or classification of its claim as set forth in the Schedules;

(c)      Any professionals retained by the Diocese or the Committee pursuant to orders of this Court, who assert administrative claims for payment of fees and expenses subject to the Court's approval, pursuant to sections 330, 331(a) and 503(b) of the Bankruptcy Code;

(d)      Any person or entity that asserts an administrative expense claim against the Diocese pursuant to sections 503(b) or 507(a)(2) of the Bankruptcy Code, except for an administrative expense claim pursuant to section

---

[4]For purposes of this Order, the term "<u>Sexual Abuse Claim</u>" means any claim (as defined in section 101(5) of the Bankruptcy Code) against the Diocese resulting or arising in whole or in part, directly or indirectly from "<u>Sexual Abuse</u>," which is defined as any actual or alleged sexual conduct, misconduct, abuse, or molestation as defined in any statute or common law; (ii) indecent assault or battery, rape, lascivious behavior, undue familiarity, pedophilia, ephebophilia, or sexually-related physical, psychological, or emotional harm; (iii) contacts or interactions of a sexual nature; or (iv) assault, battery, corporal punishment, or other act of physical, psychological, or emotional abuse, humiliation, intimidation, or misconduct, or as such term is otherwise defined at https://portal.ct.gov/DCF/1-DCF/Child-Abuse-and-Neglect-Defintions.

503(b)(9); and

(e)     Any person or entity whose claim against the Diocese is allowed by an order of the Court entered on or before the Bar Date.

(f)     Any entity listed on the Verified Statement Pursuant to Bankruptcy Rule 2019 filed by the Parishes and/or the Association of Parishes of the Roman Catholic Diocese of Norwich, Connecticut ("Parish Committee") and identified therein as a parish ("Parish"), may file a single omnibus proof of claim solely with respect to any contingent or unliquidated claim for indemnification or contribution held by such Parish and such timely filed omnibus proof of claim shall have the same force and effect in this bankruptcy case as if each Parish had filed such proof of claim individually. Notwithstanding the foregoing, each Parish must file all other claims (meaning, claims other than any contingent or unliquidated claim for indemnification or contribution) by the Bar Date.

**Procedure for Filing Proofs of Claim**

7.     **Proofs of claim should be submitted directly to Epiq Corporate Restructuring, LLC ("Epiq"),** the Diocese's Claims and Noticing Agent, as set forth in paragraphs 8 through 10 below. For the avoidance of doubt, a proof of claim may be filed with the Clerk of the Court for the United States Bankruptcy Court for the District of Connecticut, Hartford Division (the "Clerk"). Any proof of claim filed with the Clerk shall be considered part of the public record and the confidentiality protocol set forth in paragraph 11 of this Order shall not apply to such claims.

8.     In order to be considered valid, each proof of claim must be actually received by Epiq or the Clerk on or before the Bar Date either:

(i)     electronically using the interface available on Epiq's website at https://dm.epiq11.com/case/rcdn;

(ii)     by delivering an original copy by either first-class mail to The Norwich Roman Catholic Diocesan Corporation, Claims Processing Center c/o EPIQ Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421;

(iii)     by hand delivery or overnight mail to The Norwich Roman Catholic Diocesan

5

Corporation, Claims Processing Center c/o EPIQ Corporate Restructuring, LLC, 10300 SW Allen Blvd., Beaverton, OR 97005; or

(iv)    by filing electronically with or by delivering an original copy by hand delivery, first class mail or overnight courier to the Clerk of the Court for the United States Bankruptcy Court for the District of Connecticut, Hartford Division, Abraham Ribicoff Federal Building, 450 Main Street, 7th Floor, Hartford, CT 06103.

Proofs of claim sent by facsimile, telecopy, or e-mail will not be accepted.

9.    Any proof of claim other than those asserting a Sexual Abuse Claim must (a) conform substantially to Official Form 410, (b) be denominated in lawful currency of the United States as of the Petition Date, and (c) attach copies of any writings upon which the claim is based in accordance with bankruptcy Rules 3001(c) and 3001(d) (including for secured claims, evidence that the security interest has been perfected) unless such writings are voluminous or confidential, in which case a summary must be attached or an explanation provided as to why such writings are not available and a statement that such writings will be provided to the Diocese and/or the Committee upon request.

10.    Any proof of claim asserting a Sexual Abuse Claim (each, a "<u>Sexual Abuse Proof of Claim</u>") must be filed by completing the confidential Sexual Abuse Proof of Claim form attached hereto as <u>Schedule 1</u>.  The representative or attorney for any holder of Sexual Abuse Proofs of Claims may execute the Sexual Abuse Proof of Claim for the claimant.

**<u>Establishment of Confidentiality Protocol</u>**

11.    Due to the nature of the information requested in the Sexual Abuse Proof of Claim form, the following confidentiality protocol ("<u>Confidentiality Protocol</u>") shall apply to all Sexual Abuse Proofs of Claim submitted by Sexual Abuse Claimants to Epiq, but shall not apply to any

Sexual Abuse Proofs of Claim submitted directly to the Clerk:

(a)     In order to take advantage of the Confidentiality Protocol, all claimants asserting a Sexual Abuse Claim are directed to submit such claims directly to Epiq using the Sexual Abuse Proof of Claim form. Such claims should not be filed with the Clerk.  In the event that a Sexual Abuse Proof of Claim is submitted directly to the Clerk, such Sexual Abuse Proof of Claim shall be part of the public record and shall not be treated as confidential.

(b)     A Sexual Abuse Proof of Claim received by Epiq will be treated as confidential and will be made available only to Authorized Parties (as defined below). The Confidentiality Protocol is for the sole and exclusive benefit of the persons asserting a Sexual Abuse Claim. Accordingly, any claimant may elect to make information contained in his or her personal confidential Sexual Abuse Proof of Claim form public. For the avoidance of doubt, Sexual Abuse Claimants are not bound by the confidentiality provisions of this Order with respect to disclosures regarding their own sexual abuse or any information disclosed by a Sexual Abuse Claimant in his or her Sexual Abuse Proof of Claim.

