## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | |
|---|---|
| In re:<br><br>THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,<br><br>Debtor. | Chapter 11<br><br>Case No: 21-20687 (JJT) |

### JOINT MOTION ON CONSENT TO EXTEND DEADLINE TO SERVE NOTICE OF OBJECTION TO FEE STATEMENTS FOR THE PERIOD BETWEEN THE PETITION DATE TO OCTOBER 31, 2021, UNTIL DECEMBER 8, 2021

The Norwich Roman Catholic Diocesan Corporation (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee") in the above captioned bankruptcy case, by and through their respective counsel, hereby jointly move (the "Motion") to extend the two pending deadlines for serving their respective Notices of Objection to Fee Statement (as defined below) from November 22, 2021, and December 6, 2021, to and including December 8, 2021. Ice Miller LLP, Robinson & Cole LLP, Brown Jacobson PC, GlassRatner Advisory & Capital Group LLC d/b/a B. Riley Advisory Services, Zeisler & Zeisler, P.C., The Catholic Mutual Relief Society of America, The Oceania Province of the Congregation of Christian Brothers, the Association of Parishes of the Roman Catholic Diocese, and the Office of the United States Trustee have all consented to the extension requested herein. In support thereof, the Debtor and the Committee respectfully state as follows:

1. On October 18, 2021, this Court issued its Order Granting Debtor's Motion for Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals (ECF Doc. No. 314, the "Compensation Procedure Order"). Among other things, the Compensation Procedure Order provides that professionals retained in this bankruptcy case "may

1

file with the Court and serve a monthly statement (each a 'Statement') for professional services rendered and reimbursement of expenses incurred during the relevant compensation period...." (*Id.*, at 2).

2.  Pursuant to the Compensation Procedure Order, for the period of July 15, 2021 (the "Petition Date") through and including September 30, 2021 (the "First Compensation Period") the Debtor's and the Committee's professionals filed and served their respective Statements on November 1, 2021 (collectively, the "First Statements"). (Compensation Procedure Order, at 3; *see* ECF Doc. Nos. 332, 335, 336, 337, 338).

3.  Also pursuant to the Compensation Procedure Order, for the period of October 1, 2021, through and including October 31, 2021 (the "Second Compensation Period") the Debtor's and the Committee's professionals filed and served their respective Statements on November 15, 2021 (collectively, the "Second Statements"). (Compensation Procedure Order, at 3; *see* ECF Doc. Nos. 365 & 368-71).

4.  The Compensation Procedure Order further provides that, if a Notice Party[1] objects to a professional's Statement, "the objecting party shall, within 21 days of service of the Statement, serve a written notice upon the [professional] and Notice Parties (a 'Notice of Objection to Fee Statement') setting forth the precise nature of the objection and the amount at issue." (Compensation Procedure Order, at 3). Therefore, with respect to First Statements, Notices of Objection to Fee Statements are due to be served on or before November 22, 2021, and the Second Statements, Notices of Objection to Fee Statements are due to be served on or before December 6, 2021.

---

[1] As defined in the Debtor's Motion for Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals (ECF Doc. No. 296).

5. In the time since the Debtor and the Committee filed their First and Second Statements, counsel to the Debtor and the Committee have reviewed each other's fee statements and have identified certain objections thereto. However, to avoid expending the limited resources of the Debtor's estate finalizing their respective Notices of Objection to Fee Statements and in the hopes of avoiding litigating disputes over professional fees, counsel to the Debtor and the Committee have endeavored to resolve their respective objections to the fee statements and/or establish a streamlined and efficient process, for this Court's consideration, by which such objections can be addressed. In that the Debtor's and the Committee's pending interim applications for compensation also cover, *inter alia*, the First and Second Compensation Period, the parties' ongoing discussions concerning their objections to the First Statements also apply to the pending interim applications for compensation. (*See* ECF Doc. Nos. 366 & 372-75).

6. Despite their diligent efforts, counsel to the Debtor and the Committee respectfully submit that they require additional time to complete these discussions. Therefore, the Debtor and the Committee jointly move this Court extend the deadline to serve their Notices of Objection to Fee Statement for the First Statements from November 22, 2021, to and including December 8, 2021, and their Notices of Objection to Fee Statement for the Second Statements from December 6, 2021, to December 8, 2021, to coincide with the deadline to object to the first interim applications for compensation.

7. To preserve the status quo during their continuing good faith and, hopefully, fruitful dialog, the Debtor and the Committee agree that no payments shall be made by the Debtor toward the amounts sought in the First and Second Statements until this Court adjudicates the pending first interim applications for compensation.

8.   Though this Motion is being filed less than three business days prior to the deadline to serve the Notices of Objection to Fee Statement, good cause still exists to grant the requested extension because the Debtor and the Committee only recently concluded that they should postpone serving objections to the fee statements (and agree to defer payment) while they continued their discussions concerning a possible resolution. The requested extension allows the parties time to continue these talks, which if successful would resolve the parties' objections to the First and Second Statements or, at a minimum, narrow the disputed issues and chart a procedural path forward, for this Court's consideration, by which any remaining objections can be addressed in an efficient, cost-effective and equitable manner.

9.   This is the first motion seeking to extend the deadline for serving the Notices of Objection to Fee Statements filed by any party.

10.   The subject professionals involved, Ice Miller LLP, Robinson & Cole LLP, Brown Jacobson PC, GlassRatner Advisory & Capital Group LLC d/b/a B. Riley Advisory Services and Zeisler & Zeisler, P.C., as well as the interested parties, The Catholic Mutual Relief Society of America, The Oceania Province of the Congregation of Christian Brothers, the Association of Parishes of the Roman Catholic Diocese, and the Office of the United States Trustee, have all stated that they consent to the relief requested herein.

**WHEREFORE**, the Debtor and the Committee jointly request that this Court extend the deadline for serving Notices of Objection to Fee Statement from November 22, 2021, and December 6, 2021, to and including December 8, 2021, and grant such other relief as is just and proper.

Dated this 22nd day of November, 2021.

| | |
|---|---|
| THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION, THE DEBTOR<br><br>By: */s/ Patrick M. Birney*<br>Patrick M. Birney (CT No. 19875)<br>Andrew A. DePeau (CT No. 30051)<br>Annecca H. Smith (CT No. 31148)<br>ROBINSON & COLE LLP<br>280 Trumbull Street<br>Hartford, CT 06103<br>Telephone: (860) 275-8275<br>Facsimile: (860) 275-8299<br>E-mail: pbirney@rc.com; adepeau@rc.com; asmith@rc.com<br><br>-and-<br><br>Louis T. DeLucia (admitted pro hac vice)<br>Alyson M. Fiedler (admitted pro hac vice)<br>ICE MILLER LLP<br>1500 Broadway, 29th Floor<br>New York, NY 10036<br>Telephone: (212) 824-4940<br>Facsimile: (212) 824-4982<br>E-mail: louis.delucia@icemiller.com; alyson.fiedler@icemiller.com | THE OFFICIAL COMMITTEE OF UNSECUREDCREDITORS FOR THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION<br><br>By: */s/ Stephen M. Kindseth*<br>Eric Henzy (ct12849)<br>Stephen M. Kindseth (ct14640)<br>Christopher H. Blau (ct30120)<br>ZEISLER & ZEISLER, P.C.<br>10 Middle Street, 15th floor<br>Bridgeport, CT 06605<br>Telephone: (203) 368-4234<br>Email: ehenzy@zeislaw.com; skindseth@zeislaw.com; cblau@zeislaw.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of November, 2021, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice ofElectronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Stephen M. Kindseth*
Stephen M. Kindseth (ct14640)