**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re:<br><br>THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,<br><br>Debtor. | Chapter 11<br><br>Case No: 21-20687 (JJT) |

**ORDER GRANTING MOTION TO EXTEND DEADLINE TO SERVE NOTICE OF OBJECTION TO FEE STATEMENTS FOR THE PERIOD BETWEEN THE PETITION DATE TO OCTOBER 31, 2021, UNTIL DECEMBER 8, 2021**

Upon the Joint Motion of The Norwich Roman Catholic Diocesan Corporation (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee") in the above captioned bankruptcy to extend the deadline to serve their Notices of Objection to Fee Statement for the First Statements from November 22, 2021, to and including December 8, 2021, and their Notices of Objection to Fee Statement for the Second Statements from December 6, 2021, to December 8, 2021 (the "Motion", ECF No. 388); it is hereby

ORDERED, that the Motion of the Debtor and the Committee is GRANTED and the deadlines for serving Notices of Objection to Fee Statement is extended from November 22, 2021, and December 6, 2021, to and including December 8, 2021.

Dated at Hartford, Connecticut this 22nd day of November, 2021.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut