**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION**

| | |
|---|---|
| In re:<br><br>THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,[1]<br><br>Debtor. | Chapter 11<br><br>Case No: 21-20687 (JJT)<br><br>December 15, 2021 |

**SECOND MONTHLY SUMMARY STATEMENT OF DEBTOR PAYMENTS TO RETAINED PROFESSIONALS AS OF DECEMBER 15, 2021**

The Norwich Roman Catholic Diocesan Corporation, debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor" or "Diocese"), hereby files this summary statement ("Summary Statement") of payments by the Debtor to all Retained Professionals from the Petition Date of July 15, 2021, through and including December 15, 2021 (for fees and expenses incurred through November 30, 2021), in accordance with the *Order Granting Debtor's Motion for Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Dkt. No. 314] (the "Interim Compensation Procedures Order")[2] ¶ 2(k).

---

[1] The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich. The last four digits of the Debtor's federal tax identification number are 7373.

[2] Capitalized terms used herein but not defined shall have the meaning ascribed to them in the Interim Compensation Procedures Order.

## PAID FEES AND EXPENSES

As of December 15, 2021, the Debtor has not disbursed any payments to Retained Professionals. Although the Diocese has set aside sufficient funds to pay the 70% of fees and 100% of reimbursements in the First and Second Monthly Statements for all Retained Professionals, the Diocese has not yet made payment pending Court approval of the fee protocol agreed to with the Official Committee of Unsecured Creditors (the "Committee"), as described in the *Joint Statement of the Official Committee of Unsecured Creditors and the Norwich Roman Catholic Diocesan Corporation Regarding Pending Interim Fee Applications* ("Joint Statement") [Dkt. No. 395] and addressed at the hearing held on December 15, 2021.

## UNPAID FEES AND EXPENSES THROUGH DECEMBER 15, 2021

| Retained Professional (Party Represented) | Filing [Dkt. No.] | Unpaid Fees[3] | Reason Fees Unpaid | Unpaid Expenses | Reason Expenses Unpaid |
|---|---|---|---|---|---|
| Zeisler & Zeisler, P.C. (Committee) | First Monthly Fee Statement [Dkt. No. 332] | $92,790.40 | See explanation above. | $348.90 | See explanation above. |
| Robinson+Cole LLP (Debtor) | First Monthly Fee Statement [Dkt. No. 335] | $171,986.50 | See explanation above. | $2,321.09 | See explanation above. |
| Brown Jacobson PC (Debtor) | First Monthly Fee Statement [Dkt. No. 336] | $4,862.00 | See explanation above. | $186.00 | See explanation above. |
| B. Riley (Debtor) | First Monthly Fee Statement [Dkt. No. 337] | $342,916.50 | See explanation above. | $76.53 | See explanation above. |
| Ice Miller LLP (Debtor) | Second Amended First Monthly Fee Statement [Dkt. No. 367] | $500,940.00 | See explanation above. | $13,006.21 | See explanation above. |
| Zeisler & Zeisler, P.C. (Committee) | Second Monthly Fee Statement [Dkt. No. 365] | $54,089.50 | See explanation above. | $921.25 | See explanation above. |

---

[3] Pursuant to the Interim Compensation Procedures Order, Retained Professionals' first interim fee applications must be filed on or before November 15, 2021. Accordingly, the 30% holdback compensation pursuant to paragraph 2(d) is not listed separately on this Summary Statement.

| Retained Professional (Party Represented) | Filing [Dkt. No.] | Unpaid Fees[3] | Reason Fees Unpaid | Unpaid Expenses | Reason Expenses Unpaid |
|---|---|---|---|---|---|
| B. Riley (Debtor) | Second Monthly Fee Statement [Dkt. No. 368] | $43,932.50 | See explanation above. | $0.60 | See explanation above. |
| Brown Jacobson PC (Debtor) | Second Monthly Fee Statement [Dkt. No. 369] | $561.00 | See explanation above. | $68.06 | See explanation above. |
| Ice Miller LLP (Debtor) | Second Monthly Fee Statement [Dkt. No. 370] | $128,980.00 | See explanation above. | $174.30 | See explanation above. |
| Robinson+Cole LLP (Debtor) | Second Monthly Fee Statement [Dkt. No. 371] | $31,292.50 | See explanation above. | $115.36 | See explanation above. |
| Zeisler & Zeisler, P.C. (Committee) | Third Monthly Fee Statement [Dkt. No. 402] | $79,648.40 | Objection period has not expired. | $921.25 | Objection period has not expired. |
| B. Riley (Debtor) | Third Monthly Fee Statement (filed contemporaneously herewith) | $23,067.50 | Objection period has not expired. | $0.00 | Objection period has not expired. |
| Brown Jacobson PC (Debtor) | Third Monthly Fee Statement (filed contemporaneously herewith) | $396.00 | Objection period has not expired. | $0.00 | Objection period has not expired. |
| Ice Miller LLP (Debtor) | Third Monthly Fee Statement (filed contemporaneously herewith) | $141,655.00 | Objection period has not expired. | $1,864.51 | Objection period has not expired. |
| Robinson+Cole LLP (Debtor) | Third Monthly Fee Statement (filed contemporaneously herewith) | $34,985.50 | Objection period has not expired. | $448.74 | Objection period has not expired. |
| TOTAL | FEES | $1,652,103.30 | EXPENSES | $20,452.80 | |

*Signature block follows on next page.*

Dated: Hartford, CT
December 15, 2021

        /s/ *Patrick M. Birney*
        Patrick M. Birney (CT No. 19875)
        Andrew A. DePeau (CT No. 30051)
        Annecca H. Smith (CT No. 31148)
        **ROBINSON & COLE LLP**
        280 Trumbull Street
        Hartford, CT 06103
        Telephone: (860) 275-8275
        Facsimile: (860) 275-8299
        E-mail: pbirney@rc.com
                adepeau@rc.com
                asmith@rc.com

        -and-

        Louis T. DeLucia (admitted *pro hac vice*)
        Alyson M. Fiedler (admitted *pro hac vice*)
        **ICE MILLER LLP**
        1500 Broadway, 29th Floor
        New York, NY 10036
        Telephone: (212) 824-4940
        Facsimile: (212) 824-4982
        E-mail: louis.delucia@icemiller.com
                alyson.fiedler@icemiller.com

        *Counsel to the Debtor*
        *and Debtor-in-Possession*