**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re:<br><br>THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,<br><br>            Debtor. | Chapter 11<br><br>Case No: 21-20687 (JJT)<br><br>Re: ECF 366, 372, 373, 374, 375, 393 and 401 |

### INTERIM ORDER REGARDING FIRST INTERIM FEE APPLICATIONS

On December 15, 2021, the Court held a preliminary hearing on the first interim fee application filed by counsel for the Official Committee of Unsecured Creditors filed at ECF No. 366, the first interim fee applications filed by the professionals for The Norwich Roman Catholic Diocesan Corporation, the debtor and debtor-in-possession (the "Debtor") filed at ECF Nos. 372, 373, 374 and 375 (collectively, with ECF 366, the "First Interim Fee Applications"), and the United States Trustee's Omnibus Objection to the Debtor's Professionals First Interim Fee Applications (ECF No. 393) ("UST Objection"), and the Debtor's Preliminary Response to the UST Objection (ECF No. 401), and pursuant to that hearing, it is hereby **ORDERED**:

1) The First Interim Fee Applications are hereby adjourned to a date to be decided in the future by this Court, and the Court will hold a status conference on January 31, 2022, at 11:00 a.m. at which time it will consider scheduling a hearing on and any other matters related to the First Interim Fee Applications. Such status conference will be held via the Zoom platform;

2) All rights to object, oppose, or otherwise comment on the First Interim Fee Applications are hereby expressly reserved and preserved for all parties, including the United States Trustee, until the interim and/or final hearing to consider such First Interim Fee Applications.

1

3) In accordance with this Court's Order Granting Debtor's Motion for Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals (ECF No. 314) (the "Fee Procedures Order"), the Debtor shall promptly pay 70% of the fees and 100% of the expenses requested by the Debtor's and Committee's professionals in their respective "Statements" filed in accordance therewith, as follows:

a. Statement of Professionals Retained by the Official Committee of Unsecured Creditors for the Period of August 10, 2021, Through and Including September 30, 2021 (ECF No. 332), and Statement of Professionals Retained by The Official Committee of Unsecured Creditors for October 2021 (ECF No. 365), seeking, in the aggregate, $146,879.90 in fees and expenses of $921.25 (ECF No. 366); accordingly, Zeisler & Zeisler, P.C. shall be paid fees of $102,815.93 and expenses of $921.25;

b. First Monthly Statement of Robinson & Cole LLP for Interim Monthly Compensation and Reimbursement of Expenses as Debtor's Co-Counsel from the Petition Date Through September 30, 2021 (ECF No. 335), and Second Monthly Statement of Robinson & Cole LLP for Interim Monthly Compensation and Reimbursement of Expenses as Debtor's Co-Counsel from October 1, 2021 through October 31, 2021 (ECF No. 371), seeking, in the aggregate, fees of $203,279.00 and expenses of $2,436.45 (ECF No. 375); accordingly, Robinson & Cole LLP shall be paid fees of $142,295.30 and expenses of $2,436.45.

c. First Monthly Statement of Brown Jacobson PC for Interim Monthly Compensation and Reimbursement of Expenses as Special Counsel to the

    Debtor from the Petition Date Through September 30, 2021 (ECF No. 336), and the Second Monthly Statement of Brown Jacobson PC for Interim Monthly Compensation and Reimbursement of Expenses as Debtor's Special Counsel from October 1, 2021 through October 31, 2021 (ECF No. 369); seeking, in the aggregate, fees of $5,423.00 and expenses of $254.06 (ECF No. 373); accordingly, Brown Jacobson PC shall be paid fees of $3,796.10 and expenses of $254.06;

d. First Monthly Statement of GlassRatner Advisory & Capital Group LLC DBA B. Riley Advisory Services for Interim Monthly Compensation and Reimbursement of Expenses as Financial Advisor to the Debtor from the Petition Date Through September 30, 2021 (ECF No. 337), and Second Monthly Statement of GlassRatner Advisory & Capital Group LLC DBA B. Riley Advisory Services for Interim Monthly Compensation and Reimbursement of Expenses as Financial Advisor to the Debtor from October 1, 2021 through October 31, 2021 (ECF No. 368), seeking, in the aggregate, fees of $386,849.00 and expenses of $77.13 (ECF No. 372); accordingly, B. Riley shall be paid fees of $270,794.30 and expenses of $21.03;

e. First Monthly Statement of Ice Miller LLP for Interim Monthly Compensation and Reimbursement of Expenses as Co-Counsel to the Debtor from the Petition Date Through September 30, 2021 (ECF No. 338), which the Debtor subsequently amended on November 8, 2021, with its Amended First Monthly Statement of Ice Miller LLP for Interim Monthly Compensation and Reimbursement of Expenses as Co-Counsel to the Debtor from the Petition

    Date through September 30, 2021 (ECF No. 352) and again on November 15, 2021, with its Second Amended First Monthly Statement of Ice Miller LLP for Interim Monthly Compensation and Reimbursement of Expenses as Co-Counsel to the Debtor From the Petition Date through September 30, 2021 (ECF No. 367); and Second Monthly Statement of Ice Miller LLP for Interim Monthly Compensation and Reimbursement of Expenses as Co-Counsel to the Debtor from October 1, 2021 through October 31, 2021 (ECF No. 370), seeking, in the aggregate, fees of $629,920.00 and expenses of $13,180.51 (ECF No. 374); accordingly, Ice Miller LLP shall be paid fees of $440,944.00 and expenses of $13,180.51; and

4) The foregoing authorized payments are subject to adjustment and disgorgement, and subject to a further hearing to consider and ultimately this Court's order adjudicating the First Interim Fee Applications; and

5) The 21-day objection period as set forth in paragraph 2.d. of the Fee Procedures Order applicable to Statements filed on December 15, 2021 (ECF Nos. 402 & 405-08), requesting compensation for fees and reimbursement of expenses incurred during the month of November 2021, is hereby shortened to fourteen (14) days; all other aspects of the Fee Procedures Order remain in full force and effect.

    Dated at Hartford, Connecticut this 17th day of December, 2021.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut