**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re:<br><br>THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,[1]<br><br>Debtor. | Chapter 11<br><br>Case No: 21-20687 (JJT)<br><br>January 18, 2021 |

**THIRD MONTHLY SUMMARY STATEMENT OF DEBTOR PAYMENTS TO RETAINED PROFESSIONALS AS OF JANUARY 18, 2021**

The Norwich Roman Catholic Diocesan Corporation, debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor" or "Diocese"), hereby files this summary statement ("Summary Statement") of payments by the Debtor to all Retained Professionals from the Petition Date of July 15, 2021, through and including January 18, 2021 (for fees and expenses incurred through December 31, 2021), in accordance with the *Order Granting Debtor's Motion for Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Dkt. No. 314] (the "Interim Compensation Procedures Order")[2] ¶ 2(k).

---

[1] The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich. The last four digits of the Debtor's federal tax identification number are 7373.

[2] Capitalized terms used herein but not defined shall have the meaning ascribed to them in the Interim Compensation Procedures Order.

## PAID FEES AND EXPENSES

| Retained Professional (Party Represented) | Filing [Dkt. No.] | Paid Fees | Paid Expenses |
|---|---|---|---|
| Ice Miller LLP (Debtor) | Second Amended First Monthly Fee Statement [Dkt. No. 367] | $350,658.00 | $13,006.21 |
| Ice Miller LLP (Debtor) | Second Monthly Fee Statement [Dkt. No. 370] | $90,286.00 | $174.30 |
| Robinson + Cole LLP (Debtor) | First Monthly Fee Statement [Dkt. No. 335] | $120,390.55 | $2,321.09 |
| Robinson + Cole LLP (Debtor) | Second Monthly Fee Statement [Dkt. No. 371] | $21,904.75 | $115.36 |
| Brown Jacobson PC (Debtor) | First Monthly Fee Statement [Dkt. No. 336] | $3,403.40 | $186.00 |
| Brown Jacobson PC (Debtor) | Second Monthly Fee Statement [Dkt. No. 369] | $392.70 | $68.06 |
| B. Riley (Debtor) | First Monthly Fee Statement [Dkt No. 337] | $240,041.55 | $20.43 |
| B. Riley (Debtor) | Second Monthly Fee Statement [Dkt. No. 368] | $30,752.75 | $0.60 |
| Zeisler & Zeisler, P.C. (Committee) | First Interim Fee Application [Dkt. No. 366] | $102,815.93 | $921.25 |
| | | | |
| **TOTAL** | | **$960,645.63** | **$16,813.30** |

## UNPAID FEES AND EXPENSES THROUGH JANUARY 18, 2021

| Retained Professional (Party Represented) | Filing [Dkt. No.] | Unpaid Fees | Reason Fees Unpaid | Unpaid Expenses | Reason Expenses Unpaid |
|---|---|---|---|---|---|
| Robinson+Cole LLP (Debtor) | First Monthly Fee Statement [Dkt. No. 335] | $51,595.95 | The final hearing on the associated interim fee application is scheduled for Jan. 31, 2022. | $0.00 | N/A |
| Brown Jacobson PC (Debtor) | First Monthly Fee Statement [Dkt. No. 336] | $1,458.60 | The final hearing on the associated interim fee application is scheduled for Jan. 31, 2022. | $0.00 | N/A |
| B. Riley (Debtor) | First Monthly Fee Statement [Dkt. No. 337] | $102,874.95 | The final hearing on the associated interim fee application is scheduled for Jan. 31, 2022. | $0.00 | N/A |
| Ice Miller LLP (Debtor) | Second Amended First Monthly Fee Statement [Dkt. No. 367] | $150,282.00 | The final hearing on the associated interim fee application is scheduled for Jan. 31, 2022. | $0.00 | N/A |
| Zeisler & Zeisler, P.C. (Committee) | First Interim Fee Application [Dkt. No. 366] | $44,063.97 | The final hearing on the application is scheduled for Jan. 31, 2022. | $0.00 | N/A |
| B. Riley (Debtor) | Second Monthly Fee Statement [Dkt. No. 368] | $13,179.75 | The final hearing on the associated interim fee application is scheduled for Jan. 31, 2022. | $0.00 | N/A |

