# United States Bankruptcy Court

### District of Connecticut



In re:

The Norwich Roman Catholic Diocesan Corporation
Debtor*

Case Number: 21−20687
Chapter: 11

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held remotely using the ZoomGov platform pursuant to the Court's General Order #4 Regarding Court Operations under the Exigent Circumstances Created by COVID−19, and is scheduled in the above captioned case to be held on **January 27, 2022 at 3:00 PM** to consider and upon the following matter(s):

> **Debtor's Second Motion for Entry of an Order Extending Its Exclusivity Period for the Filing and Solicitation of Acceptance of a Chapter 11 Plan to June 4, 2022 (Exclusive Filing Period) and August 3, 2022 (Exclusive Solicitation Period) Filed by Patrick M. Birney on behalf of The Norwich Roman Catholic Diocesan Corporation, Debtor.  (Re: Doc. #430)**

**OBJECTION/RESPONSE DUE:** 5:00 PM January 24, 2022.  Untimely objections may not be considered.

**TO THE FILING PARTY:** You are required to serve this Notice of Hearing in accordance with the Bankruptcy Rules and file a Certificate of Service with the court indicating the name and address of each party served unless service was made electronically through CM/ECF.

If you or your attorney fail to participate in the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

**CERTIFICATE OF SERVICE DUE:**  January 25, 2022. Untimely certificates of service may result in the hearing not being held

**See below for ZoomGov Connection Instructions to participate via video and/or telephonically.**

**Important Policy Notice to the Bar, Public, and Media**

Persons granted remote access to hearings and other proceedings held before the Court via ZoomGov, CourtSolutions, CourtCall, or any other remote communication platform, are reminded that pursuant to policy of the Judicial Conference of the United States and D. Conn. Bankr. L. R. 5073−1, it is absolutely prohibited to record, photograph, rebroadcast or retransmit such proceedings (including streaming, screen−shots or any other audio or video reproduction).

A violation of these prohibitions is subject to sanctions, including but not limited to restricted access to future hearings, removal of court issued media credentials, or any other sanctions deemed necessary by the Court.

**ZOOMGOV REMOTE HEARING INFORMATION FOR PARTICIPANTS :**

If you are the debtor, CM/ECF Filer, or CM/ECF User and will be participating in the above scheduled hearing, at least THREE business days before the scheduled hearing, you must contact the Clerk's Office for instructions to connect to the ZoomGov remote hearing by sending an email to the following court email address: CalendarConnect_HTD@ctb.uscourts.gov. If you do not have an email address, you may call the Clerk's Office at (860)240−3675 for the instructions.

**PUBLIC ACCESS TO REMOTE HEARING−LISTEN ONLY**: If you are **not a Remote Hearing Participant** but would like to listen to the hearing, please use the court hearing conference line at 1−877−336−1839 and input the Access Code: 8852665 when prompted.

For further instruction and best practices for appearing remotely utilizing ZoomGov, please find the ZoomGov Guide for Participants on our website at www.ctb.uscourts.gov.

Dated: January 19, 2022

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112