**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re:<br><br>THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,[1]<br><br>Debtor. | Chapter 11<br><br>Case No: 21-20687 (JJT) |

**STIPULATION PURSUANT TO RULE 41(A)(1)(A)(II) OF THE FEDERAL RULES OF CIVIL PROCEDURE MADE APPLICABLE TO THIS CONTESTED MATTER BY RULE 9014 AND 7041 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE WITHDRAWING THE MOTION TO COMPEL FAZZANO & TOMASIEWICZ, LLC AND THE REARDON LAW FIRM, P.C. TO FILE DISCLOSURES PURSUANT TO RULE 2019**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable to this contested matter pursuant to Rules 9014 and 7041 of the Federal Rules of Bankruptcy Procedure, the below parties stipulate to the withdrawal of the *Motion to Compel Fazzano & Tomasiewicz, LLC and the Reardon Law Firm, P.C. to File Disclosures Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure* (the "2019 Motion") [Doc ID No. 343]. The 2019 Motion is moot insofar as the Reardon Law Firm, P.C. and Fazzano & Tomasiewicz, LLC have filed Rule 2019 Statements at Docket Numbers 459 and 461, respectively, following the filing of the 2019 Motion, as well as provided unredacted information to the Distribution Parties pursuant to the *Final Orders on Debtor's Motion For Entry Of Interim And Final Orders (I) Authorizing And Approving Special Noticing And Confidentiality Procedures; (II) Authorizing And*

---

[1] The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich. The last four digits of the Debtor's federal tax identification number are 7373.

-2-

*Approving Procedures For Providing Notice Of Commencement; and (III) Granting Related Relief* [Doc ID No. 265].

| THE DEBTOR<br>THE NORWICH ROMAN CATHOLIC<br>DIOCESAN CORPORATION | THE OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS |
|---|---|
| */s/Patrick M. Birney*<br>Patrick M. Birney (CT No. 19875)<br>Andrew A. DePeau (CT No. 30051)<br>Annecca H. Smith (CT No. )<br>**ROBINSON & COLE LLP**<br>280 Trumbull Street<br>Hartford, CT 06103<br>Telephone: (860) 275-8275<br>Facsimile: (860) 275-8299<br>E-mail:  pbirney@rc.com<br>          adepeau@rc.com<br>          asmith@rc.com | By /s/*Stephen M. Kindseth*<br>   Eric Henzy<br>   Stephen M. Kindseth, Esq.<br>   Zeisler & Zeisler, P.C.<br>   10 Middle Street, 15th Floor<br>   Bridgeport, CT 06604<br>   Tel. No.: 203.368.4234<br>   E-mail:  skindseth@zeislaw.com |

-and-

Louis T. DeLucia (admitted *pro hac vice*)
Alyson M. Fiedler (admitted *pro hac vice*)
**ICE MILLER LLP**
1500 Broadway, 29th Floor
New York, NY 10036
Telephone: (212) 824-4940
Facsimile: (212) 824-4982
E-mail:  louis.delucia@icemiller.com
          alyson.fiedler@icemiller.com

*Counsel to the Debtor*
*and Debtor-in-Possession*