## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | |
|---|---|
| In re:<br><br>THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,<br><br>Debtor. | Chapter 11<br><br>Case No: 21-20687 (JJT)<br><br>Re: ECF 314, 366, 372, 373, 374, 375, 393 and 401 |

### ORDER MODIFYING ORDER GRANTING DEBTOR'S MOTION FOR AN ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PROFESSIONALS

Upon the preliminary hearing held by this Court on December 15, 2021, to consider the first interim fee application filed by counsel for the Official Committee of Unsecured Creditors (ECF No. 366), the first interim fee applications filed by the professionals for The Norwich Roman Catholic Diocesan Corporation, the debtor and debtor-in-possession (the "Debtor") (ECF Nos. 372, 373, 374 & 375) (collectively, with ECF 366, the "First Interim Fee Applications"), and the United States Trustee's Omnibus Objection to the Debtor's Professionals First Interim Fee Applications (ECF No. 393) ("UST Objection"), and the Debtor's Preliminary Response to the UST Objection (ECF No. 401);

Upon the stipulation of the relevant parties, this Court entered its Interim Order Regarding First Interim Fee Applications (ECF No. 415), which, *inter alia*, scheduled a status conference on January 31, 2022, concerning the First Interim Fee Applications; and

Upon the status conference concerning the First Interim Fee Applications held by this Court on January 31, 2022, the relevant parties having represented that they sought to modify this Court's Order Granted Debtor's Motion for An Order Establishing Procedures for Interim Compensation And Reimbursement Of Expenses For Professionals (the "Fee Procedures Order")

1

(ECF No. 314), concerning the timing for the submission of interim fee applications for the most recent period, and thereafter submitted this proposed stipulated order; there appearing due and sufficient cause to grant the relief requested, it is hereby:

**ORDERED**, that the Fee Procedures Order be and hereby is modified to provide that the Interim Fee Applications (as that term is used in such order) for the three-month interval from November 1, 2021 through January 31, 2022 (collectively, the "Second Interim Fee Applications"), shall not be filed and shall not be due until March 31, 2022; all other aspects of the Fee Procedures Order remain in full force and effect; and it is further

**ORDERED**, that once the Clerk of the Court has scheduled the hearing to consider the Second Interim Fee Applications, the hearing to consider the First Interim Fee Applications shall be scheduled to be heard at the same date and time before this Court.

Dated at Hartford, Connecticut this 8th day of March, 2022.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut