# United States Bankruptcy Court

## District of Connecticut



In re:

The Norwich Roman Catholic Diocesan Corporation
Debtor*

Case Number: 21−20687
Chapter: 11

### NOTICE OF HEARING

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

**PLEASE TAKE NOTICE** that a Hearing will be held at 450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103 on May 3, 2022 at 2:00 PM to consider and act upon the following matter(s):

**First Interim Application for Compensation and Reimbursement of Expenses of Zeisler & Zeisler, P.C., Counsel to the Official Committee of Unsecured Creditors for the Period of August 10, 2021, through October 31, 2021 for Stephen M. Kindseth, Creditor Comm. Aty, Fee: $146,879.90, Expenses: $921.25 Filed by Stephen M. Kindseth, Attorney  (Re: Doc. #366)**

**First Interim Application for Allowance of Compensation and Reimbursement of Expenses for GlassRatner Advisory & Capital Group, LLC DBA B. Riley Advisory Services as Financial Advisor to the Debtor and Debtor-in-Possession, Fee: $386,849.00, Expenses: $77.13 filed by Patrick M. Birney, Attorney (Re: Doc. #372)**

**First Interim Application for Allowance of Compensation and Reimbursement of Expenses for Brown Jacobson PC as Special Counsel to the Debtor, Fee: $5,423.00, Expenses: $254.06 Filed by Michael E. Driscoll, Attorney (Re: Doc. #373)**

**First Interim Application for Allowance of Compensation and Reimbursement of Expenses for Ice Miller LLP as Co-Counsel to the Debtor and Debtor-in-Possession, Fee: $629,920.00, Expenses: $13,180.51 Filed by Patrick M. Birney, Attorney (Re: Doc. #374)**

**First Interim Application for Allowance of Compensation and Reimbursement of Expenses for Robinson & Cole LLP as Co-Counsel to the Debtor and Debtor-in-Possession, Fee: $203,279.00, Expenses: $2,436.45 Filed by Patrick M. Birney, Attorney (Re: Doc. #375)**

**NOTICE IS FURTHER GIVEN** that, unless otherwise ordered by the court the initial hearing on the foregoing will be a non−evidentiary hearing, and, may be continued or adjourned without further notice.

If you want the court to consider your response on the above−mentioned matter(s), then you or your attorney must be in attendance on the above scheduled date. If you or your attorney do not attend the above scheduled hearing, the court may decide that you do not oppose the relief sought in the above referenced matters and may enter an order granting that relief.

**TO THE FILING PARTY:** You are required to serve this Notice of Hearing in accordance with the Bankruptcy Rules and file a Certificate of Service with the court indicating the name and address of each party served unless service was made electronically through CM/ECF.

**OBJECTION(S) DUE:** April 26, 2022 before 4:00 p.m. Untimely objections may not be considered.

**CERTIFICATE OF SERVICE DUE:** April 26, 2022 before 4:00 p.m. Untimely certificates of service may result in the hearing not being held.

Dated:    April 7, 2022

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112