**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,[1] | Case No: 21-20687 (JJT) |
| Debtor. | April 26, 2022 |

**LIMITED RESPONSE TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FIRST INTERIM FEE APPLICATIONS FILED BY THE DEBTOR[2] AND CROSS-MOTION TO CONTINUE HEARING ON FEE APPLICATIONS UNTIL MAY 10, 2022**

The Norwich Roman Catholic Diocesan Corporation, debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor" or the "Diocese"), by and through its undersigned counsel, hereby provides its limited response (the "Limited Response") to the *Official Committee of Unsecured Creditors'* ("UCC") *Motion for Extension of Time to File Objections to First Interim Fee Applications Filed by Debtors* (the "UCC Motion") [Dkt. No. 579] *And Cross-Motion to Continue Hearing On Fee Applications until May 10, 2022* (the "Cross Motion" and together with the Motion the "Filing"). In further support of the Filing, the Debtor states as follows:

1. The Court is currently scheduled to preside over a hearing on interim fee applications filed by the professionals of the Debtor and UCC on Tuesday, May 3, 2022 at 2:00 p.m. (the "Scheduled Hearing").

2. The Debtor does not respond to the narrative contained in the UCC Motion.

---

[1] The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich. The last four digits of the Debtor's federal tax identification number are 7373.
[2] Capitalized terms not otherwise defined herein shall have the same meaning ascribed in the Motion.

3. The UCC does object to extending the UCC's deadline to file an objection to the Debtors' first interim fee applications until Friday, April 29, 2022. The proposed deadline will not provide the Debtor adequate time to review and analyze the UCC's objection and, subsequently, draft a succinct and thoughtful reply to the UCC's objection prior to the Scheduled Hearing.

4. The Debtor respectfully cross-moves for the resetting of a briefing schedule and reschedule the Scheduled Hearing. Specifically, the Debtor proposes that the UCC file its objection to any of the Debtor's interim fee applications by Monday, May 2, 2022, that the Debtor be permitted until May 6, 2022 to file a reply, and that the Court reschedule a new hearing on the interim fee applications for May 10, 2022, or such other time that is convenient for the Court.

**WHEREFORE,** the Debtor respectfully requests that the Court enter an Order resetting the briefing schedule and rescheduling the Scheduled Hearing and grant such other and further relief it deems just and proper.

[*Signature Page on Following Page*]

Dated: Hartford, CT
       April 26, 2022

THE NORWICH ROMAN CATHOLIC
DIOCESAN CORPORATION

*/s/ Patrick M. Birney*
Patrick M. Birney (CT No. 19875)
Andrew A. DePeau (CT No. 30051)
Annecca H. Smith (CT No. 31148)
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8275
Facsimile: (860) 275-8299
E-mail: pbirney@rc.com
         adepeau@rc.com
         asmith@rc.com

-and-

Louis T. DeLucia (admitted *pro hac vice*)
Alyson M. Fiedler (admitted *pro hac vice*)
**ICE MILLER LLP**
1500 Broadway, 29th Floor
New York, NY 10036
Telephone: (212) 824-4940
Facsimile: (212) 824-4982
E-Mail: louis.delucia@icemiller.com
         alyson.fiedler@icemiller.com

*Counsel to the Debtor
and Debtor-in-Possession*

## CERTIFICATE OF SERVICE

       I hereby certify that on April 26, 2022, a copy of the foregoing was filed electronically and shall be served as required by Local Bankruptcy Rule 9013-2(b), with notice of this filing being sent by email to all Notice Parties by operation of the court's electronic filing system or by First Class U.S. mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties in interest may access this document through the court's CM/ECF System.

                                            */s/ Patrick M. Birney*
                                            Patrick M. Birney