# United States Bankruptcy Court

## District of Connecticut



In re:

The Norwich Roman Catholic Diocesan Corporation

Debtor*

Case Number: 21-20687

Chapter: 11

## ORDER GRANTING MOTION TO EXTEND TIME AND CROSS-MOTION FOR A CONTINUANCE

The Official Committee of Unsecured Creditors, (the "UCC"), filed a Motion to Extend Time to file any Objections to the First Interim Fee Applications (ECF Nos. 372, 374, and 375) dated April 26, 2022 (the "Motion", ECF No. 579). In response, The Norwich Roman Catholic Diocesan Corporation (the "Debtor") filed a Limited Response and a Cross-Motion for a continuance of the hearing on the all interim fee applications dated April 26, 2022 (the "Cross-Motion", ECF No. 580). After notice and a hearing, *see* 11 U.S.C. § 102(1), it appearing that cause exists to grant the relief sought in the Motion and Cross-Motion; it is hereby

**ORDERED:** The Motion is GRANTED and the date by which the Official Committee of Unsecured Creditors is to file any Objections to the First Interim Fee Applications is extended to May 2, 2022 at 5:00 PM; and it is further

**ORDERED:** The Norwich Roman Catholic Diocesan Corporation shall file any reply to the UCC's Objections on or before May 6, 2022; and it is further

**ORDERED:** The hearings on the First Interim Fee Applications (ECF Nos. 366, 372, 373, 374 and 375) and the Second Interim Fee Applications (ECF Nos. 535, 536, 537, 538, and 539) are hereby continued to May 10, 2022 at 2:00 PM at the United States Bankruptcy Court, 450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT.

Dated: April 28, 2022

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

*For the purposes of this order, "Debtor" means "Debtors" where applicable.