**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re:<br><br>THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,[4]<br><br>Debtor. | Chapter 11<br><br>Case No: 21-20687 (JJT) |

**ORDER FURTHER CONTINUING HEARING ON FIRST AND SECOND**
**INTERIM FEE APPLICATIONS UNTIL MAY 16, 2022**
**AND GRANTING RELATED RELIEF**

Upon the motion (the "Motion") of the Diocese,[5] pursuant to Section 105(a) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure, to further continue the hearing currently scheduled on the first and second interim fee applications filed by the Debtor's professionals and the Official Committee of Unsecured Creditors (the "Committee") from Tuesday, May 10, 2022 to Monday, May 16, 2022, and for related relief, to clarify the deadline for a reply to the UST's Second Omnibus Objection [Dkt. No. 578]; and the Court having reviewed the Motion; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b); and the Court having found this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given, under the circumstances, and that no other or further notice is necessary; and upon the

---

[4] The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich. The last four digits of the Debtor's federal tax identification number are 7373.

[5] Capitalized terms used but not defined herein have the meanings given in the Motion, which are incorporated by reference herein.

record herein; and it appearing that cause exists to grant the relief sought in the Motion; it is hereby

ORDERED, ADJUDGED and DECREED that:

1. The Motion is GRANTED as set forth herein.

2. The hearings on the First Interim Fee Applications [Dkt. Nos. 366, 372, 373, 374 and 375], the Second Interim Fee Applications [Dkt. Nos. 535, 536, 537, 538 and 539], the respective Omnibus Objections filed by the United States Trustee [Dkt. Nos. 393 and 578], the Official Committee of Unsecured Creditors [Dkt. No. 593], and the *Preliminary Omnibus Reply of Debtor's Professionals to the United States Trustee's Omnibus Objection to First Interim Fee Applications* [Dkt. No. 401], and any further replies by the Debtor's professionals to the foregoing Omnibus Objections filed by the UST and the Committee are hereby continued to May 16, 2022 at 2:00 p.m., at United States Bankruptcy Court, 450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT .

3. The Debtor's Primary Professionals shall have until and including Friday, May 6, 2022, to file and serve their replies—separate or omnibus—to the UST's First and Second Omnibus Objections [Dkt. Nos. 393 and 578], and to file and serve their replies—separate or omnibus—to the Committee's Omnibus Objection to First Interim Fee Applications [Dkt. No. 593].

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation and/or interpretation of this Order.

Dated at Hartford, Connecticut this 4th day of May, 2022.

James J. Tancredi
United States Bankruptcy Judge
District of Connecticut