# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
May 9, 2022

In re:

The Norwich Roman Catholic Diocesan Corporation
Debtor*

Case Number: 21–20687
Chapter: 11

### DEFICIENCY NOTICE REGARDING OBJECTION TO CLAIM PROCEDURE

The Official Committee of Unsecured Creditors has filed an Objection to Claim, ECF No. 588, not in compliance with this Court's Objection to Claim Procedure, for the reason(s) indicated below:

☐  Local Form 420B Notice of Objection to Claim not used.

☒  Deficient Certificate of Service (Not in Compliance with Bankruptcy Rule 7004). Debtor Not Served. Claimant not served at address listed on the Proof of Claim.

☐  Deficient Response Deadline. (Date must be at least 30 days after the date the Objection to Claim is filed.)

Failure to correct and submit an amended objection to claim in compliance with this Court's Objection to Claim Procedure within five (5) business days from the date of this notice will result in an order denying your objection to claim.

**NOTE: Moving parties without an attorney have an additional three days to correct and submit an amended objection to claim in compliance with this Court's Objection to Claim Procedure.**

Dated: May 9, 2022

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 187 –

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.