**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,[3] | Case No: 21-20687 (JJT) |
| Debtor. | |

**ORDER ON THE *EX PARTE* MOTION OF THE DEBTOR FOR ENTRY OF AN ORDER TO (A) EXPEDITE THE HEARING AND LIMIT NOTICE FOR THE DEBTOR'S FOURTH MOTION FOR ENTRY OF AN ORDER EXTENDING THE EXCLUSIVITY PERIODS FOR THE FILING AND SOLICITATION OF ACCEPTANCE OF A CHAPTER 11 PLAN AND (B) CONDUCT THE ASSOCIATED HEARING REMOTELY**

Upon consideration of the Ex Parte *Motion of the Debtor for Entry of an Order to (A) Expedite the Hearing and Limit Notice for the Debtor's Fourth Motion for Entry of an Order Extending The Exclusivity Period for the Filing and Solicitation of Acceptance of a Chapter 11 Plan and (B) Conduct the Associated Hearing Remotely* (the "Motion", ECF No. 657), pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rules 2002, 9006, and 9007 and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)–(b) and 1334(b); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and

---

[3] The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, also known as The Roman Catholic Diocese of Norwich. The last four digits of the Debtor's federal tax identification number are 7373, and its mailing address is 201 Broadway, Norwich, CT 06360.

it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; after due deliberation and sufficient cause appearing therefor, cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing:

    **IT IS ORDERED THAT**:

1. The Debtor's request for an expedited hearing, shortened time, remote hearing, and limited notice on the Motion is **GRANTED**.

2. Good cause exists to grant the Motion.

3. The notice period for the hearing on the *Debtor's Fourth Motion for Entry of an Order Extending the Exclusivity Period for the Filing and Solicitation of Acceptance of a Chapter 11 Plan* (the "Exclusivity Extension Motion", ECF No. 656) is hereby reduced from 21 days.

4. The Exclusivity Extension Motion is hereby scheduled to be heard at a hearing on June 13, 2022 at 2:00 p.m. before the Honorable James J. Tancredi, United States Bankruptcy Judge in the United States Bankruptcy Court for the District of Connecticut.

5. This hearing shall be held remotely via the ZoomGov Platform. To participate in the scheduled hearing, parties must contact the Clerk's Office for instructions to connect to the ZoomGov remote hearing by sending an email to the following court email address: CalendarConnectHTD@ctb.uscourts.gov or by calling the Clerk's Office at (860) 240-3675 for the instructions.

6. Notice of the Exclusivity Extension Motion shall be limited to the Notice Parties (as defined in the Motion). The Debtor shall serve, or cause to be served, copies of the Exclusivity Extension Motion upon the Notice Parties by overnight courier, e-mail or facsimile

no later than June 8, 2022. Such service shall be deemed sufficient notice of the hearing on the Exclusivity Extension Motion.

Dated at Hartford, Connecticut this 7th day of June, 2022.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut