## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | |
|---|---|
| In re:<br><br>THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,[1]<br><br>Debtor. | Chapter 11<br><br>Case No: 21-20687 (JJT)<br><br>September 15, 2022 |

### ELEVENTH MONTHLY SUMMARY STATEMENT OF DEBTOR PAYMENTS TO RETAINED PROFESSIONALS AS OF SEPTEMBER 15, 2022

The Norwich Roman Catholic Diocesan Corporation, debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor" or "Diocese"), hereby files this summary statement ("Summary Statement") of payments by the Debtor to all Retained Professionals from the Petition Date of July 15, 2021, through and including September 15, 2022 (for fees and expenses incurred through August 31, 2022), in accordance with the *Order Granting Debtor's Motion for Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Dkt. No. 314] (the "Interim Compensation Procedures Order")[2] ¶ 2(k).

---

[1] The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich. The last four digits of the Debtor's federal tax identification number are 7373.

[2] Capitalized terms used herein but not defined shall have the meaning ascribed to them in the Interim Compensation Procedures Order.

**PAID FEES AND EXPENSES**

| Retained Professional (Party Represented) | Filing [Dkt. No.] | Fees Paid to Date | Expenses Paid to Date |
|---|---|---|---|
| Prior Payments | See *Tenth Monthly Summary Statement of Debtor Payments to Retained Professionals as of August 15, 2022* [Dkt. No. 780] | $2,280,407.61 | $44,893.75 |
| Zeisler & Zeisler, P.C. (Committee) | Third Interim Fee Application [Dkt. No. 619] (February through April time) | $63,004.07 | $509.59 |
| Brown Jacobson (Debtor) | Third Interim Fee Application [Dkt. No. 755] (February through June time) | $5,456.00 | $360.00 |
| B. Riley (Debtor) | Third Interim Fee Application [Dkt. No. 756] (February through June time) | $57,526.15 | $148.30 |
| Robinson + Cole (Debtor) | Third Interim Fee Application [Dkt. No. 757] (February through June time) | $112,538.75 | $654.85 |
| Ice Miller (Debtor) | Third Interim Fee Application [Dkt. No. 758] (February through June time) | $358,044.63 | $6,775.78 |
| **TOTAL** | | **$2,876,977.21** | **$53,342.27** |

**UNPAID FEES AND EXPENSES THROUGH SEPTEMBER 15, 2022**

| Retained Professional (Party Represented) | Filing [Dkt. No.] | Unpaid Fees | Reason Fees Unpaid | Unpaid Expenses | Reason Expenses Unpaid |
|---|---|---|---|---|---|
| O'Sullivan McCormack Jensen & Bliss PC (Committee) | Monthly Fee Statement [Dkt. No. 687] | $385.00 | 70% payment will be initiated | $0.00 | N/A |
| Wellspeak Dugas & Kane, L.L.C. (Committee) | Monthly Fee Statement [Dkt. No. 688] | $960.00 | 70% payment will be initiated | $0.00 | N/A |
| Zeisler & Zeisler, P.C. (Committee) | Ninth Monthly Fee Statement [Dkt. No. 689] | $64,628.00 | 70% payment will be initiated | $1,335.20 | Payment will be initiated |
| O'Sullivan McCormack Jensen & Bliss PC (Committee) | Monthly Fee Statement [Dkt. No 744] | $15,019.00 | 70% payment will be initiated | $0.00 | N/A |
| Zeisler & Zeisler, P.C. (Committee) | Monthly Fee Statement [Dkt. No. 746] | $94,253.20 | 70% payment will be initiated | $910.78 | Payment will be initiated |
| B. Riley (Debtor) | Eleventh Monthly Fee Statement [Dkt. No. 777] | $18,374.75 | 70% payment will be initiated | $4.50 | Payment will be initiated |
| Robinson + Cole (Debtor) | Eleventh Monthly Fee Statement [Dkt. No. 779] | $30,796.00 | 70% payment will be initiated | $532.57 | Payment will be initiated |
| Ice Miller (Debtor) | Eleventh Monthly Fee Statement [Dkt. No. 778] | $63,686.92 | 70% payment will be initiated | $4,427.38 | Payment will be initiated |
| **TOTAL** | **FEES** | **$288,102.87** | **EXPENSES** | **$7,210.43** | |

Dated: Hartford, CT
September 15, 2022

                                   */s/ Patrick M. Birney*
                                   Patrick M. Birney (CT No. 19875)
                                   Andrew A. DePeau (CT No. 30051)
                                   Annecca H. Smith (CT No. 31148)
                                   **ROBINSON & COLE LLP**
                                   280 Trumbull Street
                                   Hartford, CT 06103
                                   Telephone: (860) 275-8275
                                   Facsimile: (860) 275-8299
                                   E-mail: pbirney@rc.com
                                                    adepeau@rc.com
                                                    asmith@rc.com

                                   -and-

                                   Louis T. DeLucia (admitted *pro hac vice*)
                                   Alyson M. Fiedler (admitted *pro hac vice*)
                                   **ICE MILLER LLP**
                                   1500 Broadway, 29th Floor
                                   New York, NY 10036
                                   Telephone: (212) 824-4940
                                   Facsimile: (212) 824-4982
                                   E-mail: louis.delucia@icemiller.com
                                                    alyson.fiedler@icemiller.com

                                   *Counsel to the Debtor*
                                   *and Debtor-in-Possession*