**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re:<br><br>THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,[1]<br><br>Debtor. | Chapter 11<br><br>Case No: 21-20687 (JJT) |

**ORDER CONTINUING HEARING ON FIFTH EXTENSION OF DEBTOR'S EXCLUSIVE PERIODS TO FILE AND SOLICIT A CHAPTER 11 PLAN OF REORGANIZATION UNTIL SEPTEMBER 28, 2022**

Upon the motion (the "Motion", ECF No. 828) of the Diocese,[2] pursuant to Section 105(a) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure, to continue the hearing currently scheduled on the Exclusivity Motion (ECF No. 815) from Wednesday, September 21, 2022 to Wednesday, September 28, 2022; and the Court having reviewed the Motion; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b); and the Court having found this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given, under the circumstances, and that no other or further notice is necessary; and upon the record herein; and it appearing that cause exists to grant the relief sought in the Motion; it is hereby

ORDERED, ADJUDGED and DECREED that:

---

[1] The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich. The last four digits of the Debtor's federal tax identification number are 7373.

[2] Capitalized terms used but not defined herein have the meanings given in the Motion, which are incorporated by reference herein.

1. The Motion is GRANTED as set forth herein.

2. The hearing on the Exclusivity Motion [Dkt. No. 815] is hereby continued to <u>September 28, 2022 at 2:00 p.m.</u>

3. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation and/or interpretation of this Order.

Dated at Hartford, Connecticut this 20th day of September, 2022.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut