**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re:<br><br>THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,<br><br>Debtor. | Chapter 11<br><br>Case No: 21-20687 (JJT) |
| A.J.,<br><br>Movant,<br><br>THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,<br><br>Respondent. | Re: Doc. Nos. 887 & 898 |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'**
**JOINDER TO THE DEBTOR'S PRELIMINARY OBJECTION TO A.J.'S**
**MOTION TO PERMIT LATE FILED CLAIM OR IN THE ALTERNATIVE**
**REQUEST TO EXTEND BAR DATE TO ALLOW PROOF OF CLAIM**

The Official Committee of Unsecured Creditors (the "Committee"), by and through their undersigned counsel, hereby joins in, and incorporates herein by reference, the Debtor's Preliminary Objection to A.J.'s Motion to Permit Late Filed Claim or in the Alternative Request to Extend Bar Date to Allow Proof of Claim [Doc. No. 898] filed by the debtor and debtor-in-possession, The Norwich Roman Catholic Diocesan Corporation (the "Debtor"), on November 14, 2022, in response to the Motion to Permit Late Filed Claim or in the Alternative Request to Extend Bar Date to Allow Proof of Claim [Doc. No. 887] by the movant, A.J. (the "Movant").

Dated this 15th day of November, 2022.

        THE OFFICIAL COMMITTEE OF
        UNSECUREDCREDITORS FOR THE
        NORWICH ROMAN CATHOLIC DIOCESAN
        CORPORATION

By: *Stephen M. Kindseth*
    Eric A. Henzy (ct12849)
    Stephen M. Kindseth (ct14640)
    Daniel A. Byrd (ct31151)
    ZEISLER & ZEISLER, P.C.
    10 Middle Street, 15th floor
    Bridgeport, CT 06605
    Telephone: (203) 368-4234
    Email: ehenzy@zeislaw.com
           skindseth@zeislaw.com
           dbyrd@zeislaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of November, 2022, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice ofElectronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Stephen M. Kindseth
Stephen M. Kindseth (ct14640)