**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,[1] | Case No: 21-20687 (JJT) |
| | November 15, 2022 |
| Debtor. | **Objections Due: Nov. 29, 2022 at 4:00 p.m.** |

**FOURTEENTH MONTHLY STATEMENT OF ICE MILLER LLP FOR**
**INTERIM MONTHLY COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES AS CO-COUNSEL TO THE DEBTOR**
**FROM OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

Name of Retained Professional:          Ice Miller LLP

Party Represented:          Debtor

Date of Retention:          Approved September 17, 2021
                                       Effective July 15, 2021

Period for which compensation
and reimbursement is sought:          October 1, 2022 through October 31, 2022[2]

Amount of compensation sought:          $107,246.16 (70% of $153,208.80)[3]

Amount of expenses sought:          $14,546.87

Total interim payment sought          $121,793.03

This is a(n): **X** monthly statement ___ interim application ___ final application.

---

[1] The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich. The last four digits of the Debtor's federal tax identification number are 7373.

[2] This fee statement includes five time entries for work performed in September 2022 that were inadvertently omitted from the September fee statement.

[3] This includes a 10% courtesy discount. Professional fees for this period totaled $176,354.50 before the discount.

4884-3564-7294.1

## COMPENSATION BY TASK CODE

| Project Category | Total Hours | Total Fees (US$) |
|---|---|---|
| (02) Asset Disposition | 0 | $0.00 |
| (03) Assumption and Rejection of Leases & Contracts | 9.7 | $4,527.50 |
| (05) Business Operations | 0 | $0.00 |
| (06) Case Administration | 32.1 | $21,624.50 |
| (07) Claims Administration & Objections | 51.9 | $19,808.00 |
| (09) Employment Benefits and Pensions | 0.3 | $150.00 |
| (10) Employment and Fee Application (Firm) | 3.4 | $1,527.00 |
| (11) Employment and Fee Applications (Others) | 2.3 | $1,240.50 |
| (12) Financing, Cash Collateral, Make Whole | 0 | $0.00 |
| (13) Other Litigation/Adversary Matters | 77.9 | $41,511.00 |
| (14) Meetings and Communications with Creditors | 0 | $0.00 |
| (15) Non-Working Travel | 18.5 | $6,122.50 |
| (16) Plan and Disclosure Statement | 90.5 | $56,933.00 |
| (17) Relief from Stay and Adequate Protection | 0 | $0.00 |
| (18) Tax | 0 | $0.00 |
| (21) Hearings | 0 | $0.00 |
| (22) First- and Second-Day Motions | 0 | $0.00 |
| (24) Lien Investigation | 0 | $0.00 |
| (26) Personal Injury Matters | 0 | $0.00 |
| (27) Other Motions/Applications | 32.6 | $16,788.00 |
| (28) Respond to UST Requests | 0 | $0.00 |
| (29) Respond to Committee Rule 2004 Subpoena | 0 | $0.00 |
| **TOTAL:** | 319.2 | $170,232.00 |

## COMPENSATION BY TIMEKEEPER

| Timekeeper | Position/Title | Bar Admission and Practice Group | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Louis DeLucia | Partner | Admitted 1986 Bankruptcy and Financial Restructuring | $835 $417.50 | 52.2 8.0 | $43,587.00 $3,340.00 |
| Alyson Fiedler | Partner | Admitted 2000 Bankruptcy and Financial Restructuring | $795 | 31.8 | $25,281.00 |
| David Nie | Partner | Admitted 2007 Finance | $560 | 0.6 | $336.00 |
| Tyson Crist | Partner | Admitted 1999 Bankruptcy and Financial Restructuring | $515 | 27.3 | $14,059.50 |
| Nicholas Reuhs | Partner | Admitted 2006 Litigation | $530 $265 | 31.2 10 | $16,271.00 $2,782.50 |
| John Cannizzaro | Partner | Admitted 2009 Bankruptcy and Financial Restructuring | $425 | 11.9 | $5,057.50 |
| Samuel Gardner | Partner | Admitted 2016 Litigation | $395 | 9 | $3,555.00 |
| Nathan Basalyga | Associate | Admitted 2018 Bankruptcy and Financial Restructuring | $500 | 83.4 | $41,700.00 |
| Ben Burdick | Associate | Admitted 2021 Litigation | $295 | 13.2 | $3,894.00 |
| Ryan Hibbard | Law Clerk | Admitted N/A Bankruptcy and Financial Restructuring | $255 | 38.9 | $9,919.50 |
| Rose Gallagher | Senior Counsel | Admitted 2004 Finance | $250 | 0.5 | $125.00 |
| John Acquaviva | Paralegal | Admitted N/A Bankruptcy and Financial Restructuring | $270[4] | 1.2 | $324.00 |
| **PROFESSIONAL FEE SUBTOTAL** | | | | **319.2** | **$170,232.00** |
| **10% DISCOUNT** | | | | | **$17,023.20** |
| **GRAND TOTAL** | | | | | **$153,208.80** |
| **BLENDED RATE** | | | **$479.98** | | |

---

[4] Hourly rate is discounted from standard hourly rate of $425.

**EXPENSE SUMMARY**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Audio Conferencing | | |
| Court Fees | | |
| Delivery Services | | |
| Deposition Transcripts | | |
| Federal Express Delivery | | |
| Mileage/Transit | | $215.00 |
| Lodging/Parking | | $50.00 |
| Subpoena Fees | | |
| Copy, Print & Scan Charges | | |
| Records Requests | | |
| Legal Research | Westlaw | $12,842.26 |
| Discovery Review/Hosting | KLDiscovery | $1,439.01 |
| **TOTAL:** | | **$14,546.87** |

-4-

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,[1] | Case No:  21-20687 (JJT) |
| Debtor. | November 15, 2022 |

**STATEMENT OF NO OBJECTION BY DEBTOR'S REPRESENTATIVE**
**KAREN L. HUFFER**

Karen L. Huffer, on behalf of the Debtor in the above-captioned case, hereby states:

1.      I am a duly authorized representative of The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich.

2.      I have reviewed the *Fourteenth Monthly Statement of Ice Miller LLC for Interim Monthly Compensation and Reimbursement of Expenses as Co-Counsel to the Debtor from October 1, 2022 through October 31, 2022* and do not object to the fees and expenses set forth therein.

November 15, 2022

*/s/ Karen L. Huffer*
Karen L. Huffer

---

[1] The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich.  The last four digits of the Debtor's federal tax identification number are 7373.



Invoice No. 01-2174731
November 9, 2022

The Roman Catholic Diocese of Norwich
Deliver via Email
financekaren@norwichdiocese.net
alice@norwichdiocese.net

Re:      Chapter 11 Bankruptcy of Diocese of Norwich
         Our Matter No. 064052.10002

## INVOICE SUMMARY

For Services rendered through October 31, 2022

| | |
|---|---:|
| Professional Services | $170,232.00 |
| 10% Discount | $(17,023.20) |
| Total Professional Services | $153,208.80 |
| Disbursements | $14,546.87 |
| **Total Current Invoice** | **$167,755.67** |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence you have placed in us.  Please call if we can be of further assistance.



*New* payment option for you. You can now pay your invoice by **E-check**.

Find out more by contacting **PAYICE@icemiller.com**.

