# United States Bankruptcy Court

## District of Connecticut



In re:

The Norwich Roman Catholic Diocesan Corporation
Debtor*

Case Number: 21−20687
Chapter: 11

### NOTICE OF HEARING

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

**PLEASE TAKE NOTICE** that a Hearing will be held remotely using the ZoomGov platform **on December 15, 2022 at 2:00 PM** to consider and act upon the following matter(s):

**Fourth Interim Application for Compensation and Reimbursement of Disbursements for the Period of May 1, 2022, to September 30, 2022 for Zeisler & Zeisler, P.C., Creditor Comm. Aty, Fee: $330,882.60, Expenses: $7,962.56. Filed by Christopher H. Blau on behalf of Official Committee of Unsecured Creditors Creditor Committee. (Re: Doc #878)**

**First Interim Application for Compensation (First) May 1, 2022 through September 30, 2022 for Wellspeak Dugas & Kane, L.L.C., Other Professional, Fee: $960.00, Expenses: $0.00. Filed by Wellspeak Dugas & Kane, L.L.C., Realtor. (Re: Doc #880)**

**Fourth Interim Application for Compensation for GlassRatner Advisory & Capital Group LLC dba B. Riley Advisory Services as Financial Advisor to the Debtor, Fee: $143,388.25, Expenses: $379.08. Filed by The Norwich Roman Catholic Diocesan Corporation, Debtor. (Re: Doc #917)**

**Fourth Interim Application for Compensation for Ice Miller LLP as Co-Counsel to the Debtor, Fee: $437,209.65, Expenses: $26,367.39. Filed by The Norwich Roman Catholic Diocesan Corporation, Debtor. (Re: Doc #918)**

**Fourth Interim Application for Compensation for Brown Jacobson PC as Special Counsel to the Debtor, Fee: $5,995.00, Expenses: $10.00. Filed by The Norwich Roman Catholic Diocesan Corporation, Debtor. (Re: Doc #919)**

**First Interim Application for Compensation for Gellert Scali Busenkell & Brown, LLC as Special Counsel to the Debtor, Fee: $17,268.00, Expenses: $0.00. Filed by The Norwich Roman Catholic Diocesan Corporation, Debtor. (Re: Doc #920)**

**Fourth Interim Application for Compensation for Robinson & Cole LLP as Co-Counsel to the Debtor, Fee: $184,722.25, Expenses: $1,278.54. Filed by The Norwich Roman Catholic Diocesan Corporation, Debtor. (Re: Doc #921)**

**First Interim Application for Compensation for May 1, 2022, through September 30, 2022, for O'Sullivan McCormack Jensen & Bliss PC, Special Counsel, Fee: $37,052.00, Expenses: $910.55. Filed by Christopher H. Blau, Attorney (Re: Doc #928)**

**TO THE FILING PARTY:** You are required to serve this Notice of Hearing in accordance with the Bankruptcy Rules and file a Certificate of Service with the court indicating the name and address of each party served unless service was made electronically through CM/ECF.

**See below for ZoomGov Connection Instructions to participate via video and/or telephonically.**

---

**Important Policy Notice to the Bar, Public, and Media**

Persons granted remote access to hearings and other proceedings held before the Court via ZoomGov, CourtSolutions, CourtCall, or any other remote communication platform, are reminded that pursuant to policy of the Judicial Conference of the United States and D. Conn. Bankr. L. R. 5073−1, it is absolutely prohibited to record, photograph, rebroadcast or retransmit such proceedings (including streaming, screen−shots or any other audio or video reproduction).

A violation of these prohibitions is subject to sanctions, including but not limited to restricted access to future hearings, removal of court issued media credentials, or any other sanctions deemed necessary by the Court.

---

**ZOOMGOV REMOTE HEARING INFORMATION FOR PARTICIPANTS :**

If you are the debtor, CM/ECF Filer, or CM/ECF User and will be participating in the above scheduled hearing, at least THREE business days before the scheduled hearing, you must contact the Clerk's Office for instructions to connect to the ZoomGov remote hearing by sending an email to the following court email address: CalendarConnect_HTD@ctb.uscourts.gov. If you do not have an email address, you may call the Clerk's Office at (860)240−3675 for the instructions.

**PUBLIC ACCESS TO REMOTE HEARING−LISTEN ONLY**: If you are **not a Remote Hearing Participant** but would like to listen to the hearing, please use the court hearing conference line at 1−877−336−1839 and input the Access Code: 8852665 when prompted.

---

For further instruction and best practices for appearing remotely utilizing ZoomGov, please find the ZoomGov Guide for Participants on our website at www.ctb.uscourts.gov.

Dated: November 18, 2022

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112