**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,[1] | Case No: 21-20687 (JJT) |
| Debtor. | December 15, 2022 |

**FOURTEENTH MONTHLY SUMMARY STATEMENT OF DEBTOR PAYMENTS TO RETAINED PROFESSIONALS AS OF DECEMBER 15, 2022**

The Norwich Roman Catholic Diocesan Corporation, debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor" or "Diocese"), hereby files this summary statement ("Summary Statement") of payments by the Debtor to all Retained Professionals from the Petition Date of July 15, 2021, through and including December 15, 2022 (for fees and expenses incurred through November 30, 2022), in accordance with the *Order Granting Debtor's Motion for Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Dkt. No. 314] (the "Interim Compensation Procedures Order")[2] ¶ 2(k).

---

[1] The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich. The last four digits of the Debtor's federal tax identification number are 7373.

[2] Capitalized terms used herein but not defined shall have the meaning ascribed to them in the Interim Compensation Procedures Order.

-2-

## PAID FEES AND EXPENSES

| Retained Professional (Party Represented) | Filing [Dkt. No.] | Fees Paid to Date | Expenses Paid to Date |
|---|---|---|---|
| Prior Payments | See *Thirteenth Monthly Summary Statement of Debtor Payments to Retained Professionals as of November 15, 2022* [Dkt. No. 922] | $2,867,696.79 | $53,342.27 |
| **TOTAL** | | **$2,867,696.79** | **$53,342.27** |
| **TOTAL PAYMENTS** | | | **$2,921,039.06** |

**UNPAID FEES AND EXPENSES THROUGH DECEMBER 15, 2022**

| Retained Professional (Party Represented) | Filing [Dkt. No.] | Unpaid Fees | Reason Fees Unpaid | Unpaid Expenses | Reason Expenses Unpaid |
|---|---|---|---|---|---|
| O'Sullivan McCormack Jensen & Bliss PC (Committee) | Interim Fee Application [Dkt. No. 928] | $37,052.00 | This application is under advisement following the hearing held on December 15, 2022. | $910.55 | This application is under advisement following the hearing held on December 15, 2022. |
| Zeisler & Zeisler PC (Committee) | Fourth Interim Fee Application [Dkt. No. 878] | $330,882.60 | This application is under advisement following the hearing held on December 15, 2022. | $7,962.56 | This application is under advisement following the hearing held on December 15, 2022. |
| Wellspeak Dugas & Kane, L.L.C. (Committee) | Interim Fee Application [Dkt. No. 880] | $288.00 | This application is under advisement following the hearing held on December 15, 2022. | $0.00 | N/A |
| B. Riley (Debtor) | Fourth Interim Fee Application [Dkt. No. 917] | $143,388.25 | This application is under advisement following the hearing held on December 15, 2022. | $379.08 | This application is under advisement following the hearing held on December 15, 2022. |
| Ice Miller (Debtor) | Fourth Interim Fee Application [Dkt. No. 918] | $437,209.65 | This application is under advisement following the hearing held on December 15, 2022. | $26,367.39 | This application is under advisement following the hearing held on December 15, 2022. |

| Retained Professional (Party Represented) | Filing [Dkt. No.] | Unpaid Fees | Reason Fees Unpaid | Unpaid Expenses | Reason Expenses Unpaid |
|---|---|---|---|---|---|
| Robinson + Cole (Debtor) | Fourth Interim Fee Application [Dkt. No. 921] | $184,722.25 | This application is under advisement following the hearing held on December 15, 2022. | $1,278.54 | This application is under advisement following the hearing held on December 15, 2022. |
| Brown Jacobson (Debtor) | Fourth Interim Fee Application [Dkt. No. 919] | $5,995.00 | This application is under advisement following the hearing held on December 15, 2022. | $10.00 | This application is under advisement following the hearing held on December 15, 2022. |
| GSBB (Debtor) | Interim Fee Application [Dkt. No. 920] | $17,268.00 | This application is under advisement following the hearing held on December 15, 2022. | $0.00 | N/A |
| **TOTAL** | **FEES** | **$1,141,020.75** | **EXPENSES** | **$36,160.70** | |

*[Signature on following page]*

Dated: Hartford, CT
December 15, 2022

                /s/ *Patrick M. Birney*
                Patrick M. Birney (CT No. 19875)
                Andrew A. DePeau (CT No. 30051)
                Annecca H. Smith (CT No. 31148)
                **ROBINSON & COLE LLP**
                280 Trumbull Street
                Hartford, CT 06103
                Telephone: (860) 275-8275
                Facsimile: (860) 275-8299
                E-mail: pbirney@rc.com
                           adepeau@rc.com
                           asmith@rc.com

                -and-

                Louis T. DeLucia (admitted *pro hac vice*)
                Alyson M. Fiedler (admitted *pro hac vice*)
                **ICE MILLER LLP**
                1500 Broadway, 29th Floor
                New York, NY 10036
                Telephone: (212) 824-4940
                Facsimile: (212) 824-4982
                E-mail: louis.delucia@icemiller.com
                           alyson.fiedler@icemiller.com

                *Counsel to the Debtor*
                *and Debtor-in-Possession*