## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,[1] | Case No:  21-20687 (JJT) |
| Debtor. | December 16, 2022 |
| | **Objections Due: January 6, 2023 at 4:00 p.m.** |

## FIFTEENTH MONTHLY STATEMENT OF ICE MILLER LLP FOR INTERIM MONTHLY COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTOR <u>FROM NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022</u>

| | |
|---|---|
| Name of Retained Professional: | Ice Miller LLP |
| Party Represented: | Debtor |
| Date of Retention: | Approved September 17, 2021<br>Effective July 15, 2021 |
| Period for which compensation and reimbursement is sought: | November 1, 2022 through November 30, 2022 |
| Amount of compensation sought: | $63,912.10 (70% of $91,303.20)[2] |
| Amount of expenses sought: | $6,086.50 |
| Total interim payment sought | $69,998.60 |

This is a(n):  **X** monthly statement ___ interim application ___ final application.

---

[1] The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich. The last four digits of the Debtor's federal tax identification number are 7373.

[2] This includes a 10% courtesy discount.  Professional fees for this period totaled $101,448.00 before the discount.

**COMPENSATION BY TASK CODE**

| Project Category | Total Hours | Total Fees (US$) |
|---|---|---|
| (02) Asset Disposition | 4.4 | $2,874.00 |
| (03) Assumption and Rejection of Leases & Contracts | 2.9 | $1,493.50 |
| (05) Business Operations | 0 | $0.00 |
| (06) Case Administration | 15.0 | $10,091.50 |
| (07) Claims Administration & Objections | 14.5 | $7,429.50 |
| (09) Employment Benefits and Pensions | 0 | $0.00 |
| (10) Employment and Fee Application (Firm) | 12.0 | $5,083.00 |
| (11) Employment and Fee Applications (Others) | 0.8 | $377.50 |
| (12) Financing, Cash Collateral, Make Whole | 0 | $0.00 |
| (13) Other Litigation/Adversary Matters | 3.9 | $2,873.50 |
| (14) Meetings and Communications with Creditors | 0 | $0.00 |
| (15) Non-Working Travel | 6.4 | $2,672.00 |
| (16) Plan and Disclosure Statement | 65.7 | $35,858.50 |
| (17) Relief from Stay and Adequate Protection | 0 | $0.00 |
| (18) Tax | 0 | $0.00 |
| (21) Hearings | 5.2 | $4,342.00 |
| (22) First- and Second-Day Motions | 0 | $0.00 |
| (24) Lien Investigation | 0 | $0.00 |
| (26) Personal Injury Matters | 0 | $0.00 |
| (27) Other Motions/Applications | 49.7 | $28,353.00 |
| (28) Respond to UST Requests | 0 | $0.00 |
| (29) Respond to Committee Rule 2004 Subpoena | 0 | $0.00 |
| **TOTAL:** | **180.50** | **$101,448.00** |

4882-7274-1699.1

## COMPENSATION BY TIMEKEEPER

| Timekeeper | Position/Title | Bar Admission and Practice Group | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Louis DeLucia | Partner | Admitted 1986 Bankruptcy and Financial Restructuring | $835 $417.50 | 39.5 6.4 | $32,982.50 $2,672.00 |
| Alyson Fiedler | Partner | Admitted 2000 Bankruptcy and Financial Restructuring | $795 | 13.9 | $11,050.50 |
| Tyson Crist | Partner | Admitted 1999 Bankruptcy and Financial Restructuring | $515 | 11.7 | $6,025.50 |
| Nicholas Reuhs | Partner | Admitted 2006 Litigation | $530 | 3.5 | $1,855.00 |
| John Cannizzaro | Partner | Admitted 2009 Bankruptcy and Financial Restructuring | $425 | 12.7 | $5,397.50 |
| Samuel Gardner | Partner | Admitted 2016 Litigation | $395 | 1.8 | $711.00 |
| Nathan Basalyga | Associate | Admitted 2018 Bankruptcy and Financial Restructuring | $500 | 70.7 | $35,350.00 |
| Ben Burdick | Associate | Admitted 2021 Litigation | $295 | 4.9 | $1,445.50 |
| Ryan Hibbard | Law Clerk | Admitted N/A Bankruptcy and Financial Restructuring | $255 | 13.3 | $3,391.50 |
| John Acquaviva | Paralegal | Admitted N/A Bankruptcy and Financial Restructuring | $270[3] | 2.1 | $567.00 |
| **PROFESSIONAL FEE SUBTOTAL** | | | | **180.5** | **$101,448.00** |
| **10% DISCOUNT** | | | | | **($10,144.80)** |
| **GRAND TOTAL** | | | | | **$91,303.20** |
| **BLENDED RATE** | | | **$505.83** | | |

---

[3] Hourly rate is discounted from standard hourly rate of $425.

**EXPENSE SUMMARY**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Audio Conferencing | | |
| Court Fees | | |
| Delivery Services | | |
| Deposition Transcripts | | |
| Federal Express Delivery | | |
| Mileage/Transit | | $1,137.12 |
| Lodging/Parking | | $295.38 |
| Subpoena Fees | | |
| Copy, Print & Scan Charges | | |
| Records Requests | | |
| Legal Research | Westlaw | $3,284.99 |
| Discovery Review/Hosting | KLDiscovery | $1,369.01 |
| **TOTAL:** | | **$6,086.50** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,[1] | Case No: 21-20687 (JJT) |
| Debtor. | December 16, 2022 |

## STATEMENT OF NO OBJECTION BY DEBTOR'S REPRESENTATIVE KAREN L. HUFFER

Karen L. Huffer, on behalf of the Debtor in the above-captioned case, hereby states:

1.       I am a duly authorized representative of The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich.

2.       I have reviewed the *Fifteenth Monthly Statement of Ice Miller LLC for Interim Monthly Compensation and Reimbursement of Expenses as Co-Counsel to the Debtor from November 1, 2022 through November 30, 2022* and do not object to the fees and expenses set forth therein.

December 16, 2022

/s/ Karen L. Huffer
Karen L. Huffer

---

[1] The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich. The last four digits of the Debtor's federal tax identification number are 7373.



