**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re:<br><br>THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,[1]<br><br>Debtor. | Chapter 11<br><br>Case No: 21-20687 (JJT) |

**ORDER GRANTING FOURTH INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES BY ICE MILLER LLP AS CO-COUNSEL TO THE DEBTOR AND DEBTOR-IN-POSSESSION**

Ice Miller LLP ("Ice Miller") having filed its Fourth Interim Application for Allowance of Compensation and Reimbursement of Expenses (the "Application") seeking an interim award of compensation in the amount of $436,828.65 in attorneys' fees and $26,367.39 in expenses for a total award of compensation in the amount of $463,196.04 (the "Application Amount") incurred as co-counsel to Debtor The Norwich Roman Catholic Diocesan Corporation (the "Debtor") in the above-captioned chapter 11 proceedings from July 1, 2022 through October 31, 2022 (the "Application Period"), pursuant to 11 U.S.C. § 330 and 331; and upon due consideration; and there appearing to be no opposition to the Application; and there appearing to be good and sufficient cause for granting the relief requested in the Application;

IT IS ORDERED THAT:

1. The Application is GRANTED in all respects;

2. Ice Miller is hereby awarded interim compensation in the amount of $436,828.65 in attorneys' fees and $26,367.39 in expenses for a total interim award in the amount of $463,196.04;

3. Pursuant to 11 U.S.C. §§ 330 and 331, Debtor is authorized and directed to pay the unpaid balance of same to Ice Miller; and

---

[1] The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich. The last four digits of the Debtor's federal tax identification number are 7373.

4. Amounts awarded herein, and paid pursuant hereto, shall be subject to any objections to final allowance of fees and expenses and to adjustment and disgorgement in accordance with the applicable provisions of the Bankruptcy Code.

Dated: _____, 2022

                                                                                 _____
                                                                                 JAMES J. TANCREDI
                                                                                 UNITED STATES BANKRUPTCY JUDGE