**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re:<br><br>THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,[1]<br><br>Debtor. | Chapter 11<br><br>Case No: 21-20687 (JJT)<br><br>February 20, 2023 |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR FEBRUARY 21, 2023 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE JAMES J. TANCREDI, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF CONNECTICUT**

1.      Motion for Order to Extend the Term of Appointment of Paul A. Finn as Mediator [Dkt. No. 1051]

Objection/Response Deadline:          February 3, 2023

Objections/Responses Received:

   i.     Objection of the Official Committee of Unsecured Creditors to the Debtor's Motion to Extend the Term of Appointment of Paul A. Finn as Mediator [Dkt. No. 1075]

Related Filings:

   i.     Order Extending Appointment of Paul A. Finn as Mediator Until Hearing [Dkt. No. 1086]

   ii.    Notice of Hearing Issued [Dkt. Nos. 1079, 1089]

   iii.   Mediator's Second Summary Report [Dkt. No. 1109]

   iv.    Docket entry rescheduling hearings [Dkt. No. 1114]

**Status:** This matter is going forward.

---

[1] The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich. The last four digits of the Debtor's federal tax identification number are 7373.

2.  Motion by the Official Committee of Unsecured Creditors for Order Granting it Standing and Authorizing It to Prosecute and Settle Certain Insurance Coverage Claims Against the Catholic Mutual Relief Society of America [Dkt. No. 854]

Objection/Response Deadline:       No deadline contained in the Motion.

Objections/Responses Received:

 i. Debtor's Response to and Reservation of Rights Regarding Motion by the Official Committee of Unsecured Creditors for Order Granting it Standing and Authorizing It to Prosecute and Settle Certain Insurance Coverage Claims Against the Catholic Mutual Relief Society of America [Dkt. No. 886]

 ii. Debtor's Supplemental Response to and Reservation of Rights Regarding Motion by the Official Committee of Unsecured Creditors for Order Granting it Standing and Authorizing It to Prosecute and Settle Certain Insurance Coverage Claims Against the Catholic Mutual Relief Society of America [Dkt. No. 894]

 iii. Catholic Mutual's Objection to Committee's Motion for Standing [Dkt. No. 964]

 iv. Reply in Further Support of Motion by the Official Committee of Unsecured Creditors for Order Granting it Standing and Authorizing It to Prosecute and Settle Certain Insurance Coverage Claims Against the Catholic Mutual Relief Society of America [Dkt. No. 966]

 v. Diocese's Supplemental Response to Motion by the Official Committee of Unsecured Creditors for Order Granting it Standing and Authorizing It to Prosecute and Settle Certain Insurance Coverage Claims Against the Catholic Mutual Relief Society of America [Dkt. No. 1130]

Related Filings:

 i. Motion for Order Scheduling Hearing and Limiting Notice [Dkt. No. 855]

 ii. Order Scheduling Hearing and Limiting Notice [Dkt. No. 867]

 iii. Motion to Schedule an Omnibus Hearing Date for February 15, 2023 and Continue the Hearing Scheduled for February 9, 2023 to the Omnibus Hearing Date [Dkt. No. 1081]

 iv. Notice of Rescheduled Hearing Due to a Change in the Court's Schedule [Dkt. No. 1088]

     v.       Docket entries continuing hearing [Dkt. No. 1112, 1115, 1126]

     vi.      List of Exhibits in Support of Motion by the Official Committee of Unsecured Creditors for Order Granting it Standing and Authorizing it to Prosecute and Settle Certain Insurance Coverage Claims Against the Catholic Mutual Relief Society of America on Behalf of the Debtor's Estate [Dkt. No. 1122]

     vii.     Order Regarding Evidentiary Hearing [Dkt. No. 1125]

     viii.    Notice of Filing of Catholic Mutual's Exhibit List re: Official Committee of Unsecured Creditors' Motion for Standing to Prosecute Coverage Claims and Exhibits [Dkt. No. 1127]

     ix.      Amended List of Exhibits in Support of Motion by the Official Committee of Unsecured Creditors for Order Granting it Standing and Authorizing it to Prosecute and Settle Certain Insurance Coverage Claims Against the Catholic Mutual Relief Society of America on Behalf of the Debtor's Estate and Motion for Order Granting it Standing and Authorizing it to Prosecute and Settle Certain Insurance Coverage Claims Against The Catholic Mutual Relief Society of America on Behalf of the Debtor's Estate [Dkt. No. 1128]

     x.      Debtor's Omnibus Exhibit List [Dkt. No. 1129]

     xi.      Motion to Seal certain Committee exhibits [Dkt. No. 1131]

     xii.     Debtor's Supplement to Omnibus Exhibit List [Dkt. No. 1134]

     xiii.    Debtor's Omnibus Supplemental Exhibit List [Dkt. No. 1149]

**Status:**  The Committee has stated it intends to proceed on this motion; the Debtor believes that this matter should be adjourned for six (6) weeks while parties in interest pursue mediation.

