## EXHIBIT B

## UNKNOWN ABUSE CLAIMS TRUST AGREEMENT AND TRUST DISTRIBUTION PLAN

[TO BE FILED AT A LATER DATE]