# EXHIBIT C

## SCHEDULE OF INSURANCE POLICIES

[PROVIDED BY DIOCESE; HAS NOT BEEN INDEPENDENTLY VERIFIED]

| Policy Year | Insurer | Certificate Number |
|---|---|---|
| 21-22 | Catholic Mutual Relief Society of America | 8578 |
| 20-21 | Catholic Mutual Relief Society of America | 8578 |
| 19-20 | Catholic Mutual Relief Society of America | 8578 |
| 18-19 | Catholic Mutual Relief Society of America | 8578 |
| 17-18 | Catholic Mutual Relief Society of America | 8578 |
| 16-17 | Catholic Mutual Relief Society of America | 8578 |
| 15-16 | Catholic Mutual Relief Society of America | 8578 |
| 14-15 | Catholic Mutual Relief Society of America | 8578 |
| 13-14 | Catholic Mutual Relief Society of America | 8578 |
| 12-'13 | Catholic Mutual Relief Society of America | 8578 |
| 11-'12 | Catholic Mutual Relief Society of America | 8578 |
| 10-'11 | Catholic Mutual Relief Society of America | 8578 |
| 09-10 | Catholic Mutual Relief Society of America | 8578 |
| 08-09 | Catholic Mutual Relief Society of America | 8578 |
| 07-08 | Catholic Mutual Relief Society of America | 8578 |
| 06-07 | Catholic Mutual Relief Society of America | 8578 |
| 05-06 | Catholic Mutual Relief Society of America | 8578 |
| 04-05 | Catholic Mutual Relief Society of America | 8578 |
| 03-04 | Catholic Mutual Relief Society of America | 8578 |
| 02-03 | Catholic Mutual Relief Society of America | 8578 |
| 01-02 | Catholic Mutual Relief Society of America | 8578 |
| 00-01 | Catholic Mutual Relief Society of America | 8578 |
| 99-00 | Catholic Mutual Relief Society of America | 8578 |
| 98-99 | Catholic Mutual Relief Society of America | 8578 |
| 97-98 | Catholic Mutual Relief Society of America | 8578 |
| 96-97 | Catholic Mutual Relief Society of America | 8578 |
| 95-96 | Catholic Mutual Relief Society of America | 8578 |
| 94-95 | Catholic Mutual Relief Society of America | 8578 |
| 93-94 | Catholic Mutual Relief Society of America | 8578/8734 |
| 92-93 | Catholic Mutual Relief Society of America | 8578/282666 |
| 91-92 | Catholic Mutual Relief Society of America | 8107/282666 |
| 90-91 | Catholic Mutual Relief Society of America | 8107/282666 |
| 89-90 | Catholic Mutual Relief Society of America | 8107 |
| 88-89 | Catholic Relief Insurance Company of America | SMP16677 |
| 87-88 | Catholic Relief Insurance Company of America | SMP16644 |
| July1, 1986 - July 1, 1987 | Catholic Relief Insurance Company of America | SMP16644 |
| 85-86 | Catholic Relief Insurance Company of America | SMP16604 |
| 82-85 | Catholic Relief Insurance Company of America | SMP16546 |
| 81-84 (may have been flat cancelled in 82) | Catholic Relief Insurance Company of America | SMP16529 |
| 78-81 | Catholic Relief Insurance Company of America | SMP16500 |
| June 28 to July 1, 1978 | Catholic Mutual Relief Society of America | SMP6216 |
| 77-78 | Catholic Mutual Relief Society of America | SMP6216 |

| Period | Insurer | Policy |
|---|---|---|
| April 3, 1975- July 1, 1977 | American Employers Insurance Company | Primary: SMP ABW-201379<br>Excess: AB-8803-001 |
| July 1, 1974- April 3, 1975 | American Employers Insurance Company | Primary: SMP ABW-201379<br>Excess: AB-8803-001 |
| 6/1/73 - 6/1/74 | Aetna Casualty & Surety Co. | 07AL800502CMA |
| 72-73 | Aetna Casualty & Surety Co. | 07AL148401CMA |
| 70-71 | Aetna Casualty & Surety Co. | 07AL140568CM |
| 69-70 | Aetna Casualty & Surety Co. | 07AL136546CM |
| 68-69 | Aetna Casualty & Surety Co. | 07AL133133CM |
| 66-67 | Aetna | 7AL8023438 |
| 65-66 | Aetna | 7AL020811 |
| 64-65 | Aetna Casualty & Surety Co. | 7AL18647 |
| 62-65 (may have been flat cancelled in 1964) | Aetna Casualty & Surety Co. | 7AL13425 |
| 61-64 | Aetna | 7AL10369 |
| 57-61 | Aetna Casualty & Surety Co. | 7AL4963 |
| 5/4/1957 | Aetna Casualty & Surety Co. | 7AL4090 |