## **EXHIBIT D**

**SCHEDULE OF CATHOLIC ENTITIES (CO-INSUREDS)**

[TO BE FILED AT A LATER DATE]