# EXHIBIT E

## SCHEDULE OF SETTLED INSURERS

[THE REMAINDER OF THIS PAGE IS PURPOSEFULLY LEFT BLANK]