## **EXHIBIT F**

**SCHEDULE OF PARTICIPATING PARTIES**

[THE REMAINDER OF THIS PAGE IS PURPOSEFULLY LEFT BLANK]