# EXHIBIT G

**REQUESTED NON-MONETARY COMMITMENTS TO HEALING AND RECONCILIATION**

[TO BE FILED AT A LATER DATE]