## **EXHIBIT H**

**OFFICERS AND DIRECTORS OF REORGANIZED DEBTOR**

Bishop Michael R. Cote, Bishop of Norwich

Monsignor Leszek T. Janik, Vice President

Reverend Peter J. Langevin, Secretary Treasurer

Karen Huffer, Diocesan Finance Officer

Alec Ogborne, Benefits Administrator