## **EXHIBIT I**

**TRANSFERRED RECEIVABLES**

[TO BE FILED AT A LATER DATE]