**EXHIBIT J**

**SCHEDULE OF ALLEGEDLY BARRED CHILD ABUSE CLAIMS**

[TO BE FILED AT A LATER DATE]