## EXHIBIT 1

## CHAPTER 11 PLAN OF REORGANIZATION PROPOSED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION

[FILED AS SEPARATE DOCUMENT, DKT. NO. 1169]