**EXHIBIT 2**

**LIQUIDATION ANALYSIS**

[TO BE FILED AT A LATER DATE]