**EXHIBIT 3**

**ORDER APPROVING COMMITTEE DISCLOSURE STATEMENT**

[TO BE FILED AT A LATER DATE]