## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | |
|---|---|
| In re:<br><br>THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,[1]<br><br>Debtor. | Chapter 11<br><br>Case No: 21-20687 (JJT)<br><br>March 13, 2023 |

## REPORT AND STATEMENT IN ADVANCE OF MARCH 14, 2023 STATUS CONFERENCE

The Norwich Roman Catholic Diocesan Corporation, debtor and debtor-in-possession (the "Debtor" or "Diocese"), by and through its undersigned counsel, hereby submits this statement and report (the "Statement") apprising the Court of updates in the above-captioned chapter 11 case (the "Chapter 11 Case") in advance of the status conference set by this Court to be held on March 14, 2023 (the "Status Conference"):

## BACKGROUND

**A.    Plan Exclusivity**

1.    On January 13, 2023, the Diocese and the Official Committee of Unsecured Creditors (the "Committee") filed the *Joint Stipulation Extending the Exclusivity Periods for the Filing and Solicitation of Acceptance of a Chapter 11 Plan* [Dkt. No. 1037] (the "Joint Stipulation") extending the Diocese's exclusive period to file a plan to January 17, 2023, and its exclusive period to solicit acceptances of a plan to March 16, 2023 (the "Exclusive Solicitation Period").

2.    On January 17, 2023, the Diocese filed the *Chapter 11 Plan of Reorganization Proposed by The Norwich Roman Catholic Diocesan Corporation* [Docket No. 1042] (as it may be

---

[1] The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich.  The last four digits of the Debtor's federal tax identification number are 7373.

1

amended, the "Diocese Plan"). On January 27, 2023, the Diocese filed the accompanying *Disclosure Statement for Chapter 11 Plan of Reorganization Proposed by The Norwich Roman Catholic Diocesan Corporation* [Docket No. 1058] (as it may be amended, the "Diocese Disclosure Statement") and the *Motion for Entry of Order (I) Approving Disclosure Statement; (II) Establishing Voting Record Date; (III) Approving Solicitation Packages and Distribution Procedures; (IV) Approving Forms of Ballots and Establishing Procedures for Voting on Plan; (V) Approving Forms of Notices to Non-Voting Classes Under Plan; (VI) Establishing Voting Deadline to Accept or Reject Plan; (VII) Approving Procedures for Vote Tabulation, Including Estimation of Certain Claims for Voting Purposes Only; and (VIII) Establishing Confirmation Hearing Date and Notice and Objection Procedures Thereof* [Dkt. No. 1059] (the "Disclosure Statement Motion").

3. On February 3, 2023, the Committee filed *The Official Committee of Unsecured Creditors' Motion to Terminate Debtor's Exclusive Period to Solicit Acceptances of Chapter 11 Plan* [Dkt. No. 1076] (the "Motion to Terminate"), which was objected to by the Association of Parishes of the Roman Catholic Diocese of Norwich, Connecticut (the "Association of Parishes") [Dkt. No. 1103] and the Diocese [Dkt. No. 1105]. At a hearing on February 21, 2023, the Diocese withdrew its objection and consented to the termination of the Exclusive Solicitation Period. At the same hearing, the Committee represented that it would file a plan by February 28, 2023. The Court entered an order granting the Motion to Terminate on February 24, 2023 [Dkt. No. 1164].

4. In light of the termination of the Exclusive Solicitation Period and the forthcoming Committee Plan (defined below), the Court canceled the hearing on the Diocese Disclosure Statement and Disclosure Statement Motion set for March 2, 2023, and instead entered a docket order setting the Status Conference [Dkt. Nos. 1155 and 1166].[2]

---

[2] *See* Dkt. No. 1166 ("**SCHEDULING ORDER**: Based on statements made on the record at the hearing held on February 21, 2023, it is hereby **ORDERED**: That the [Committee] shall file a competing Chapter 11 Plan by February 28, 2023; and it is further **ORDERED:** That the Status Conference scheduled for March 14, 2023 at 10:00 a.m. will address

5.  On February 28, 2023, the Committee filed the *Chapter 11 Plan of Reorganization Proposed by the Official Committee of Unsecured Creditors for The Norwich Roman Catholic Diocesan Corporation* [Dkt. No. 1169] (the "Committee Plan") and the accompanying *Disclosure Statement For Chapter 11 Plan of Reorganization Proposed By Official Committee of Unsecured Creditors of The Norwich Roman Catholic Diocesan Corporation* [Dkt. No. 1170] (the "Committee Disclosure Statement").

6.  On March 3, 3023, the Court entered the *Order Scheduling Status Conference*, setting the Status Conference for March 14, 2023 at 10:00 a.m. to be held on the Court's ZoomGov platform.

**B.  Mediator Extension**

7.  On August 4, 2022, the Court entered the *Order Referring Parties to Mediation and Appointing Mediator* [Dkt. No. 752] (the "Mediation Order"), appointing Attorney Paul A. Finn, Esq. to mediate certain matters between (i) the Diocese; (ii) the Committee; (iii) the Debtor's insurance and other coverage providers, including the Catholic Mutual Relief Society of America ("Catholic Mutual"); (iv) the Association of Parishes; (v) The Oceania Province of the Congregation of Christian Brothers; (vi) Mount St. John, Inc.; (vii) the High Schools,[3] and (viii) the future claimants' representative (the "Mediation Parties") for a period of six (6) months, subject to extension for cause.

