**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In Re:<br><br>THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,<br><br>Debtor. | Chapter 11<br><br>Case No. 21-20687 (JJT) |

**DECLARATION OF STEPHEN M. KINDSETH, ESQ.**
**PURSUANT TO SUPPLEMENTAL ORDER TO SHOW CAUSE**
**REGARDING THE DISCHARGE OF EPIQ CORPORATE RESTRUCTURING, LLC**

I, Stephen M. Kindseth, Esq., hereby declare as follows:

1. I am an attorney at law admitted and in good standing to practice in the state of Connecticut.

2. I am the managing partner and a shareholder of the law firm of Zeisler & Zeisler, P.C. ("Z&Z"), counsel to the The Official Committee of Unsecured Creditors (the "Committee") for The Norwich Roman Catholic Diocesan Corporation and am duly authorized to make this declaration on behalf of the Committee.

3. I make this declaration pursuant to this Court's *Supplemental Order to Show Cause Regarding the Discharge of Eqiq Corporate Restructuring, LLC* (ECF Doc. No. 1221).

4. The facts set forth in this Affidavit are personally known to me and, if called as a witness, I could and would testify thereto.

5. A true and genuine copy of the invoice for the fees and expenses incurred by the Committee to rectify and address Epiq Corporate Restructuring, LLC's ("Epiq") breaches of confidentiality and to transition noticing and servicing responsibilities in above-captioned bankruptcy case to Omni Agent Solutions ("Omni"), is attached hereto as **Exhibit A**. For the

1

Court's convenience, Z&Z created a new billing sub-matter number, matter no. 28 entitled "Epiq Disclosure and Omni Retention," specifically for all fees and expenses incurred by the Committee to rectify and address Epiq's breaches of confidentiality and the transition of noticing and servicing responsibilities to Omni.

6. The Committee incurred fees of $15,183.20 and no expenses.

7. The hourly rates applied to the time billed to this matter are the same as those hourly rates applied from the inception of Z&Z's representation of the Committee

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 7, 2023.                    By:/s/ *Stephen M. Kindseth*
                                                              Stephen M. Kindseth (ct14640)

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2023, a copy of the foregoing was filed electronically through the Court's CM/ECF System. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: */s/ Stephen M. Kindseth*
Stephen M. Kindseth (ct14640)