## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re:
The Norwich Roman Catholic Diocesan Corporation

Case No. 21-20687

Debtor(s).

### NOTICE OF APPEARANCE OF COUNSEL
### AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that the undersigned appears for Claimant with claim number 2023 _____, in the above-captioned bankruptcy case. Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, the undersigned demands that all notices given or required to be given in this case and all papers, documents, and/or pleadings filed herein, served or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the office, Post Office address, email address, and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, every order, application, motion, petition, pleading, plan, request, complaint, demand, or other document which is filed with or brought before this Court or which affects the Debtor or the property of the Debtor or of the estate (and any and all notices of hearing with respect to any of the foregoing), whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile transmission, email, telex, or otherwise.

_/s/ Robert M. Elliott_
Attorney's Signature

Dated: March 13, 2023

Robert M. Elliott, Esquire
Attorney's Printed Name

Law Firm Name   Robert M. Elliott, P.C.

Law Firm Mailing Address   108 Norwich Ave., Ste. A

City   Colchester     State  CT   Zip Code  06415

Attorney's Email Address   kes@robertmelliottpc.com

Attorney's Phone Number   (860) 603-2094

Attorney's Federal Bar Number   ct06633