**Schedule 5**

**Confirmation Hearing Notice**

[To be supplemented]