**Schedule 6**

**Publication Notice**

[To be supplemented]