# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
September 20, 2023

In re:

The Norwich Roman Catholic Diocesan Corporation
Debtor*

Case Number: 21–20687
Chapter: 11

### NOTICE OF HEARING

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**PLEASE TAKE NOTICE** that a Hearing will be held at **450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103** on **October 19, 2023** at **12:30 PM** to consider and act upon the following matter(s):

> **Interim Application for Compensation for Fees Incurred Related to the Discharge of Epiq Corporate Restructuring, LLC and Retention of Omni Agent Solutions for Zeisler & Zeisler, P.C., Creditor Comm. Aty, Fee: $15,183.20, Expenses: $0.00. Filed by Zeisler & Zeisler, P.C., Attorney. (Re: Doc #1440)**

**NOTICE IS FURTHER GIVEN** that, unless otherwise ordered by the court the initial hearing on the foregoing will be a non–evidentiary hearing, and, may be continued or adjourned without further notice.

If you want the court to consider your response on the above–mentioned matter(s), then you or your attorney must be in attendance on the above scheduled date. If you or your attorney do not attend the above scheduled hearing, the court may decide that you do not oppose the relief sought in the above–referenced matter and may enter an order granting that relief.

**OBJECTION(S) TO THE MOTION SHALL BE FILED ON OR BEFORE: October 12, 2023** before 4:00 p.m. Untimely objections may not be considered.

Dated: September 20, 2023

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – nsm