(c)     A Sexual Abuse Proof of Claim received by Epiq shall be held and treated as confidential by Epiq, and copies thereof shall be provided or made available only to the following parties (the "<u>Authorized Parties</u>"):

i.      The Bishop of the Diocese, officers of the Diocese, and such other current or former employees of the Diocese who are reasonably necessary to assist the Diocese in reviewing and analyzing the Sexual Abuse Proof of Claim which information shall be maintained as CONFIDENTIAL pursuant to the Court's *Confidentiality Agreement and Protective Order Between the Debtor and Official Committee of Unsecured Creditors* [<u>Dkt. No. 276</u>] (the "<u>Protective Order</u>"). For the avoidance of doubt, any person that was disclosed to the Diocese as an individual who had allegedly committed an act of sexual abuse, as well as any person identified as an alleged abuser in a confidential Sexual Abuse Proof of Claim or who is otherwise acknowledged by the Diocese as someone who committed Sexual Abuse, shall not be an Authorized Person pursuant to this Paragraph 11(c)(i); provided, however, the Diocese is authorized to discuss the contents of any Sexual Abuse Proof of Claim with a person identified as an alleged abuser who was not previously disclosed to the Diocese as an individual who had committed an act of sexual abuse for the purpose of conducting an internal investigation and assessing the actual claim by providing any affected Sexual Abuse Claimant, such affected Sexual Abuse Claimant's counsel (if any), and counsel to the Committee, with notice delivered via overnight delivery and e-mail

of such planned disclosure (a "<u>Disclosure Notice</u>") and an opportunity to object to such disclosure. If the Diocese receives a written objection to such disclosure (an "<u>Objection Notice</u>") on or before 5 p.m. (Eastern) on the fifth (5th) day following its receipt of the Disclosure Notice (the "<u>Objection Deadline</u>"), (a) the Diocese may not make the disclosure set forth in the Disclosure Notice until such time as the Court permits such disclosure , and (b) the Diocese may make an application to the Court on no less than 7 days' notice seeking authorization to make such disclosure over the objection stated in the Objection Notice. In the event that no Objection Notice is received prior to the Objection Deadline, the Diocese may make the disclosure set forth in the Disclosure Notice;

ii.  Subject to the Protective Order, counsel to the Diocese or the Committee retained pursuant to an order of the Bankruptcy Court, including partners, counsel, associates, and employees of such counsel;

iii.  Subject to the Protective Order, members of the Committee and their individual counsel;

iv.  Subject to the Protective Order, The Catholic Mutual Relief Society of America ("<u>Catholic Mutual</u>") as the provider of coverage for covered Sexual Abuse Claims, and Catholic Mutual's employees, attorneys, reinsurers, auditors, regulators and representatives, and any outside consultants and experts retained by Catholic Mutual or its attorneys that execute Confidentiality Joinders as required by and pursuant to the Protective Order;

v.  Subject to the Protective Order, any person appointed pursuant to an order of the Bankruptcy Court to serve as a mediator, as a representative for unknown or future claimants, or as a special arbitrator/claims reviewer appointed to review and resolve Sexual Abuse Claims, in this Chapter 11 Case or any adversary proceeding filed in this Chapter 11 Case;

vi.  Subject to the Protective Order, any trustee, or functional equivalent thereof, appointed to administer payments to Sexual Abuse Claimants, including pursuant to a plan of reorganization or a proposed plan of reorganization;

vii.  Any person upon express written consent of the affected Sexual Abuse Claimant, *provided, however,* that if the Sexual Abuse Claimant is not at the time represented by counsel with respect to such written consent, then consent of the Sexual Abuse Claimant and counsel to the Committee shall be obtained before disclosing such claimant's Sexual Abuse Proof of Claim to any person

pursuant to this Paragraph 11(c)(vii);

viii.    Such other persons as the Court may authorize to access the Sexual Abuse Proof of Claim pursuant to subsequent order; *provided, however,* that any such determination shall be made on no less than ten (10) days' notice to the affected Sexual Abuse Claimant(s), the Committee and the Diocese; and

ix.    Subject to the Protective Order, the Parish Committee, its counsel and such other Authorized Party not covered by the preceding subsections (i) through (viii) upon execution of a Confidentiality Agreement by such counsel provided such claim implicates a Parish (for proofs of claim provided to the Parish Committee and its counsel) or such other Authorized Party (for proofs claim provided to it).

(d)    Except as provided in the Protective Order and the Confidentiality Agreement approved thereby, notwithstanding the designation as one of the Authorized Parties, no person or entity may obtain copies of any Sexual Abuse Proof of Claim prior to: (i) the execution of a Confidentiality Joinder, Addendum to Confidentiality Agreement and Protective Order and/or Form of Undertaking, as affixed to and pursuant to the Protective Order (collectively, a "Confidentiality Agreement"), and (ii) the Confidentiality Date (as defined below); provided, however that a mediator appointed in the case shall not be required to execute such documents if such mediator is currently a Bankruptcy Judge or District Court Judge. Counsel of record to any Authorized Party shall only be required to execute a single Confidentiality Agreement, which shall be deemed binding on their entire firm. Except as provided in the Protective Order and the Confidentiality Agreement approved thereby, access to each Sexual Abuse Proof of Claim for all other Authorized Parties shall be restricted to the natural person who executes a Confidentiality Agreement, and a separate Confidentiality Agreement must be signed by each natural person seeking access to the Sexual Abuse Proofs of Claim on behalf of an Authorized Party. Copies of all Confidentiality Agreements shall be provided to the Diocese and the Committee through their respective counsel, except as provided in the Protective Order and the Confidentiality Agreement approved thereby. Following execution of a Confidentiality Agreement by a prospective Authorized Person, the Diocese shall file a "Notice of Additional Authorized Person" and shall serve such notice (by email) on: (i) counsel to the Committee, (ii) the United States Trustee, (iii) counsel to the Parish Committee, (iv) counsel to Christian Brothers, and (v) counsel to Catholic Mutual (collectively, the "Confidentiality Notice Parties"). If no objection to such person becoming an Authorized Person is filed within three business days of the date of filing of such Notice of Additional Authorized Person, such person shall be an Authorized Person (the "Confidentiality Date").

(e)     Authorized Parties in possession of any Sexual Abuse Proof of Claim shall keep such Sexual Abuse Proof of Claim confidential and shall not use or disclose any information provided in any Sexual Abuse Proof of Claim except in accordance with the terms of this Order and the Protective Order, the Confidentiality Agreement or pursuant to an order of this Court, unless the Sexual Abuse Claimant has elected to make his or her Sexual Abuse Proof of Claim public. Authorized Parties may not contact a witness identified in a Sexual Abuse Proof of Claim based upon information obtained solely from the Sexual Abuse Proof of Claim;

(f)     Epiq shall assign to each claimant asserting a Sexual Abuse Claim via a Sexual Abuse Proof of Claim a unique identifier code and shall maintain a confidential list of the identities of the Sexual Abuse Claimants, their corresponding identifier code, and their respective Sexual Abuse Proof of Claim. The confidential list of the identities of Sexual Abuse Claimants shall be provided only to such parties that are Authorized Parties entitled to the personally identifying information of Sexual Abuse Claimants pursuant to this Order.