| Retained Professional (Party Represented) | Filing [Dkt. No.] | Unpaid Fees | Reason Fees Unpaid | Unpaid Expenses | Reason Expenses Unpaid |
|---|---|---|---|---|---|
| Brown Jacobson PC (Debtor) | Second Monthly Fee Statement [Dkt. No. 369] | $168.30 | The final hearing on the associated interim fee application is scheduled for Jan. 31, 2022. | $0.00 | N/A |
| Ice Miller LLP (Debtor) | Second Monthly Fee Statement [Dkt. No. 370] | $38,694.00 | The final hearing on the associated interim fee application is scheduled for Jan. 31, 2022. | $0.00 | N/A |
| Robinson+Cole LLP (Debtor) | Second Monthly Fee Statement [Dkt. No. 371] | $2,387.75 | The final hearing on the associated interim fee application is scheduled for Jan. 31, 2022. | $0.00 | N/A |
| Zeisler & Zeisler, P.C. (Committee) | Third Monthly Fee Statement [Dkt. No. 402] | $79,648.40 | The parties are working to resolve objections to the fee statement. | $921.25 | The parties are working to resolve objections to the fee statement. |
| B. Riley (Debtor) | Third Monthly Fee Statement [Dkt. No.405] | $23,067.50 | The parties are working to resolve objections to the fee statement. | $0.00 | N/A |
| Brown Jacobson PC (Debtor) | Third Monthly Fee Statement [Dkt. No. 406] | $396.00 | The parties are working to resolve objections to the fee statement. | $0.00 | N/A |
| Ice Miller LLP (Debtor) | Third Monthly Fee Statement [Dkt. No. 407] | $141,655.00 | The parties are working to resolve objections to the fee statement. | $1,864.51 | The parties are working to resolve objections to the fee statement. |

-5-

| Retained Professional (Party Represented) | Filing [Dkt. No.] | Unpaid Fees | Reason Fees Unpaid | Unpaid Expenses | Reason Expenses Unpaid |
|---|---|---|---|---|---|
| Robinson+Cole LLP (Debtor) | Third Monthly Fee Statement [Dkt. No. 408] | $34,985.50 | The parties are working to resolve objections to the fee statement. | $448.74 | The parties are working to resolve objections to the fee statement. |
| Zeisler & Zeisler, P.C. (Committee) | Fourth Monthly Fee Statement [Dkt. No. 432] | $31,364.30 | The objection period has not expired. | $1,167.85 | The objection period has not expired. |
| B. Riley (Debtor) | Fourth Monthly Fee Statement (filed contemporaneously herewith) | $20,197.50 | The objection period has not expired. | $3.70 | The objection period has not expired. |
| Ice Miller LLP (Debtor) | Fourth Monthly Fee Statement (filed contemporaneously herewith) | $72,607.00 | The objection period has not expired. | $1,932.99 | The objection period has not expired. |
| Robinson+Cole LLP (Debtor) | Fourth Monthly Fee Statement (filed contemporaneously herewith) | $16,945.50 | The objection period has not expired. | $1,637.90 | The objection period has not expired. |
| **TOTAL** | **FEES** | **$832,571.97** | **EXPENSES** | **$7,111.79** | |

*Signature block follows on next page.*

Dated: Hartford, CT
January 18, 2021

                              */s/ Patrick M. Birney*
Patrick M. Birney (CT No. 19875)
Andrew A. DePeau (CT No. 30051)
Annecca H. Smith (CT No. 31148)
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8275
Facsimile: (860) 275-8299
E-mail: pbirney@rc.com
        adepeau@rc.com
        asmith@rc.com

-and-

Louis T. DeLucia (admitted *pro hac vice*)
Alyson M. Fiedler (admitted *pro hac vice*)
**ICE MILLER LLP**
1500 Broadway, 29th Floor
New York, NY 10036
Telephone: (212) 824-4940
Facsimile: (212) 824-4982
E-mail: louis.delucia@icemiller.com
        alyson.fiedler@icemiller.com

*Counsel to the Debtor
and Debtor-in-Possession*