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2174731
November 9, 2022

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **03 - Assumption and Rejection of Leases & Contracts** | | | | | |
| 10/04/2022 | CRIS T | Attention to the responses from Huffer and Hibbard, and replied. | 0.10 | $515.00 | $51.50 |
| 10/04/2022 | CRIS T | Considered and prepared correspondence to Huffer concerning the copier leases and next steps. | 0.10 | $515.00 | $51.50 |
| 10/05/2022 | CRIS T | Reviewed the applicable provisions of section 365 for purposes of analysis, along with Claim 3-1 filed by U.S. Bank Equipment Finance, and analyzed the current status and next steps. | 1.70 | $515.00 | $875.50 |
| 10/05/2022 | CRIS T | Conferenced with Hibbard regarding the follow-up issues and review of the docket and information concerning the copier leases. | 0.20 | $515.00 | $103.00 |
| 10/05/2022 | CRIS T | Prepared to talk with Huffer concerning the copier leases and conferenced to discuss the situation, advice and next steps. | 0.80 | $515.00 | $412.00 |
| 10/05/2022 | HIBB R | Review bankruptcy docket for proof of claims and analyze Schedule G. | 0.40 | $255.00 | $102.00 |
| 10/05/2022 | HIBB R | Condense notes from meeting regarding copier leases and circulate to Crist. | 0.30 | $255.00 | $76.50 |
| 10/05/2022 | HIBB R | Attend and participate in meeting with Huffer and Crist regarding copier leases. | 0.50 | $255.00 | $127.50 |
| 10/05/2022 | HIBB R | Review relevant notes prior to meeting regarding copier lease issue. | 0.10 | $255.00 | $25.50 |
| 10/06/2022 | CRIS T | Prepared the correspondence to U.S. Bank and Connecticut Business Systems concerning the copier leases and notification of issues regarding alleged termination and automatic stay. | 1.50 | $515.00 | $772.50 |
| 10/06/2022 | CRIS T | Prepared correspondence to Hibbard concerning an issue to review and address concerning the copier leases. | 0.10 | $515.00 | $51.50 |
| 10/06/2022 | HIBB R | Review section 362(a) of the bankruptcy code. | 0.40 | $255.00 | $102.00 |
| 10/06/2022 | HIBB R | Draft summary of automatic stay for inclusion | 0.10 | $255.00 | $25.50 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2174731
November 9, 2022

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | in letter regarding copier leases. | | | |
| 10/09/2022 | CRIS T | Further considered the U.S. Bank claim and copier leases, and revised the correspondence to Lothert, Werkman, and Mikulak concerning lease issues and automatic stay. | 1.30 | $515.00 | $669.50 |
| 10/11/2022 | CRIS T | Revised and sent correspondence to U.S. Bank and Connecticut Business Systems concerning the copier leases and potential stay violations. | 0.50 | $515.00 | $257.50 |
| 10/11/2022 | CRIS T | Prepared correspondence to Huffer concerning the status of communicating with U.S. Bank and Connecticut Business Systems and next steps. | 0.10 | $515.00 | $51.50 |
| 10/19/2022 | CRIS T | Forwarded correspondence from Werkman at U.S. Bank to Huffer concerning the copier leases. | 0.10 | $515.00 | $51.50 |
| 10/21/2022 | CRIS T | Attention to correspondence from Werkman at U.S. Bank concerning the copier leases and prepared a response to schedule a call to discuss. | 0.10 | $515.00 | $51.50 |
| 10/24/2022 | CRIS T | Attention to the response from Huffer concerning Connecticut Business Systems and prepared a reply and follow-up inquiry about next steps regarding the copier leases. | 0.10 | $515.00 | $51.50 |
| 10/24/2022 | CRIS T | Prepared correspondence to Huffer concerning the discussion with U.S. Bank, status of copier leases, and next steps. | 0.60 | $515.00 | $309.00 |
| 10/24/2022 | CRIS T | Prepared to and conferenced with Werkman concerning the U.S. Bank financed copier leases, the proof of claim, and payment of leases going forward, and made notes of the same. | 0.60 | $515.00 | $309.00 |
| **Subtotal for 03** | | | **9.70** | | **$4,527.50** |

### 06 - Case Administration

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/12/2022 | NIE D | Conferred requested LIBOR language review and coordinated same. | 0.20 | $560.00 | $112.00 |
| 09/15/2022 | GALL R | Reviewed loan amendment and related | 0.50 | $250.00 | $125.00 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2174731
November 9, 2022

**PROFESSIONAL SERVICES**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | documents | | | |
| 09/15/2022 | NIE D | Considered LIBOR language in order to review swap amendment and confer re same. | 0.40 | $560.00 | $224.00 |
| 10/03/2022 | DELU L | Continued review of new filed statements and schedules | 1.50 | $835.00 | $1,252.50 |
| 10/04/2022 | FIED A | Assess Libor change regarding Mercy Loan. | 0.30 | $795.00 | $238.50 |
| 10/11/2022 | DELU L | Correspondence with K. Huffer re Bill Russell call re MSJ pension obligations. | 0.20 | $835.00 | $167.00 |
| 10/11/2022 | DELU L | Correspondence with Alice and Diocese re weekly update call. | 0.20 | $835.00 | $167.00 |
| 10/11/2022 | FIED A | Review complaint against Oceania. | 0.90 | $795.00 | $715.50 |
| 10/11/2022 | FIED A | Review correspondence from UCC re increase in insurance counsel cap. | 0.10 | $795.00 | $79.50 |
| 10/11/2022 | FIED A | Review draft complaint for declaratory relief against CM. | 0.50 | $795.00 | $397.50 |
| 10/11/2022 | FIED A | Review Receivables and Memo Account Analysis. | 0.60 | $795.00 | $477.00 |
| 10/12/2022 | FIED A | Review correspondence from S. Kindseth regarding standing. | 0.10 | $795.00 | $79.50 |
| 10/13/2022 | DELU L | Correspondence with M. Fisher, Counsel to Catholic Mutual re Committee standing motion. | 0.20 | $835.00 | $167.00 |
| 10/13/2022 | FIED A | Review motion for standing filed by the UCC. | 0.20 | $795.00 | $159.00 |
| 10/13/2022 | FIED A | Review draft liquidation analysis. | 0.60 | $795.00 | $477.00 |
| 10/13/2022 | FIED A | Begin review of trust agreement. | 0.50 | $795.00 | $397.50 |
| 10/13/2022 | REUH N | Revise and finalize letter to Catholic Mutual. | 1.80 | $530.00 | $954.00 |
| 10/14/2022 | FIED A | Review correspondence to CM regarding coverage. | 0.20 | $795.00 | $159.00 |
| 10/17/2022 | FIED A | Revise response to UCC motion for standing. | 2.30 | $795.00 | $1,828.50 |
| 10/17/2022 | REUH N | Conference regarding pending issues. | 0.30 | $530.00 | $159.00 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2174731
November 9, 2022

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/17/2022 | REUH N | Review and revise draft Complaint against Catholic Mutual. | 1.80 | $530.00 | $954.00 |
| 10/17/2022 | REUH N | Draft, in part, letter to Catholic Mutual regarding coverage. | 1.60 | $530.00 | $848.00 |
| 10/18/2022 | DELU L | Correspondence with K. Huffer on cash accounts and restrictions in investment accounts. | 0.20 | $835.00 | $167.00 |
| 10/20/2022 | CANN J | Conferenced with client regarding administrative fees. | 0.50 | $425.00 | $212.50 |
| 10/20/2022 | CANN J | Videoconference with IM and client (K. Huffer) regarding mediation strategy and other issues. | 0.50 | $425.00 | $212.50 |
| 10/20/2022 | DELU L | Correspondence with counsel to the High Schools re mediation, attendance, etc. | 0.20 | $835.00 | $167.00 |
| 10/20/2022 | FIED A | Review therapy invoices and status. | 0.20 | $795.00 | $159.00 |
| 10/20/2022 | FIED A | Review UCC reports for September. | 0.30 | $795.00 | $238.50 |
| 10/20/2022 | FIED A | Review September MOR. | 0.10 | $795.00 | $79.50 |
| 10/21/2022 | ACQU J | Research case files for any and all corporate governance documents pertaining to Xavier. | 0.40 | $270.00 | $108.00 |
| 10/21/2022 | BASA N | Reviewed draft talking points for Bishop Cote. | 0.20 | $500.00 | $100.00 |
| 10/21/2022 | BASA N | Preliminary review of Xavier governance documents. | 0.50 | $500.00 | $250.00 |
| 10/21/2022 | BASA N | Participated in call with M. Driscoll, P. Birney, L. DeLucia, and A. Fiedler regarding Xavier high school concerns. | 0.30 | $500.00 | $150.00 |
| 10/21/2022 | BASA N | Participated in zoom meeting with B. Riley and counsel for Association of Parishes regarding state court actions and operational concerns. | 0.50 | $500.00 | $250.00 |
| 10/21/2022 | DELU L | Call on Xavier school issues, receipt and distribute Xavier corporate docs for corporate governance. | 1.00 | $835.00 | $835.00 |
| 10/21/2022 | DELU L | Conference call with Wayne Weitz re cash | 0.20 | $835.00 | $167.00 |