Invoice No. 01-2180778
December 14, 2022

The Roman Catholic Diocese of Norwich
Deliver via Email
financekaren@norwichdiocese.net
alice@norwichdiocese.net

Re:       Chapter 11 Bankruptcy of Diocese of Norwich
          Our Matter No. 064052.10002

## INVOICE SUMMARY

For Services rendered through November 30, 2022

| | |
|---|---:|
| Professional Services | $101,448.00 |
| 10% Discount | $(10,144.80) |
| Total Professional Services | $91,303.20 |
| Disbursements | $6,086.50 |
| **Total Current Invoice** | **$97,389.70** |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence you have placed in us.  Please call if we can be of further assistance.



*New* payment option for you. You can now pay your invoice by **E-check**.

Find out more by contacting **PAYICE@icemiller.com**.

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2180778
December 14, 2022

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **02 – Asset Disposition** | | | | | |
| 11/03/2022 | FIED A | Review term sheet regarding St. Bernards. | 0.20 | $795.00 | $159.00 |
| 11/03/2022 | GARD S | Reviewed and revised St. Luke's Stay Motion and communicated with Reuhs regarding the same. | 1.80 | $395.00 | $711.00 |
| 11/07/2022 | DELU L | Correspondence with Jon Newton re Xavier agreement, if any. | 0.30 | $835.00 | $250.50 |
| 11/10/2022 | DELU L | Call with Wayne Weitz re Catholic Charities and collectability of memo accounts, etc. | 0.40 | $835.00 | $334.00 |
| 11/23/2022 | DELU L | Emails with all parties, Kindseth, Patrick Birney, Jon Newton and Dentons re sale of St. Bernard and set up call for Monday, 11/28/22. | 0.60 | $835.00 | $501.00 |
| 11/27/2022 | DELU L | Correspondence with parties, and set up Monday call with Dentons and Committee on sale of St. Bernard property. | 0.40 | $835.00 | $334.00 |
| 11/28/2022 | DELU L | Call with Dentons and Committee on St. Bernard property sale. | 0.70 | $835.00 | $584.50 |
| **Subtotal for 02** | | | **4.40** | | **$2,874.00** |
| **03 – Assumption and Rejection of Leases & Contracts** | | | | | |
| 11/09/2022 | CRIS T | Prepared correspondence to Huffer concerning the communications to Connecticut Business Systems and U.S. Bank concerning the copier leases and maintenance and supply agreements, and status. | 0.10 | $515.00 | $51.50 |
| 11/09/2022 | CRIS T | Prepared follow-up correspondence to U.S. Bank and Connecticut Business Systems concerning the copier leases, continuation of performance of maintenance, and related issues, as well as end of term options and purchase costs. | 2.20 | $515.00 | $1,133.00 |
| 11/23/2022 | CRIS T | Reviewed the correspondence from Werkman at U.S. Bank inquiring about the St. Vincent de Paul lease and separateness, and prepared a detailed response to Ms. Werkman as well as follow-up inquiry concerning the potential | 0.60 | $515.00 | $309.00 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2180778
December 14, 2022

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | purchase of the copiers. | | | |
| **Subtotal for 03** | | | **2.90** | | **$1,493.50** |
| **06 - Case Administration** | | | | | |
| 11/01/2022 | BASA N | Conducted research regarding committee members fiduciary duties to general unsecured creditors. | 1.10 | $500.00 | $550.00 |
| 11/01/2022 | BASA N | Conducted research regarding motions to disqualify counsel for conflicts. | 0.30 | $500.00 | $150.00 |
| 11/01/2022 | BASA N | Conducted research regarding concurrent conflicts of interests in mass tort bankruptcy cases. | 0.80 | $500.00 | $400.00 |
| 11/03/2022 | CRIS T | Prepared for and attended the meeting to discuss the status of, next steps and allocation of work concerning the objection to derivative standing motion, stay violation motion, plan and disclosure statement, and interim fee statement and application. | 0.70 | $515.00 | $360.50 |
| 11/03/2022 | DELU L | Prepare for Committee Biweekly call, prepare Agenda, and review motions to prepare for meeting with Committee. | 1.00 | $835.00 | $835.00 |
| 11/03/2022 | DELU L | Emails with Paul Finn, mediator, re Xavier High School | 0.30 | $835.00 | $250.50 |
| 11/03/2022 | DELU L | Call with team re pending motions, opposition due 11/8/22 on Committee standing motion, St. Luke's litigation and motion, Disclosure Statement drafting and plan amendments. | 0.80 | $835.00 | $668.00 |
| 11/03/2022 | DELU L | Conduct weekly Diocese update meeting with the Diocese (B. Cote, Msgr. Les, Karen Huffer, M. Driscoll) | 1.00 | $835.00 | $835.00 |
| 11/03/2022 | FIED A | Review correspondence from M. Mintz regarding document production. | 0.20 | $795.00 | $159.00 |
| 11/03/2022 | FIED A | Participate in weekly update call with client regarding status. | 1.00 | $795.00 | $795.00 |
| 11/07/2022 | DELU L | Extensive email to Diocese/Bishop re Xavier High School and mediation, latest terms and | 0.80 | $835.00 | $668.00 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2180778
December 14, 2022

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | position of the various parties. | | | |
| 11/10/2022 | DELU L | Call with Diocese re Catholic Charities, plan, ACA, and related issues raised by Committee. | 0.70 | $835.00 | $584.50 |
| 11/10/2022 | FIED A | review agenda for 11.15 hearing | 0.10 | $795.00 | $79.50 |
| 11/10/2022 | HIBB R | Edit proforma before final invoices are generated. | 0.00 | $255.00 | $0.00 |
| 11/10/2022 | HIBB R | Participate in call regarding the plan, mediation, exclusivity and pending motions. | 1.10 | $255.00 | $280.50 |
| 11/10/2022 | HIBB R | Review email regarding mediation updates in preparation for call. | 0.10 | $255.00 | $25.50 |
| 11/11/2022 | ACQU J | Email Calendar Clerk re: remote participation for Hearing scheduled on 11/15/2022. | 0.10 | $270.00 | $27.00 |
| 11/11/2022 | FIED A | review St. Luke's tender letter. | 0.10 | $795.00 | $79.50 |
| 11/15/2022 | ACQU J | Review Notice of Agenda and assemble and gather all documents/pleadings referenced therein. | 0.40 | $270.00 | $108.00 |
| 11/16/2022 | ACQU J | Review case docket and update case calendar. | 0.20 | $270.00 | $54.00 |
| 11/16/2022 | CRIS T | Attention to the Order Further Extending Exclusive Periods and considered timing of filings relating to the Plan and Disclosure Statement. | 0.50 | $515.00 | $257.50 |
| 11/16/2022 | DELU L | Correspondence with Reardon and others re scheduling in Order before Judge Tancredi. | 0.20 | $835.00 | $167.00 |
| 11/17/2022 | BURD B | Corresponded with Reuhs and Gardner regarding Bloomberg law article relevant to the Diocese. | 0.00 | $295.00 | $0.00 |
| 11/17/2022 | DELU L | Correspondence on weekly call, preparation for weekly call. | 0.60 | $835.00 | $501.00 |
| 11/18/2022 | DELU L | Weekly Diocese call. | 0.80 | $835.00 | $668.00 |
| 11/18/2022 | FIED A | Review request for status conference. | 0.10 | $795.00 | $79.50 |
| 11/18/2022 | FIED A | Review October MOR | 0.20 | $795.00 | $159.00 |
| 11/18/2022 | FIED A | participate in client weekly call regarding | 1.00 | $795.00 | $795.00 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2180778
December 14, 2022