3.     Motion for Order to Terminate Debtor's Exclusive Period to Solicit Acceptances of Chapter 11 Plan [Dkt. No. 1076]

Objection/Response Deadline:     No deadline contained in the Motion.

Objections/Responses Received:

     i.      Association of Parishes' Objection to the Official Committee of Unsecured Creditors' Motion for Order to Terminate Debtor's Exclusive Period to Solicit Acceptances of Chapter 11 Plan [Dkt. No. 1103]

ii. Diocese Objection to the Official Committee of Unsecured Creditors' Motion for Order to Terminate Debtor's Exclusive Period to Solicit Acceptances of Chapter 11 Plan [Dkt. No. 1105]

Related Filings:

i. Motion for Order Scheduling Hearing on an Expedited Basis and Limiting Notice [Dkt. No. 1077]

ii. Order Granting Motion for Order Scheduling Hearing on an Expedited Basis and Limiting Notice [Dkt. No. 1080]

iii. Motion to Schedule an Omnibus Hearing Date for February 15, 2023 and Continue the Hearing Scheduled for February 9, 2023 to the Omnibus Hearing Date [Dkt. No. 1081]

iv. Notice of Rescheduled Hearing Due to a Change in the Court's Schedule [Dkt. No. 1088]

v. Docket entries continuing hearing [Dkt. No. 1112, 1115, & 1126]

vi. List of Exhibits in Support of The Official Committee of Unsecured Creditors' Motion for Order to Terminate Debtor's Exclusive Period to Solicit Acceptances of Chapter 11 Plan [Dkt. No. 1123]

vii. Order Regarding Evidentiary Hearing [Dkt. No. 1125]

viii. Amended List of Exhibits in Support of Motion by the Official Committee of Unsecured Creditors for Order Granting it Standing and Authorizing it to Prosecute and Settle Certain Insurance Coverage Claims Against the Catholic Mutual Relief Society of America on Behalf of the Debtor's Estate and Motion for Order Granting it Standing and Authorizing it to Prosecute and Settle Certain Insurance Coverage Claims Against The Catholic Mutual Relief Society of America on Behalf of the Debtor's Estate [Dkt. No. 1128]

ix. Debtor's Omnibus Exhibit List [Dkt. No. 1129]

x. Motion to Seal certain Committee exhibits [Dkt. No. 1131]

xi. Debtor's Supplement to Omnibus Exhibit List [Dkt. No. 1134]

xii. Debtor's Omnibus Supplemental Exhibit List [Dkt. No. 1149]

**Status:** This matter is going forward.

Dated: Hartford, CT
February 20, 2023

/s/  Patrick M. Birney
Patrick M. Birney (CT No. 19875)
Andrew A. DePeau (CT No. 30051)
Annecca H. Smith (CT No. 31148)
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103
Telephone:  (860) 275-8275
Facsimile:  (860) 275-8299
E-mail:  pbirney@rc.com
         adepeau@rc.com
         asmith@rc.com

-and-

Louis T. DeLucia (admitted *pro hac vice*)
Alyson M. Fiedler (admitted *pro hac vice*)
**ICE MILLER LLP**
1500 Broadway, 29th Floor
New York, NY 10036
Telephone: (212) 824-4940
Facsimile: (212) 824-4982
E-mail:  louis.delucia@icemiller.com
         alyson.fiedler@icemiller.com

*Counsel to the Debtor
and Debtor-in-Possession*

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2023 a copy of the foregoing notice of agenda was filed electronically and shall be served as required by Local Bankruptcy Rule 9013-2(b), with notice of this filing being sent by email to all Notice Parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties in interest may access this document through the court's CM/ECF System.

/s/  *Patrick M. Birney*
Patrick M. Birney