8.  On January 20, 2023, the Diocese filed the *Motion for Order to Extend the Term of Appointment of Paul A. Finn as Mediator* [Dkt. No. 1051] ("Mediator Extension Motion"), which was objected to by the Committee [Dkt. No. 1075].

---

scheduling concerning the competing plans filed by the Debtor and the Committee and the sequencing of treatment for each plan. The parties are also expected to report on the [Standing Motion] at this hearing.")

[3] Comprised of Xavier High School Corporation of Middletown, Saint Bernard School of Montville, and Mercy High School Corporation.

9. At a hearing on February 21, 2023, the Diocese withdrew the Mediator Extension Motion and the Diocese and the Committee agreed to continue mediation with a new mediator, former Second Circuit Judge Christopher F. Droney (ret.).

10. On February 24, 2023, the Court entered a docket order appointing Judge Droney as mediator for a period up to sixty (60) days and suspending the service of Attorney Finn [Dkt. No 1167]. On March 10, 2023, the Court entered an order substantially reflecting the same [Dkt. No. 1195].

    **C.    Standing Motion**

11. On October 12, 2022, the Committee filed the *Motion by the Official Committee of Unsecured Creditors for Order Granting it Standing and Authorizing It to Prosecute and Settle Certain Insurance Coverage Claims Against the Catholic Mutual Relief Society of America* [Dkt. No. 854] (the "Standing Motion"). Responses and objections to the Standing Motion were filed by the Diocese [Dkt. Nos. 886, 894, and 1130] and Catholic Mutual [Dkt. No. 964]. The Committee also filed a reply in support of the Standing Motion [Dkt. No. 966].

12. Hearings on the Standing Motion were held on December 14 and 21, 2022, which were continued by request of the Committee [Dkt. No. 970 and 987]. Additional hearings on the Standing Motion were held on February 10, 15, and 21, 2022, which were continued by the Court [Dkt. Nos. 1112, 1115, 1126, 1137, and 1154]. The Court held that the parties are expected to report on the Standing Motion at the Status Conference [Dkt. Nos. 1154 and 1166], and set April 5, 2023, at 10:00 a.m (ET) as a hold date for an evidentiary hearing on the Standing Motion. [Dkt. No. 1157].

## STATEMENT

    **A.    Hearings on Disclosure Statements**

13. In advance of the Status Conference, the Diocese and the Committee have conferred regarding scheduling hearings on the adequacy of the information contained in the Diocese

Disclosure Statement and the Committee Disclosure Statement. Subject to further modification based on the progress made in mediation, the Diocese and the Committee respectfully request that the Court set:

- **April 10, 2023, at 5:00 p.m. (ET)** as the deadline to submit objections to the Diocese Disclosure Statement or Committee Disclosure Statement;

- **April 14, 2023, at 5:00 p.m. (ET)** as the deadline to submit any responses to objections to the Diocese Disclosure Statement or Committee Disclosure Statement; and

- **April 17, 2023, at 10:00 a.m. (ET)** as the date of the hearing to consider the Diocese Disclosure Statement and Committee Disclosure Statement.

### B. Mediation Progress

14. The Mediation Parties have been working collaboratively with Judge Droney to expeditiously commence an effective and efficient mediation. On March 6, 2023, counsel for the Diocese and the Committee provided Judge Droney with the Diocese Disclosure Statement, the Committee Disclosure Statement, the Standing Motion, and the Diocese's supplemental response to the Standing Motion [Dkt. No. 1130], as well as a chart providing all of the Mediation Parties and their respective counsel's information.

15. On March 10, 2023, Judge Droney held an organizational meeting via Zoom with counsel to most of the Mediation Parties. As a result of the March 10th conference, Judge Droney and the Mediation Parties will commence an in-person mediation session on March 23, 2023, in Hartford, Connecticut (the "Mediation Session"). The parties also determined certain additional materials will be provided to Judge Droney by March 16, 2023, in advance of the Mediation.

Dated: Hartford, CT  
March 13, 2023

THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION

By: */s/ Patrick M. Birney*
    Patrick M. Birney (CT No. 19875)
    Andrew A. DePeau (CT No. 30051)
    Annecca H. Smith (CT No. 31148)
    **ROBINSON & COLE LLP**
    280 Trumbull Street
    Hartford, Connecticut 06103
    Telephone: (860) 275-8275
    Facsimile: (860) 275-8299
    E-mail: pbirney@rc.com
            adepeau@rc.com
            asmith@rc.com

-and-

Louis T. DeLucia (admitted *pro hac vice*)
Alyson M. Fiedler (admitted *pro hac vice*)
**ICE MILLER LLP**
1500 Broadway, 29th Floor
New York, NY 10036
Telephone: (212) 824-4940
Facsimile: (212) 824-4982
E-mail: louis.delucia@icemiller.com
       alyson.fiedler@icemiller.com

*Counsel to the Debtor and Debtor-in-Possession*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2023, a copy of the foregoing was filed electronically, and notice of this filing will be sent by email to all parties by operation of the court's electronic filing system. Parties in interest may access this document through the court's CM/ECF System.

/s/ *Patrick M. Birney*
Patrick M. Birney