**Notice of Bar Date**

12.     Within seven (7) calendar days following entry of the Bar Date Order, the Diocese shall serve by United States mail, first-class postage prepaid: (i) notice of the Bar Date, substantially in the form attached hereto as Schedule 2 and incorporated herein by reference (the "Bar Date Notice"); and (ii) a copy of Official Form 410 (together with the Bar Date Notice, the "General Claim Notice Package"), upon (a) the Office of the United States Trustee; (b) counsel to the Official Committee of Unsecured Creditors; (c) all entities who have filed a notice of appearance in the Diocese's case; (d) all creditors listed in the Diocese's Schedules (except those creditors listed on the portions of Schedule F filed under seal relating to Sexual Abuse Claims); (e) all parties to executory contracts and unexpired leases of the Diocese; (f) all entities that have previously filed proofs of claim in the Diocese's Chapter 11 Case; (g) any other persons and entities or their counsel, including governmental units, known to the Diocese as entities who may reasonably be expected to have claims against the estate; and (h) such additional persons and entities as deemed appropriate by the Diocese.

10

13.     Within seven (7) days following entry of the Bar Date Order, the Diocese shall serve by United States mail, first-class postage prepaid: (i) the Bar Date Notice; (ii) a confidential Sexual Abuse Proof of Claim Form; and (iv) a letter from counsel to the Committee, substantially in the form attached hereto as Schedule 3, recommending that the confidential Sexual Abuse Proof of Claim Form be completed and submitted (together with the Bar Date Notice and Bar Date Order, the "Sexual Abuse Claim Notice Package"), upon each person, or their respective counsel, who, (a) is listed on that portion of the Diocese's Schedule F filed under seal as holding a Sexual Abuse Claim, or (b) to the knowledge of the Diocese as determined after a review of the Diocese's books and records (including documents maintained as confidential files by the Diocese) has (i) filed, or threatened to file, a lawsuit against the Diocese alleging that such Sexual Abuse Claimant was subjected to Sexual Abuse by an individual for whom the Diocese was allegedly responsible; (ii) otherwise contacted the Diocese to report that they were subjected to Sexual Abuse by an individual for whom the Diocese was allegedly responsible, whether or not that individual's claim was considered to be substantiated and whether or not the report was written or verbal, in either case where contact information for such person or his or her attorney is included in the Diocese's books and records or otherwise reasonably ascertainable to the Diocese; (iii) been identified to the Diocese as an individual who was or has alleged to have been subjected to Sexual Abuse by an individual for whom the Diocese was allegedly responsible or related to the extent contact information for such person or his or her attorney is included in the Diocese's books and records or otherwise reasonably ascertainable to the Diocese; or (iv) previously filed a proof of claim in the Diocese's Chapter 11 Case asserting a claim based on Sexual Abuse. Notwithstanding the foregoing, the Diocese shall not be required to send a Sexual Abuse Claim Notice Package to any person who has previously entered into a settlement with and fully released the Diocese regarding

a claim based on Sexual Abuse if the Diocese has performed all of its obligations under the terms of such settlement.

14.    In addition to providing direct notice to known creditors as set forth above, subject to applicable publication guidelines and submission deadlines, the Diocese shall cause a notice in substantially the form attached hereto as <u>Schedule 4</u> (the "<u>Publication Notice</u>"):

      i.    To be published commencing immediately and thereafter weekly up until the Bar Date, all publications identified paragraph 4 of the Court's *Final Order on Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing and Approving Special Noticing and Confidentiality Procedures; (II) Authorizing and Approving Procedures for Providing Notice of Commencement; And (III) Granting Related Relief* [<u>Dkt. No. 265</u>], as well as in the *Four County Catholic* and *The Providence Journal*, and a Spanish version of the Publication Notice in *La Voz Hispanica CT* and *Identidad Latina*; provided, further, that no less than half of such publications shall appear in weekly editions; and

      ii.    To be delivered to all local radio and television stations within the Debtor's geographical area (which list of media and manner of delivery shall be reasonably agreed upon between the Debtor and the Committee).

15.    In addition to the foregoing publication, the Diocese shall use reasonable efforts to take the following additional measures to disseminate information relating to the Bar Date as soon as practicable following entry of this Order:

      i.    Beginning within fifteen (15) days of the entry of the Bar Date Order and at least through the Bar Date, the Diocese will cause prominent, one-click links to the General Claim Notice Package and the Sexual Abuse Claim Notice Package to be posted on the case management website maintained by Epiq with such links to be pinned at the top of the website.

      ii.    The Diocese will establish and maintain, or cause Epiq to establish and maintain, a telephone number which may be used by claimants to ask questions or to request copies of the General Claim Notice Package, the Sexual Abuse Claim Notice Package, or parts thereof;

      iii.    Beginning within fifteen (15) days of the entry of the Bar Date Order and at least through the Bar Date, the Diocese will cause links to the General Claim Notice Package and the Sexual Abuse Claims Notice Package to be posted on the Diocese's bankruptcy website homepage.

iv.    Beginning within fifteen (15) days of the entry of the Bar Date Order and every thirty (30) days until the occurrence of the Bar Date, the Diocese shall post notice of the Bar Date on its Facebook and Twitter accounts.

v.    Within fifteen (15) days of entry of the Bar Date Order and approximately thirty (30) days prior to the Bar Date, the Diocese will issue a press release regarding the Bar Date. The Diocese shall consult with the Committee regarding the media outlets to be provided the press release.

vi.    The Diocese will deliver a copy of the Publication Notice to each Parish and ministry (except primary and secondary schools) within the geographic boundaries of the Diocese of Norwich, and each Parish shall (i) display the Publication Notice in a prominent place until expiration of the Bar Date in English and Spanish, and (ii) publish a copy of the Publication Notice in parish bulletins monthly and in each newsletter published hereafter through the Bar Date.

vii.    The Diocese will mail a copy of the Bar Date Notice to the following on the Diocese's stationary and shall request that the party post the Bar Date Notice in a prominent place until the expiration of the Bar Date:

    a.    The Attorney General of the State of Connecticut;

    b.    The Attorney General of the State of New York; and

    c.    For each of the counties of Middlesex, New London, Windham and Tolland in Connecticut, and Fisher Island, New York:

        i.    the district attorney's office;

        ii.    sheriff's office;

        iii.    at least one public health agency (if any); and

        iv.    at least one substance abuse agency or hospital (if any).

16.    The Court finds that the form and manner of giving notice of the Bar Date as approved herein fulfills the notice requirements of the Bankruptcy Rules and is reasonably calculated under the circumstances to apprise both known and potential unknown creditors of the establishment of the Bar Date and the need to file a proof of claim, consistent with the due process rights of all parties under the standards established in *Mullane v. Central Hannover Bank & Trust Co.,* 339 U.S. 306 (1950) and *Hecht v. United Collection Bureau, Inc.,* 691 F.3d 218 (2d Cir.