Chapter 11 Bankruptcy of Diocese of Norwich                     Invoice No. 01-2174731
Our Matter No. 064052.10002                                              November 9, 2022

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | balances and cash flow projections. | | | |
| 10/21/2022 | DELU L | Conference call with Diocese (Bishop Cote, Msgr. Les, Karen Huffer, Alice) and B. Riley re prep for mediation, Xavier High School, etc. | 1.00 | $835.00 | $835.00 |
| 10/21/2022 | FIED A | Call regarding Oceania with B. Jensen, et al. | 0.50 | $795.00 | $397.50 |
| 10/21/2022 | FIED A | Call with Bishop, et al. regarding Xavier. | 0.50 | $795.00 | $397.50 |
| 10/21/2022 | HIBB R | Find and circulate docket entries from other Diocesan bankruptcies. | 0.20 | $255.00 | $51.00 |
| 10/22/2022 | BASA N | Analyzed Xavier governance documents. | 1.00 | $500.00 | $500.00 |
| 10/23/2022 | BASA N | Analyzed and summarized Xavier corporate governance documents. | 2.60 | $500.00 | $1,300.00 |
| 10/23/2022 | DELU L | Review of Xavier School corporate governance docs, Bylaws, Certificate of Incorporation, and related canon and CT corporate governance issues, then conference call with team on same. | 2.50 | $835.00 | $2,087.50 |
| 10/23/2022 | FIED A | Telephone call with M. Driscoll, et al. re A/R. | 0.10 | $795.00 | $79.50 |
| 10/23/2022 | FIED A | Telephone call with M. Driscoll, et al. re late filed claims. | 0.10 | $795.00 | $79.50 |
| 10/23/2022 | FIED A | Telephone call with M. Driscoll, et al. re withdrawal. | 0.20 | $795.00 | $159.00 |
| 10/23/2022 | FIED A | Telephone call with M. Driscoll, et al. re Oceania. | 0.20 | $795.00 | $159.00 |
| 10/23/2022 | FIED A | Telephone call with M. Driscoll, et al. regarding Xavier. | 1.20 | $795.00 | $954.00 |
| 10/23/2022 | FIED A | Review Xavier organizational documents. | 0.90 | $795.00 | $715.50 |
| 10/25/2022 | BASA N | Reviewed mediation order. | 0.10 | $500.00 | $50.00 |
| 10/26/2022 | DELU L | Correspondence with all parties, and mediator re November 8 video conference continuation of mediation. | 0.40 | $835.00 | $334.00 |
| 10/26/2022 | REUH N | Attention to post-mediation strategy. | 0.40 | $530.00 | $212.00 |
| 10/28/2022 | FIED A | Review letter from M. Mintz to S. Kindseth | 0.10 | $795.00 | $79.50 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2174731
November 9, 2022

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | regarding documents. | | | |
| **Subtotal for 06** | | | **32.10** | | **$21,624.50** |
| **07 - Claims Administration & Objections** | | | | | |
| 10/03/2022 | BURD B | Finished researching provisions of the bankruptcy code to determine whether Catholic Mutual's limit of liability is valid. | 2.10 | $295.00 | $619.50 |
| 10/03/2022 | HIBB R | Draft memorandum summarizing Second Circuit claim valuation standards. | 1.90 | $255.00 | $484.50 |
| 10/03/2022 | HIBB R | Research regarding Second Circuit claim valuation standard. | 2.90 | $255.00 | $739.50 |
| 10/04/2022 | BURD B | Researched whether insurance loss claims are assignable in Connecticut and drafted letter to Catholic Mutual's counsel regarding their contribution level suggested during mediation. | 2.60 | $295.00 | $767.00 |
| 10/04/2022 | HIBB R | Draft motion relating to valuation of claims. | 1.40 | $255.00 | $357.00 |
| 10/04/2022 | HIBB R | Review claim valuation precedent motions. | 0.30 | $255.00 | $76.50 |
| 10/04/2022 | HIBB R | Complete draft of memorandum summarizing Second Circuit claim valuation standard. | 2.70 | $255.00 | $688.50 |
| 10/04/2022 | REUH N | Attention to demand letter to Catholic Mutual. | 1.10 | $530.00 | $583.00 |
| 10/05/2022 | REUH N | Review and revise letter to Catholic Mutual, including related research. | 1.80 | $530.00 | $954.00 |
| 10/06/2022 | HIBB R | Continue drafting motion relating to claim valuation. | 1.80 | $255.00 | $459.00 |
| 10/07/2022 | CRIS T | Conferenced with Hibbard on the claims estimation issues and the motion for section 105 injunction. | 0.10 | $515.00 | $51.50 |
| 10/07/2022 | HIBB R | Continue drafting motion relating to claim valuation. | 0.80 | $255.00 | $204.00 |
| 10/07/2022 | HIBB R | Analyze Section 502(c) of the Bankruptcy Code and corresponding comments. | 0.40 | $255.00 | $102.00 |
| 10/10/2022 | HIBB R | Create zip folder of all materials cited in motion and circulate. | 0.30 | $255.00 | $76.50 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2174731
November 9, 2022

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/10/2022 | HIBB R | Review final draft motion before circulation. | 0.90 | $255.00 | $229.50 |
| 10/10/2022 | HIBB R | Finish draft of motion relating to claim valuation. | 2.00 | $255.00 | $510.00 |
| 10/10/2022 | HIBB R | Review additional court dockets for documents relating to claim valuation. | 0.70 | $255.00 | $178.50 |
| 10/10/2022 | REUH N | Attention to coverage analysis/letter. | 1.40 | $530.00 | $742.00 |
| 10/11/2022 | ACQU J | Review docket and retrieve from claims register documents relating to Oceania Province – Christian Brothers for attorney review (L. DeLucia). | 0.30 | $270.00 | $81.00 |
| 10/17/2022 | ACQU J | Review recently filed claims against redacted PII log sent to committee. | 0.50 | $270.00 | $135.00 |
| 10/18/2022 | CRIS T | Reviewed the correspondence, documents, and status concerning the claims estimation motion and considered next steps. | 0.30 | $515.00 | $154.50 |
| 10/18/2022 | DELU L | Correspondence with Allen Kadish re Oceania claim. | 0.20 | $835.00 | $167.00 |
| 10/19/2022 | CRIS T | Corresponded with Hibbard concerning the claims estimation motion, status and timing. | 0.10 | $515.00 | $51.50 |
| 10/19/2022 | CRIS T | Reviewed the claims estimation related items researched by Hibbard and prepared a draft of questions. | 1.00 | $515.00 | $515.00 |
| 10/20/2022 | BASA N | Conducted research regarding aggregate claims valuation in mass tort bankruptcies. | 0.80 | $500.00 | $400.00 |
| 10/20/2022 | BASA N | Consulted with R. Hibbard regarding claims estimation process. | 0.30 | $500.00 | $150.00 |
| 10/20/2022 | BASA N | Additional consultation with R. Hibbard regarding claims estimation process. | 0.30 | $500.00 | $150.00 |
| 10/20/2022 | CANN J | Strategize regarding claims estimation motion. | 0.30 | $425.00 | $127.50 |
| 10/20/2022 | CRIS T | Conferenced with Hibbard concerning the claims estimation motion and process. | 0.20 | $515.00 | $103.00 |
| 10/20/2022 | CRIS T | Conferenced with Cannizzaro concerning the claims estimation issues and analysis. | 0.30 | $515.00 | $154.50 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2174731
November 9, 2022