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | status. | | | |
| 11/23/2022 | ACQU J | Organize and upload transcripts to ShareFile. | 0.20 | $270.00 | $54.00 |
| 11/23/2022 | DELU L | Update call with financial advisor, Wayne Weitz, re plan discussions, status. | 0.60 | $835.00 | $501.00 |
| **Subtotal for 06** | | | **15.00** | | **$10,091.50** |
| **07 - Claims Administration & Objections** | | | | | |
| 11/04/2022 | BASA N | Analyzed protective order and confidentiality protocol in bar date order. | 0.40 | $500.00 | $200.00 |
| 11/13/2022 | BASA N | Reviewed and revised response to A.J. motion to late file claim. | 0.70 | $500.00 | $350.00 |
| 11/13/2022 | DELU L | Review of draft objection to AJ late filed claim motion. | 0.40 | $835.00 | $334.00 |
| 11/13/2022 | DELU L | Review of draft Objection to motion for late filed claim by A.J. | 0.40 | $835.00 | $334.00 |
| 11/13/2022 | HIBB R | Review and revise Objection to Late Filed Claim. | 0.50 | $255.00 | $127.50 |
| 11/14/2022 | BASA N | Reviewed and revised response to A.J. late filed claim motion. | 0.40 | $500.00 | $200.00 |
| 11/14/2022 | DELU L | Conference call with Catholic Mutual counsel re coverage issues, and dispute on coverage and efforts to resolve same. | 0.80 | $835.00 | $668.00 |
| 11/15/2022 | DELU L | Correspondence with Steve Kindseth and Catholic Mutual counsel re meeting in November/December re coverage and settlement. | 0.10 | $835.00 | $83.50 |
| 11/16/2022 | CRIS T | Attention to the correspondence from Hogan and prepared correspondence to DeLucia to coordinate a discussion of unknown tort claimant issues. | 0.10 | $515.00 | $51.50 |
| 11/16/2022 | CRIS T | Prepared correspondence to Judge Hogan and Josh regarding scheduling a call to discuss unknown claim issues and reviewed the appointment of the unknown claims representative. | 0.50 | $515.00 | $257.50 |

Chapter 11 Bankruptcy of Diocese of Norwich                    Invoice No. 01-2180778
Our Matter No. 064052.10002                                         December 14, 2022

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/16/2022 | DELU L | Emails and coordinate call with judge Hogan, Unknown Claims rep. | 0.20 | $835.00 | $167.00 |
| 11/16/2022 | REUH N | Attention to insurance assignment issues, including review new insurance related filings other diocesean bankruptcies. | 1.30 | $530.00 | $689.00 |
| 11/17/2022 | CRIS T | Responded to Hogan to schedule the conference with the Unknown Claims Representative. | 0.10 | $515.00 | $51.50 |
| 11/18/2022 | CRIS T | Prepared a meeting invitation for discussion with Judge Hogan. | 0.10 | $515.00 | $51.50 |
| 11/18/2022 | DELU L | Calls and then emails with S. Kindseth regarding A.J. creditor claim, calls with counsel to A.J. | 0.70 | $835.00 | $584.50 |
| 11/21/2022 | ACQU J | Download and circulate from Epiq new claims and claims registrar. | 0.30 | $270.00 | $81.00 |
| 11/21/2022 | BASA N | Researched form of abuse and future abuse claim releases. | 0.10 | $500.00 | $50.00 |
| 11/21/2022 | BURD B | Analyzed analogous cases to the Diocese situation and corresponded with Reuhs and Gardner about analysis. | 3.60 | $295.00 | $1,062.00 |
| 11/21/2022 | CRIS T | Prepared for and conferenced with Fiedler, DeLucia and Judge Hogan concerning the documents needed for analysis of the unknown claims and timing, and determined the deliverables needed. | 0.70 | $515.00 | $360.50 |
| 11/21/2022 | DELU L | Conference call with Unknown Claims Rep, Judge Hogan | 0.80 | $835.00 | $668.00 |
| 11/22/2022 | BURD B | Analyzed further case law analogous to the Diocese situation and corresponded with Reuhs about the analysis. | 1.30 | $295.00 | $383.50 |
| 11/28/2022 | DELU L | Receipt and review of informal discovery demand by AJ creditor and related emails | 0.30 | $835.00 | $250.50 |
| 11/29/2022 | CRIS T | Listened to voicemail from Judge Hogan and prepared a follow-up email to DeLucia inquiring about the status of preparing the claims for review. | 0.10 | $515.00 | $51.50 |

Chapter 11 Bankruptcy of Diocese of Norwich  
Our Matter No. 064052.10002

Invoice No. 01-2180778  
December 14, 2022

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/29/2022 | DELU L | Emails with Tyson Crist and call/email from Judge Hogan, Unknown Claims Rep. | 0.20 | $835.00 | $167.00 |
| 11/30/2022 | CRIS T | Prepared correspondence to Reuhs, Gardner and Acquaviva concerning the claims requested by Judge Hogan and providing the same. | 0.20 | $515.00 | $103.00 |
| 11/30/2022 | CRIS T | Listened to the voice mails from Judge Hogan and responded to the same, left a detailed voice message, and conferenced with Judge Hogan about his review of the claims and prepared correspondence to DeLucia concerning the issues discussed. | 0.20 | $515.00 | $103.00 |
| **Subtotal for 07** | | | **14.50** | | **$7,429.50** |