2012). Accordingly, the Diocese is authorized and directed to serve and/or publish notice of the Bar Date in the manner described herein.

17.     Nothing contained in this Order is intended or should be construed as a finding as to the validity of any claim against the Diocese, and all parties retain all rights to dispute any claim on any grounds. All parties retain the right to dispute, or to assert offsets or defenses to, any claim (whether or not reflected on the Schedules or any amendments thereto) as to amount, liability, classification, or otherwise, and to subsequently designate any claim as contingent, unliquidated or disputed.  Subject to applicable law and the rights of the Diocese, Committee, Parish Committee, Catholic Mutual and other persons affected by such claims, creditors retain the right to amend, supplement or withdraw their claims (including Sexual Abuse Proofs of Claims), which amendment, supplement or withdrawal must be filed in accordance with this Order.

18.     The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated at Hartford, Connecticut this 19th day of November, 2021.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

14

## **Schedule 1**

Confidential Sexual Abuse Proof of Claim Form

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,[1] | Case No: 21-20687 (JJT) |
| Debtor. | |

**SEXUAL ABUSE SURVIVOR PROOF OF CLAIM**

**<u>IMPORTANT</u>: THIS COMPLETED FORM MUST BE <u>RECEIVED</u> NO LATER THAN**

**MARCH 15, 2022 AT 5:00 P.M. (PREVAILING EASTERN TIME)**

Please carefully read the following instructions included with this Sexual Abuse Survivor Proof of Claim and complete all applicable questions to the best of your knowledge or recollection.

Once completed, this Proof of Claim may be submitted to Epiq Corporate Restructuring, LLC, the Court-approved Claims and Noticing Agent for the Debtor (the "<u>Claims Agent</u>"), or to the Clerk of the Court, United States Bankruptcy Court, District of Connecticut, Hartford Division (the "<u>Clerk of the Court</u>").

You can choose any **one** of the following ways to submit your Proof of Claim to the Claims Agent or the Clerk of the Court:

(i)       If sent by mail to the Claims Agent, send to:

>The Norwich Roman Catholic Diocesan Corporation
>Claims Processing Center
>c/o EPIQ Corporate Restructuring, LLC
>P.O. Box 4421
>Beaverton, OR 97076-4421;

(ii)      If sent by hand delivery or overnight courier to the Claims Agent, send to:

>The Norwich Roman Catholic Diocesan Corporation
>Claims Processing Center
>c/o EPIQ Corporate Restructuring, LLC
>10300 SW Allen Blvd.
>Beaverton, OR 97005;

---

[1] The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich. The last four digits of the Debtor's federal tax identification number are 7373.

(iii)    If submitted electronically to the Claims Agent, send by using the interface available at: https://dm.epiq11.com/case/rcdn; or

(iv)    By filing them electronically with the Clerk of the Court or by delivering an original copy by hand delivery, first class mail or overnight courier, to:

> Clerk of the Court
> United States Bankruptcy Court
> Abraham Ribicoff Federal Building
> 450 Main Street, 7th Floor
> Hartford CT 06103

> PROOFS OF CLAIM SUBMITTED TO THE CLERK OF THE COURT WILL BE PUBLICALLY AVAILABLE AND WILL NOT BE ENTITLED TO THE CONFIDENTIALITY PROTOCOL ORDERED BY THIS COURT AND EXPLAINED BELOW IN PART 1.

**Proofs of Claim sent by any other means (such as facsimile transmission or email through a different manner than described in (i), (ii), (iii) or (iv) above) will not be accepted.**

**You may wish to consult an attorney regarding this matter.**

**Failure to complete and return this form may result in your inability to vote on a plan of reorganization and receive a distribution from The Norwich Roman Catholic Diocesan Corporation.**

"You" and/or "Sexual Abuse Survivor" refers to the person asserting a Sexual Abuse Claim against The Norwich Roman Catholic Diocesan Corporation (the "Diocese") related to the Sexual Abuse Survivor's sexual abuse.

For this claim to be valid, the Sexual Abuse Survivor must sign this form. If the Sexual Abuse Survivor is deceased or incapacitated, the form must be signed by the Sexual Abuse Survivor's representative or the attorney for the Sexual Abuse Survivor's estate.

If the Sexual Abuse Survivor is a minor, the form must be signed by the survivor's parent, legal guardian or attorney. Any Proof of Claim signed by a representative or legal guardian must attach documentation establishing such person's authority to sign the claim for the Sexual Abuse Survivor.

| **Who Should File a Proof of Claim?** |
| --- |

This Proof of Claim is only for people who have experienced sexual abuse (defined below) on or before July 15, 2021. This Proof of Claim is the way you can make a claim against the Diocese based on sexual abuse. Any person making a claim based on anything other than sexual abuse should consult the *Notice Of Bar Dates For Filing Of General Proofs Of Claim* and file a General Proof of Claim (Official Bankruptcy Form 410). You should consider submitting a proof of claim even if you believe your claim may be subject to an affirmative defense such as a statute of limitations.

| **Who Is a Sexual Abuse Survivor?** |
| --- |

The term Sexual Abuse Survivor refers to a person who experienced sexual abuse, as defined below.

| **What Is Sexual Abuse?** |
| --- |

For the purposes of this Proof of Claim, **sexual abuse** is defined as any claim (as defined in section 101(5) of the Bankruptcy Code) against the Diocese resulting or arising in whole or in part, directly or indirectly from any actual or alleged sexual conduct, misconduct, abuse, or molestation as defined in any statute or common law; (ii) indecent assault or battery, rape, lascivious behavior, undue familiarity, pedophilia, ephebophilia, or sexually-related physical, psychological,

or emotional harm; (iii) contacts or interactions of a sexual nature; or (iv) assault, battery, corporal punishment, or other act of physical, psychological, or emotional abuse, humiliation, intimidation, or misconduct, or as such term is otherwise defined at https://portal.ct.gov/DCF/1-DCF/Child-Abuse-and-Neglect-Defintions.