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/20/2022 | CRIS T | Conferenced with Hibbard concerning the claims estimation motion and analysis, and next steps. | 0.50 | $515.00 | $257.50 |
| 10/20/2022 | CRIS T | Reviewed the sample estimation motion and filings provided by Hibbard and researched estimation requests in other cases. | 1.20 | $515.00 | $618.00 |
| 10/20/2022 | CRIS T | Reviewed claims estimation materials and the memo by Hibbard, and prepared follow-up questions to Hibbard. | 0.60 | $515.00 | $309.00 |
| 10/20/2022 | HIBB R | Research regarding liability calculations on an aggregate versus individual basis. | 2.80 | $255.00 | $714.00 |
| 10/20/2022 | HIBB R | Strategize with Crist regarding motion draft. | 0.60 | $255.00 | $153.00 |
| 10/20/2022 | HIBB R | Draft email to Crist regarding upcoming motion. | 0.20 | $255.00 | $51.00 |
| 10/21/2022 | BASA N | Reviewed terms of Catholic Mutual 2021-2022 certificate. | 0.40 | $500.00 | $200.00 |
| 10/21/2022 | BURD B | Drafted paragraph about defense costs being taken from the overall limit of liability under Catholic Mutual policies. | 0.70 | $295.00 | $206.50 |
| 10/21/2022 | CRIS T | Reviewed and revised the Claims Estimation Motion, incorporating case citations and analysis, and prepared comments and analysis of the same and forwarded to DeLucia and Cannizzaro for review. | 6.00 | $515.00 | $3,090.00 |
| 10/22/2022 | BASA N | Reviewed revised claims estimation motion. | 0.30 | $500.00 | $150.00 |
| 10/22/2022 | BASA N | Conducted additional analysis of Catholic Mutual 2021-2022 certificate terms. | 0.40 | $500.00 | $200.00 |
| 10/22/2022 | CANN J | Review and comment on draft claims estimation motion. | 0.50 | $425.00 | $212.50 |
| 10/22/2022 | CRIS T | Attention to the response and comments by Cannizzaro on the draft Claims Estimation Motion. | 0.10 | $515.00 | $51.50 |
| 10/23/2022 | BASA N | Additional research regarding insurance being property of the estate in the Second Circuit. | 0.80 | $500.00 | $400.00 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2174731
November 9, 2022

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/24/2022 | BASA N | Conducted research regarding what constitutes a final judgment with respect to bankruptcy claims. | 1.20 | $500.00 | $600.00 |
| 10/24/2022 | GARD S | Created chart identifying unique coverage-triggering claims for use in mediation and communicated with Reuhs regarding the same. | 0.50 | $395.00 | $197.50 |
| 10/25/2022 | BASA N | Consulted with L. DeLucia regarding when an allowed claim is deemed a final judgment. | 0.10 | $500.00 | $50.00 |
| 10/25/2022 | BASA N | Researched when a proof of claim is considered a final judgment. | 0.80 | $500.00 | $400.00 |
| 10/26/2022 | BURD B | Created table with claimant information for claims made under claims-made policies. | 1.20 | $295.00 | $354.00 |
| 10/27/2022 | BASA N | Conducted research regarding asserting identical claims in multiple forums under pseudonyms and applicability of federal law in state court actions where claim was initially brought in federal forum. | 1.20 | $500.00 | $600.00 |
| 10/27/2022 | GARD S | Drafted chart of covered claims-made sexual abuse claims for purposes of communicating with Catholic Mutual. | 0.50 | $395.00 | $197.50 |
| 10/27/2022 | REUH N | Attention to mediation/coverage strategy, including drafting, in part, of new letter to Catholic Mutual. | 0.80 | $530.00 | $424.00 |
| 10/28/2022 | DELU L | Review of email to A.J. attorney on stay relief - and motion to approve a late filing of POC. | 0.10 | $835.00 | $83.50 |
| 10/28/2022 | FIED A | Review proposed response to AJ's attorney. | 0.10 | $795.00 | $79.50 |
| 10/28/2022 | GARD S | Revised chart regarding coverage for claims-made sexual abuse claims and communicated with Reuhs regarding the same. | 0.50 | $395.00 | $197.50 |

**Subtotal for 07** | | | **51.90** | | **$19,808.00**

**09 - Employment Benefits and Pensions**

| | | | | | |
|------|----------|-------------|-------|------|--------|
| 10/25/2022 | BASA N | Analyzed terms of certificate and bylaws for the Annual Bishop's Appeal. | 0.30 | $500.00 | $150.00 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2174731
November 9, 2022

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **Subtotal for 09** | | | **0.30** | | **$150.00** |
| **10 - Employment and Fee Application (Firm)** | | | | | |
| 10/04/2022 | DELU L | Correspondence from UST re IM and RC fee apps. UST comments. | 0.20 | $835.00 | $167.00 |
| 10/10/2022 | CANN J | Various communications with L. DeLucia, R&C regarding fee applications. | 0.30 | $425.00 | $127.50 |
| 10/10/2022 | CANN J | Various communications with L. DeLucia, UST regarding fee statements. | 0.30 | $425.00 | $127.50 |
| 10/11/2022 | CANN J | Work on September fee statement. | 1.80 | $425.00 | $765.00 |
| 10/18/2022 | CANN J | Finalized September fee statement and communicated with client regarding same. | 0.80 | $425.00 | $340.00 |
| **Subtotal for 10** | | | **3.40** | | **$1,527.00** |
| **11 - Employment and Fee Applications (Others)** | | | | | |
| 10/11/2022 | DELU L | Receipt and review of Mediator Fee and emails with P. Finn and K. Huffer. | 0.10 | $835.00 | $83.50 |
| 10/14/2022 | CANN J | Teleconference with client regarding Epiq invoices (.3) and exchange communications with Epiq regarding same (.2). | 0.50 | $425.00 | $212.50 |
| 10/17/2022 | CANN J | Analyze Epiq fee statement narratives and communicate with client regarding same. | 0.90 | $425.00 | $382.50 |
| 10/20/2022 | FIED A | Assess Epiq invoices and amounts due | 0.60 | $795.00 | $477.00 |
| 10/24/2022 | CANN J | Work on administrative expense issues and communicate with L. DeLucia and A. Fiedler regarding same. | 0.20 | $425.00 | $85.00 |
| **Subtotal for 11** | | | **2.30** | | **$1,240.50** |
| **13 - Other Litigation/Adversary Matters** | | | | | |
| 10/02/2022 | DELU L | Review R. Hibbard standing research, and email to P. Birney re letter to Committee re standing. | 0.50 | $835.00 | $417.50 |
| 10/02/2022 | DELU L | Work on draft complaint objecting to Oceania Proof of Claim, CM dec action, and apportionment. | 1.00 | $835.00 | $835.00 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2174731
November 9, 2022