**10 - Employment and Fee Application (Firm)**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/07/2022 | ACQU J | Review and summarize pending fee statements for year-end collection purposes. | 0.00 | $270.00 | $0.00 |
| 11/07/2022 | ACQU J | Review fee statements for communications with coverage counsel. | 0.90 | $270.00 | $243.00 |
| 11/10/2022 | CANN J | Work on October fee statement. | 2.10 | $425.00 | $892.50 |
| 11/11/2022 | CANN J | Work on October Fee Statement and Fourth Fee Application. | 2.20 | $425.00 | $935.00 |
| 11/14/2022 | CANN J | Work on October fee statement and fourth fee application. | 3.60 | $425.00 | $1,530.00 |
| 11/14/2022 | FIED A | review Fee Examiner's application to retain counsel. | 0.00 | $795.00 | $0.00 |
| 11/15/2022 | CANN J | Work on October fee statement and fourth fee application. | 2.20 | $425.00 | $935.00 |
| 11/21/2022 | BASA N | Consulted with L. DeLucia, J. Cannizzaro, T. Crist, and J.Acquaviva regarding fee applications. | 0.30 | $500.00 | $150.00 |
| 11/21/2022 | CANN J | Call with L. DeLucia et al regarding fee statements and fee applications. | 0.30 | $425.00 | $127.50 |
| 11/21/2022 | CRIS T | Conferenced with Cannizzaro, DeLucia, Acquaviva, and Basalyga to discuss the status | 0.20 | $515.00 | $103.00 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2180778
December 14, 2022

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | of fee statements and applications and next steps. | | | |
| 11/21/2022 | DELU L | Call with John Cannizzaro re pending fee applications and statements due. | 0.20 | $835.00 | $167.00 |
| **Subtotal for 10** | | | **12.00** | | **$5,083.00** |

### 11 - Employment and Fee Applications (Others)

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/01/2022 | BASA N | Conducted research regarding increasing fee caps. | 0.10 | $500.00 | $50.00 |
| 11/01/2022 | BASA N | Reviewed and summarized Committee's motion to increase insurance counsel's fee cap and consulted with L. DeLucia regarding same. | 0.30 | $500.00 | $150.00 |
| 11/06/2022 | BASA N | Reviewed certificate of no objection with respect to fee cap increase. | 0.10 | $500.00 | $50.00 |
| 11/15/2022 | CANN J | Reviewed Debtors' professionals fee statements. | 0.30 | $425.00 | $127.50 |
| **Subtotal for 11** | | | **0.80** | | **$377.50** |

### 13 - Other Litigation/Adversary Matters

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/01/2022 | BASA N | Conducted research regarding removal of state court actions to bankruptcy court. | 0.40 | $500.00 | $200.00 |
| 11/03/2022 | DELU L | Receipt and review of removal notice of St. Luke's litigation and correspondence with St. Luke's counsel. | 0.60 | $835.00 | $501.00 |
| 11/03/2022 | FIED A | Review removal pleadings and related filings re St. Luke's. | 0.60 | $795.00 | $477.00 |
| 11/03/2022 | REUH N | Attention to removal pleadings. | 0.40 | $530.00 | $212.00 |
| 11/06/2022 | FIED A | review revised draft complaint against Catholic Mutual. | 0.60 | $795.00 | $477.00 |
| 11/07/2022 | DELU L | Emails with S. Kindseth re requested copy of Norwich Complaint and B. Riley PPT re memo accounts. | 0.40 | $835.00 | $334.00 |
| 11/08/2022 | BASA N | Reviewed Connecticut local bankruptcy rules and procedural rules to determine the effect of | 0.20 | $500.00 | $100.00 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2180778
December 14, 2022

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | consent motions and orders. | | | |
| 11/08/2022 | DELU L | Correspondence with M. Mintz re call from Kindseth re St. Luke. | 0.20 | $835.00 | $167.00 |
| 11/14/2022 | FIED A | review financials received for St. Luke's. | 0.20 | $795.00 | $159.00 |
| 11/15/2022 | FIED A | review correspondence from S. Kindseth re CM meeting | 0.10 | $795.00 | $79.50 |
| 11/28/2022 | DELU L | Email from the Court and to all parties re January 11, 2022 hearing on St. Lukes stay motion. | 0.20 | $835.00 | $167.00 |
| **Subtotal for 13** | | | **3.90** | | **$2,873.50** |
| **15 - Non-Working Travel** | | | | | |
| 11/07/2022 | DELU L | Travel to Connecticut to conduct mediation with Diocese. | 3.00 | $417.50 | $1,252.50 |
| 11/08/2022 | DELU L | Return from Mediation - in Norwich. | 3.40 | $417.50 | $1,419.50 |
| **Subtotal for 15** | | | **6.40** | | **$2,672.00** |
| **16 - Plan and Disclosure Statement** | | | | | |
| 11/02/2022 | CRIS T | Conferenced with Cannizzaro on the status of the derivative standing motion and plan and disclosure statement. | 0.10 | $515.00 | $51.50 |
| 11/03/2022 | BASA N | Participated in call with Robinson & Cole and Ice Miller regarding stay motion, derivative standing objection, and plan formulation. | 0.80 | $500.00 | $400.00 |
| 11/03/2022 | CRIS T | Prepared a status update to Cannizzaro to coordinate on the Plan and Disclosure Statement matters. | 0.20 | $515.00 | $103.00 |
| 11/04/2022 | BASA N | Consulted with T. Crist, J. Cannizzaro and R. Hibbard regarding plan and disclosure statement formulation and motion to enforce stay. | 1.00 | $500.00 | $500.00 |
| 11/04/2022 | CANN J | Conferenced with T. Crist, R. Hibbard, and N. Basalyga regarding draft plan and disclosure statement and outstanding deadlines. | 1.00 | $425.00 | $425.00 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2180778
December 14, 2022