If you have a claim arising from other types of abuse, including non-sexual physical abuse, non-sexual emotional abuse, bullying or hazing, you should file a General Proof of Claim form (Official Bankruptcy Form 410).

| You May Wish to Consult an Attorney Regarding This Matter |
| :---: |

You may also obtain information from the Claims Agent by: (1) calling toll free at (855) 654-0902; (2) emailing at RCDNorwichinfo@epiqglobal.com; or (3) visiting the case website at https://dm.epiq11.com/case/rcdn (do not contact the Claims Agent for legal advice).

| What If I Don't File on Time? |
| :---: |

**Failure to complete and return this Proof of Claim by March 15, 2022 p.m. at 5 P.M. (prevailing Eastern Time) may result in your inability to vote on a plan of reorganization and/or to receive compensation from this bankruptcy case for sexual abuse related to the Diocese.**

> **Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

| PART 1: CONFIDENTIALITY |
| :---: |

Unless you indicate below, your identity and your Sexual Abuse Survivor Proof of Claim will be kept **strictly confidential**, under seal, and outside the public record pursuant to an Order of the United States Bankruptcy Court for District of Connecticut (the "Bankruptcy Court"). However, this Proof of Claim may be provided, pursuant to confidentiality procedures approved by the Bankruptcy Court, to the Debtor, certain insurers of the Debtor, the Official Committee of Unsecured Creditors, the United States Trustee for the District of Connecticut, and their respective counsel, as well as such other persons that the Bankruptcy Court may authorize. Information in this Proof of Claim may be required to be disclosed to governmental authorities under mandatory reporting laws in many jurisdictions. If any such disclosure is made to a governmental authority, Sexual Abuse Claimants will be notified at the time of the disclosure of their Proof of Claim

**This Proof of Claim (along with any accompanying exhibits and attachments) will be maintained as underlined confidential unless you expressly request that it be publicly available by checking the "public" box and signing below.**

| |
| :--- |
| **Please select only one option below:** |
| |
| ☐ **CONFIDENTIAL**: I want to keep my identity and this Proof of Claim CONFIDENTIAL. |
| ☐ **PUBLIC**: I want my identity and this Proof of Claim (together with any exhibits and attachments) to be made PUBLICLY AVAILABLE AND PART OF THE PUBLIC RECORD. **My claim will then be available for review by any and all members of the public**. |
| Signature: _____ |
| Print Name: _____ |
| **IF YOU DO NOT CHECK EITHER BOX, IF YOU CHECK BOTH BOXES, OR IF YOU DO NOT PROVIDE YOUR NAME AND SIGNATURE ABOVE, YOUR IDENTITY AND THIS PROOF OF CLAIM WILL REMAIN CONFIDENTIAL** |
| **PART 2: IDENTIFYING INFORMATION AND BACKGROUND** |

**A.  Identity of Sexual Abuse Survivor**

First Name _____ Middle Initial _____ Last Name _____ Jr/Sr/III _____

Mailing Address (If Sexual Abuse Survivor is incapacitated, is a minor, or is deceased, provide the address of the individual submitting the claim. If you are in jail or prison, provide the address of your place of incarceration):

| Number and Street: | | | |
|---|---|---|---|
| City: | | State: | Zip Code: |
| Other Mail Id. No.: | | Country (not USA): | |
| Email Address: | | Telephone (Cell): | |
| Telephone (Home): | | Fax: | |

Social Security Number of Sexual Abuse Survivor (last four digits <u>only</u>): XXX-XX- ___ ___ ___ ___

Birthdate of Sexual Abuse Survivor (only the month and year): (MM/YYYY): ___ ___ / ___ ___ ___ ___

Any other name, or names, by which the Sexual Abuse Survivor has ever been known:

_____

Gender of Sexual Abuse Survivor:   Male ☐        Female ☐        Other (specify) _____

**B.  If you have hired an attorney relating to the sexual abuse described in this Proof of Claim, please provide his or her name and contact information**

| Law Firm Name: | | | |
|---|---|---|---|
| Attorney's Name: | | | |
| Number and Street: | | | |
| City: | | State: | Zip Code: |
| Other Mail Id. No.: | | Country (not USA): | |
| Email Address: | | Telephone (Cell): | |
| Telephone (Work): | | Fax No.: | |

## PART 3: NATURE OF THE SEXUAL ABUSE

**(Attach additional sheets if necessary)**

A.   Please identify each person who sexually abused you. Individuals identified in this section will be referred to as the "abuser" in questions below. If you do not remember the name of the sexual abuser(s), provide as much information about the individual that you recall.

_____

_____

_____

_____

_____

B.   What was the abuser's position, title, or relationship to you (if you know):

_____

_____

C.   Where were you at the time you were sexually abused? Please be specific and provide all relevant information that you recall including the City and State, name of the religious parish, or school, or orphanage (if applicable) and/or the name of any other locations.

_____

_____

_____

_____

_____

D.   When did the first act of sexual abuse take place? If you do not remember the calendar date, approximately what season of the year was it (spring, summer, fall, winter), approximately what age were you when it started, and, if applicable, what school grade were you in at the time?

_____

_____

E.   If the sexual abuse took place over a period of time, please state when it started and when it stopped. If you were sexually abused by more than one abuser, indicate when the sexual abuse by each of the abusers started and stopped. You may provide approximate dates if you do not recall the specific dates.

_____

_____

_____

F.  What happened (describe the nature of the abuse or other wrongful conduct against you, including the circumstances, type(s) of abuse, and frequency of abuse and attach an additional sheet if needed)?

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

G.  Did you or anyone on your behalf tell anyone about the sexual abuse (this would include parents; relatives; friends; the Diocese; attorneys; counselors; and law enforcement authorities)?  Yes☐  No☐  If "Yes", who did you tell? You do not need to disclose any communication that you may have had with your attorney.

_____

_____

_____

_____

H.  Are you aware of anyone who witnessed or knew about the sexual abuse?  Yes☐   No☐  If your answer is "Yes", please list their names and last known address?

_____

_____

_____

_____

**PART 4: IMPACT OF SEXUAL ABUSE**

**(Attach additional pages if necessary)**

**(If you currently are unable describe the harm that you have suffered on account of the sexual abuse, you may omit this section for now. However, you may be asked to provide the information requested at a later date.)**

A.  Please describe how you were impacted, harmed, damaged, or injured as a result of the sexual abuse you described above. You can check the boxes, fill in the narrative, or both. **Please note that the boxes are not meant to limit the characterization or description of the impact(s) of your sexual abuse**. (Check all that apply.)

☐ Psychological / emotional health (including depression, anxiety, suicidal thoughts, feeling numb, difficulty managing or feeling emotions including anger)

☐ Post-traumatic stress reactions (including intrusive images, feelings from the abuse, numbing or avoidance behaviors)

☐ Physical health (including chronic disease, chronic undiagnosed pain, or physical problems) Education (not graduating high school, being unable to finish training or education)

☐ Employment (including difficulties with supervisors, difficulty maintaining steady employment, being fired from jobs)

☐ Intimate relationships (including difficulty maintaining emotional attachments, difficulty with sexual behavior, infidelity)

☐ Social relationships (including distrust of others, isolating yourself, not being able to keep healthy relationships)

☐ Alcohol and/or substance abuse (including other addictive behaviors such as gambling)

☐ Other (please explain and add any other information you remember to the categories above):

If you wish to provide a narrative description of how you were impacted, harmed, damaged, or injured as a result of the sexual abuse you described above, please provide it below. You may use additional pages if needed.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

B.  Have you ever sought counseling or other medical or mental health treatment for any reason even if you did not connect that treatment as being related to the sexual abuse that you described above?