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/03/2022 | DELU L | Work on drafting and revisions to "derivative standlng letter" to Committee counsel, draft from R&C, review case law, and edits to letter. | 1.50 | $835.00 | $1,252.50 |
| 10/04/2022 | DELU L | Further edits/drafting of letter to the Committee re Derivative Standing Motions, and sent letter. | 1.00 | $835.00 | $835.00 |
| 10/04/2022 | FIED A | Review motion for derivative standing. | 0.40 | $795.00 | $318.00 |
| 10/04/2022 | FIED A | Review correspondence regarding derivative standing. | 0.20 | $795.00 | $159.00 |
| 10/04/2022 | REUH N | Attention to assignment and arbitration issues in connection with Catholic Mutual coverage. | 2.20 | $530.00 | $1,166.00 |
| 10/06/2022 | DELU L | Emails with P. Birney re 9019 motion. | 0.30 | $835.00 | $250.50 |
| 10/07/2022 | CRIS T | Attention to follow-up questions and prepared a response to DeLucia concerning the arbitration analysis. | 0.20 | $515.00 | $103.00 |
| 10/07/2022 | CRIS T | Continued to research case law on arbitration of insurance coverage and related issues and prepared an analysis of the same. | 2.40 | $515.00 | $1,236.00 |
| 10/07/2022 | FIED A | Review arbitration provisions in Second Circuit. | 0.40 | $795.00 | $318.00 |
| 10/10/2022 | BURD B | Researched how an arbitration clause impacts a bankruptcy proceeding and corresponded with Reuhs about the results of my research. | 3.30 | $295.00 | $973.50 |
| 10/11/2022 | DELU L | Work on draft complaint for declaratory relief as to Catholic Mutual. | 1.20 | $835.00 | $1,002.00 |
| 10/11/2022 | GARD S | Reviewed and revised complaint against Catholic Mutual and evaluated issues relating to the same. | 2.50 | $395.00 | $987.50 |
| 10/11/2022 | REUH N | Review and revise draft insurance coverage complaint. | 2.20 | $530.00 | $1,166.00 |
| 10/13/2022 | GARD S | Reviewed and began revising letter to Catholic Mutual. | 0.30 | $395.00 | $118.50 |
| 10/13/2022 | GARD S | Reviewed Motion and related documents from Creditors' Committee regarding assignment of | 0.50 | $395.00 | $197.50 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2174731
November 9, 2022

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | insurance rights and evaluated next steps pertaining to Catholic Mutual. | | | |
| 10/13/2022 | HIBB R | Call with Crist regarding derivative standing motion. | 0.20 | $255.00 | $51.00 |
| 10/13/2022 | HIBB R | Review caselaw cited in the Committee's derivative standing motion. | 0.60 | $255.00 | $153.00 |
| 10/13/2022 | HIBB R | Draft responsive motion regarding derivative standing. | 1.90 | $255.00 | $484.50 |
| 10/13/2022 | HIBB R | Review derivative standing letter Debtor sent to the Committee. | 0.20 | $255.00 | $51.00 |
| 10/13/2022 | HIBB R | Review the Committee's motion for derivative standing. | 0.70 | $255.00 | $178.50 |
| 10/14/2022 | GARD S | Revised letter to Catholic Mutual and evaluated issues relating to coverage and potential assignment of rights or next steps in the event of no further contribution. | 1.90 | $395.00 | $750.50 |
| 10/14/2022 | HIBB R | Email correspondence with Crist regarding the derivative standing motion. | 0.20 | $255.00 | $51.00 |
| 10/14/2022 | HIBB R | Continue drafting responsive motion regarding derivative standing. | 3.00 | $255.00 | $765.00 |
| 10/17/2022 | BURD B | Reviewed Catholic Mutual insurance policies to determine when arbitration clause was added and corresponded with Reuhs and Gardner about results of review. | 0.90 | $295.00 | $265.50 |
| 10/17/2022 | CRIS T | Conferenced with DeLucia, Birney, Cannizzaro, Fiedler and Smith concerning coordination on and revisions to the Objection to the Notice Motion filed by the Committee. | 0.20 | $515.00 | $103.00 |
| 10/17/2022 | CRIS T | Reviewed and made revisions to the draft of the Objection to the Notice Motion filed by the Committee concerning derivative standing, following discussions of the same. | 2.20 | $515.00 | $1,133.00 |
| 10/17/2022 | CRIS T | Multiple correspondence with DeLucia, Fiedler, Reuhs and others concerning the Objection to the Notice Motion filed by the Committee and revised the same. | 0.90 | $515.00 | $463.50 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2174731
November 9, 2022

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/17/2022 | DELU L | Review and analysis of demand letter on Catholic Mutual after last mediation session. | 0.40 | $835.00 | $334.00 |
| 10/17/2022 | DELU L | Review and edit objection to standing motion by Committee re Catholic Mutual. | 1.10 | $835.00 | $918.50 |
| 10/17/2022 | DELU L | Emails and then conference call on objection to ex parte motion for hearing on Committee standing motion re Catholic Mutual. | 0.80 | $835.00 | $668.00 |
| 10/17/2022 | GARD S | Reviewed and evaluated filings and communications relating to Creditors' Motion for Assignment and communicated with Reuhs regarding the same. | 0.20 | $395.00 | $79.00 |
| 10/17/2022 | HIBB R | Call regarding the deadline to file a response to the Committee's derivative standing motion. | 0.30 | $255.00 | $76.50 |
| 10/17/2022 | HIBB R | Review and proofread derivative standing response to the Committee before submission. | 0.20 | $255.00 | $51.00 |
| 10/18/2022 | CRIS T | Reviewed the Ex Parte Motion for Order Scheduling Hearing on the Derivative Standing Motion. | 0.10 | $515.00 | $51.50 |
| 10/18/2022 | DELU L | Conference call with Catholic Mutual re Committee's motion for standing. | 0.80 | $835.00 | $668.00 |
| 10/18/2022 | REUH N | Call regarding standing and insurance issues. | 0.50 | $530.00 | $265.00 |
| 10/20/2022 | BASA N | Continued research the applicability of the automatic stay to parishes and other affiliated non-debtor entities | 0.30 | $500.00 | $150.00 |
| 10/20/2022 | BASA N | Drafted email memorandum regarding results of research regarding applicability of automatic stay to parishes and other affiliated non-debtor entities. | 0.70 | $500.00 | $350.00 |
| 10/20/2022 | BASA N | Conducted research regarding applicability of automatic stay to parishes and other affiliated non-debtor entities. | 1.80 | $500.00 | $900.00 |
| 10/20/2022 | DELU L | Receipt and review of St. Luke's litigation. | 0.50 | $835.00 | $417.50 |
| 10/20/2022 | DELU L | Review of draft Oceania complaint and contribution claims, and legal research re apportionment. | 0.80 | $835.00 | $668.00 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2174731
November 9, 2022

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/20/2022 | FIED A | Review talking points for mediation. | 0.20 | $795.00 | $159.00 |
| 10/20/2022 | FIED A | Review correspondence regarding apportionment. | 0.20 | $795.00 | $159.00 |
| 10/20/2022 | FIED A | Review Rule 9019 motion. | 0.30 | $795.00 | $238.50 |
| 10/20/2022 | FIED A | Assess stay issues regarding St Luke under applicable law. | 0.60 | $795.00 | $477.00 |
| 10/20/2022 | FIED A | review revised complaint against Oceania | 0.80 | $795.00 | $636.00 |
| 10/21/2022 | BASA N | Reviewed St. Luke's complaint. | 0.20 | $500.00 | $100.00 |
| 10/21/2022 | BASA N | Drafted letter to K. Reardon advising of her client's automatic stay violation. | 1.30 | $500.00 | $650.00 |
| 10/21/2022 | BASA N | Researched diocesan cases that considered whether parishes and other non-debtors are stayed under section 362(a)(3). | 0.90 | $500.00 | $450.00 |
| 10/21/2022 | BASA N | Continued to research the applicability of the automatic stay to parishes and other affiliated non-debtor entities. | 1.70 | $500.00 | $850.00 |
| 10/21/2022 | BASA N | Reviewed sexual abuse proof of claim form related to state court action. | 0.10 | $500.00 | $50.00 |
| 10/21/2022 | BASA N | Participated in call with B. Jensen, P. Briney, L. DeLucia, and A. Fiedler regarding Oceania concerns. | 0.40 | $500.00 | $200.00 |
| 10/21/2022 | CANN J | Analyzed client files regarding potential claims for A. Fiedler. | 1.20 | $425.00 | $510.00 |
| 10/21/2022 | DELU L | Review St. Luke's litigation, and conference call with counsel to Parishes re St. Luke's litigation and stay violation and possible removal. | 1.20 | $835.00 | $1,002.00 |
| 10/21/2022 | DELU L | Review of amended indemnification and contribution claim Complaint against Oceania, and conference call with Robinson Cole re same. | 1.50 | $835.00 | $1,252.50 |
| 10/21/2022 | DELU L | Receipt and review of Order setting hearing on Motion for Standing to Sue Catholic Mutual | 0.20 | $835.00 | $167.00 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2174731
November 9, 2022