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/04/2022 | CRIS T | Conferenced with Cannizzaro, Baslyga and Hibbard concerning the Plan and Disclosure Statement, exclusivity, and related issues and plan for next steps. | 1.00 | $515.00 | $515.00 |
| 11/04/2022 | FIED A | Assess corporate structure and authority for Xavier. | 0.80 | $795.00 | $636.00 |
| 11/04/2022 | HIBB R | Participate in call regarding the disclosure statement and plan. | 1.00 | $255.00 | $255.00 |
| 11/06/2022 | DELU L | Prep for 11/8/22 mediation. | 0.50 | $835.00 | $417.50 |
| 11/07/2022 | BASA N | Continued reviewing and summarizing terms of diocesan debtor disclosure statements. | 0.60 | $500.00 | $300.00 |
| 11/07/2022 | BASA N | Reviewed and summarized terms of diocesan chapter 11 plans. | 0.50 | $500.00 | $250.00 |
| 11/07/2022 | BASA N | Analyzed diocesan debtor disclosure statements and summarized key terms. | 0.60 | $500.00 | $300.00 |
| 11/07/2022 | BASA N | Consulted with T. Crist regarding disclosure statements. | 0.10 | $500.00 | $50.00 |
| 11/07/2022 | BASA N | Researched diocesan disclosure statements. | 0.60 | $500.00 | $300.00 |
| 11/07/2022 | DELU L | Update email from Association of Parishes regarding negotiations and mediation. | 0.20 | $835.00 | $167.00 |
| 11/07/2022 | DELU L | Call with Diocese to prep for the mediation on 11/8/22, and prep for mediation, pull docs, etc. | 1.20 | $835.00 | $1,002.00 |
| 11/07/2022 | FIED A | participate in pre-mediation call. | 1.00 | $795.00 | $795.00 |
| 11/08/2022 | BASA N | Reviewed and summarized terms of diocesan chapter 11 plans. | 0.80 | $500.00 | $400.00 |
| 11/08/2022 | BASA N | Reviewed and summarized terms of diocesan disclosure statements. | 0.70 | $500.00 | $350.00 |
| 11/08/2022 | DELU L | Participate in mediation from Chancery in Norwich CT. | 3.00 | $835.00 | $2,505.00 |
| 11/08/2022 | FIED A | Participate in and address mediation and issues discussed therein | 3.00 | $795.00 | $2,385.00 |
| 11/08/2022 | REUH N | Prepare for and attend mediation (in part). | 0.80 | $530.00 | $424.00 |

Chapter 11 Bankruptcy of Diocese of Norwich                           Invoice No. 01-2180778
Our Matter No. 064052.10002                                            December 14, 2022

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/09/2022 | HIBB R | Circulate new meeting invite for call regarding plan formulation. | 0.10 | $255.00 | $25.50 |
| 11/10/2022 | BASA N | Drafted and revised chapter 11 plan. | 4.40 | $500.00 | $2,200.00 |
| 11/10/2022 | BASA N | Consulted with L. DeLucia regarding mediation status, update call with Committee, plan formulation, and settlement terms. | 0.30 | $500.00 | $150.00 |
| 11/10/2022 | BASA N | Additional consultation with Hibbard regarding plan formulation and supporting trust agreement. | 0.30 | $500.00 | $150.00 |
| 11/10/2022 | BASA N | Consulted with DeLucia, Cannizzaro, Crist, Birney, Hibbard, and Smith regarding mediation status, derivative standing motion, St. Luke's stay enforcement, and plan and disclosure statement formulation. | 1.00 | $500.00 | $500.00 |
| 11/10/2022 | BASA N | Consulted with R. Hibbard regarding trust agreement in support of plan and plan formulation. | 0.30 | $500.00 | $150.00 |
| 11/10/2022 | CANN J | Conference with DeLucia, Hibbard, Basalyga, Crist, and Birney regarding draft plan and disclosure statement, settlement discussions, and pending matters. | 1.00 | $425.00 | $425.00 |
| 11/10/2022 | CRIS T | Conferenced with the Ice Miller team, Birney, and Smith concerning the Plan, Disclosure Statement, and Trust Agreement, details based upon the mediation, provisions to incorporate, and related issues. | 1.10 | $515.00 | $566.50 |
| 11/10/2022 | DELU L | Conference call with team, and then work on plan terms, drafting. | 1.60 | $835.00 | $1,336.00 |
| 11/10/2022 | FIED A | review summary of Xavier organizational documents. | 0.80 | $795.00 | $636.00 |
| 11/10/2022 | FIED A | Assess plan structure and related strategy. | 1.00 | $795.00 | $795.00 |
| 11/10/2022 | HIBB R | Discuss plan formulation and supplemental trust agreement with Basalyga. | 0.30 | $255.00 | $76.50 |
| 11/10/2022 | HIBB R | Review most recent version of trust agreement to accompany plan. | 1.90 | $255.00 | $484.50 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2180778
December 14, 2022

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/11/2022 | BASA N | Drafted and revised chapter 11 plan. | 4.30 | $500.00 | $2,150.00 |
| 11/15/2022 | CRIS T | Conferenced with Cannizzaro on the extension of exclusivity and preparation of the Disclosure Statement. | 0.10 | $515.00 | $51.50 |
| 11/16/2022 | BASA N | Drafted chapter 11 plan. | 1.80 | $500.00 | $900.00 |
| 11/16/2022 | DELU L | Receipt and review of Email and term sheet of settlement terms from Kindseth - circulate to Diocese with comments. | 1.00 | $835.00 | $835.00 |
| 11/16/2022 | FIED A | Review summary of UCC settlement demands. | 0.20 | $795.00 | $159.00 |
| 11/16/2022 | HIBB R | Continue reviewing and updating supplemental draft trust agreement to accompany the plan of reorganization. | 1.10 | $255.00 | $280.50 |
| 11/17/2022 | BASA N | Drafted and revised chapter 11 plan. | 6.20 | $500.00 | $3,100.00 |
| 11/17/2022 | HIBB R | Continue reviewing and updating supplemental draft trust agreement to accompany the plan of reorganization. | 0.30 | $255.00 | $76.50 |
| 11/18/2022 | BASA N | Drafted chapter 11 plan. | 2.20 | $500.00 | $1,100.00 |
| 11/18/2022 | BASA N | Conducted research regarding claim classification in diocesan chapter 11 plans. | 1.10 | $500.00 | $550.00 |
| 11/18/2022 | CRIS T | Considered issues relative to the Plan and Disclosure Statement timing, and conferenced with Cannizzaro to discuss and plan out the same. | 0.30 | $515.00 | $154.50 |
| 11/18/2022 | HIBB R | Finish updating supplemental trust agreement. | 0.90 | $255.00 | $229.50 |
| 11/19/2022 | CRIS T | Attention to the sample Disclosure Statements. | 0.10 | $515.00 | $51.50 |
| 11/20/2022 | CRIS T | Reviewed the draft Trust Agreement and the draft Joint Plan of Reorganization with respect to future claims issues. | 1.20 | $515.00 | $618.00 |
| 11/21/2022 | BASA N | Researched future abuse claims representatives roles in diocesan bankruptcy cases and release forms for abuse claims and future abuse claims and revised chapter 11 plan and plan supplement. | 3.00 | $500.00 | $1,500.00 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2180778
December 14, 2022