Yes ☐        No ☐

If your response to the prior question is "Yes," please state with whom you sought counseling or medical or mental health treatment and when.

_____

_____

_____

_____

## PART 5: ADDITIONAL INFORMATION

**A.**   **Prior Litigation.**

Was a lawsuit regarding the sexual abuse you have described in this Proof of Claim filed by you or on your behalf? Yes ☐ No ☐  (If "Yes," please attach a copy of the complaint.)

**B.**   **Prior Bankruptcy Claims.** Have you filed any claims in any other bankruptcy case relating to the sexual abuse you have described in this Proof of Claim? Yes ☐ No ☐  (If "Yes," please attach a copy of any completed claim form.)

**C.**   **Settlements**. Regardless of whether a complaint was ever filed against any party because of the sexual abuse, have you settled any claim relating to the sexual abuse you have described in this Proof of Claim? Yes ☐ No ☐

**D.**   **Current Bankruptcy Case.** Are you now, or have you been a debtor in a bankruptcy case? Yes ☐    No   ☐ (if "Yes", please identify the court): _____

**SIGNATURE**

**Sign and print your name.**

**If you are signing this Proof of Claim on behalf of another person (including a minor, decedent or incapacitated person), state your relationship to the Sexual Abuse Survivor.**

**I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.**

**Date:** _____

**Signature:** _____

**Print Name:** _____

**Relationship to Sexual Abuse Survivor (if not signed by Sexual Abuse Survivor):**

_____

**Address:** _____

_____

**Contact Phone:** _____

**Email:** _____

## **Schedule 2**

Bar Date Notice

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT
### HARTFORD DIVISION

| | |
|---|---|
| In re:<br><br>THE NORWICH ROMAN CATHOLIC<br>DIOCESAN CORPORATION,[5]<br><br>              Debtor. | Chapter 11<br><br>Case No:  21-20687 (JJT) |

### <u>NOTICE OF MARCH 1, 2022 DEADLINE FOR FILING PROOFS OF CLAIM</u>

**TO: ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION:**

### <u>THE DIOCESE'S BANKRUPTCY CASE</u>

On July 15, 2021 (the "Petition Date"), The Norwich Roman Catholic Diocesan Corporation (the "Diocese") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (11 U.S.C. § 101 *et seq.,* the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Connecticut (the "Bankruptcy Court").

Information regarding the Diocese, its business, and other relevant information related to this chapter 11 case (the "Chapter 11 Case") may be obtained at the case management website maintained by Epiq Corporate Restructuring, LLC ("Epiq"), the Diocese's Claims and Noticing Agent at: https://dm.epiq11.com/case/rcdn/info.

### <u>THE BAR DATE</u>

The Bankruptcy Court has entered an order (the "Bar Date Order") establishing **March 15, 2022 at 5:00 P.M. (prevailing Eastern time)**, as the deadline for all persons and entities, including Governmental Units and persons asserting Sexual Abuse Claims, to file prepetition claims in this Chapter 11 Case (the "Bar Date").

A copy of the Bar Date Order is available on the Epiq case management website at https://dm.epiq11.com/case/rcdn for free.

Except as described below, the Bar Date Order requires all persons or Entities, including Governmental Units, that have or may assert prepetition claims of any nature against the Diocese, including Sexual Abuse Claims, to submit proofs of claim so that they are received by Epiq on or before the Bar Date.

---

[5]The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich.  The last four digits of the Debtor's federal tax identification number are 7373.

Please note that the terms "Entity," "Governmental Unit," "Claim," and "Sexual Abuse Claim" are defined immediately below.

<u>**KEY DEFINITIONS**</u>

As used in this Notice, the term "**Entity**" has the meaning given to it in section 101(15) of the Bankruptcy Code, and includes all persons (individuals, partnerships and corporations), estates, trusts, Governmental Units and the United States Trustee.

As used in this Notice, the term "**Governmental Unit**" has the meaning given to it in section 101(27) of the Bankruptcy Code and includes the United States, States, commonwealths, districts, territories, municipalities, foreign states, or departments, agencies or instrumentalities of the foregoing.

As used in this Notice, the term "**Claim**" shall mean, as to or against the Diocese and in accordance with section 101(5) of the Bankruptcy Code: (i) any right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured; or (ii) any right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

As used in this Notice, the term "**Sexual Abuse Claim**" shall mean any Claim against the Diocese resulting or arising in whole or in part, directly or indirectly from "**Sexual Abuse**," which defined as any actual or alleged sexual conduct, misconduct, abuse, or molestation as defined in any statute or common law; (ii) indecent assault or battery, rape, lascivious behavior, undue familiarity, pedophilia, ephebophilia, or sexually-related physical, psychological, or emotional harm; (iii) contacts or interactions of a sexual nature; or (iv) assault, battery, corporal punishment, or other act of physical, psychological, or emotional abuse, humiliation, intimidation, or misconduct, or as such term is otherwise defined at https://portal.ct.gov/DCF/1-DCF/Child-Abuse-and-Neglect-Defintions.

**YOU SHOULD CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS, INCLUDING WHETHER YOU HAVE A CLAIM OR WHETHER YOU MUST FILE A PROOF OF CLAIM. YOU MAY ALSO OBTAIN INFORMATION FROM THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS BY CALLING ZEISLER & ZEISLER, P.C. (ATTN. STEPHEN M. KINDSETH (TEL. (203) 368- 4234; EMAIL SKINDSETH@ZEISLAW.COM).**

I.     **WHO MUST FILE A PROOF OF CLAIM PRIOR TO THE BAR DATE**

    a.     <u>*The Bar Date:*</u> **The Bar Date Order establishes March 15, 2022 at 5:00 P.M. (prevailing Eastern time) as the Bar Date for filing proofs of claim in this case.**

        **To comply with the Bar Date, the proof of claim must be actually RECEIVED by the Diocese's Claims Agent, Epiq, or the Clerk of the Court, in one of the manners instructed below, on or before the Bar Date.**

b.       ***Who Must File a Proof of Claim:***

If you have a Claim that arose before the Petition Date, and it is not one of the types of Claims described immediately below, you **must** file a proof of claim on or before the Bar Date to share in any distribution in the Diocese's bankruptcy case.  You should consider submitting a proof of claim even if you believe your claim may be subject to an affirmative defense such as a statute of limitations. You or your representative or attorney may file the proof of claim.