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/21/2022 | FIED A | Participate in mediation prep call. | 1.00 | $795.00 | $795.00 |
| 10/21/2022 | GARD S | Addressed additional questions regarding Creditors' Motion for assignment of rights under insurance certificates and drafted further communications regarding the same. | 0.70 | $395.00 | $276.50 |
| 10/21/2022 | GARD S | Addressed issues relating to Creditors' Motion regarding assignment of rights under insurance certificates and drafted summary of arguments for response to the same. | 1.40 | $395.00 | $553.00 |
| 10/21/2022 | HIBB R | Research fraudulent conveyance statute of limitations for various jurisdictions. | 0.60 | $255.00 | $153.00 |
| 10/21/2022 | REUH N | Attention to implications of St. Luke matter. | 0.60 | $530.00 | $318.00 |
| 10/22/2022 | BASA N | Continued researching the applicability of the automatic stay to parishes and other non-debtor parties. | 1.80 | $500.00 | $900.00 |
| 10/22/2022 | BASA N | Drafted additional memoranda related to research regarding applicability of automatic stay to parishes. | 0.50 | $500.00 | $250.00 |
| 10/22/2022 | BASA N | Revised letter to K. Reardon regarding automatic stay violation. | 1.20 | $500.00 | $600.00 |
| 10/22/2022 | BASA N | Continued drafting letter to K. Reardon regarding automatic stay violation. | 2.70 | $500.00 | $1,350.00 |
| 10/23/2022 | BASA N | Research regarding ability to bring contribution claims based on claims filed in bankruptcy case. | 1.10 | $500.00 | $550.00 |
| 10/23/2022 | BASA N | Reviewed revised letter to K. Reardon regarding stay violation. | 0.20 | $500.00 | $100.00 |
| 10/23/2022 | BASA N | Exchanged emails with L. DeLucia and S. Gardner regarding revisions to letter to K. Reardon. | 0.30 | $500.00 | $150.00 |
| 10/23/2022 | BASA N | Further revised letter to K. Reardon. | 0.30 | $500.00 | $150.00 |
| 10/25/2022 | BASA N | Reviewed Committee's derivative standing motion. | 0.30 | $500.00 | $150.00 |
| 10/26/2022 | BASA N | Conducted research regarding committees' | 0.60 | $500.00 | $300.00 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2174731
November 9, 2022

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | fiduciary duties to its constituent body. | | | |
| 10/26/2022 | BASA N | Conducted research regarding attorney disqualification for a concurrent client conflict of interest. | 1.00 | $500.00 | $500.00 |
| 10/26/2022 | BASA N | Revised memo regarding conflict of interest and committee fiduciary duty research. | 0.20 | $500.00 | $100.00 |
| 10/26/2022 | BASA N | Drafted memo regarding conflicts of interest and committee fiduciary duty research. | 0.60 | $500.00 | $300.00 |
| 10/26/2022 | BASA N | Conducted research regarding conflicts of interest with respect to plaintiffs' attorneys in mass tort cases. | 1.50 | $500.00 | $750.00 |
| 10/26/2022 | DELU L | Receipt of correspondence from Catholic Mutual re defense of St. Luke's lawsuit. | 0.30 | $835.00 | $250.50 |
| 10/26/2022 | FIED A | Review correspondence from K. Reardon regarding St. Lukes. | 0.10 | $795.00 | $79.50 |
| 10/26/2022 | FIED A | Review St. Luke's lawsuit and automatic stay. | 0.40 | $795.00 | $318.00 |
| 10/27/2022 | BASA N | Continued research regarding concurrent conflicts of interest in mass tort bankruptcy cases, particularly when an action is brought outside of the bankruptcy case. | 1.40 | $500.00 | $700.00 |
| 10/27/2022 | DELU L | Review of conflict/ethics related issues that arise because of St. Luke's litigation commenced by Reardon. | 0.30 | $835.00 | $250.50 |
| 10/27/2022 | DELU L | Coordinate call on Monday with Catholic Mutual, Association of Parishes counsel and RC re St. Lukes action. | 0.40 | $835.00 | $334.00 |
| 10/28/2022 | BASA N | Conducted research regarding asserting identical claims in multiple forums under pseudonyms. | 1.50 | $500.00 | $750.00 |
| 10/28/2022 | BASA N | Continued research regarding concurrent conflicts of interest in mass tort bankruptcy cases and bankrupt debtors' standing to challenge conflicts of interest in state court cases that do not name debtor as a defendant. | 1.10 | $500.00 | $550.00 |
| 10/28/2022 | BASA N | Conducted research regarding removing a state | 0.80 | $500.00 | $400.00 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2174731
November 9, 2022

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | court action that does not name a bankrupt debtor. | | | |
| 10/31/2022 | BASA N | Conducted research regarding attorneys conflicts of interest in mass tort bankruptcies. | 0.60 | $500.00 | $300.00 |
| 10/31/2022 | BASA N | Conducted research regarding duties of lawyer who represents a committee member. | 1.10 | $500.00 | $550.00 |
| 10/31/2022 | BASA N | Participated in call with Parish Association and Catholic Mutual regarding St. Luke's lawsuit issues. | 1.00 | $500.00 | $500.00 |
| **Subtotal for 13** | | | **77.90** | | **$41,511.00** |
| **15 - Non-Working Travel** | | | | | |
| 10/05/2022 | DELU L | Travel to/from Norwich for meeting with Xavier and Diocese. | 8.00 | $417.50 | $3,340.00 |
| 10/23/2022 | REUH N | Travel from Indianapolis to NY for mediation. | 5.00 | $265.00 | $1,325.00 |
| 10/25/2022 | REUH N | Travel from NY to Indianapolis. | 5.50 | $265.00 | $1,457.50 |
| **Subtotal for 15** | | | **18.50** | | **$6,122.50** |
| **16 - Plan and Disclosure Statement** | | | | | |
| 09/09/2022 | FIED A | Continued revisions to mediation statement. | 1.20 | $795.00 | $954.00 |
| 09/09/2022 | FIED A | Multiple correspondence with mediation parties regarding statement. | 0.30 | $795.00 | $238.50 |
| 10/03/2022 | DELU L | Set up Wednesday meeting with Xavier, emails with Diocese and Jon Newton re meeting at Chancery. | 0.60 | $835.00 | $501.00 |
| 10/04/2022 | DELU L | Coordinate, emails re meeting with Diocese at 2 PM on 10/5, with Xavier. | 0.20 | $835.00 | $167.00 |
| 10/05/2022 | BURD B | Finished drafting letter to Catholic Mutual's Counsel regarding their contribution suggested during mediation and corresponded with Reuhs about the letter. | 2.40 | $295.00 | $708.00 |
| 10/05/2022 | DELU L | Meeting with Xavier and Diocese re claims, Xavier property claims. | 1.80 | $835.00 | $1,503.00 |
| 10/07/2022 | DELU L | Conference call with B. Riley (Wayne and | 1.00 | $835.00 | $835.00 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2174731
November 9, 2022