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/22/2022 | BASA N | Conducted research regarding channeling injunctions and releases in diocesan chapter 11 plans. | 2.40 | $500.00 | $1,200.00 |
| 11/22/2022 | BASA N | Drafted chapter 11 plan. | 1.10 | $500.00 | $550.00 |
| 11/22/2022 | BASA N | Conducted research regarding diocesan debtor trust agreements and summarized key terms regarding the same. | 0.60 | $500.00 | $300.00 |
| 11/22/2022 | BASA N | Conducted research regarding child protection protocols and summarized Dallas charter. | 0.80 | $500.00 | $400.00 |
| 11/22/2022 | BASA N | Reviewed and revised plan supplement. | 0.30 | $500.00 | $150.00 |
| 11/23/2022 | BASA N | Revised chapter 11 plan. | 0.50 | $500.00 | $250.00 |
| 11/23/2022 | BASA N | Researched diocesan trust agreements to supplement plan. | 0.30 | $500.00 | $150.00 |
| 11/23/2022 | BASA N | Conducted research regarding child protection protocols and incorporation into plans and settlements. | 0.60 | $500.00 | $300.00 |
| 11/23/2022 | BASA N | Conducted research regarding Medicare claim language to be included in chapter 11 plan. | 0.60 | $500.00 | $300.00 |
| 11/28/2022 | BASA N | Reviewed and revised plan supplement. | 0.80 | $500.00 | $400.00 |
| 11/28/2022 | HIBB R | Circulate to Basalyga updated version of the trust agreement with accompanying redline. | 0.10 | $255.00 | $25.50 |
| 11/28/2022 | HIBB R | Compare version 2 and version 3 of the draft trust agreement. | 0.20 | $255.00 | $51.00 |
| **Subtotal for 16** | | | **65.70** | | **$35,858.50** |

**21 - Hearings**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/10/2022 | DELU L | Prep for all hearings and motions on for 11/15/22, including motion to enforce the stay (St. Lukes litigation), exclusivity, AJ Motion for late filed claim, motion to increase compensation cap to insurance counsel, and standing motion. | 1.20 | $835.00 | $1,002.00 |
| 11/14/2022 | DELU L | Prepare for hearing on 5 motions on Tuesday including exclusivity, standing by Committee, | 1.50 | $835.00 | $1,252.50 |

Chapter 11 Bankruptcy of Diocese of Norwich

Our Matter No. 064052.10002

Invoice No. 01-2180778

December 14, 2022

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | AJ motion, motion to enforce stay, etc. | | | |
| 11/15/2022 | DELU L | Argue and participate in hearing on five motions, including exclusivity, committee standing, AJ late filed claims, St. Luke's stay violation, etc. | 2.50 | $835.00 | $2,087.50 |
| **Subtotal for 21** | | | **5.20** | | **$4,342.00** |

### 27 - Other Motions/Applications

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/01/2022 | BASA N | Revised motion to enforce the automatic stay with respect to the St. Luke's lawsuit. | 0.80 | $500.00 | $400.00 |
| 11/01/2022 | BASA N | Consulted with R. Hibbard regarding draft 105 stay motion with respect to mediation. | 0.10 | $500.00 | $50.00 |
| 11/01/2022 | BASA N | Reviewed draft of section 105 motion circulated to Committee and counsel for Oceania. | 0.20 | $500.00 | $100.00 |
| 11/01/2022 | BASA N | Drafted motion to enforce stay with respect to St. Luke's lawsuit. | 3.30 | $500.00 | $1,650.00 |
| 11/01/2022 | DELU L | Work on motion to enforce the automatic stay as to St. Luke's litigation. | 0.50 | $835.00 | $417.50 |
| 11/01/2022 | DELU L | Calls and emails to work on motion for violation of the automatic stay re St. Luke's case. | 1.00 | $835.00 | $835.00 |
| 11/01/2022 | FIED A | review St. Luke's stay motion | 0.20 | $795.00 | $159.00 |
| 11/01/2022 | HIBB R | Find and circulate recently drafted motion to Basalyga. | 0.20 | $255.00 | $51.00 |
| 11/02/2022 | BASA N | Revised St. Luke's motion for relief. | 2.20 | $500.00 | $1,100.00 |
| 11/02/2022 | CRIS T | Conferenced with Cannizzaro on the objection to the Committee's motion for derivative standing. | 0.10 | $515.00 | $51.50 |
| 11/02/2022 | CRIS T | Attention to the correspondence from Birney and prepared a response concerning preparation of the objection to the Committee's motion for derivative standing. | 0.20 | $515.00 | $103.00 |
| 11/02/2022 | DELU L | Coordination with team and drafting of full | 0.20 | $835.00 | $167.00 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2180778
December 14, 2022