You must also file a proof of claim on or before the Bar Date to vote to accept or reject any Chapter 11 plan proposed in this bankruptcy case unless your Claim is one of the types of Claims described immediately below.

c.       ***The Following Persons or Entities set forth in (a) through (e) below are Not Required to File Proofs of Claim at this Time and set forth in (f) below, may file, to a limited extent, an omnibus proof of claim:***

i.       Any person or Entity that has already properly filed a proof of claim against the Diocese with the Clerk of the Court for the United States Bankruptcy Court for the District of Connecticut, Hartford Division, except that any person who has asserted a Sexual Abuse Claim should submit a completed Confidential Sexual Abuse Claim Supplement;

ii.       Any person or Entity: (a) whose claim is listed in the Schedules or any amendments thereto; and (b) whose claim is not identified therein as "contingent," "unliquidated," or "disputed," and (c) who does not dispute the amount or classification of its claim as set forth in the Schedules;

A copy of the Schedules is available on the Epiq case management website at https://dm.epiq11.com/case/rcdn for free.

**If it is unclear from the Schedules whether your Claim is disputed, contingent or unliquidated as to amount or is otherwise properly listed and classified, you must file a proof of claim on or before the Bar Date. Any party that relies on the information in the Schedules bears responsibility for determining that its Claim is accurately listed therein.**

iii.       Any professionals retained by the Diocese or the Committee pursuant to orders of this Court, who assert administrative claims for payment of fees and expenses subject to the Court's approval, pursuant to sections 330, 331(a) and 503(b) of the Bankruptcy Code;

iv.       Any person or Entity that asserts an administrative expense claim against the Diocese pursuant to sections 503(b) or 507(a)(2) of the Bankruptcy Code, except for an administrative expense claim pursuant to section 503(b)(9);

v.     Any person or Entity whose claim against the Diocese is allowed by an order of the Court entered on or before the Bar Date; and

vi.    Any person or Entity whose claim has been previously settled or paid in full.

vii.   Any entity listed on the Verified Statement Pursuant to Bankruptcy Rule 2019 filed by the Parishes and/or the Association of Parishes of the Roman Catholic Diocese of Norwich, Connecticut ("**Parish Committee**") and identified therein as a parish ("**Parish**"), may file a single omnibus proof of claim solely with respect to any contingent or unliquidated claim for indemnification or contribution held by such Parish and such timely filed omnibus proof of claim shall have the same force and effect in this bankruptcy case as if each Parish had filed such proof of claim individually. Notwithstanding the foregoing, the Parishes must file all other claims (meaning, claims other than any contingent or unliquidated claim for indemnification or contribution) by the Bar Date.

## II.    CONFIDENTIALITY OF SEXUAL ABUSE CLAIMS

Pursuant to the Bar Date Order, filed Sexual Abuse Proofs of Claim will be treated confidentially in this Chapter 11 Case if filed with the Diocese's Claims Agent, Epiq, unless the Sexual Abuse Claimant elects to have his or her claim publicly disclosed. Any Sexual Abuse Proof of Claim that you file with Epiq will not be available to the general public, and will be kept confidential, except that information will be provided to Authorized Parties under the Bar Date Order, all of whom will agree to keep the information provided by you confidential pursuant to the Bar Date Order and other applicable protective orders and court-approved confidentiality agreements. Please note that any person who files a Sexual Abuse Proof of Claim with the Clerk of the Bankruptcy Court shall not be entitled to the benefits of the confidentiality protocol and such proofs of claim shall be part of the public record.

## III.    CONSEQUENCES OF FAILURE TO FILE PROOF OF CLAIM

**Any person or Entity that is required to file a proof of claim but fails to do so on or before the Bar Date may NOT be treated as a creditor with respect to such Claim and may not be entitled to vote to accept or reject, or to share in any distribution under, any Chapter 11 plan proposed and/or confirmed in this Chapter 11 Case.**

## IV.    RESERVATION OF RIGHTS

Nothing in the Bar Date Order shall be construed as limiting any party's rights to dispute, or to assert offsets or defenses against, any filed Claim or any Claim listed or reflected in the Schedules as to nature, amount, liability, classification or otherwise. Nothing contained in this Notice shall preclude any party from objecting to any Claim, whether scheduled or filed, on any grounds.

## V.    PROCEDURE FOR FILING PROOFS OF CLAIM

**Sexual Abuse Claims:**

Any proof of claim asserting a Sexual Abuse Claim (each, a "**Sexual Abuse Proof of Claim**") must be filed by completing the confidential Sexual Abuse Proof of Claim form. The Sexual Abuse Proof of Claim form may be signed by the claimant or their representative or attorney.

If the Diocese identified you as having a potential Sexual Abuse Claim, the Sexual Abuse Proof of Claim form should have been enclosed with this Notice.

If no proof of claim form accompanies this Notice, or if you did not receive the correct proof of claim form, copies of both Official Form 410 and the Sexual Abuse Proof of Claim form may be obtained online by visiting https://dm.epiq11.com/case/rcdn/ or may be requested by calling (855) 654-0902.

**You should consult your own attorney for assistance regarding any other inquiries, such as questions concerning the contents of this notice or the completion of the Sexual Abuse Proof of Claim.**

**General Claims**:

Any proof of claim other than those asserting a Sexual Abuse Claim must (a) conform substantially to Official Form 410, (b) be denominated in lawful currency of the United States as of the Petition Date, and (c) attach copies of any writings upon which the claim is based in accordance with bankruptcy Rules 3001(c) and 3001(d) (including for secured claims, evidence that the security interest has been perfected) unless such writings are voluminous or confidential, in which case a summary must be attached or an explanation provided as to why such writings are not available and a statement that such writings will be provided to the Diocese and/or the Committee upon request.

**All claimants should submit their proofs of claim to the Diocese's Claims Agent, Epiq, so that they are RECEIVED on or before the Bar Date, in any ONE of the following manners**:

IF ELECTRONICALLY, TO:

The website established by the Diocese's Claims and Noticing Agent, Epiq, using the interface on such website located at https://dm.epiq11.com/case/rcdn and following the instructions provided.

IF BY U.S. POSTAL SERVICE MAIL, TO:

The Norwich Roman Catholic Diocesan Corporation, Claims Processing Center
c/o EPIQ Corporate Restructuring, LLC
P.O. Box 4421, Beaverton
OR 97076-4421

IF BY HAND-DELIVERY OR OVERNIGHT MAIL, TO:

- 5 -

The Norwich Roman Catholic Diocesan Corporation
Claims Processing Center
c/o EPIQ Corporate Restructuring, LLC
10300 SW Allen Blvd.
Beaverton, OR 97005

Proofs of claim submitted electronically to the Diocese's Claims Agent, Epiq, will be acknowledged via electronic mail or confirmation number from Epiq at the time of submission. If you wish to receive acknowledgement of Epiq's receipt of a proof of claim submitted in paper format, you must also submit with your original proof of claim: (i) one additional copy of your original proof of claim; and (ii) a self-addressed, postage pre-paid return envelope.