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | David) re memo accounts, collection, and further analysis. | | | |
| 10/13/2022 | CANN J | Strategize with T. Crist and L. DeLucia regarding mediation, plan, and disclosure statement. | 0.50 | $425.00 | $212.50 |
| 10/13/2022 | CRIS T | Conferenced with DeLucia and Cannizzaro on preparation of a Disclosure Statement and Plan. | 0.40 | $515.00 | $206.00 |
| 10/13/2022 | FIED A | Begin review of draft plan. | 0.90 | $795.00 | $715.50 |
| 10/18/2022 | CRIS T | Conferenced with Cannizzaro on preparation of a draft of the Plan and Disclosure Statement. | 0.10 | $515.00 | $51.50 |
| 10/18/2022 | DELU L | Prepare for, assemble information, and coordinate attendance at 10/24-10/25 mediations. | 1.00 | $835.00 | $835.00 |
| 10/18/2022 | REUH N | Internal conferences regarding insurance strategy at mediation, including updated review claim documents. | 0.80 | $530.00 | $424.00 |
| 10/19/2022 | BASA N | Drafted email memo regarding diocesan chapter 11 plan terms. | 0.30 | $500.00 | $150.00 |
| 10/19/2022 | BASA N | Reviewed and summarized Diocesan chapter 11 plans. | 1.50 | $500.00 | $750.00 |
| 10/19/2022 | BASA N | Call with J. Cannizzaro regarding plan and disclosure statement formulation. | 0.30 | $500.00 | $150.00 |
| 10/19/2022 | BASA N | Conducted research regarding diocesan Chapter 11 plan terms. | 0.80 | $500.00 | $400.00 |
| 10/19/2022 | CANN J | Work on revisions and updates to draft plan of reorganization. | 2.10 | $425.00 | $892.50 |
| 10/20/2022 | BASA N | Reviewed mediation preparation materials. | 1.40 | $500.00 | $700.00 |
| 10/20/2022 | BASA N | Reviewed draft of chapter 11 plan. | 0.50 | $500.00 | $250.00 |
| 10/20/2022 | BASA N | Continued research regarding diocesan chapter 11 plan terms. | 1.40 | $500.00 | $700.00 |
| 10/20/2022 | BASA N | Conducted research regarding mass tort claim estimation and administration through chapter | 0.70 | $500.00 | $350.00 |

Chapter 11 Bankruptcy of Diocese of Norwich

Our Matter No. 064052.10002

Invoice No. 01-2174731

November 9, 2022

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | 11 plans. | | | |
| 10/20/2022 | CANN J | Work on plan and disclosure statement. | 1.10 | $425.00 | $467.50 |
| 10/20/2022 | DELU L | Began review and schedule calls with B. Riley and R&C on memo account issues and 9019 motion | 0.60 | $835.00 | $501.00 |
| 10/20/2022 | DELU L | Email correspondence with Paul Finn re mediation, then email(s) to all parties re scheduling of the mediation, sessions, etc. | 0.80 | $835.00 | $668.00 |
| 10/20/2022 | FIED A | Prepare for mediation. | 0.80 | $795.00 | $636.00 |
| 10/21/2022 | BASA N | Participated in call with J. Cannizzaro and T. Crist regarding plan formulation and claims estimation. | 0.50 | $500.00 | $250.00 |
| 10/21/2022 | CANN J | Conferenced with T. Crist and N. Basalyga regarding draft plan and disclosure statement. | 0.40 | $425.00 | $170.00 |
| 10/21/2022 | CRIS T | Conferenced with Basalyga and Cannizzaro on the Plan and Disclosure Statement, as well as claims estimation matters. | 0.30 | $515.00 | $154.50 |
| 10/21/2022 | CRIS T | Attention to correspondence from Cannizzaro concerning the draft Plan and Disclosure Statement and various issues. | 0.10 | $515.00 | $51.50 |
| 10/21/2022 | DELU L | Prepare for mediation on Monday and Tuesday. | 1.50 | $835.00 | $1,252.50 |
| 10/21/2022 | FIED A | Call regarding parishes and mediation. | 1.00 | $795.00 | $795.00 |
| 10/21/2022 | REUH N | Mediation prep, including internal conferences and updating of materials/outlines. | 1.40 | $530.00 | $742.00 |
| 10/22/2022 | BASA N | Reviewed mediation statement and additional mediation preparation materials. | 0.40 | $500.00 | $200.00 |
| 10/23/2022 | BASA N | Conference call with L. DeLucia, A. Fiedler, M. Driscoll, and P. Burnet regarding Xavier corporate governance review, parish litigation stay response, and mediation preparation. | 1.80 | $500.00 | $900.00 |
| 10/23/2022 | DELU L | Assemble required documents, reports and prepare for Monday mediation. | 2.00 | $835.00 | $1,670.00 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2174731
November 9, 2022

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/23/2022 | FIED A | Prepare for meditation. | 0.80 | $795.00 | $636.00 |
| 10/24/2022 | BASA N | Conducted research regarding effect of joint consolidation on exclusivity deadlines. | 0.40 | $500.00 | $200.00 |
| 10/24/2022 | BASA N | Participated in mediation session with representatives from the Diocese, Committee, Insurers, High Schools, and Parishes. | 8.10 | $500.00 | $4,050.00 |
| 10/24/2022 | DELU L | Attend all day plan mediation session. | 9.00 | $835.00 | $7,515.00 |
| 10/24/2022 | FIED A | Participate in mediation. | 9.00 | $795.00 | $7,155.00 |
| 10/24/2022 | REUH N | Attend all day mediation. | 8.00 | $530.00 | $4,240.00 |
| 10/25/2022 | BASA N | Continued research regarding joint administration and plan exclusivity tolling. | 0.80 | $500.00 | $400.00 |
| 10/25/2022 | BASA N | Provided mediation status update to R. Hibbard. | 0.20 | $500.00 | $100.00 |
| 10/25/2022 | BASA N | Participated in second day of court-ordered mediation with Committee, Parishes, Schools, and Insurers. | 3.20 | $500.00 | $1,600.00 |
| 10/25/2022 | DELU L | Attend plan mediation session (9 AM - 1 PM), and post mediation discussions with certain constituencies. | 5.00 | $835.00 | $4,175.00 |
| 10/25/2022 | FIED A | Participate in mediation. | 1.50 | $795.00 | $1,192.50 |
| 10/25/2022 | REUH N | Half-day mediation. | 4.00 | $530.00 | $2,120.00 |
| 10/27/2022 | CRIS T | Attention to prior communications and pleadings concerning a diocesan plan of reorganization and Committee objections thereto. | 0.50 | $515.00 | $257.50 |
| 10/27/2022 | DELU L | Correspondence and work on Motion to Further Extend Exclusivity. | 0.40 | $835.00 | $334.00 |
| 10/27/2022 | DELU L | Work on, review motion to extend exclusivity. | 1.00 | $835.00 | $835.00 |
| 10/27/2022 | HIBB R | Calculate dates for exclusivity and solicitation requests. | 0.40 | $255.00 | $102.00 |
| 10/27/2022 | HIBB R | Draft proposed order for extension of exclusivity. | 0.40 | $255.00 | $102.00 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2174731
November 9, 2022