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | brief in opposition to standing re Catholic Mutual. | | | |
| 11/02/2022 | DELU L | Edits to Motion to enforce the automatic stay, and emails with Nate re relief sought and edits to draft. | 1.40 | $835.00 | $1,169.00 |
| 11/02/2022 | HIBB R | Find and circulate briefs addressing violations of the automatic stay to Basalyga. | 0.20 | $255.00 | $51.00 |
| 11/03/2022 | BASA N | Addition revisions to St. Luke's stay motion. | 0.50 | $500.00 | $250.00 |
| 11/03/2022 | BASA N | Revised St. Luke's stay relief motion. | 2.00 | $500.00 | $1,000.00 |
| 11/03/2022 | BASA N | Drafted additional sections of St. Luke's stay relief motion. | 3.80 | $500.00 | $1,900.00 |
| 11/03/2022 | BASA N | Consulted with L. DeLucia regarding St. Luke's stay relief motion revisions. | 0.10 | $500.00 | $50.00 |
| 11/03/2022 | BASA N | Consulted with R. Hibbard regarding St. Luke's stay relief motion. | 0.20 | $500.00 | $100.00 |
| 11/03/2022 | BASA N | Consulted with N. Reuhs regarding St. Luke's stay motion revisions. | 0.20 | $500.00 | $100.00 |
| 11/03/2022 | BASA N | Conducted research regarding sanctions and damages for willful violation of automatic stay. | 0.60 | $500.00 | $300.00 |
| 11/03/2022 | DELU L | Edits to draft motion to enforce the automatic stay and enjoy the St. Litigation, and related correspondence re same. | 2.40 | $835.00 | $2,004.00 |
| 11/03/2022 | FIED A | Assess strategy regarding stay and St. Luke's. | 0.50 | $795.00 | $397.50 |
| 11/03/2022 | HIBB R | Review and circulate pre-drafted applicable law standard for a motion. | 0.30 | $255.00 | $76.50 |
| 11/03/2022 | HIBB R | Find and circulate relevant orders to Basalyga to assist in motion drafting. | 0.80 | $255.00 | $204.00 |
| 11/03/2022 | HIBB R | Review draft motion circulated by Basalyga. | 0.60 | $255.00 | $153.00 |
| 11/03/2022 | HIBB R | Condense and circulate meeting notes regarding motions to be filed. | 0.40 | $255.00 | $102.00 |
| 11/03/2022 | HIBB R | Participate in call regarding motions to be | 0.70 | $255.00 | $178.50 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2180778
December 14, 2022

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | filed. | | | |
| 11/03/2022 | REUH N | Additional revisions to Motion to Stay, | 0.40 | $530.00 | $212.00 |
| 11/03/2022 | REUH N | Review and revise filing related to St. Luke. | 0.60 | $530.00 | $318.00 |
| 11/04/2022 | BASA N | Further revisions to motion to enforce automatic stay. | 1.10 | $500.00 | $550.00 |
| 11/04/2022 | BASA N | Further revisions to motion to enforce automatic stay. | 1.40 | $500.00 | $700.00 |
| 11/04/2022 | BASA N | Consulted with P. Birney regarding revisions and exhibit package for motion to enforce automatic stay. | 0.30 | $500.00 | $150.00 |
| 11/04/2022 | BASA N | Reviewed and revised motion and order to expedite hearing on motion to enforce automatic stay. | 0.40 | $500.00 | $200.00 |
| 11/04/2022 | BASA N | Drafted proposed order granting motion to enforce automatic stay. | 0.60 | $500.00 | $300.00 |
| 11/04/2022 | BASA N | Compiled and reviewed exhibits to motion to enforce automatic stay. | 0.80 | $500.00 | $400.00 |
| 11/04/2022 | BASA N | Consulted with S. Oppenheim regarding motion to enforce automatic stay. | 0.20 | $500.00 | $100.00 |
| 11/04/2022 | BASA N | Consulted with counsel for Association of Parishes and Catholic Mutual regarding motion to enforce the automatic stay. | 0.30 | $500.00 | $150.00 |
| 11/04/2022 | BASA N | Further revisions to motion to enforce the automatic stay. | 1.40 | $500.00 | $700.00 |
| 11/04/2022 | BASA N | Additional revisions to St. Luke's motion. | 1.50 | $500.00 | $750.00 |
| 11/04/2022 | BASA N | Conducted research regarding Court's powers to issue contempt sanctions under section 105 of the Bankruptcy Code and 9020 of the Bankruptcy Rules. | 0.40 | $500.00 | $200.00 |
| 11/04/2022 | CRIS T | Quickly reviewed the St. Luke's stay violation motion and proposed a response with question. | 0.10 | $515.00 | $51.50 |
| 11/04/2022 | FIED A | review motion to expedite the stay violation motion. | 0.20 | $795.00 | $159.00 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2180778
December 14, 2022

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/04/2022 | HIBB R | Research notice standards in Connecticut. | 0.50 | $255.00 | $127.50 |
| 11/04/2022 | HIBB R | Meet and confer with Basalyga regarding the draft order for the motion to enforce the automatic stay. | 0.20 | $255.00 | $51.00 |
| 11/04/2022 | HIBB R | Research regarding contempt sanctions for violation of the automatic stay. | 1.00 | $255.00 | $255.00 |
| 11/04/2022 | HIBB R | Draft order for motion to enforce the automatic stay. | 0.80 | $255.00 | $204.00 |
| 11/06/2022 | BASA N | Reviewed and revised derivative standing objection. | 0.40 | $500.00 | $200.00 |
| 11/06/2022 | BASA N | Reviewed finalized stay enforcement motion. | 0.30 | $500.00 | $150.00 |
| 11/06/2022 | BASA N | Reviewed and revised motion to expedite hearing on the stay enforcement motion. | 0.30 | $500.00 | $150.00 |
| 11/06/2022 | BASA N | Reviewed and revised stay enforcement motion. | 0.70 | $500.00 | $350.00 |
| 11/06/2022 | DELU L | Review and revise drafts of the Motion to enforce the automatic stay, and for contempt/sanctions re St. Luke's litigation. | 1.20 | $835.00 | $1,002.00 |
| 11/06/2022 | DELU L | Review and revise opposition to Committee standing motion. | 0.80 | $835.00 | $668.00 |
| 11/06/2022 | FIED A | review rejection to UCC derivative standing motion. | 0.30 | $795.00 | $238.50 |
| 11/06/2022 | FIED A | review stay violation motion. | 0.40 | $795.00 | $318.00 |
| 11/07/2022 | BASA N | Consulted with A. Smith regarding revisions to consent motion to extend time to respond regarding derivative standing motion. | 0.10 | $500.00 | $50.00 |
| 11/07/2022 | BASA N | Reviewed and revised derivative standing objection. | 0.40 | $500.00 | $200.00 |
| 11/07/2022 | DELU L | Coordinate and final review of stay violation motion, and receipt of entered order setting hearing for 11/15/22. | 0.40 | $835.00 | $334.00 |
| 11/08/2022 | BASA N | Research regarding the effect of preserving a right to supplement a pleading through | 0.20 | $500.00 | $100.00 |