**Alternatively, all claimants may submit their proofs of claim to the Clerk of the Court so that they are RECEIVED on or before the Bar Date, in the following manner:**

By filing electronically with the Clerk of the Court or by delivering an original copy by hand delivery, first class mail or overnight courier, to:

Clerk of the Court
United States Bankruptcy Court
Abraham Ribicoff Federal Building
450 Main Street, 7th Floor, Hartford
CT 06103

PLEASE BE ADVISED THAT SEXUAL ABUSE PROOFS OF CLAIM SUBMITTED TO THE CLERK OF THE COURT WILL BE AVAILABLE TO THE PUBLIC AND WILL NOT BENEFIT FROM THE CONFIDENTIALITY PROTOCOL EXPLAINED IN SECTION II ABOVE.

Proofs of claim sent by facsimile, telecopy, or e-mail **will not** be accepted.

Dated: _____, 2021

BY ORDER OF THE HON. JAMES J. TANCRDEI
UNITED STATES BANKRUPTCY JUDGE

## **<u>Schedule 3</u>**

Letter from Committee Counsel

Re: *In re The Norwich Roman Catholic Diocesan Corporation, Case No. 21-20687 (JJT)*

Dear Survivor:

On July 15, 2021, The Norwich Roman Catholic Diocesan Corporation (the "<u>Diocese</u>") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Connecticut, Hartford Division (the "<u>Court</u>"), commencing the Diocese's chapter 11 case (this "<u>Chapter 11 Case</u>"). The Official Committee of Unsecured Creditors (the "<u>Committee</u>") represents the interests of all of the Diocese's unsecured creditors in the Chapter 11 Case, including any person who may be entitled to assert a sexual abuse claim against the Diocese.

You are receiving this letter because the Diocese has identified you as a survivor who may be entitled to assert a sexual abuse claim against the Diocese in the Chapter 11 Case. The Court has required that all persons holding claims against the Diocese must submit proofs of claim so that they are received no later than **5:00 p.m. (prevailing Eastern time) on March 15, 2022.** You should consider submitting a proof of claim even if you believe your claim may be subject to an affirmative defense such as a statute of limitations. You or your representative or attorney may sign your proof of claim, including the Sexual Abuse Proof of Claim.

This letter is being delivered to you as part of a claims package which includes a notice of the claims bar date, a copy of Official Form 410, and a Confidential Sexual Abuse Proof of Claim Form. In order to assert a claim against the Diocese, you are required to fill out a Confidential Sexual Abuse Proof of Claim Form and submit that form. The Committee strongly recommends that any person asserting a sexual abuse claim fill out the Confidential Sexual Abuse Proof of Claim Form in full and file it with Epiq Corporate Restructuring, LLC, the Diocese's Bankruptcy Court approved Claims Agent. Filling out the Confidential Sexual Abuse Proof of Claim Form in full will allow the Diocese, the Committee, and various insurance companies involved in the Chapter 11 Case to obtain a clear picture as to the specific nature, and the underlying facts supporting your sexual abuse claim against the Diocese. It will also significantly reduce the likelihood that the Diocese or one of the insurance companies involved in the Chapter 11 Case would need to seek additional information from you through a deposition, written interrogatories, or other methods of discovery.

Please note that unless you direct otherwise, all information you provide on the Confidential Sexual Abuse Proof of Claim Form will be kept confidential, being shared pursuant to confidentiality procedures approved by the Bankruptcy Court, to the Diocese, certain insurers of the Diocese, the Committee, their respective counsel and advisors, the United States Trustee, and to such other persons as the Bankruptcy Court may authorize.

Should you have any questions regarding the Confidential Sexual Abuse Proof of Claim Form, please do not hesitate to contact the attorneys for the Committee, Attn. Stephen M. Kindseth, Zeisler & Zeisler, P.C., tel, (203) 368-4234, and email_skindseth@zeislaw.com**.**

Sincerely,
Zeisler & Zeisler, P.C.

## <u>Schedule 4</u>

**Form of Publication Notice**

**Official Approved Notice from U.S. Bankruptcy Court for the District of Connecticut**

# Sexual Abuse and General Claims in The Roman Catholic Diocese of Norwich, Connecticut Bankruptcy

The Norwich Roman Catholic Diocesan Corporation, a/k/a the Roman Catholic Diocese of Norwich ("Diocese" or "Debtor") has filed bankruptcy in order to restructure its nonprofit organization. Please read this notice carefully as it may impact your rights against the Diocese and provides information about the case, *In re The Norwich Roman Catholic Diocesan Corporation* (Bankr. D. Conn.). This notice is a short summary.

## Who Should File a Sexual Abuse Claim?

**Anyone who was sexually abused, on or before July 15, 2021, and believes the Diocese may be responsible for the sexual abuse must file a claim.** This includes sexual abuse in connection with any entity or activity associated with the Diocese. Sexual Abuse Claims include but are not limited to: sexual misconduct, touching, inappropriate contact, or sexual comments about a person or other behaviors that led to abuse, and regardless of whether you thought the behavior was sexual abuse or not.

## When Should I File a Sexual Abuse Claim?

## Regardless of how old you are today or when the sexual abuse occurred, you need to file your claim so that it is received by 5 p.m. (prevailing Eastern Time) on March 15, 2022.

If you do not file a timely Sexual Abuse Claim, you may lose rights against the Diocese and against Diocese Related Entities, including any right to compensation.

Your information will be kept private. For a list of names of clergy that have been identified in connection with sexual abuse claims, go to https://www.norwichdiocese.org/Find/Accused-Clergy. For more information on the bankruptcy case, go to https://dm.epiq11.com/case/rcdn or call 1-855-654-0902.

The Sexual Abuse Bar Date of March 15, 2022 is not subject to further extension, even if there is a change in the applicable statute of limitations. You should consider submitting a proof of claim even if you believe your claim may be subject to an affirmative defense such as a statute of limitations.

## When Should I File a General Bar Date Claim?

If you have a non-sexual abuse claim, you will need to file so that it is received by 5 p.m. (prevailing Eastern Time) on March 15, 2022. More information is available at https://dm.epiq11.com/case/rcdn.

## ACT NOW Before Time Runs Out:

You can download and file a claim at the website or call the toll-free number listed below for help on how to file a claim by mail.



File a Proof of Claim.



Have questions?
Call or visit the website for
more information.



If your claim is approved, you
may receive compensation
from the bankruptcy.

**https://dm.epiq11.com/case/rcdn          1-855-654-0902**