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/27/2022 | HIBB R | Review, revise, and circulate motion for extension of exclusivity. | 0.50 | $255.00 | $127.50 |
| 10/27/2022 | HIBB R | Draft motion for extension of exclusivity. | 1.80 | $255.00 | $459.00 |
| 10/28/2022 | DELU L | Emails with all parties and mediator re November 8, 2022 mediation session by Zoom. | 0.20 | $835.00 | $167.00 |
| 10/28/2022 | DELU L | Emails and then correspondence from Kindseth reviewed re letter to Parishes re memo accounts and reserved funds. | 0.60 | $835.00 | $501.00 |
| 10/28/2022 | FIED A | Review extension for exclusivity. | 0.10 | $795.00 | $79.50 |
| 10/28/2022 | HIBB R | Update motion for extension of exclusivity with comments from Birney. | 0.60 | $255.00 | $153.00 |
| 10/28/2022 | HIBB R | Draft motion for expedited consideration. | 1.10 | $255.00 | $280.50 |
| **Subtotal for 16** | | | **90.50** | | **$56,933.00** |

**27 - Other Motions/Applications**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/03/2022 | HIBB R | Verify all updated schedules on the 105(a) injunction motion reflect accurate information. | 0.40 | $255.00 | $102.00 |
| 10/03/2022 | HIBB R | Run comparison of revised 105(a) injunction and circulate to the bankruptcy group with summary of changes. | 0.20 | $255.00 | $51.00 |
| 10/03/2022 | HIBB R | Revise 105(a) injunction in response to DeLucia comments and update attached schedules. | 2.10 | $255.00 | $535.50 |
| 10/04/2022 | CRIS T | Prepared correspondence to Hibbard concerning the motion for section 105 injunction and next steps. | 0.20 | $515.00 | $103.00 |
| 10/04/2022 | DELU L | Review, complete, and then email committee and Oceania with draft 105 injunction motion. | 0.40 | $835.00 | $334.00 |
| 10/04/2022 | FIED A | Review draft section 105 stay motion. | 0.20 | $795.00 | $159.00 |
| 10/04/2022 | HIBB R | Draft email to Crist summarizing 105(a) injunction success rates. | 0.20 | $255.00 | $51.00 |
| 10/04/2022 | HIBB R | Review Diocesan court dockets for 105(a) injunctions and success rates. | 1.60 | $255.00 | $408.00 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2174731
November 9, 2022

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/11/2022 | DELU L | Work on objection to Oceania Claim and possible complaint for contribution, apportionment, and related relief. | 0.50 | $835.00 | $417.50 |
| 10/11/2022 | DELU L | Correspondence with Eric Henzy and Allen Kadish re 105 Injunction issues. | 0.20 | $835.00 | $167.00 |
| 10/13/2022 | CRIS T | Prepared correspondence to Birney concerning the objection to the Committee's motion for standing. | 0.10 | $515.00 | $51.50 |
| 10/13/2022 | CRIS T | Conferenced with Hibbard on preparation of an initial draft objection to the Committee's standing motion. | 0.20 | $515.00 | $103.00 |
| 10/13/2022 | CRIS T | Attention to communications concerning the standing motion filed by the Committee. | 0.10 | $515.00 | $51.50 |
| 10/13/2022 | CRIS T | Conferenced with DeLucia on the standing motion filed by the Committee concerning pursuant of Catholic Mutual and responding to the same. | 0.20 | $515.00 | $103.00 |
| 10/13/2022 | DELU L | Review of Committee standing motion and then calls and work on response re objection to standing re Catholic Mutual | 1.40 | $835.00 | $1,169.00 |
| 10/14/2022 | CRIS T | Attention to the correspondence from Birney and Notice of Intent and prepared a reply to summarize the next steps in opposing the derivative standing motion. | 0.50 | $515.00 | $257.50 |
| 10/18/2022 | CRIS T | Reviewed correspondence and documents regarding, and the status of, the section 105 injunction motion. | 0.30 | $515.00 | $154.50 |
| 10/28/2022 | BASA N | Drafted motion to enforce automatic stay against St. Luke's plaintiff. | 1.80 | $500.00 | $900.00 |
| 10/29/2022 | BASA N | Drafted motion to enforce automatic stay and enjoin claimant from pursuing state court action. | 1.30 | $500.00 | $650.00 |
| 10/30/2022 | BASA N | Conducted research to support motion to enforce automatic stay and enjoin claimants from pursuing state court actions. | 2.50 | $500.00 | $1,250.00 |
| 10/30/2022 | BASA N | Drafted motion to enforce automatic stay and | 6.80 | $500.00 | $3,400.00 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2174731
November 9, 2022

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | enjoin claimant from pursuing state court action. | | | |
| 10/31/2022 | BASA N | Drafted motion to enforce automatic stay against Reardon client. | 2.90 | $500.00 | $1,450.00 |
| 10/31/2022 | BASA N | Conducted research regarding preliminary injunction standards in the Second Circuit. | 0.80 | $500.00 | $400.00 |
| 10/31/2022 | BASA N | Consulted with L. DeLucia regarding supporting declaration to stay enforcement motion. | 0.20 | $500.00 | $100.00 |
| 10/31/2022 | BASA N | Drafted motion to enforce automatic stay and enjoin claimants from pursuing state court actions. | 2.20 | $500.00 | $1,100.00 |
| 10/31/2022 | BASA N | Conducted research regarding bankruptcy courts' authority under section 105 of the Bankruptcy Code. | 1.10 | $500.00 | $550.00 |
| 10/31/2022 | BASA N | Conducted research regarding bankruptcy court's authority to enter a preliminary injunction. | 1.80 | $500.00 | $900.00 |
| 10/31/2022 | BASA N | Consulted with L. DeLucia regarding motion to enforce the automatic stay. | 0.40 | $500.00 | $200.00 |
| 10/31/2022 | DELU L | Work on stay violation motion on St. Luke's state law suit, and related emails with Catholic Mutual, coverage provider of claim, and Association of Parishes, then conference call with all parties. | 2.00 | $835.00 | $1,670.00 |
| **Subtotal for 27** | | | **32.60** | | **$16,788.00** |
| **Total Professional Services** | | | **319.20** | | **$170,232.00** |

Chapter 11 Bankruptcy of Diocese of Norwich

Our Matter No. 064052.10002

Invoice No. 01-2174731

November 9, 2022

## SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Louis DeLucia | 52.20 | $835.00 | $43,587.00 |
| Louis DeLucia | 8.00 | $417.50 | $3,340.00 |
| Alyson Fiedler | 31.80 | $795.00 | $25,281.00 |
| David Nie | 0.60 | $560.00 | $336.00 |
| Nicholas Reuhs | 30.70 | $530.00 | $16,271.00 |
| Nicholas Reuhs | 10.50 | $265.00 | $2,782.50 |
| John Cannizzaro | 11.90 | $425.00 | $5,057.50 |
| Tyson Crist | 27.30 | $515.00 | $14,059.50 |
| Samuel Gardner | 9.00 | $395.00 | $3,555.00 |
| Rose Gallagher | 0.50 | $250.00 | $125.00 |
| Nathan Basalyga | 83.40 | $500.00 | $41,700.00 |
| Ben Burdick | 13.20 | $295.00 | $3,894.00 |
| Ryan Hibbard | 38.90 | $255.00 | $9,919.50 |
| John Acquaviva | 1.20 | $270.00 | $324.00 |
| **Total Professional Services** | **319.20** | | **$170,232.00** |

## COSTS ADVANCED

| Description | Amount |
|---|---|
| Legal Research Expense - WESTLAW | $12,842.26 |
| Nicholas Reuhs - Nicholas Reuhs; Ticket Change Fee; First   Mediation of Diocese of Norwich Bankruptcy;   Flight change in light of early mediation   conclusion | $215.60 |
| Nicholas Reuhs - Nicholas Reuhs; Parking; First Mediation of   Diocese of Norwich Bankruptcy | $50.00 |
| KLDiscovery Ontrack, LLC - Monthly KLDiscovery - September 2022 Service | $1,439.01 |
| **Total Cost Advanced** | **$14,546.87** |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

| | |
|---|---:|
| 10% Discount | $(17,023.20) |
| **Total Invoice Balance Due** | **$167,755.67** |