Chapter 11 Bankruptcy of Diocese of Norwich

Our Matter No. 064052.10002

Invoice No. 01-2180778

December 14, 2022

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | objections and responses. | | | |
| 11/08/2022 | BASA N | Analyzed initial objection to derivative standing. | 0.20 | $500.00 | $100.00 |
| 11/08/2022 | BASA N | Reviewed and revised reservation of rights regarding derivative standing response. | 0.20 | $500.00 | $100.00 |
| 11/08/2022 | CRIS T | Prepared correspondence to Smith and Birney concerning the suggested revisions to the Reservation of Rights. | 0.20 | $515.00 | $103.00 |
| 11/08/2022 | CRIS T | Attention to correspondence from Smith, analyzed the status of the request for extension of time to respond to Standing Motion, and prepared suggested revisions to the Reservation of Rights. | 0.70 | $515.00 | $360.50 |
| 11/08/2022 | DELU L | Email from P. Birney with call from K. Reardon re St. Luke stay motion. | 0.20 | $835.00 | $167.00 |
| 11/08/2022 | FIED A | Review response regarding Derivative Standing. | 0.20 | $795.00 | $159.00 |
| 11/10/2022 | DELU L | Conference call with Zeisler & Zeisler, re hearings/motions on for 11/15/22, and related issues on standing, stay motion, and related matters. | 0.60 | $835.00 | $501.00 |
| 11/10/2022 | FIED A | review revised derivative standing order from S. Kindseth. | 0.10 | $795.00 | $79.50 |
| 11/11/2022 | DELU L | Correspondence with counsel to Catholic Mutual re standing motion and stay relief/stay enforcement motions. | 0.30 | $835.00 | $250.50 |
| 11/11/2022 | DELU L | Receipt and initial review of Committee's proposed standing order. | 0.40 | $835.00 | $334.00 |
| 11/13/2022 | BASA N | Conducted research in preparation for hearing on motion to enforce automatic stay. | 0.80 | $500.00 | $400.00 |
| 11/14/2022 | BASA N | Reviewed and analyzed K. Reardon objection to motion to enforce stay. | 0.40 | $500.00 | $200.00 |
| 11/14/2022 | BASA N | Consulted with L. DeLucia, P. Birney, and A. Smith regarding draft order granting motion to enforce stay. | 0.20 | $500.00 | $100.00 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2180778
December 14, 2022

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/14/2022 | DELU L | Prepare for and then participate in conference call with Committee on all five pending motions scheduled to be heard on 11/15/22. | 0.90 | $835.00 | $751.50 |
| 11/14/2022 | FIED A | review correspondence from M. Mintz re stay order | 0.10 | $795.00 | $79.50 |
| 11/14/2022 | FIED A | review revised standing order. | 0.10 | $795.00 | $79.50 |
| 11/14/2022 | FIED A | review agreed order for stay per S. Kindseth. | 0.10 | $795.00 | $79.50 |
| 11/14/2022 | FIED A | Assess UCC standing and St. Lukes. | 0.50 | $795.00 | $397.50 |
| 11/15/2022 | BASA N | Reviewed pleadings in anticipation of hearings. | 0.20 | $500.00 | $100.00 |
| 11/15/2022 | DELU L | Review and revise draft orders exchanged with Committee Counsel, Kindseth, re Standing and Stay violation motion, and call with S. Kindseth re same prior to hearing. | 0.60 | $835.00 | $501.00 |
| 11/15/2022 | DELU L | Prepare for five motions on for hearing at 11 AM. | 0.80 | $835.00 | $668.00 |
| 11/29/2022 | BASA N | Reviewed order staying St. Luke's proceeding. | 0.10 | $500.00 | $50.00 |
| 11/29/2022 | DELU L | Review, revise and circulate then coordinate filing of proposed Order setting hearing for January 11, 2022, and continuing the stay, | 0.40 | $835.00 | $334.00 |
| **Subtotal for 27** | | | **49.70** | | **$28,353.00** |
| **Total Professional Services** | | | **180.50** | | **$101,448.00** |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2180778
December 14, 2022

## SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|----------|------:|-----:|-------:|
| Louis DeLucia | 39.50 | $835.00 | $32,982.50 |
| Louis DeLucia | 6.40 | $417.50 | $2,672.00 |
| Alyson Fiedler | 13.90 | $795.00 | $11,050.50 |
| Nicholas Reuhs | 3.50 | $530.00 | $1,855.00 |
| John Cannizzaro | 12.70 | $425.00 | $5,397.50 |
| Tyson Crist | 11.70 | $515.00 | $6,025.50 |
| Samuel Gardner | 1.80 | $395.00 | $711.00 |
| Nathan Basalyga | 70.70 | $500.00 | $35,350.00 |
| Ben Burdick | 4.90 | $295.00 | $1,445.50 |
| Ryan Hibbard | 13.30 | $255.00 | $3,391.50 |
| John Acquaviva | 2.10 | $270.00 | $567.00 |
| **Total Professional Services** | **180.50** | | **$101,448.00** |

## COSTS ADVANCED

| Description | Amount |
|------------|-------:|
| Legal Research Expense - WESTLAW | $3,284.99 |
| Nicholas Reuhs - Airfare; Travel from NYC after Mediation | $414.60 |
| Nicholas Reuhs - Taxi / Car Service; Airport transfer for Mediation | $55.99 |
| Nicholas Reuhs - Taxi / Car Service; Airport transfer for Mediation | $93.28 |
| Nicholas Reuhs - Parking; Airport parking for Mediation | $60.00 |
| Louis DeLucia - Parking; Parking for mediation | $133.00 |
| Alyson Fiedler - Taxi / Car Service; Travel to mediation. | $91.98 |
| Louis DeLucia - Train / Rail; Train to and from CT for Xavier Meeting. | $276.00 |
| KLDiscovery Ontrack, LLC - Monthly KLDiscovery - October 2022 Service | $1,369.01 |
| Nicholas Reuhs - Taxi / Car Service; First Mediation of Diocese of Norwich Bankruptcy; Ubers | $205.27 |

Chapter 11 Bankruptcy of Diocese of Norwich
Our Matter No. 064052.10002

Invoice No. 01-2180778
December 14, 2022

### COSTS ADVANCED

| Description | Amount |
| --- | --- |
| to/from Airport and Mediation. | |
| Alyson Fiedler - Parking; Parking in NYC for mediation. | $95.68 |
| Louis DeLucia - Parking; Parking for train to Norwich for Xavier Meeting. | $6.70 |
| **Total Cost Advanced** | **$6,086.50** |

| | |
| --- | --- |
| 10% Discount | $(10,144.80) |
| **Total Invoice Balance Due** | **$97,389.70** |