## Exhibit 2

**Disclosure Statement Approval Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re:<br><br>THE NORWICH ROMAN CATHOLIC<br>DIOCESAN CORPORATION,[1]<br><br>       Debtor. | Chapter 11<br><br>Case No:  21-20687 (JJT) |

**ORDER GRANTING MOTION FOR ENTRY OF ORDER (I) APPROVING DISCLOSURE STATEMENT; (II) APPROVING SOLICITATION PACKAGES AND DISTRIBUTION PROCEDURES; (III) APPROVING FORMS OF BALLOTS AND ESTABLISHING PROCEDURES FOR VOTING ON PLAN; (IV) APPROVING FORMS OF NOTICES TO NON-VOTING CLASSES UNDER PLAN; (V) APPROVING PROCEDURES FOR VOTE TABULATION, INCLUDING ESTIMATION OF CERTAIN CLAIMS FOR VOTING PURPOSES ONLY; AND (VI) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of The Norwich Roman Catholic Diocesan Corporation, debtor and debtor-in-possession (the "Debtor" or "Diocese"), the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned chapter 11 case (the "Chapter 11 Case"), the Catholic Mutual Relief Society of America ("Catholic Mutual"), and the Association of Parishes of the Roman Catholic Diocese of Norwich, Connecticut (the "Association of Parishes," and, collectively, the "Plan Proponents") for entry of an order, (this "Order") (i) approving the *Sixth Amended Joint Disclosure Statement for Sixth Amended Joint Chapter 11 Plan of Reorganization Proposed by the Norwich Roman Catholic Diocesan Corporation, Official Committee of Unsecured Creditors, the Catholic Mutual Relief Society of America, and the*

---

[1] The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich.  The last four digits of the Debtor's federal tax identification number are 7373.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion or the Plan.

*Association of Parishes of the Roman Catholic Diocese of Norwich, Connecticut* [Docket No. _____] (the ("Disclosure Statement"); (ii) approving Solicitation Packages and Distribution Procedures; (iii) approving the forms of the Ballots and establishing procedures for voting on the *Sixth Amended Joint Chapter 11 Plan of Reorganization Proposed by the Norwich Roman Catholic Diocesan Corporation the Official Committee of Unsecured Creditors, the Catholic Mutual Relief Society of America, and the Association of Parishes of the Roman Catholic Diocese of Norwich, Connecticut* [Docket No. _____] (the "Plan"); (iv) approving forms of Notices to the Non-Voting Classes under the Plan; and (v) approving procedures for voting tabulations, including estimation of certain Claims for voting purposes only; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion (the "Hearing"); and upon all of the proceedings before the Court; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS FOUND AND DETERMINED THAT**:

A.      The Disclosure Statement attached hereto as **Schedule 1** contains adequate information about the Plan within the meaning of Section 1125 of the Bankruptcy Code.

B.      Notice of the Disclosure Statement, the Motion, the Hearing, and the deadline for filing objections to the Disclosure Statement was properly provided and such notice was due and sufficient and given in accordance with the Bankruptcy Code, Bankruptcy Rules, and Local Rules, and no other or further notice is necessary or required.

C.      All objections to the adequacy of the Disclosure Statement, responses to, and statements and comments, if any, in opposition to the Motion, other than those withdrawn with prejudice or resolved in their entirety prior to, or on the record at, the Hearing, shall be, and hereby are, overruled in their entirety for the reasons stated on the record and, notwithstanding the foregoing, no objection to the Motion shall be considered an objection to confirmation of the Plan unless such objection is interposed in accordance with the procedures for objection to confirmation of the Plan set forth in this order.  Confirmation issues that remain unresolved by the process described herein are reserved to be heard at the Confirmation Hearing (as defined herein).

D.      The Disclosure Statement complies with Bankruptcy Rule 3016(c) and describes in specific and conspicuous language the acts to be enjoined and the entities subject to the injunction, exculpation, and release provisions contained in the Plan.

E.      The Solicitation Packages and other notices of the Record Date, the Voting Deadline, the Plan Objection Deadline, the Confirmation Hearing, the Solicitation Procedures, the Plan, and all matters related to the Plan and confirmation of the Plan contemplated by the

3

Motion comply with Bankruptcy Rules 2002 and 3017 (having been served by the Debtor to those Record Date parties-in-interest indicated in the Debtor's Certificates of Service).

F.      The forms of Ballots, substantially in the forms attached to this Order as **Schedules 2-1**, **2-2**, **2-3**, **2-4**, and **2-5**, including all instructions and information provided in each form of Ballot, are sufficiently consistent with Official Form No. 314, adequately address the particular needs of this Chapter 11 Case, and are appropriate for the Voting Classes. No further or other information is necessary or required with respect to the Ballots.

G.      The combination of direct and published notice of the Plan and Confirmation Hearing, including, without limitation, the Confirmation Hearing Notice and Publication Notice, substantially in the forms attached to this order as **Schedule 5** and **Schedule 6**, respectively, provides sufficient notice to those served as indicated in the Debtor's Certificates of Service of the Plan, the Confirmation Hearing, the opportunity to vote on and object to the Plan, and complies with Bankruptcy Rules 2002 and 3017.

H.      Pursuant to the Plan, Administrative Expense Claims and Priority Tax Claims are unclassified (the "Unclassified Claims") and are not entitled to vote or receive a Ballot.

I.      Holders of Claims and Interests in Class 1 (Other Priority Claims), Class 3 (The M&T Secured Revolving Loan Claim and M&T Secured Guaranty Claim), Class 6 (General Unsecured Claims) (collectively, the "Non-Voting Classes") may be conclusively presumed to accept or deemed to reject the Plan and are not entitled to vote or receive a Ballot.

J.      The period, as set forth below, during which the Plan Proponents may solicit acceptances to the Plan is a reasonable period of time for entities entitled to vote on the Plan to make an informed decision whether to accept or reject the Plan.

K.      The procedures for the solicitation and tabulation of votes to accept or reject the Plan provide for a fair and equitable voting process and are consistent with section 1126 of the Bankruptcy Code.

L.      The Plan Proponents reserve the right to seek modifications or extensions of the matters governed by this Order.

M.      The relief requested in the Motion is in the best interests of the Diocese and the Diocese's estate.

N.      The legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT**:[3]

1.      The relief requested in the Motion is **GRANTED**, subject to the terms and conditions contained herein.

2.      Any and all objections to the Motion not otherwise settled or withdrawn are hereby overruled except those relating to confirmation of the Plan.

3.      The Disclosure Statement contains adequate information, considering the complexity of the case, the benefit of additional information, and the costs related thereto, in accordance with section 1125 of the Bankruptcy Code and is approved.

4.      The form and manner of the notice of the hearing on the Disclosure Statement complied with all applicable Bankruptcy Rules and Local Rules.

5.      The Disclosure Statement (including all applicable exhibits thereto) provides notice of the injunction, exculpation, and release provisions contained in the Plan, which will be

---

[3] All findings of fact and conclusions of law set forth above or announced by the Court at the hearing in relation to the Motion are hereby incorporated herein to the extent not inconsistent herewith.

determined by the Court at the Confirmation Hearing whether it fully complies with Bankruptcy Rule 3016(c).

6.      The forms of Ballots as revised by the Court herein annexed hereto as **Schedules 2-1**, **2-2**, **2-3**, **2-4**, and **2-5** are approved.

*Scheduling Order*

7.      The following dates shall be established by the *Order (I) Establishing Voting Record Date; (II) Establishing Voting Deadline to Accept or Reject Plan; (III) Establishing Confirmation Hearing Date and Notice and Objection Procedures Thereof; (IV) Setting Surviving Claimants Hearing; and (V) Granting Related Relief* [Docket No. _____] (the "Scheduling Order"):

(a)      The Voting Record Date (the "Voting Record Date") for determining claimants entitled to vote on the Plan;

(b)      The date by which Omni Agent Solutions, Inc. ("Omni"), will complete the mailing of Solicitation Packages (the "Solicitation Date"), to the U.S. Trustee and Holders of Claims in the Voting Classes entitled to vote on the Plan as of the Voting Record Date, as required by Bankruptcy Rule 3017(d);

(c)      The Voting Deadline by which all original Ballots must be actually received by Omni;

(d)      The date by which Omni shall file a Voting Certification with the Court (the "Voting Certification Date");

(e)      The date of the Surviving Claimants Hearing;

(f)      The deadline for objections or responses to confirmation of the Plan (the "Confirmation Objection Deadline");

(g)      The deadline for the Plan Proponents' replies, if any, to any timely filed objections to Confirmation; and

(h)      The date of the hearing on Confirmation of the Plan (the "Confirmation Hearing").

*Solicitation Procedures*

8.      Solicitation Packages distributed to Holders of Claims in the Voting Classes will contain a copy of (i) the "Creditor Committee Mini-Disclosure Letter" [Dkt. No. _____]; (ii) a copy

of this Order (excluding schedules and exhibits); (iii) the appropriate Ballot to accept or reject the Plan, with instructions and a return envelope; (iv) the Disclosure Statement and Plan; (v) a copy of the Scheduling Order; (vi) a notice of the Confirmation Hearing (the "Confirmation Hearing Notice"); and (vii) such other material as the Court may direct. Omni shall distribute, or cause to be distributed the Solicitation Package in paper format.

9.      The entire Solicitation Package (except for Ballots) will be distributed to the Non-Voting Classes, along with the appropriate Notice of Non-Voting Status.

10.      By the Solicitation Date, the Plan Proponents shall distribute, or cause to be distributed, (i) this Order (excluding exhibits attached thereto), (ii) the Confirmation Hearing Notice, (iii) the Disclosure Statement and Plan, (iv) and any other materials as the Court may direct to the U.S. Trustee and all persons requesting service or notice in this Chapter 11 Case who are not otherwise receiving a Solicitation Package.

11.      The entire Solicitation Package will be distributed to counterparties to executory contracts and leases and those Administrative Claimants who make specific written request for copies of such documents to (i) Norwich Roman Catholic Diocesan Corporation Ballot Processing, c/o Omni Agent Solutions, Inc, 5955 De Soto Ave, Suite 100, Woodland Hills, CA 91367, or (ii) by email at NorwichInquiries@OmniAgnt.com.

12.      The Plan Proponents are not required to send Solicitation Packages to Claimants that have already been paid in full; *provided*, *however*, that if, and to the extent that, any such Claimant would be entitled to receive a Solicitation Package for any reason other than by virtue of the fact that such Claim had been paid by the Diocese, then such Claimant will be sent a Solicitation Package in accordance with the procedures set forth above.

13.     The Plan Proponents are excused from mailing Solicitation Packages and any other material related to voting or confirmation of the Plan to those entities to which certain notices mailed during the course of this Chapter 11 Case have been returned as undeliverable by the United States Postal Service, unless and until the Plan Proponents are provided with accurate addresses for such entities before the Solicitation Date provided that Plan Proponents have used commercially reasonable efforts to obtain an updated address for such party. The Plan Proponents' failure to mail Solicitation Packages or any other materials related to voting or confirmation of the Plan to such entities will not constitute inadequate notice of the Confirmation Hearing or Voting Deadline and shall not constitute a violation of Bankruptcy Rule 3017(d).

14.     The Plan Proponents are not required to distribute copies of the Plan or Disclosure Statement to any party who holds a Claim that is either not filed or is not scheduled in an amount greater than $0, unless such party files a motion for temporary allowance of a claim under Bankruptcy Rule 3018 *provided, however*, that Omni shall serve such parties with a copy of the Confirmation Hearing Notice.

15.     The Plan Proponents are authorized to make ministerial changes to the Disclosure Statement, the Plan, and related documents without further order of the Court, such as changes to correct typographical and grammatical errors, and to make conforming changes among the Disclosure Statement, the Plan, and any other materials in the Solicitation Packages prior to mailing. Such ministerial changes shall be approved by the Plan Proponents and filed upon the Court docket prior to the Confirmation Hearing as an "Errata Sheet of Changes to Plan Documents."

16.     The Notice of Unimpaired Non-Voting Status annexed hereto as **Schedule 3** is approved and shall be distributed to all known holders of Claims in the Unimpaired Non-Voting Class.

***Voting Procedures***

17.     To be counted as a vote to accept or reject the Plan, all Ballots must be properly completed, signed, dated and returned by only one of the following return methods:

If by U.S. Postal Service First Class mail:

Norwich Roman Catholic Diocesan Corporation Ballot Processing
c/o Omni Agent Solutions, Inc
5955 De Soto Ave, Suite 100
Woodland Hills, CA 91367

If by overnight courier or hand delivery:

Norwich Roman Catholic Diocesan Corporation Ballot Processing
c/o Omni Agent Solutions, Inc.
5955 De Soto Ave, Suite 100
Woodland Hills, CA 91367

By electronic, online submission:

https://omniagentsolutions.com/Norwich-Ballots

If you choose to submit your Ballot via Omni's Voting Upload Portal, you should not also return a hard copy of your Ballot.

18.     Omni shall make the encrypted ballot data and audit trail created by the submissions to the Voting Upload Portal a part of the record of any electronic Ballot submitted, and the creditor's electronic signature shall be deemed to be an original signature that is legally valid and effective. For the avoidance of all doubt, Holders of Claims in Voting Classes may only cast Ballots electronically via the Voting Upload Portal, and any Ballot received by e-mail, or any other electronic means (other than the Voting Upload Portal) shall not be counted as an acceptance

or rejection of the Plan and shall be rendered invalid; *provided, however*, the Plan Proponents may elect to accept Ballots submitted by such means.

19.   The following procedures shall govern voting on the Plan:

(a)   if a Claim is deemed Allowed under the Plan, such Claim is Allowed for voting purposes in the deemed Allowed amount set forth in the Plan;

(b)   only for purposes of voting, each Holder of a Class 4 Claim (those treated in either Class 4-A or Class 4-B), including Barred Abuse Claims and Late-Filed Abuse Claims, that has not been Disallowed by a Non-Appealable Order is deemed to be Allowed in the amount of $1.00 and therefore shall be granted a single vote in the amount of $1.00.  The temporary allowance shall be for purposes of voting to accept or reject the Plan only, and not for purpose of the allowance of, or distribution on account of, such Class 4 Claim, and shall be without prejudice to the rights of any Class 4 Claimant, the Trustee, the Plan Proponents, or any Participating Parties regarding all non-voting purposes. Notwithstanding the foregoing, the temporary allowance procedure delineated herein may be allowed by the Court upon the Plan Proponents' demonstration of good and sufficient cause and process, upon the record of the Disclosure Statement Continued Hearing. Further, a Holder of a Class 4 Claim may affirmatively and voluntarily Opt-In by signing the Abuse Claim Release and delivering the original Abuse Claim Release to the Claims Agent by the Voting Deadline;

(c)   only for the purposes of voting, the Unknown Abuse Claims Representative, on behalf of all Class 5 Claimants, shall be granted a single vote in the amount of $1.00.  The temporary allowance shall be for purposes of voting to accept or reject the Plan only, and not for purpose of the allowance of, or distribution on account of, any Class 5 Claims, and shall be without prejudice to the rights of any Class 5 Claimant, the Trustee, the Plan Proponents, or any Participating Parties regarding all non-voting purposes.  Notwithstanding the foregoing, the temporary allowance procedure delineated herein may be allowed by the Court upon the Plan Proponents' demonstration of good and sufficient cause and process, upon the record of the Disclosure Statement Continued Hearing.

(d)   if a Claim has been estimated or otherwise Allowed for voting purposes by order of the Court, such Claim is temporarily allowed in the amount so estimated for voting purposes only, and not for purposes of allowance or distribution;

(e)   if a proof of claim was timely filed in an amount that is liquidated, matured, or undisputed, such Claim is temporarily allowed in the amount set forth on

the proof of claim, unless such Claim is disputed as set forth in subparagraph (i) below;

(f)     if a Claim is listed in the Schedules as contingent, unliquidated, or disputed and a proof of claim was not (i) filed by the applicable bar date for the filing of proofs of claims established by the Court or (ii) deemed timely filed by an order of the Court prior to the Voting Deadline, other than any Late-Filed Abuse Claims that have not been Disallowed by a Non-Appealable Order, the Plan Proponents propose that such Claim shall be disallowed for voting purposes;

(g)     if a Claim is listed in the Schedules or on a timely filed proof of claim as contingent, unliquidated, or disputed in part, such Claim is temporarily Allowed in the amount that is non-contingent, liquidated, matured, or undisputed for voting purposes only, and not for purposes of allowance or distribution;

(h)     if a claim, other than an Abuse Claim, for which a proof of claim has been timely filed for unknown or undetermined amounts, or is wholly unliquidated, or contingent (as determined on the face of the claim or after a reasonable review of the supporting documentation by Omni) and such claim has not been allowed, such Claim shall be temporarily allowed for voting purposes only, and not for purposes of allowance or distribution, at unless otherwise ordered by the Court pursuant to Bankruptcy Rule 3018;

(i)     if a party has been served with an objection to a Claim at least ten (10) days before the Voting Deadline, such Claim may be temporarily disallowed for voting purposes only and not for purposes of allowance or distribution, except to the extent and in the manner as may be set forth in such objection, or as ordered by the Court before the Voting Deadline;

(j)     proofs of claim filed for $0.00 are not entitled to vote;

(k)     with the exception of voting amounts for Abuse Claims, for purposes of voting, classification and treatment, under the Plan, each entity that holds or has filed more than one Claim shall be treated as if such entity has only one Claim in each applicable Class and the Claims filed by such entity shall be aggregated in each applicable Class and the total dollar amount of such entity's Claims in each applicable Class shall be the sum of the aggregated Claims of such entity in each applicable Class;

(l)     any entity that filed duplicate Claims in the same Class shall be provided with only one Solicitation Package and one Ballot for voting a single Claim in such Class, regardless of whether the Plan Proponents have objected to such duplicate Claims; and

11

(m)    if a proof of claim has been amended by a later proof of claim that is filed on or prior to the Voting Record Date, the later filed amending Claim shall be entitled to vote in a manner consistent with these tabulation rules, and the earlier filed Claim shall be disallowed for voting purposes, regardless of whether a party has objected to such amended Claim. Except as otherwise ordered by the Court, any amendments to proofs of claim after the Voting Record Date shall not be considered for purposes of these tabulation rules.

20.    The following procedures shall apply for tabulating votes:

(a)    any Ballot that is otherwise properly completed, executed, and timely returned but does not indicate an acceptance or rejection of the Plan will not be counted;

(b)    if no votes to accept or reject the Plan are received with respect to a particular Class that is entitled to vote on the Plan, such Class shall be deemed to have voted to accept the Plan; **however**, the legal propriety of a deemed acceptance not being firmly established in the law of the Second Circuit, the Court may approve this provision upon a showing of good cause and sufficient legal authority during the Confirmation Hearing;

(c)    if a voter casts a Ballot with both an acceptance and rejection of the Plan or more than one Ballot for the same Claim (either from the same Claimant, the Claimant and a person purporting to act on their behalf, or multiple persons purporting to act on behalf of the Claimant) with conflicting votes on the Plan or that is otherwise materially in conflict, Omni shall immediately notify the Plan Proponents and the Plan Proponents shall immediately endeavor as reasonable and appropriate to reconcile the conflict and obtain written confirmation of which vote or Ballot for the Holder of the Claim entitled to vote shall control and be counted as timely returned; provided, however, that if the identification of the controlling vote or Ballot is not resolved as provided above within five (5) calendar days from the notice of the conflict as provided by the Plan Proponents, such votes shall not be counted;

(d)    Claimants must vote all of their Claims within a particular Class to either accept or reject the Plan;

(e)    other than as provided in subsections (a), (c) and (d) immediately above, the Plan Proponents, in their joint discretion, may waive any other defects in a Ballot, or enter into a stipulation to settle or resolve any dispute or cure any defect in relation thereto, with a holder of a Claim that has completed and timely returned a Ballot; and

(f)    except as otherwise provided in this Motion, for purposes of determining whether numerosity and Claim amount requirements of Sections 1126(c) and 1126(d) of the Bankruptcy Code have been satisfied, Omni will tabulate only those Ballots received by the Voting Deadline.

21.     The following Ballots will not be counted or considered for any purpose in determining whether the Plan has been accepted or rejected: (i) any Ballot received after the Voting Deadline unless the Plan Proponents jointly, or the Court, in writing, granted an extension of the Voting Deadline with respect to such Ballot prior to the Voting Deadline; (ii) any Ballot that is illegible or contains insufficient information to permit the identification of the voter; (iii) any Ballot cast by a person or entity that does not hold a Claim or Interest in a Voting Class; (iv) any unsigned Ballot; and (v) any Ballot submitted by email, facsimile, or any other means of electronic submission other than utilization of the Voting Upload Portal.

22.     If any Claimant seeks to challenge the allowance of its Claim for voting purposes in accordance with the above procedures, such Claimant shall serve on the Plan Proponents, and file with the Court (with a copy to Chambers), a motion for an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing such Claim in a different amount for purposes of voting to accept or reject the Plan on or before the 10th day after the later of (i) service of the Confirmation Hearing Notice, and (ii) service of notice of an objection or request for estimation, if any, as to such Claim. In accordance with Bankruptcy Rule 3018, that as to any Claimant filing such a motion, such Claimant's Ballot should not be counted unless temporarily Allowed by an order entered by the Court prior to the Voting Deadline.

***Confirmation and Notice***

23.     The Confirmation Notice providing (i) the time fixed for filing objections to confirmation of the Plan and (ii) the time, date, and place of the Confirmation Hearing, substantially in the form annexed hereto as **Schedule 5** is approved.

24.     Objections or responses to confirmation of the Plan, if any, must (a) be in writing; (b) conform to the Bankruptcy Rules and the Local Rules; (c) set forth the name and address of the

13

objecting party and the amount and nature of the Claim of such party; and (d) state the basis for the objection, and the specific grounds therefor. All objections and responses must be filed and served no later than the Confirmation Objection Deadline set forth in the Scheduling Order.

25.    Objections to confirmation of the Plan that are not timely filed and served in the manner set forth above and in the Scheduling Order may not be considered and may be deemed overruled.

26.    The Plan Proponents are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

27.    Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

28.    This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2025        _____
                                     JAMES J. TANCREDI
                                     UNITED STATES BANKRUPTCY JUDGE

## **Schedule 1**

Disclosure Statement

[*Intentionally Omitted*]

## **Schedule 2**

Voting Package

## **Schedule 2-1**

Form of Ballot for Class 2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re:<br><br>THE NORWICH ROMAN CATHOLIC<br>DIOCESAN CORPORATION,[1]<br><br>           Debtor. | Chapter 11<br><br>Case No:  21-20687 (JJT) |

## CLASS 2 BALLOT

**The Bankruptcy Court has approved the Sixth Amended Joint Disclosure Statement for Chapter 11 Plan of Reorganization Proposed by the Norwich Roman Catholic Diocesan Corporation, the Official Committee of Unsecured Creditors, the Catholic Mutual Relief Society of America, and the Association of Parishes of the Roman Catholic Diocese of Norwich, Connecticut (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. Bankruptcy Court approval of the Disclosure Statement does not indicate approval of the Sixth Amended Joint Chapter 11 Plan of Reorganization Proposed by the Norwich Roman Catholic Diocesan Corporation, the Official Committee of Unsecured Creditors, the Catholic Mutual Relief Society of America, and the Association of Parishes of the Roman Catholic Diocese of Norwich, Connecticut (the "Plan") by the Bankruptcy Court.**

**You should review the Disclosure Statement and the Plan before you vote. If you are not represented by an attorney, you may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.**

**In order for your vote to be counted, this Ballot must be properly completed, signed, and returned to Omni Agent Solutions, Inc. (the "Voting Agent") so that it is actually received no later than 5:00 p.m. (Prevailing Eastern Time) on _____ __, 2025 (the "Voting Deadline"), unless such time is extended by the Court or the Plan Proponents. If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote or if you vote to reject the Plan.**

Copies of the Disclosure Statement and Plan are provided to you with this Ballot and will also be on file with the Office of the Clerk of the Court for review during normal business hours (a fee may be charged) and are also available free of charge on the website maintained by the Diocese's claims agent at https://omniagentsolutions.com/Norwich.

---

[1] The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich.  The last four digits of the Debtor's federal tax identification number are 7373.

## INSTRUCTIONS FOR FILLING OUT AND SUBMITTING THIS BALLOT

**To have your vote counted, please complete, sign, and date this Ballot and return it so that it is received by the Voting Agent no later than the Voting Deadline, unless such time is extended by the Court or the Plan Proponents. Ballots must be delivered to the Voting Agent (i) at an appropriate address as listed below; or (ii) via the Voting Agent's Voting Upload platform at: https://omniagentsolutions.com/Norwich-Ballots.**

| | |
|---|---|
| If by U.S. Postal Service First Class mail:<br>The Norwich Roman Catholic Diocesan Corporation<br>c/o Omni Agent Solutions, Inc.<br>5955 De Soto Avenue, Suite 100<br>Woodland Hills, CA 91367 | If by overnight courier or hand delivery:<br>The Norwich Roman Catholic Diocesan Corporation<br>c/o Omni Agent Solutions, Inc.<br>5955 De Soto Avenue, Suite 100<br>Woodland Hills, CA 91367 |
| If by electronic, online submission:<br>Please visit https://omniagentsolutions.com/Norwich-Ballots. Scroll down to the "Submit a Ballot Online" section of the Diocese's website and follow the directions to submit your Ballot. If you choose to submit your Ballot via Omni's Voting Upload system, you should not return a hard copy of your Ballot. | |

**IMPORTANT NOTE:**

**Please complete and submit a Ballot promptly by mail or by online submission. If your Ballot is not received by the Voting Agent on or before the Voting Deadline, and such Voting Deadline is not extended by the Court or the Plan Proponents as noted above, your vote will not be counted. If you have any questions regarding this document, need a return envelope or another copy of the Disclosure Statement, the Plan, or this document, please contact the Voting Agent by e-mailing NorwichInquiries@OmniAgnt.com.  Please do not direct any inquiries to the Bankruptcy Court. The Voting Agent is not authorized to, and will not, provide legal advice.**

## C<small>LASS</small> 2 B<small>ALLOT FOR</small> A<small>CCEPTING OR</small> R<small>EJECTING</small> P<small>LAN</small>

**PLEASE READ THE ENTIRE BALLOT BEFORE COMPLETING IT**

**By signing this Ballot, I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that I have been provided a copy or access to a copy of the Disclosure Statement and the exhibits thereto.**

**YOU MUST COMPLETE THIS BALLOT IN ORDER FOR YOUR VOTE TO COUNT. IF YOUR BALLOT IS NOT RECEIVED IN COMPLIANCE WITH THE INSTRUCTIONS BY 5:00 P.M., EASTERN TIME, ON _____ 2025, IT WILL NOT BE COUNTED.**

**This Ballot is for voting purposes only and is not a Proof of Claim.**

*Claimant:* _____

The undersigned, a Holder of a Class 2 Claim, votes (check one box only):

| ☐ to **ACCEPT** the Plan | ☐ to **REJECT** the Plan |
|---|---|

For purposes of voting to accept or reject the Plan, the undersigned certifies that as of the Voting Record Date, the undersigned holds a Class 2 Claim in the amount set forth below:

**Amount of Your Claim for Voting Purposes Only: $_____.**

3

By signing this Class 2 Ballot, the undersigned certifies to the Bankruptcy Court and to the Plan Proponents:

> (a) That, as of the Voting Record Date, either: (i) the undersigned is the Holder of a Class 2 Claim or (ii) the undersigned is an individual competent to act with a specific, written power of attorney directing such individual to vote to accept or reject the Plan as directed by such individual claimant provided that a copy of the power of attorney is attached to this Class 2 Ballot;

> (b) That the Holder of the Class 2 Claim has received a copy of the Confirmation Hearing Notice, the order approving the Disclosure Statement, the approved Disclosure Statement, and the Plan and acknowledges that this solicitation is being made pursuant to the terms and conditions set forth in the Plan and Disclosure Statement;

> (c) That the undersigned has read and understands, the undersigned's lawyer has read and explained to the undersigned, or the undersigned has voluntarily chosen not to read, the provisions of the Plan; and

> (d) That no other Class 2 Ballot with respect to the Class 2 Claim identified in this Ballot have been cast or, if any other Class 2 Ballots have been cast with respect to such Class 2 Claim, then any such earlier Class 2 Ballots are hereby revoked.

TO BE COMPLETED BY CLASS 2 CLAIMANT:

Print or Type Name: _____

Signature: _____

Address: _____

_____

_____

Telephone Number: _____

Date Completed: _____

## **Schedule 2-2**

Form of Class 4 Ballot

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

In re:                                              **Chapter 11**

**THE NORWICH ROMAN CATHOLIC**
**DIOCESAN CORPORATION,**                     **Case No. 21-20687 (JJT)**

        **Debtor.**

**CLASS 4 BALLOT and**
**OPTIONAL RELEASE OF ABUSE CLAIMS AGAINST NON-DEBTORS**

Please read this document in its entirety because it contains both: (i) a voting Ballot and instructions on how to make an informed choice about your vote to accept or reject the Sixth Amended Joint Chapter 11 Plan of Reorganization proposed by the debtor Norwich Roman Catholic Diocesan Corporation ("**Diocese**"), the Official Committee of Unsecured Creditors, The Catholic Mutual Relief Society of America, and the Association of Parishes of the Roman Catholic Diocese of Norwich, Connecticut (the "**Plan**"); and (ii) an Optional Release of Abuse Claims Against Non-Debtors (the "**Release**") that releases the 77 non-debtor parties that are funding the majority of the distributions provided for under the Plan and/or forgoing their insurance coverage (the "**Released Parties**"). **Instructions on how to properly complete, sign, and submit the documents by the deadline of 5:00 p.m. (Prevailing Eastern Time) on_____, 2025 are on page 12 below.**

**Part 1 of this document is a BALLOT to vote to accept or reject the Plan and an optional Late-Filed Convenience Claim Election.** If the Bankruptcy Court enters an order approving the Plan, you will be bound by the terms and provisions of the Plan regardless of whether you vote or how you vote. Voting does not have any impact on the amount of money you will receive if you have an allowed claim under the terms of the Plan unless you hold a "Late-Filed Abuse Claim" that was filed after March 15, 2022 and want to make an optional election to receive a single expedited cash payment as a "Convenience Claim" within 45 days after the Effective Date and avoid litigation over how your claim was filed late. **You can find the Ballot on page 2 of this document and continuing to page 3 of this document.**

**Part 2 of this document is an OPTIONAL RELEASE.** Regardless how you vote on the Ballot, in order to receive the maximum distribution from the settlement trust (your share of $31,100,000 funded by the Debtor and Released Parties) you must sign the Release attached as Part 2 of this Ballot to become an Opt-In Abuse Claimant. If you don't sign the Release, you only will receive a reduced amount (your share of the Debtor's estimated contribution of approximately $13 million) and, after certain temporary injunctions under the Plan expire, you will retain your right to sue any of the Released Parties listed on Exhibit A to the Release. However, the Released Parties that you sue may use the money that you give up by not signing the Release to fund their own bankruptcy or defend your lawsuit. If you don't sign the Release, your claim also may be subject to objection in the bankruptcy case and you may receive nothing if it is time-barred or late-filed.

**Signing the Optional Release is a voluntary act and is not required unless you want the maximum payment from the Plan. Please be advised that if you sign the Release, you are giving up all of your rights and claims, both now and in the future, against any and all of the Released Parties relating to alleged abuse that took place prior to the Petition Date (July 15, 2021). You can find the Release at pages 4-5 below and Exhibit A at pages 6-9 below. Certain definitions used in the Ballot and Release are on pages 10-11 below.**

**<u>The Official Committee of Unsecured Creditors recommends that you sign the Optional Release because the treatment as an Opt-In Abuse Claimant will give you the most money.</u>**

1

# PART 1: BALLOT TO VOTE ON THE PLAN

### *BEFORE VOTING AND SIGNING PLEASE READ BELOW.*

**Item 1. Holder of Claim.** For purposes of voting to accept or reject the Plan, the undersigned certifies that as of the Voting Record Date, the undersigned holds a Class 4 Claim against the Diocese.

**Item 2. Vote on the Plan. On the next page, check only <u>one</u> box to vote on the Plan, either accept the Plan or reject the Plan (but not both). You must also sign the Ballot in ink (Ballots with electronic signatures will not be counted). Failure to properly complete the Ballot may result in your vote not being counted**.

**Item 3.      Late-Filed Abuse Claim Option to be treated as a Convenience Claim in Class 4-B.  You may check the box to " Elect Treatment as a Convenience Claim"** if you (i) filed a proof of claim after March 15, 2022 and, therefore, hold a Late-Filed Abuse Claim, (ii) you want to Opt-In by signing the Optional Release, and (iii) to receive a single expedited cash payment of one of the following amounts within 45 days after the Effective Date without further review or litigation or any other payment on your claim: **$[∗] if your claim <u>is not</u> a Barred Abuse Claim** or **$[∗] if your claim <u>is</u> a Barred Abuse Claim**.

**Item 4.      Ballot Signature, Certifications and Agreements**. By signing this Ballot below, the undersigned certifies to the Bankruptcy Court, the proponents of the Plan and the Trustee of the Trust that:

a. As of the Voting Record Date: (i) the undersigned is the Holder of a Class 4 Claim or a Late-Filed Abuse Claim or (ii) the undersigned is a competent individual with a specific, written power of attorney from a Holder of a Class 4 Claim or a Holder of a Late-Filed Abuse Claim directing the individual to vote to accept or reject the Plan and a copy of the power of attorney is attached to this Ballot;

b. The undersigned has received a copy of the Disclosure Statement, the Plan, the Committee Letter to Class 4 Claimants, the Disclosure Statement Approval Order, the Scheduling Order, and notice of the Confirmation Hearing, and had the opportunity to consult with an attorney regarding their contents;

c. The undersigned freely and voluntarily consents to the determination of their Abuse Claim and the Distributions under the Plan based on the allocation protocol provided in the Trust Distribution Plan and that the decisions by the Trustee and the Abuse Claims Reviewer are final and that there is no review of that allocation decision by any court or other party. **I hereby voluntarily waive my right to a trial in the determination of my Abuse Claim for the purpose of the Plan and Distributions under the Plan.**

d. The undersigned hereby agrees to provide to the Trustee under the Plan, and consents to the release to the Trustee by Centers for Medicare & Medicaid Services and the Social Security Administration (the "**Agencies**") and their agents of any information needed by Trustee to comply with reporting and payment obligations arising under the Medicare Secondary Payer Act ("**MSPA**") or Medicare, Medicaid, and SCHIP Extension Act of 2007 relating to his or her Abuse Claim or Distribution from the Trust. The Holder of the Class 4 Claim hereby authorizes the Trustee to request all such information from the Agencies and agrees that the Trustee may withhold from any Distribution otherwise payable the amount of any payment that the Trustee calculates is owed or potentially owed to the Agencies under the MSPA relating to such Distribution.

**Item 2:** **I, THE UNDERSIGNED, A HOLDER OF AN ABUSE CLAIM, VOTE:**

*(check one box only):*    ☐  to **ACCEPT** the Plan
                            ☐  to **REJECT** the Plan

**Item 3:** **I, THE UNDERSIGNED, <u>A HOLDER OF A LATE-FILED ABUSE CLAIM,</u> HEREBY WAIVE ALL DISTRIBUTIONS UNDER THE PLAN EXCEPT FOR THE SINGLE EXPEDITED CASH PAYMENT PAYABLE TO CONVENIENCE CLAIMS OF MY TYPE BY CHECKING THE FOLLOWING BOX:**

                         ☐  to **ELECT TREATMENT AS A CONVENIENCE CLAIM**

<u>**THIS ELECTION IS NOT EFFECTIVE UNLESS YOU ALSO SIGN THE OPTIONAL RELEASE.**</u>

**Item 4:** **THE UNDERSIGNED HEREBY MAKES THE VOTE, ELECTION AND CERTIFICATIONS AND ELECTIONS SET FORTH ABOVE.**

Print Name of Claim Holder: _____

Signature of Claim Holder in ink: _____

Date of signature: _____

Address of Claim Holder: _____

Telephone Number of Claim Holder:_____

**FOR POWERS OF ATTORNEY: IF THIS BALLOT IS BEING EXECUTED BY SOMEONE ON BEHALF OF ABUSE CLAIMANT, YOU MUST ATTACH A VALID WRITTEN POWER OF ATTORNEY EXECUTED BY THE ABUSE CLAIMANT THAT SPECIFICALLY AUTHORIZES THE REPRESENTATIVE TO EXECUTE THIS BALLOT.**

Print name of person or entity holding POA:_____

Print name of person signing this ballot:_____

Signature of person signing this ballot in ink:_____

Date of signature: _____

Address of POA: _____

Telephone Number and Email Address of POA: _____

## PART 2:  OPTIONAL RELEASE OF ABUSE CLAIMS AGAINST NON-DEBTORS

> **TO BE ENTITLED TO RECEIVE THE MAXIMUM DISTRIBUTION UNDER THE PLAN, YOU MUST SIGN AND RETURN THIS RELEASE REGARDLESS OF WHETHER OR HOW YOU VOTE ON THE BALLOT TO ACCEPT OR REJECT THE PLAN.**

This Release is executed on the date set forth below by the undersigned Abuse Claimant in connection with the *Sixth Amended Joint Chapter 11 Plan of Reorganization* [Docket No. ____] (the "**Plan**") proposed by debtor The Norwich Roman Catholic Diocesan Corporation (the "**Diocese**"), the Official Committee of Unsecured Creditors, The Catholic Mutual Relief Society of America, and the Association of Parishes of the Roman Catholic Diocese of Norwich Connecticut, in the Diocese's Bankruptcy Case pending before the United States Bankruptcy Court for the District of Connecticut (the "**Bankruptcy Court**"), which is case number 21-20687 (JJT) (the "**Bankruptcy Case**").

1.     I acknowledge that I have received and have had the opportunity to review a copy of the Disclosure Statement, the Plan, the Ballot, and this Release, and each of the exhibits and schedules of the foregoing documents, and to consult with counsel of my choice regarding those documents. I fully understand that I have the right to not sign this Release, and I have no obligation to sign this Release. I freely and voluntarily enter into this Release.

2.     In consideration of the treatment of allowed Opt-In Abuse Claimant under the Plan and the associated Trust agreement and distribution procedures of same, and subject to the express limitations and exceptions set forth in this Release, I, for myself and my heirs, successors, assigns, agents, and representatives voluntarily, fully, finally, completely and forever release, remise, acquit and forever discharge the parties listed on attached <u>Exhibit A</u> (collectively, the "**Released Parties**") from any and all Abuse Claims for Abuse that took place prior to the Petition Date (July 15, 2021) and the following: (i) Abuse Related Contribution Claims; (ii) Direct Action Claims; (iii) Related Insurance Claims; and (iv) Claims that relate, directly or indirectly, to the Settled Insurer Policies (including the Catholic Mutual Certificates) (collectively, the "**Released Claims**") and consent to the Channeling Injunction and Supplemental Catholic Mutual Injunction. The definitions of the capitalized terms used in this paragraph are listed in attached <u>Exhibit B</u>.  The term Released Parties EXCLUDES any individual perpetrator who personally committed an act or acts of Abuse resulting in a Claim against the debtor Diocese.

3.     I, on behalf of myself and my heirs, successors, assigns, agents, and representatives, agree to and am bound by the following terms by virtue of my voluntary execution of this Release: (i) I voluntarily agree I cannot commence or continue, any lawsuit or claim to take any action to seek recovery or relief of any kind from the Released Parties or assert a lien or claim against their property on account of the Released Claims; (ii) I forever and irrevocably release that fraction, portion or percentage of damages I claim to have suffered in connection with the Abuse which is by trial or other disposition determined to be the causal fault or responsibility, if any, of any Released Parties with respect to Released Claims and agree to voluntarily reduce by that same fraction, portion or percentage any judgment that I may ever obtain against any other Person relating to the same Abuse at issue in the Released Claims; (iii) I agree that the filing of this Release with any court by any of the Released Parties will satisfy that fraction, portion or percentage of any judgment that may be rendered in my favor attributable to any of the Released Parties' causal fault or responsibility relating to the Abuse at issue in the Released Claims.

4.     I represent and warrant that I have not assigned or otherwise transferred any interest in my Released Claims.

5.     This Release is conditioned and predicated upon the occurrence of the Effective Date of the Plan and shall be effective and binding only on and after such Effective Date of the Plan. Should the Plan be vacated or voided by

a court order, this Release shall not be enforceable and shall be void and of no effect. In the event of any inconsistency between this Release and the Plan or settlement agreements that are part of the Plan, this Release shall control.

**By signing this Release, I make the certifications herein and agree to the other terms herein and further certify all of the foregoing under the penalty of perjury.**

TO BE COMPLETED BY THE CLASS 4 ABUSE CLAIMANT:

Print Name in ink: _____

Signature in ink: _____

Date of signature in ink: _____

Address: _____

_____

Telephone Number: _____

**FOR POWERS OF ATTORNEY**: IF THIS RELEASE IS BEING EXECUTED BY SOMEONE ON BEHALF OF ABUSE CLAIMANT, COMPLETE THE ITEMS BELOW AND ATTACH A VALID FORMAL WRITTEN POWER OF ATTORNEY EXECUTED BY THE ABUSE CLAIMANT THAT SPECIFICALLY AUTHORIZES THE REPRESENTATIVE TO EXECUTE THIS RELEASE. THE FAILURE TO ATTACH A VALID FORMAL WRITTEN POWER OF ATTORNEY EXECUTED BY THE ABUSE CLAIMANT THAT SPECIFICALLY AUTHORIZES THE REPRESENTATIVE TO EXECUTE THIS RELEASE INVALIDATES ANY SIGNATURE BELOW.

Print name of person or entity holding POA:_____

Print name of person signing this ballot:_____

Signature of person signing this ballot in ink:_____

Date of signature: _____

Address of POA: _____

Telephone Number and Email Address of POA: _____

### *Exhibit A to Optional Release of Non-Debtors - List of Released Parties*

**"Released Parties" means:** *The parties listed below*, along with their respective predecessors, successors, assigns, divisions, subsidiaries, and parent entities, and their respective past and present employees, officers, and directors, shareholders, members of boards, administrators, bishops, priests, deacons, brothers, sisters, nuns, other clergy or religious personnel, *BUT EXCLUDING* any individual having personally committed an act or acts of Abuse resulting in a Claim against the Diocese.

1. The Catholic Mutual Relief Society of America

2.  Xavier High School Corporation of Middletown

3. The Oceania Province of the Congregation of Christian Brothers f/k/a The St. Patrick's Province of the Christian Brothers. For the avoidance of doubt, "Oceania" does not include the Congregation of Christian Brothers (a/k/a *Congregatio Fratrum Christianorum*, Irish Christian Brothers, or the Edmund Rice Christian Brothers) and any of its subdivisions, subsidiaries, and Affiliates, including but not limited to the North American Province of Christian Brothers, other than Oceania.

4. The Annual Catholic Appeal, Inc.

*And the Catholic Entities (as defined in the Plan) listed below:*

5. All Saints' Church, of Somersville (Parish Name: All Saints Parish, Somersville)

6. Blessed Sacrament Parish (Parish Name: Blessed Sacrament Parish) (Individually, and d/b/a St. Bernard School, Rockville, and as successor to (i) St. Bernard's Society Rockville Connecticut; and (ii) The Saint Matthew Church Corporation)

7. Catholic Charities, Diocese of Norwich, Incorporated (d/b/a Catholic Charities) (Individually, and as successor to Affirmation Counseling Center, Inc. Portland)

8. Church of the Sacred Heart of Jesus, Wauregan, Connecticut (Parish Name: Sacred Heart, Wauregan)

9. Corporation of the Sacred Heart of Jesus, Taftville, Connecticut. (Parish Name: Sacred Heart Parish, Taftville) (Individually, and d/b/a Sacred Heart School, Taftville)

10. Corpus Christi Catholic Parish (Parish Name: Corpus Christi Catholic Parish) (Individually, and d/b/a St. Mary School-St. Joseph School and d/b/a St. Joseph Cemetery, Willimantic, and as successor to (i) Sagrado Corazon de Jesus, Inc., of Windham; (ii) St. Joseph's Cath. Congregation, Willimantic, Connecticut; and (iii) The Roman Catholic Church of St. Mary)

11. Diocese of Norwich Outreach to Haiti, Inc.

12. Holy Family Home and Shelter, Inc. (d/b/a Holy Family Home and Shelter, Willimantic)

13. Mercy High School Corporation (d/b/a Mercy High School)

14. Mount St. John, Inc.

15. New London Cemetery Association

16. Norwich Diocesan Cemetery Corporation (d/b/a Diocesan Cemeteries) (Individually, and d/b/a: (i) New London Cemetery; (ii) St. Mary Cemetery; (iii) Resurrection Cemetery; (iv) St. Mary & St. Joseph Cemetery;

(v) Sacred Heart Cemetery; (vi) St. Patrick Cemetery; (vii) Sacred Heart Cemetery; and (viii) All Hallows Cemetery)

17. Our Lady of Lourdes of Hampton, Connecticut (Parish Name: Our Lady of Lourdes, Hampton)

18. Our Lady of Mercy Parish (Parish Name: Our Lady of Mercy Parish, Durham) (Individually, and as successor to (i) The Saint Colman Church Corporation; and (ii) The Notre Dame Church Corporation)

19. Our Lady Queen of Peace Parish (Parish Name: Our Lady Queen of Peace Parish) (Individually, and as successor to (i) The St. Mary's Church Corporation of South Coventry; (ii) The St. Thomas Aquinas Chapel Corporation; and (iii) St. John Berchmans Catholic Society Connecticut)

20. Resurrection Cemetery Corporation

21. Sacred Heart Church, Vernon, Connecticut (Parish Name: Sacred Heart, Vernon)

22. Saint Bernard School of Montville, Incorporated (d/b/a St. Bernard School)

23. Saint John Paul II School

24. [Reserved]

25. Saint Mary's Church Portland Connecticut (Parish Name: St. Mary Parish, Portland)

26. St. Andre Bessette Parish (Parish Name: St. Andre Bessette Parish) (Individually, and d/b/a St. John School, Plainfield and All Hallows School, and as successor to (i) St. Augustine Church Corporation, Town of Canterbury; (ii) All Hallows' Church, Moosup, Connecticut; and (iii) The St. John's Church of Plainfield)

27. St. Andrew's Catholic Church, Colchester, Connecticut (Parish Name: Guardian Angels Parish) (Individually, and as successor to Saint Francis of Assisi Church Corporation of Lebanon)

28. St. Anne Catholic Church (Parish Name: St. Anne, Ballouville)

29. St. Anne's Catholic Church Corporation. (Parish Name: St. Anne, Griswold/Glasgo)

30. St. Edward's Catholic Society, Stafford Springs Connecticut (Parish Name: St. Edward, Stafford Springs) (Individually, and d/b/a St. Edward School, Stafford Spring)

31. St. James Catholic Church of Danielsonville Connecticut (Parish Name: St. James, Danielson) (Individually, and d/b/a St. James School, Danielson and St. Joseph Cemetery, Dayville)

32. St. John's Corporation, of Cromwell Connecticut (Parish Name: St. John, Cromwell)

33. St. John's Roman Catholic Church, Montville, Connecticut (Parish Name: Divine Mercy Parish) (Individually, and as successor to (i) The Our Lady of the Lakes Church Corporation; and (ii) The Church of Our Lady of Perpetual Help)

34. St. Joseph Catholic Society Connecticut (Parish Name: St. Joseph, Occum)

35. St. Joseph's Corporation, Dayville Connecticut (Parish Name: St. Joseph, Dayville)

36. St. Jude Roman Catholic Church Corporation of Willington (Parish Name: St. Jude, West Willington)

37. St. Lawrence Church Corporation of Killingworth. (Parish Name: St. Lawrence, Killingworth)

38. St. Mary's Catholic Church, Sprague, Connecticut (Parish Name: St. Mary, Baltic) (Individually, and d/b/a St. Mary Immaculate Conception, Baltic; and St. Joseph School, Baltic)

39. St. Mary's Church Corporation, Connecticut (1); St. Mary's Parish Connecticut (2) (Parish Name: St. Mary's, Norwich)

40. St. Mary's Society (Parish Name: St. Mary, Clinton) (Individually, and d/b/a St. Mary Cemetery, Clinton)

41. St. Michael's Church, Pawcatuck Connecticut (Parish Name: St. Michael Parish, Pawcatuck) (Individually, and d/b/a St. Michael School, Pawcatuck, and as successor to (i) St. Mary's Church Stonington Connecticut; and (ii) St. Thomas More Church)

42. St. Patrick's Church Corporation of Norwich Connecticut (Parish Name: St. Patrick Cathedral, Norwich) (Individually, and d/b/a St. Patrick School, Norwich)

43. St. Patrick's Church, Mystic Bridge Connecticut (Parish Name: St. Patrick, Mystic)

44. St. Patricks Church, East Hampton Connecticut (Parish Name: St. John Paul II Parish) (Individually, and as successor to St. Bridgets Church Corporation of Moodus, Connecticut)

45. St. Philip's Church Corporation of Warrenville (Parish Name: St. Philip, Warrenville)

46. St. Pio Parish (Parish Name: St. Pio Parish) (Individually, and d/b/a St. John School, Saybrook, and as successor to (i) St. John's Church Corporation, Saybrook, Connecticut; and (ii) St. Mark's Roman Catholic Church Corporation)

47. St. Teresa of Calcutta Parish (Parish Name: St. Teresa of Calcutta Parish, Essex) (Individually, and d/b/a St. Joseph Church, Essex, and as successor to (i) Our Lady of Sorrows Corporation, Essex Connecticut; and (ii) St. Joseph's Church Corporation of Chester, Connecticut)

48. St. Therese of Lisieux (Parish Name: St. Therese of Lisieux, Putnam) (Individually, and d/b/a St. Joseph School, N. Grosvenor Dale, and as successor to (i) St. Joseph's Catholic Society, Grosvenor Dale Connecticut; (ii) St. Stephen's Church, Quinebaug Connecticut; (iii) The Most Holy Trinity Church; and (iv) St. Mary's Church Putnam Connecticut)

49. St. Thomas' Corporation of Voluntown, Connecticut (Parish Name: St. Thomas, Voluntown) (Individually, and d/b/a St. Anne Mission, Glasgo and St. Thomas Cemetery, Voluntown)

50. St. Vincent de Paul Middletown, Inc.

51. St. Vincent de Paul Place, Norwich, Inc.

52. The Church of Christ the King, Old Lyme, Incorporated (Parish Name: Christ the King, Old Lyme)

53. The Church of Saint Sebastian, Middletown (Parish Name: St. Sebastian, Middletown) (Individually, and d/b/a St. Sebastian Cemetery, Middletown)

54. The Church of St. Francis of Assisi (Parish Name: St. Francis, Middletown)

55. The Our Lady of LaSalette Church Corporation (Parish Name: Our Lady of LaSalette, Brooklyn)

56. The Our Lady of Lourdes Corporation (Parish Name: Our Lady of Lourdes, Gales Ferry)

57. The Our Lady of Peace Church Corporation (Parish Name: Our Lady of Peace Mission, Killingly)

58. The Polish Roman Catholic Church of St. Mary's of Czenstochowa (Parish Name: St. Mary, Middletown)

59. The Roman Catholic Church of Jewett City, Connecticut (Parish Name: St. Mary Parish, Jewett City) (Individually, and d/b/a St. Mary School, Jewett City and St. Mary Cemetery, Jewett City)

60. The Roman Catholic Church of Our Lady of Grace, at Fishers Island, in the County of Suffolk in the State of New York (Parish Name: St. Brendan the Navigator)

61. The Sacred Heart Church Corporation (Parish Name: Sacred Heart, Groton) (Individually, and d/b/a Sacred Heart School, Groton)

62. The Sacred Heart Church of Norwich Connecticut (Parish Name: Sacred Heart, Norwich) (Individually, and d/b/a St. John Mission, Fitchville)

63. The Saint Catherine of Siena Church Corporation (Parish Name: St. Catherine, Preston)

64. The Saint Columba Church Corporation (Parish Name: The Good Shepherd Parish) (Individually, and as successor to Church of the Holy Family of Hebron Incorporated)

65. The Saint John's Church Corporation, Middletown Connecticut (Parish Name: St. John, Middletown) (Individually, and d/b/a St. John School, Middletown)

66. The Saint Mary Church Corporation (Parish Name: St. Mary, Groton)

67. The Saint Peter Church Corporation (1); The Roman Catholic Church of St. Peter (2) (Parish Name: St. Peter Parish, Higganum)

68. The Saint Pius X Church Corporation (Parish Name: St. Pius X, Middletown)

69. The SS. Peter and Paul Church Corporation (Parish Name: SS Peter & Paul, Norwich)

70. The St. Agnes Church Corporation (Parish Name: St. Agnes, Niantic) (Individually, and d/b/a St. Francis Chapel, Crescent Beach)

71. The St. Ignatius' Church Corporation of Goodyear (Parish Name: St. Ignatius, Rogers)

72. The St. Joseph's Church of Rockville (Parish Name: St. Joseph, Rockville) (Individually, and d/b/a St. Joseph School, Rockville)

73. The St. Joseph's Polish Roman Catholic Congregation (Parish Name: St. Joseph, Norwich)

74. The St. Josephs Church Corporation of New London (Parish Name: St. Brendan the Navigator) (Individually, and d/b/a St. Joseph School, New London; and d/b/a St. Mary Star of the Sea School, New London, and as successor to (i) St. Mary's Roman Catholic Church Corp.; and (ii) The St. Paul Catholic Church Corporation)

75. The St. Luke's Roman Catholic Church Corporation (Parish Name: St. Luke, Ellington)

76. The St. Matthias' Church Corporation (Parish Name: St. Matthias, East Lyme)

77. The St. Maurice Church Corporation (Parish Name: St. Maurice, Bolton)

### *Exhibit B to Optional Abuse Claim Release of Non-Debtors – Definitions of Terms*

**Definitions of Terms:** The following are definitions for capitalized terms used the Optional Release of Abuse Claims Against Non-Debtors. Capitalized terms not defined herein are defined in the Plan:

(i) **"Abuse"** means any actual or alleged (i) sexual conduct, misconduct, abuse, or molestation as defined in any statute or common law; (ii) indecent assault or battery, rape, lascivious behavior, undue familiarity, pedophilia, ephebophilia, or sexually-related physical, psychological, or emotional harm; (iii) contacts or interactions of a sexual nature; or (iv) assault, battery, corporal punishment, or other act of physical, psychological, or emotional abuse, humiliation, intimidation, or misconduct, or as such term is otherwise defined at https://portal.ct.gov/DCF/1-DCF/Child-Abuse-and-Neglect-Definitions. Abuse may occur whether or not this activity involves explicit force, whether or not it involves genital or other physical contact, and whether or not there is physical, psychological, or emotional harm to the Person.

(ii) **"Abuse Claim"** means any Claim, including, but not limited to, any Barred Abuse Claim, any Late-Filed Abuse Claim and any Unknown Abuse Claim, against the Debtor or against any Participating Party for which the Debtor's conduct is a legal cause or a legally relevant factor, resulting or arising in whole or in part, directly or indirectly, from Abuse, the first occurrence of which was committed by any Person against such Abuse Claimant before the Petition Date, and seeking monetary damages or any other relief, under any theory of liability, including vicarious liability, any negligence-based theory, contribution, indemnity, or any other theory based on any acts or failures to act by the Debtor, a Participating Party or any other Person, regardless of whether such Abuse Claim has been asserted prior to the Petition Date. "Abuse Claim" does not include any Related Insurance Claims or Medicare Claims.

(iii) **"Abuse Related Contribution Claim"** means any Person's Claim against any other Person for contribution, indemnity, equitable indemnity, subrogation, or equitable subrogation, or reimbursement, or any other indirect or derivative recovery, arising because of such Person having paid or defended against any Abuse Claim including but not limited to a joint tortfeasor or the like. To avoid doubt, an Abuse Related Contribution Claim is not an Abuse Claim.

(iv) **"Barred Abuse Claim"** means either:

    (a) an Abuse Claim arising from sexual abuse, sexual exploitation or sexual assault at a time when the Abuse Claimant was under the age of eighteen (18), and where both: (i) no civil action had been commenced and remained pending on the Petition Date to recover upon such Abuse Claim within thirty (30) years from the date such Abuse Claimant attained the age of eighteen (18), or if such date occurred on or after March 19, 1990, thirty (30) years and 347 days from such date; and (ii) the Petition Date occurred more than thirty (30) years from the date such Abuse Claimant attained the age of eighteen (18), or if such date occurred on or after March 19, 1990, thirty (30) years and 347 days from such date; or

    (b) an Abuse Claim arising from sexual abuse, sexual exploitation or sexual assault at a time when the Abuse Claimant was at least eighteen (18) years old, or an Abuse Claim not arising from sexual abuse, sexual exploitation or sexual assault, where both: (i) no civil action had been commenced and remained pending on the Petition Date to recover upon such Abuse Claim within three (3) years from the date of the act which gave rise to the Abuse Claim, or if such act occurred on or after March 19, 2017, three (3) years and 347 days from the date of such act; and (ii) the Petition Date occurred more than three (3) years from the date of the act which gave rise to the Abuse Claim, or if such act occurred on or after March 19, 2017, three (3) years and 347 days from the date of such act.

(v) **"Claim"** shall have the meaning as that term is defined in Section 101(5) of the Bankruptcy Code, and regardless of the application of any statute of limitations defense.

(vi) "**Direct Action Claims**" means the same as "Abuse Claims", except that they are asserted against any Settled Insurer Party, instead of any Participating Party or the Trust, for the recovery of insurance proceeds.

(vii) "**Late-Filed Abuse Claim**" means an Abuse Claim for which the Abuse Claimant filed a Proof of Claim in the Bankruptcy Case after March 15, 2022 and before the Effective Date of the Plan.

(viii) "**Related Insurance Claim**" means (i) any Claim against any Settled Insurer for defense, indemnity, reimbursement, contribution, subrogation, or similar relief that, directly or indirectly, relates to an Abuse Claim; (ii) any Extra-Contractual Claim that, directly or indirectly, relates to any Abuse Claim; (iii) any Direct Action Claim; (iv) any Medicare Claim; and (v) any Abuse Related Contribution Claim.

(ix) "**Settled Insurer Policies**" means, collectively, all Insurance Policies that are the subject of an Insurance Settlement Agreement(s) with the Settled Insurers.

## Specific Instructions for Completing and Returning Ballot (and, if applicable, the Optional Release of Abuse Claims Against Non-Debtors):

If the Bankruptcy Court enters an order approving the Plan, you will be bound by the terms and provisions of the Plan regardless of whether you vote or how you vote. The attached Disclosure Statement explains the Plan and you should read both the Disclosure Statement and the Plan before you cast your Ballot. You may wish to seek independent legal advice concerning the Plan and the classification and treatment of your Claim under the Plan. Capitalized terms in this document are terms defined in the Plan if not defined herein. Copies of the Disclosure Statement and Plan are also on file with the Clerk of the Bankruptcy Court for review during normal business hours (a fee may be charged) and available free of charge on the website maintained by the Diocese's claims agent at https://omniagentsolutions.com/Norwich.

Please use only this Ballot to cast your vote to accept or reject the Plan if you hold, as of _____ , 2025 (the "**Voting Record Date**"), an Abuse Claim (other than an Unknown Abuse Claim) against the Diocese that arose before the Petition Date (July 15, 2021). Please note that all information you provide in this document will be treated as confidential pursuant to the Bankruptcy Court's order. Only parties authorized by the Bankruptcy Court's order will be permitted to review the information that you provide.

In order for your vote to be counted, this Ballot must be properly completed, signed, and returned to Omni Agent Solutions, Inc. (the "**Voting Agent**") so that it is actually received no later than 5:00 p.m. (Prevailing Eastern Time) on _____, 2025 (the "**Voting Deadline**"), unless such time is extended by the Bankruptcy Court. If your Ballot is not received by the Voting Agent on or before the Voting Deadline, and such Voting Deadline is not extended by the Court as noted above, your vote will not be counted. The same rules apply to submission of the Optional Release of Abuse Claims Against Non-Debtors (the "**Release**").

The Ballot (and, if applicable, the Release) must be delivered to the Voting Agent by the Voting Deadline (i) at the address as listed below; or (ii) via the Voting Agent's Voting Upload platform by visiting https://omniagentsolutions.com/Norwich-Ballots, scrolling down to the "Submit a Ballot Online" section and following the instructions set forth on the website. You are encouraged to submit your Ballot via the Voting Upload platform. If you choose to submit your Ballot via the Voting Upload platform, you should **NOT** submit your hard copy Ballot as well. If you submit your ballot by U.S. Postal Service First Class Mail, Overnight Courier, Hand-Delivery, please use the address below:

The Norwich Roman Catholic Diocesan Corporation
c/o Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367

If you have any questions regarding this document or need a return envelope or another copy of the Disclosure Statement, the Plan, or this document, please contact the Voting Agent by e-mailing NorwichInquiries@OmniAgnt.com. *Please be advised that the Voting Agent is not authorized to and will not provide legal advice.*

## **Schedule 2-3**

Form of Class 5 Ballot

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

|  |  |
|---|---|
| In re:<br><br>THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,<br><br>        Debtor. | Chapter 11<br><br>Case No:  21-20687 (JJT) |

## CLASS 5 BALLOT, CERTIFICATION, AND ABUSE CLAIM RELEASE

The Ballot included with this document is provided to you to solicit your vote to accept or reject the Sixth Amended Joint Chapter 11 Plan of Reorganization Proposed by the Norwich Roman Catholic Diocesan Corporation, the Official Committee of Unsecured Creditors, the Catholic Mutual Relief Society of America, and the Association of Parishes of the Roman Catholic Diocese of Norwich, Connecticut (the "Plan"). All capitalized terms used but not defined herein have the meanings ascribed to such terms in the Plan.

The Bankruptcy Court has approved the Sixth Amended Joint Disclosure Statement for Chapter 11 Plan of Reorganization Proposed by the Norwich Roman Catholic Diocesan Corporation, the Official Committee of Unsecured Creditors, the Catholic Mutual Relief Society of America, and the Association of Parishes of the Roman Catholic Diocese of Norwich, Connecticut (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. The Bankruptcy Court's approval of the Disclosure Statement does not indicate approval of the Plan by the Bankruptcy Court. **You should review the Disclosure Statement and the Plan in their entirety before you vote your Ballot.**

Copies of the Disclosure Statement and Plan have been provided to you with this document and will also be on file with the Clerk of the Bankruptcy Court for review during normal business hours (a fee may be charged) and are also available free of charge on the website maintained by the Diocese's claims agent at https://omniagentsolutions.com/Norwich.

**Specific Instructions for Completing and Returning Ballot:**

The Ballot is submitted to you to solicit your vote to accept or reject the Plan.  The terms of the Plan are described in the Disclosure Statement, including all exhibits thereto. **Please read the Plan and the Disclosure Statement carefully before completing the Ballot.**

**Part 1 of this document is a BALLOT to vote to accept or reject the Plan.**

**Part 2 of this document is an OPTIONAL RELEASE.  Signing the Optional Release is a voluntary act and is not required unless you want the maximum payment from the Plan.  Please be advised that if you sign the Release, you are giving up all of your rights and claims, both now and in the future, against any and all of the Released Parties relating to alleged abuse that took place**

**prior to the Petition Date (July 15, 2021). You can find the Release at pages 4-5 below and Exhibit A at pages 6-9 below. Certain definitions used in the Ballot and Release are on pages 10-11 below.**

In order for your vote to be counted, the Ballot must be properly completed, signed, and returned to Omni Agent Solutions, Inc. (the "Voting Agent") so that it is actually received no later than 5:00 p.m. (Prevailing Eastern Time) on _____ __, 2025 (the "Voting Deadline"), unless such time is extended by the Bankruptcy Court or the Plan Proponents. If your Ballot is not received by the Voting Agent on or before the Voting Deadline, and such Voting Deadline is not extended by the Court or Plan Proponents as noted above, your vote will not be counted.

Please use the Ballot to cast your vote to accept or reject the Plan if you hold, as of _____ __, 2025 (the "Voting Record Date"), an Unknown Abuse Claim against the Diocese.

The Ballot must be delivered to the Voting Agent (i) at an appropriate address as listed below; or (ii) via the Voting Agent's Voting Upload platform by visiting https://omniagentsolutions.com/Norwich-Ballots, scrolling down to the "Submit a Ballot Online" section and following the instructions set forth on the website. Holders are encouraged to submit their Ballots via the Voting Upload platform. If you choose to submit your Ballot via the Voting Upload platform, you should NOT submit your hard copy Ballot as well.

**Please choose only one of the following methods of return for your Ballot; these are the only ways to submit your Ballot:**

---

If by Electronic Online Submission:

Please visit https://omniagentsolutions.com/Norwich-Ballots. Scroll down to the "Submit a Ballot Online" section of the Diocese's website and follow the directions to submit your Ballot. If you choose to submit your Ballot via Omni's Voting Upload system, you should not return a hard copy of your Ballot.

If by Overnight Courier, Hand-Delivery or U.S. Postal Service First Class Mail:

The Norwich Roman Catholic Diocesan Corporation
c/o Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367

---

**If the Plan is confirmed by the Bankruptcy Court, the terms of the Plan, including, without limitation, the Exculpation and Limitation of Liability, Channeling Injunction and the Supplemental Settled Insurer Injunction set forth in Section XIII of the Plan will be binding on Unknown Abuse Claimants whether or not the Plan is accepted or rejected.**

If you have any questions regarding this document, or need a return envelope or another copy of the Disclosure Statement, the Plan, or this document, please contact the Voting Agent at by e-mailing NorwichInquiries@OmniAgnt.com. Please be advised that the Voting Agent is not authorized to and will not provide legal advice.

## PART 1: CLASS 5 BALLOT FOR ACCEPTING OR REJECTING PLAN

**Item 1. Amount of Claim.** Pursuant to the Disclosure Statement and the Plan, for voting purposes only, the Class 5 Claim is valued at $1.00. This amount shall have no effect on the amount of any distribution a Class 5 Claim may receive from the Unknown Abuse Claims Trust or in any other judicial or administrative case, claim or proceeding.

**Item 2. Vote on the Plan.** Please take note that if you submit this Ballot to the Voting Agent and either: (a) fail to indicate whether you are accepting or rejecting the Plan, or (b) check both boxes indicating that you are both accepting and rejecting the Plan, your ballot will not be counted in determining the acceptance or rejection of the Plan.

*The undersigned, a holder of an Unknown Abuse Claim, votes (check one box only):*

| ☐ to **ACCEPT** the Plan | ☐ to **REJECT** the Plan |
|---|---|

**Item 3. Ballot Certifications and Agreements**. By signing this Ballot below, the undersigned certifies to the Bankruptcy Court, the Plan Proponents and the Unknown Abuse Claims Trustee of the Unknown Abuse Claims Trust that:

    a.  As of the Voting Record Date, the undersigned is:

        The Unknown Abuse Claims Representative entitled to vote on behalf of all Class 5 Claimants.

    b.  The undersigned has received a copy of the Disclosure Statement, the Plan and other applicable solicitation materials, and had the opportunity to consult with an attorney regarding their contents, if necessary.

Print or Type Name: _____

Signature: _____

Name and Title of Signatory: _____

Address: _____

_____

_____

Telephone Number: _____

Date Completed: _____

**PART 2:  OPTIONAL RELEASE OF ABUSE CLAIMS AGAINST NON-DEBTORS**

> **TO BE ENTITLED TO RECEIVE THE MAXIMUM DISTRIBUTION UNDER THE PLAN, YOU MUST SIGN AND RETURN THIS RELEASE REGARDLESS OF WHETHER OR HOW YOU VOTE ON THE BALLOT TO ACCEPT OR REJECT THE PLAN.**

This Release is executed on the date set forth below by the undersigned Abuse Claimant in connection with the *Sixth Amended Joint Chapter 11 Plan of Reorganization* [Docket No. ___] (the "**Plan**") proposed by debtor The Norwich Roman Catholic Diocesan Corporation (the "**Diocese**"), the Official Committee of Unsecured Creditors, The Catholic Mutual Relief Society of America, and the Association of Parishes of the Roman Catholic Diocese of Norwich Connecticut, in the Diocese's Bankruptcy Case pending before the United States Bankruptcy Court for the District of Connecticut (the "**Bankruptcy Court**"), which is case number 21-20687 (JJT) (the "**Bankruptcy Case**").

1.    I acknowledge that I have received and have had the opportunity to review a copy of the Disclosure Statement, the Plan, the Ballot, and this Release, and each of the exhibits and schedules of the foregoing documents, and to consult with counsel of my choice regarding those documents. I fully understand that I have the right to not sign this Release, and I have no obligation to sign this Release. I freely and voluntarily enter into this Release.

2.    In consideration of the treatment of allowed Opt-In Abuse Claimant under the Plan and the associated Trust agreement and distribution procedures of same, and subject to the express limitations and exceptions set forth in this Release, I, for myself and my heirs, successors, assigns, agents, and representatives voluntarily, fully, finally, completely and forever release, remise, acquit and forever discharge the parties listed on attached Exhibit A (collectively, the "**Released Parties**") from any and all Abuse Claims for Abuse that took place prior to the Petition Date (July 15, 2021) and the following: (i) Abuse Related Contribution Claims; (ii) Direct Action Claims; (iii) Related Insurance Claims; and (iv) Claims that relate, directly or indirectly, to the Settled Insurer Policies (including the Catholic Mutual Certificates) (collectively, the "**Released Claims**") and consent to the Channeling Injunction and Supplemental Catholic Mutual Injunction. The definitions of the capitalized terms used in this paragraph are listed in attached <u>Exhibit B</u>.  The term Released Parties EXCLUDES any individual perpetrator who personally committed an act or acts of Abuse resulting in a Claim against the debtor Diocese.

3.    I, on behalf of myself and my heirs, successors, assigns, agents, and representatives, agree to and am bound by the following terms by virtue of my voluntary execution of this Release: (i) I voluntarily agree I cannot commence or continue, any lawsuit or claim to take any action to seek recovery or relief of any kind from the Released Parties or assert a lien or claim against their property on account of the Released Claims; (ii) I forever and irrevocably release that fraction, portion or percentage of damages I claim to have suffered in connection with the Abuse which is by trial or other disposition determined to be the causal fault or responsibility, if any, of any Released Parties with respect to Released Claims and agree to voluntarily reduce by that same fraction, portion or percentage any judgment that I may ever obtain against any other Person relating to the same Abuse at issue in the Released Claims; (iii) I agree that the filing of this Release with any court by any of the Released Parties will satisfy that fraction, portion or percentage of any judgment that may be rendered in my favor attributable to any of the Released Parties' causal fault or responsibility relating to the Abuse at issue in the Released Claims.

4.    I represent and warrant that I have not assigned or otherwise transferred any interest in my Released Claims.

5.    This Release is conditioned and predicated upon the occurrence of the Effective Date of the Plan and shall be effective and binding only on and after such Effective Date of the Plan. Should the Plan be vacated or voided by a court order, this Release shall not be enforceable and shall be void and of no effect. In the event of any inconsistency between this Release and the Plan or settlement agreements that are part of the Plan, this Release shall control.

**By signing this Release, I make the certifications herein and agree to the other terms herein and further certify all of the foregoing under the penalty of perjury.**

TO BE COMPLETED BY THE CLASS 5 UNKNOWN ABUSE CLAIMANTS REPRESENTATIVE:

Print Name in ink: _____

Signature in ink: _____

Date of signature in ink: _____

Address: _____

_____

Telephone Number: _____

**FOR POWERS OF ATTORNEY**: IF THIS RELEASE IS BEING EXECUTED BY SOMEONE ON BEHALF OF ABUSE CLAIMANT, COMPLETE THE ITEMS BELOW AND ATTACH A VALID FORMAL WRITTEN POWER OF ATTORNEY EXECUTED BY THE ABUSE CLAIMANT THAT SPECIFICALLY AUTHORIZES THE REPRESENTATIVE TO EXECUTE THIS RELEASE. THE FAILURE TO ATTACH A VALID FORMAL WRITTEN POWER OF ATTORNEY EXECUTED BY THE ABUSE CLAIMANT THAT SPECIFICALLY AUTHORIZES THE REPRESENTATIVE TO EXECUTE THIS RELEASE INVALIDATES ANY SIGNATURE BELOW.

Print name of person or entity holding POA:_____

Print name of person signing this ballot:_____

Signature of person signing this ballot in ink:_____

Date of signature: _____

Address of POA: _____

Telephone Number and Email Address of POA: _____

### *Exhibit A to Optional Release of Non-Debtors - List of Released Parties*

**"Released Parties" means:** *The parties listed below*, along with their respective predecessors, successors, assigns, divisions, subsidiaries, and parent entities, and their respective past and present employees, officers, and directors, shareholders, members of boards, administrators, bishops, priests, deacons, brothers, sisters, nuns, other clergy or religious personnel, *BUT EXCLUDING* any individual having personally committed an act or acts of Abuse resulting in a Claim against the Diocese.

1. The Catholic Mutual Relief Society of America

2.  Xavier High School Corporation of Middletown

3. The Oceania Province of the Congregation of Christian Brothers f/k/a The St. Patrick's Province of the Christian Brothers. For the avoidance of doubt, "Oceania" does not include the Congregation of Christian Brothers (a/k/a *Congregatio Fratrum Christianorum*, Irish Christian Brothers, or the Edmund Rice Christian Brothers) and any of its subdivisions, subsidiaries, and Affiliates, including but not limited to the North American Province of Christian Brothers, other than Oceania.

4. The Annual Catholic Appeal, Inc.

*And the Catholic Entities (as defined in the Plan) listed below:*

5. All Saints' Church, of Somersville (Parish Name: All Saints Parish, Somersville)

6. Blessed Sacrament Parish (Parish Name: Blessed Sacrament Parish) (Individually, and d/b/a St. Bernard School, Rockville, and as successor to (i) St. Bernard's Society Rockville Connecticut; and (ii) The Saint Matthew Church Corporation)

7. Catholic Charities, Diocese of Norwich, Incorporated (d/b/a Catholic Charities) (Individually, and as successor to Affirmation Counseling Center, Inc. Portland)

8. Church of the Sacred Heart of Jesus, Wauregan, Connecticut (Parish Name: Sacred Heart, Wauregan)

9. Corporation of the Sacred Heart of Jesus, Taftville, Connecticut. (Parish Name: Sacred Heart Parish, Taftville) (Individually, and d/b/a Sacred Heart School, Taftville)

10. Corpus Christi Catholic Parish (Parish Name: Corpus Christi Catholic Parish) (Individually, and d/b/a St. Mary School-St. Joseph School and d/b/a St. Joseph Cemetery, Willimantic, and as successor to (i) Sagrado Corazon de Jesus, Inc., of Windham; (ii) St. Joseph's Cath. Congregation, Willimantic, Connecticut; and (iii) The Roman Catholic Church of St. Mary)

11. Diocese of Norwich Outreach to Haiti, Inc.

12. Holy Family Home and Shelter, Inc. (d/b/a Holy Family Home and Shelter, Willimantic)

13. Mercy High School Corporation (d/b/a Mercy High School)

14. Mount St. John, Inc.

15. New London Cemetery Association

16. Norwich Diocesan Cemetery Corporation (d/b/a Diocesan Cemeteries) (Individually, and d/b/a: (i) New London Cemetery; (ii) St. Mary Cemetery; (iii) Resurrection Cemetery; (iv) St. Mary & St. Joseph Cemetery;

(v) Sacred Heart Cemetery; (vi) St. Patrick Cemetery; (vii) Sacred Heart Cemetery; and (viii) All Hallows Cemetery)

17. Our Lady of Lourdes of Hampton, Connecticut (Parish Name: Our Lady of Lourdes, Hampton)

18. Our Lady of Mercy Parish (Parish Name: Our Lady of Mercy Parish, Durham) (Individually, and as successor to (i) The Saint Colman Church Corporation; and (ii) The Notre Dame Church Corporation)

19. Our Lady Queen of Peace Parish (Parish Name: Our Lady Queen of Peace Parish) (Individually, and as successor to (i) The St. Mary's Church Corporation of South Coventry; (ii) The St. Thomas Aquinas Chapel Corporation; and (iii) St. John Berchmans Catholic Society Connecticut)

20. Resurrection Cemetery Corporation

21. Sacred Heart Church, Vernon, Connecticut (Parish Name: Sacred Heart, Vernon)

22. Saint Bernard School of Montville, Incorporated (d/b/a St. Bernard School)

23. Saint John Paul II School

24. [Reserved]

25. Saint Mary's Church Portland Connecticut (Parish Name: St. Mary Parish, Portland)

26. St. Andre Bessette Parish (Parish Name: St. Andre Bessette Parish) (Individually, and d/b/a St. John School, Plainfield and All Hallows School, and as successor to (i) St. Augustine Church Corporation, Town of Canterbury; (ii) All Hallows' Church, Moosup, Connecticut; and (iii) The St. John's Church of Plainfield)

27. St. Andrew's Catholic Church, Colchester, Connecticut (Parish Name: Guardian Angels Parish) (Individually, and as successor to Saint Francis of Assisi Church Corporation of Lebanon)

28. St. Anne Catholic Church (Parish Name: St. Anne, Ballouville)

29. St. Anne's Catholic Church Corporation. (Parish Name: St. Anne, Griswold/Glasgo)

30. St. Edward's Catholic Society, Stafford Springs Connecticut (Parish Name: St. Edward, Stafford Springs) (Individually, and d/b/a St. Edward School, Stafford Spring)

31. St. James Catholic Church of Danielsonville Connecticut (Parish Name: St. James, Danielson) (Individually, and d/b/a St. James School, Danielson and St. Joseph Cemetery, Dayville)

32. St. John's Corporation, of Cromwell Connecticut (Parish Name: St. John, Cromwell)

33. St. John's Roman Catholic Church, Montville, Connecticut (Parish Name: Divine Mercy Parish) (Individually, and as successor to (i) The Our Lady of the Lakes Church Corporation; and (ii) The Church of Our Lady of Perpetual Help)

34. St. Joseph Catholic Society Connecticut (Parish Name: St. Joseph, Occum)

35. St. Joseph's Corporation, Dayville Connecticut (Parish Name: St. Joseph, Dayville)

36. St. Jude Roman Catholic Church Corporation of Willington (Parish Name: St. Jude, West Willington)

37. St. Lawrence Church Corporation of Killingworth. (Parish Name: St. Lawrence, Killingworth)

38. St. Mary's Catholic Church, Sprague, Connecticut (Parish Name: St. Mary, Baltic) (Individually, and d/b/a St. Mary Immaculate Conception, Baltic; and St. Joseph School, Baltic)

39. St. Mary's Church Corporation, Connecticut (1); St. Mary's Parish Connecticut (2) (Parish Name: St. Mary's, Norwich)

40. St. Mary's Society (Parish Name: St. Mary, Clinton) (Individually, and d/b/a St. Mary Cemetery, Clinton)

41. St. Michael's Church, Pawcatuck Connecticut (Parish Name: St. Michael Parish, Pawcatuck) (Individually, and d/b/a St. Michael School, Pawcatuck, and as successor to (i) St. Mary's Church Stonington Connecticut; and (ii) St. Thomas More Church)

42. St. Patrick's Church Corporation of Norwich Connecticut (Parish Name: St. Patrick Cathedral, Norwich) (Individually, and d/b/a St. Patrick School, Norwich)

43. St. Patrick's Church, Mystic Bridge Connecticut (Parish Name: St. Patrick, Mystic)

44. St. Patricks Church, East Hampton Connecticut (Parish Name: St. John Paul II Parish) (Individually, and as successor to St. Bridgets Church Corporation of Moodus, Connecticut)

45. St. Philip's Church Corporation of Warrenville (Parish Name: St. Philip, Warrenville)

46. St. Pio Parish (Parish Name: St. Pio Parish) (Individually, and d/b/a St. John School, Saybrook, and as successor to (i) St. John's Church Corporation, Saybrook, Connecticut; and (ii) St. Mark's Roman Catholic Church Corporation)

47. St. Teresa of Calcutta Parish (Parish Name: St. Teresa of Calcutta Parish, Essex) (Individually, and d/b/a St. Joseph Church, Essex, and as successor to (i) Our Lady of Sorrows Corporation, Essex Connecticut; and (ii) St. Joseph's Church Corporation of Chester, Connecticut)

48. St. Therese of Lisieux (Parish Name: St. Therese of Lisieux, Putnam) (Individually, and d/b/a St. Joseph School, N. Grosvenor Dale, and as successor to (i) St. Joseph's Catholic Society, Grosvenor Dale Connecticut; (ii) St. Stephen's Church, Quinebaug Connecticut; (iii) The Most Holy Trinity Church; and (iv) St. Mary's Church Putnam Connecticut)

49. St. Thomas' Corporation of Voluntown, Connecticut (Parish Name: St. Thomas, Voluntown) (Individually, and d/b/a St. Anne Mission, Glasgo and St. Thomas Cemetery, Voluntown)

50. St. Vincent de Paul Middletown, Inc.

51. St. Vincent de Paul Place, Norwich, Inc.

52. The Church of Christ the King, Old Lyme, Incorporated (Parish Name: Christ the King, Old Lyme)

53. The Church of Saint Sebastian, Middletown (Parish Name: St. Sebastian, Middletown) (Individually, and d/b/a St. Sebastian Cemetery, Middletown)

54. The Church of St. Francis of Assisi (Parish Name: St. Francis, Middletown)

55. The Our Lady of LaSalette Church Corporation (Parish Name: Our Lady of LaSalette, Brooklyn)

56. The Our Lady of Lourdes Corporation (Parish Name: Our Lady of Lourdes, Gales Ferry)

57. The Our Lady of Peace Church Corporation (Parish Name: Our Lady of Peace Mission, Killingly)

58. The Polish Roman Catholic Church of St. Mary's of Czenstochowa (Parish Name: St. Mary, Middletown)

59. The Roman Catholic Church of Jewett City, Connecticut (Parish Name: St. Mary Parish, Jewett City) (Individually, and d/b/a St. Mary School, Jewett City and St. Mary Cemetery, Jewett City)

60. The Roman Catholic Church of Our Lady of Grace, at Fishers Island, in the County of Suffolk in the State of New York (Parish Name: St. Brendan the Navigator)

61. The Sacred Heart Church Corporation (Parish Name: Sacred Heart, Groton) (Individually, and d/b/a Sacred Heart School, Groton)

62. The Sacred Heart Church of Norwich Connecticut (Parish Name: Sacred Heart, Norwich) (Individually, and d/b/a St. John Mission, Fitchville)

63. The Saint Catherine of Siena Church Corporation (Parish Name: St. Catherine, Preston)

64. The Saint Columba Church Corporation (Parish Name: The Good Shepherd Parish) (Individually, and as successor to Church of the Holy Family of Hebron Incorporated)

65. The Saint John's Church Corporation, Middletown Connecticut (Parish Name: St. John, Middletown) (Individually, and d/b/a St. John School, Middletown)

66. The Saint Mary Church Corporation (Parish Name: St. Mary, Groton)

67. The Saint Peter Church Corporation (1); The Roman Catholic Church of St. Peter (2) (Parish Name: St. Peter Parish, Higganum)

68. The Saint Pius X Church Corporation (Parish Name: St. Pius X, Middletown)

69. The SS. Peter and Paul Church Corporation (Parish Name: SS Peter & Paul, Norwich)

70. The St. Agnes Church Corporation (Parish Name: St. Agnes, Niantic) (Individually, and d/b/a St. Francis Chapel, Crescent Beach)

71. The St. Ignatius' Church Corporation of Goodyear (Parish Name: St. Ignatius, Rogers)

72. The St. Joseph's Church of Rockville (Parish Name: St. Joseph, Rockville) (Individually, and d/b/a St. Joseph School, Rockville)

73. The St. Joseph's Polish Roman Catholic Congregation (Parish Name: St. Joseph, Norwich)

74. The St. Josephs Church Corporation of New London (Parish Name: St. Brendan the Navigator) (Individually, and d/b/a St. Joseph School, New London; and d/b/a St. Mary Star of the Sea School, New London, and as successor to (i) St. Mary's Roman Catholic Church Corp.; and (ii) The St. Paul Catholic Church Corporation)

75. The St. Luke's Roman Catholic Church Corporation (Parish Name: St. Luke, Ellington)

76. The St. Matthias' Church Corporation (Parish Name: St. Matthias, East Lyme)

77. The St. Maurice Church Corporation (Parish Name: St. Maurice, Bolton)

### *Exhibit B to Optional Abuse Claim Release of Non-Debtors – Definitions of Terms*

**Definitions of Terms:** The following are definitions for capitalized terms used the Optional Release of Abuse Claims Against Non-Debtors. Capitalized terms not defined herein are defined in the Plan:

(i) "**Abuse**" means any actual or alleged (i) sexual conduct, misconduct, abuse, or molestation as defined in any statute or common law; (ii) indecent assault or battery, rape, lascivious behavior, undue familiarity, pedophilia, ephebophilia, or sexually-related physical, psychological, or emotional harm; (iii) contacts or interactions of a sexual nature; or (iv) assault, battery, corporal punishment, or other act of physical, psychological, or emotional abuse, humiliation, intimidation, or misconduct, or as such term is otherwise defined at https://portal.ct.gov/DCF/1-DCF/Child-Abuse-and-Neglect-Definitions. Abuse may occur whether or not this activity involves explicit force, whether or not it involves genital or other physical contact, and whether or not there is physical, psychological, or emotional harm to the Person.

(ii) "**Abuse Claim**" means any Claim, including, but not limited to, any Barred Abuse Claim, any Late-Filed Abuse Claim and any Unknown Abuse Claim, against the Debtor or against any Participating Party for which the Debtor's conduct is a legal cause or a legally relevant factor, resulting or arising in whole or in part, directly or indirectly, from Abuse, the first occurrence of which was committed by any Person against such Abuse Claimant before the Petition Date, and seeking monetary damages or any other relief, under any theory of liability, including vicarious liability, any negligence-based theory, contribution, indemnity, or any other theory based on any acts or failures to act by the Debtor, a Participating Party or any other Person, regardless of whether such Abuse Claim has been asserted prior to the Petition Date. "Abuse Claim" does not include any Related Insurance Claims or Medicare Claims.

(iii) "**Abuse Related Contribution Claim**" means any Person's Claim against any other Person for contribution, indemnity, equitable indemnity, subrogation, or equitable subrogation, or reimbursement, or any other indirect or derivative recovery, arising because of such Person having paid or defended against any Abuse Claim including but not limited to a joint tortfeasor or the like. To avoid doubt, an Abuse Related Contribution Claim is not an Abuse Claim.

(iv) "**Barred Abuse Claim**" means either:

(a) an Abuse Claim arising from sexual abuse, sexual exploitation or sexual assault at a time when the Abuse Claimant was under the age of eighteen (18), and where both: (i) no civil action had been commenced and remained pending on the Petition Date to recover upon such Abuse Claim within thirty (30) years from the date such Abuse Claimant attained the age of eighteen (18), or if such date occurred on or after March 19, 1990, thirty (30) years and 347 days from such date; and (ii) the Petition Date occurred more than thirty (30) years from the date such Abuse Claimant attained the age of eighteen (18), or if such date occurred on or after March 19, 1990, thirty (30) years and 347 days from such date; or

(b) an Abuse Claim arising from sexual abuse, sexual exploitation or sexual assault at a time when the Abuse Claimant was at least eighteen (18) years old, or an Abuse Claim not arising from sexual abuse, sexual exploitation or sexual assault, where both: (i) no civil action had been commenced and remained pending on the Petition Date to recover upon such Abuse Claim within three (3) years from the date of the act which gave rise to the Abuse Claim, or if such act occurred on or after March 19, 2017, three (3) years and 347 days from the date of such act; and (ii) the Petition Date occurred more than three (3) years from the date of the act which gave rise to the Abuse Claim, or if such act occurred on or after March 19, 2017, three (3) years and 347 days from the date of such act.

(v) "**Claim**" shall have the meaning as that term is defined in Section 101(5) of the Bankruptcy Code, and regardless of the application of any statute of limitations defense.

(vi) "**Direct Action Claims**" means the same as "Abuse Claims", except that they are asserted against any Settled Insurer Party, instead of any Participating Party or the Trust, for the recovery of insurance proceeds.

(vii) "**Late-Filed Abuse Claim**" means an Abuse Claim for which the Abuse Claimant filed a Proof of Claim in the Bankruptcy Case after March 15, 2022 and before the Effective Date of the Plan.

(viii) "**Related Insurance Claim**" means (i) any Claim against any Settled Insurer for defense, indemnity, reimbursement, contribution, subrogation, or similar relief that, directly or indirectly, relates to an Abuse Claim; (ii) any Extra-Contractual Claim that, directly or indirectly, relates to any Abuse Claim; (iii) any Direct Action Claim; (iv) any Medicare Claim; and (v) any Abuse Related Contribution Claim.

(ix) "**Settled Insurer Policies**" means, collectively, all Insurance Policies that are the subject of an Insurance Settlement Agreement(s) with the Settled Insurers.

## **Schedule 2-4**

Form of Class 7 Ballot

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

|  |  |
|---|---|
| In re:<br><br>THE NORWICH ROMAN CATHOLIC<br>DIOCESAN CORPORATION,[1]<br><br>Debtor. | Chapter 11<br><br>Case No:  21-20687 (JJT) |

## CLASS 7 BALLOT

**The Bankruptcy Court has approved the Sixth Amended Joint Disclosure Statement for Chapter 11 Plan of Reorganization Proposed by the Norwich Roman Catholic Diocesan Corporation, the Official Committee of Unsecured Creditors, the Catholic Mutual Relief Society of America, and the Association of Parishes of the Roman Catholic Diocese of Norwich, Connecticut (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. Bankruptcy Court approval of the Disclosure Statement does not indicate approval of the Sixth Amended Joint Chapter 11 Plan of Reorganization Proposed by the Norwich Roman Catholic Diocesan Corporation, the Official Committee of Unsecured Creditors, the Catholic Mutual Relief Society of America, and the Association of Parishes of the Roman Catholic Diocese of Norwich, Connecticut (the "Plan") by the Bankruptcy Court.**

**You should review the Disclosure Statement and the Plan before you vote. If you are not represented by an attorney, you may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.**

**In order for your vote to be counted, this Ballot must be properly completed, signed, and returned to Omni Agent Solutions, Inc. (the "Voting Agent") so that it is actually received no later than 5:00 p.m. (Prevailing Eastern Time) on _____, 2025 (the "Voting Deadline"), unless such time is extended by the Court or the Plan Proponents. If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote or if you vote to reject the Plan.**

Copies of the Disclosure Statement and Plan are provided to you with this Ballot and will also be on file with the Office of the Clerk of the Court for review during normal business hours (a fee may be charged) and are also available free of charge on the website maintained by the Diocese's claims agent at https://omniagentsolutions.com/Norwich.

---

[1] The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich.  The last four digits of the Debtor's federal tax identification number are 7373.

1

## INSTRUCTIONS FOR FILLING OUT AND SUBMITTING THIS BALLOT

**To have your vote counted, please complete, sign, and date this Ballot and return it so that it is received by the Voting Agent no later than the Voting Deadline, unless such time is extended by the Court or the Plan Proponents. Ballots must be delivered to the Voting Agent (i) at an appropriate address as listed below; or (ii) via the Voting Agent's Voting Upload platform at: https://omniagentsolutions.com/Norwich-Ballots.**

| | |
|---|---|
| If by U.S. Postal Service First Class mail:<br>The Norwich Roman Catholic Diocesan Corporation<br>c/o Omni Agent Solutions, Inc.<br>5955 De Soto Avenue, Suite 100<br>Woodland Hills, CA 91367 | If by overnight courier or hand delivery:<br>The Norwich Roman Catholic Diocesan Corporation<br>c/o Omni Agent Solutions, Inc.<br>5955 De Soto Avenue, Suite 100<br>Woodland Hills, CA 91367 |
| If by electronic, online submission:<br>Please visit https://omniagentsolutions.com/Norwich-Ballots. Scroll down to the "Submit a Ballot Online" section of the Diocese's website and follow the directions to submit your Ballot. If you choose to submit your Ballot via Omni's Voting Upload system, you should not return a hard copy of your Ballot. | |

**IMPORTANT NOTE:**

**Please complete and submit a Ballot promptly by mail or by online submission. If your Ballot is not received by the Voting Agent on or before the Voting Deadline, and such Voting Deadline is not extended by the Court or the Plan Proponents as noted above, your vote will not be counted. If you have any questions regarding this document, need a return envelope or another copy of the Disclosure Statement, the Plan, or this document, please contact the Voting Agent by e-mailing NorwichInquiries@OmniAgnt.com. Please do not direct any inquiries to the Bankruptcy Court. The Voting Agent is not authorized to, and will not, provide legal advice.**

## CLASS 7 BALLOT FOR ACCEPTING OR REJECTING PLAN

**PLEASE READ THE ENTIRE BALLOT BEFORE COMPLETING IT**

**By signing this Ballot, I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that I have been provided a copy or access to a copy of the Disclosure Statement and the exhibits thereto.**

**YOU MUST COMPLETE THIS BALLOT IN ORDER FOR YOUR VOTE TO COUNT. IF YOUR BALLOT IS NOT RECEIVED IN COMPLIANCE WITH THE INSTRUCTIONS BY 5:00 P.M., EASTERN TIME, ON _____ 2025, IT WILL NOT BE COUNTED.**

**This Ballot is for voting purposes only and is not a Proof of Claim.**

*Claimant:* _____

The undersigned, a Holder of a Class 7 Claim, votes (check one box only):

| ☐ to **ACCEPT** the Plan | ☐ to **REJECT** the Plan |
|---|---|

For purposes of voting to accept or reject the Plan, the undersigned certifies that as of the Voting Record Date, the undersigned holds a Class 7 Claim in the amount set forth below:

**Amount of Your Claim for Voting Purposes Only: $_____.**

By signing this Class 7 Ballot, the undersigned certifies to the Bankruptcy Court and to the Plan Proponents:

(a) That, as of the Voting Record Date, either: (i) the undersigned is the Holder of a Class 7 Claim or (ii) the undersigned is an individual competent to act with a specific, written power of attorney directing such individual to vote to accept or reject the Plan as directed by such individual claimant provided that a copy of the power of attorney is attached to this Class 7 Ballot;

(b) That the Holder of the Class 7 Claim has received a copy of the Confirmation Hearing Notice, the order approving the Disclosure Statement, the approved Disclosure Statement, and the Plan and acknowledges that this solicitation is being made pursuant to the terms and conditions set forth in the Plan and Disclosure Statement;

(c) That the undersigned has read and understands, the undersigned's lawyer has read and explained to the undersigned, or the undersigned has voluntarily chosen not to read, the provisions of the Plan;

(d) That, in particular, without limitation, the undersigned consents to the provisions contained in Section 13.13 to the Plan providing for the release of Claims between each and every Participating Party and Settled Insurer, as those terms are defined in the Plan; and

(e) That no other Class 7 Ballot with respect to the Class 7 Claim identified in this Ballot have been cast or, if any other Class 7 Ballots have been cast with respect to such Class 8 Claim, then any such earlier Class 7 Ballots are hereby revoked.

TO BE COMPLETED BY CLASS 7 CLAIMANT:

Print or Type Name: _____

Signature: _____

Address: _____

_____

_____

Telephone Number: _____

Date Completed: _____

4

## **Schedule 2-5**

Form of Class 8 Ballot

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re:<br><br>THE NORWICH ROMAN CATHOLIC<br>DIOCESAN CORPORATION,[1]<br><br>        Debtor. | Chapter 11<br><br>Case No:  21-20687 (JJT) |

## CLASS 8 BALLOT

The Bankruptcy Court has approved the Sixth Amended Joint Disclosure Statement for Chapter 11 Plan of Reorganization Proposed by the Norwich Roman Catholic Diocesan Corporation, the Official Committee of Unsecured Creditors, the Catholic Mutual Relief Society of America, and the Association of Parishes of the Roman Catholic Diocese of Norwich, Connecticut (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. Bankruptcy Court approval of the Disclosure Statement does not indicate approval of the Sixth Amended Joint Chapter 11 Plan of Reorganization Proposed by the Norwich Roman Catholic Diocesan Corporation, the Official Committee of Unsecured Creditors, the Catholic Mutual Relief Society of America, and the Association of Parishes of the Roman Catholic Diocese of Norwich, Connecticut (the "Plan") by the Bankruptcy Court.

You should review the Disclosure Statement and the Plan before you vote. If you are not represented by an attorney, you may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

In order for your vote to be counted, this Ballot must be properly completed, signed, and returned to Omni Agent Solutions, Inc. (the "Voting Agent") so that it is actually received no later than 5:00 p.m. (Prevailing Eastern Time) on _____ __, 2025 (the "Voting Deadline"), unless such time is extended by the Court or the Plan Proponents. If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote or if you vote to reject the Plan.

Copies of the Disclosure Statement and Plan are provided to you with this Ballot and will also be on file with the Office of the Clerk of the Court for review during normal business hours (a fee may be charged) and are also available free of charge on the website maintained by the Diocese's claims agent at https://omniagentsolutions.com/Norwich.

---

[1] The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich.  The last four digits of the Debtor's federal tax identification number are 7373.

## INSTRUCTIONS FOR FILLING OUT AND SUBMITTING THIS BALLOT

To have your vote counted, please complete, sign, and date this Ballot and return it so that it is received by the Voting Agent no later than the Voting Deadline, unless such time is extended by the Court or the Plan Proponents. Ballots must be delivered to the Voting Agent (i) at an appropriate address as listed below; or (ii) via the Voting Agent's Voting Upload platform at: https://omniagentsolutions.com/Norwich-Ballots.

| If by U.S. Postal Service First Class mail:<br>The Norwich Roman Catholic Diocesan Corporation<br>c/o Omni Agent Solutions, Inc.<br>5955 De Soto Avenue, Suite 100<br>Woodland Hills, CA 91367 | If by overnight courier or hand delivery:<br>The Norwich Roman Catholic Diocesan Corporation<br>c/o Omni Agent Solutions, Inc.<br>5955 De Soto Avenue, Suite 100<br>Woodland Hills, CA 91367 |
|---|---|

If by electronic, online submission:
Please visit https://omniagentsolutions.com/Norwich-Ballots. Scroll down to the "Submit a Ballot Online" section of the Diocese's website and follow the directions to submit your Ballot. If you choose to submit your Ballot via Omni's Voting Upload system, you should not return a hard copy of your Ballot.

**IMPORTANT NOTE:**

Please complete and submit a Ballot promptly by mail or by online submission. If your Ballot is not received by the Voting Agent on or before the Voting Deadline, and such Voting Deadline is not extended by the Court or the Plan Proponents as noted above, your vote will not be counted. If you have any questions regarding this document, need a return envelope or another copy of the Disclosure Statement, the Plan, or this document, please contact the Voting Agent by e-mailing NorwichInquiries@OmniAgnt.com. Please do not direct any inquiries to the Bankruptcy Court. The Voting Agent is not authorized to, and will not, provide legal advice.

## CLASS 8 BALLOT FOR ACCEPTING OR REJECTING PLAN

**PLEASE READ THE ENTIRE BALLOT BEFORE COMPLETING IT**

**By signing this Ballot, I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that I have been provided a copy or access to a copy of the Disclosure Statement and the exhibits thereto.**

**YOU MUST COMPLETE THIS BALLOT IN ORDER FOR YOUR VOTE TO COUNT. IF YOUR BALLOT IS NOT RECEIVED IN COMPLIANCE WITH THE INSTRUCTIONS BY 5:00 P.M., EASTERN TIME, ON _____ 2025, IT WILL NOT BE COUNTED.**

**This Ballot is for voting purposes only and is not a Proof of Claim.**

*Claimant:* _____

The undersigned, a Holder of a Class 8 Claim, votes (check one box only):

| ☐ to **ACCEPT** the Plan | ☐ to **REJECT** the Plan |
|---|---|

For purposes of voting to accept or reject the Plan, the undersigned certifies that as of the Voting Record Date, the undersigned holds a Class 8 Claim in the amount set forth below:

**Amount of Your Claim for Voting Purposes Only: $_____.**

3

By signing this Class 8 Ballot, the undersigned certifies to the Bankruptcy Court and to the Plan Proponents:

(a) That, as of the Voting Record Date, either: (i) the undersigned is the Holder of a Class 8 Claim or (ii) the undersigned is an individual competent to act with a specific, written power of attorney directing such individual to vote to accept or reject the Plan as directed by such individual claimant provided that a copy of the power of attorney is attached to this Class 8 Ballot;

(b) That the Holder of the Class 8 Claim has received a copy of the Confirmation Hearing Notice, the order approving the Disclosure Statement, the approved Disclosure Statement, and the Plan and acknowledges that this solicitation is being made pursuant to the terms and conditions set forth in the Plan and Disclosure Statement;

(c) That the undersigned has read and understands, the undersigned's lawyer has read and explained to the undersigned, or the undersigned has voluntarily chosen not to read, the provisions of the Plan;

(d) That, in particular, without limitation, the undersigned consents to the provisions contained in Section 13.13 to the Plan providing for the release of Claims between each and every Participating Party and Settled Insurer, as those terms are defined in the Plan; and

(e) That no other Class 8 Ballot with respect to the Class 8 Claim identified in this Ballot have been cast or, if any other Class 8 Ballots have been cast with respect to such Class 8 Claim, then any such earlier Class 8 Ballots are hereby revoked.

TO BE COMPLETED BY CLASS 8 CLAIMANT:

Print or Type Name: _____

Signature: _____

Address: _____

_____

_____

Telephone Number: _____

Date Completed: _____

## **Schedule 3**

Notice of Unimpaired Non-Voting Status

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re:<br><br>THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,[1]<br><br>Debtor. | Chapter 11<br><br>Case No:  21-20687 (JJT) |

**NOTICE OF NON-VOTING STATUS TO HOLDERS OF UNCLASSIFIED CLAIMS AND HOLDERS OF UNIMPAIRED CLAIMS CONCLUSIVELY PRESUMED TO ACCEPT THE SIXTH AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION PROPOSED BY THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, THE CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA, AND THE ASSOCIATION OF PARISHES OF THE ROMAN CATHOLIC DIOCESE OF <u>NORWICH, CONNECTICUT</u>**

**To:** *All Holders of Unclassified Claims and Classes 1 (Other Priority Claims); 3(3A – M&T Secured Revolving Loan and 3B – M&T Secured Guaranty Claim); and 6 (General Unsecured Claims)*

---

**IMPORTANT NOTICE REGARDING RELEASES FOR HOLDERS OF <u>ADMINISTRATIVE EXPENSE CLAIMS AND PRIORITY TAX CLAIMS</u>**

**YOUR CLAIM IS UNCLASSIFIED UNDER THE PLAN AND YOU ARE NOT ENTITLED TO VOTE TO ACCEPT OR REJECT THE PLAN. NEVERTHELESS, YOU ARE CONCLUSIVELY PRESUMED TO CONSENT TO CERTAIN INJUNCTIVE RELIEF TO THE EXTENT PROVIDED IN SECTION XIII OF THE PLAN, UNLESS YOU FILE AN OBJECTION TO THE INJUNCTIVE RELIEF PROVIDED IN THE PLAN NO LATER THAN [____] AT 5:00 PM ET (<u>THE "PLAN OBJECTION DEADLINE"</u>).**

---

[1] The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich.  The last four digits of the Debtor's federal tax identification number are 7373.

1

---

**IMPORTANT NOTICE REGARDING RELEASES FOR HOLDERS OF CLAIMS IN CLASSES 1 (OTHER PRIORITY CLAIMS); 3 (3A – M&T SECURED REVOLVING LOAN AND 3B – M&T SECURED GUARANTY CLAIM); AND 6 (GENERAL UNSECURED CLAIMS)**

**AS THE HOLDER OF A CLAIM THAT IS UNIMPAIRED UNDER THE PLAN, YOU ARE PRESUMED TO ACCEPT THE PLAN. YOU ARE ALSO CONCLUSIVELY PRESUMED TO CONSENT TO CERTAIN INJUNCTIVE RELIEF TO THE EXTENT PROVIDED IN SECTION XIII OF THE PLAN, UNLESS YOU FILE AN OBJECTION TO THE INJUNCTIVE RELIEF PROVIDED IN THE PLAN NO LATER THAN THE PLAN OBJECTION DEADLINE.**

---

**PLEASE TAKE NOTICE OF THE FOLLOWING**:

On July 15, 2021 (the "Petition Date"), The Norwich Roman Catholic Diocesan Corporation (the "Diocese") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

On _____ ___, 2025, the United States Bankruptcy Court for the District of Connecticut (the "Bankruptcy Court") entered an Order (the "Disclosure Statement Order") approving the *Sixth Amended Joint Disclosure Statement for Chapter 11 Plan of Reorganization Proposed by the Norwich Roman Catholic Diocesan Corporation, the Official Committee of Unsecured Creditors, the Catholic Mutual Relief Society of America, and the Association of Parishes of the Roman Catholic Diocese of Norwich, Connecticut* [Docket No. ___] (the "Disclosure Statement") in connection with the *Sixth Amended Joint Chapter 11 Plan of Reorganization Proposed by the Norwich Roman Catholic Diocesan Corporation, the Official Committee of Unsecured Creditors, the Catholic Mutual Relief Society of America, and the Association of Parishes of the Roman Catholic Diocese of Norwich, Connecticut* [Docket No. ___] (the "Plan"). The Disclosure Statement Order authorizes the Debtor to solicit votes to accept or reject the Plan.

**UNDER THE TERMS OF THE PLAN, YOUR CLAIM(S) AGAINST THE DIOCESE IS/ARE NOT IMPAIRED, AND THEREFORE, PURSUANT TO SECTION 1126(f) OF THE BANKRUPTCY CODE, YOU ARE (I) DEEMED TO HAVE ACCEPTED THE PLAN, AND (II) NOT ENTITLED TO VOTE ON THE PLAN. IF YOU HAVE ANY QUESTIONS ABOUT THE STATUS OF YOUR CLAIM(S), OR YOU WISH TO OBTAIN A COPY OF EITHER THE DISCLOSURE STATEMENT OR THE PLAN, PLEASE MAKE A SPECIFIC WRITTEN REQUEST TO (A) THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION, C/O OMNI AGENT SOLUTIONS, INC., 5955 DE SOTO AVE., SUITE 100, WOODLAND HILLS, CA 91367 OR (B) BY EMAIL AT NORWICHINQUIRIES@OMNIAGNT.COM.**

**NOTWITHSTANDING THIS NOTICE OF NON-VOTING STATUS, YOU HAVE THE RIGHT (I) TO CONTEST YOUR NON-VOTING STATUS AND (II) TO OBJECT TO CONFIRMATION OF THE PLAN.**

2

**PROCEDURES FOR CONTESTING YOUR STATUS, FILING AN OBJECTION TO THE PLAN, AND INFORMATION RELATED TO CERTAIN INJUNCTIONS AND EXCULPATIONS CONTAINED IN THE PLAN MAY BE FOUND IN THE NOTICE OF: (A) APPROVAL OF DISCLOSURE STATEMENT, (B) VOTING PROCEDURES FOR THE PLAN, (C) SCHEDULING OF THE CONFIRMATION HEARING, AND (D) PROCEDURES FOR FILING OBJECTIONS AND RESPONSES TO CONFIRMATION OF THE PLAN.**

---

**IF YOU HAVE QUESTIONS WITH RESPECT TO YOUR RIGHTS UNDER THE PLAN OR ABOUT ANYTHING STATED HEREIN YOU SHOULD SPEAK TO YOUR ATTORNEY.**

---

Dated at Hartford, Connecticut, this __ day of _____, 2025.

**ZEISLER & ZEISLER P.C.**
Eric A. Henzy (ct12849)
Stephen M. Kindseth (ct14640)
Daniel A. Byrd (ct31151)
10 Middle Street, 15th Floor
Bridgeport, CT 06604
Telephone: (203) 368-4234
Facsimile: (203) 549-0903
E-mail: skindseth@zeislaw.com
         ehenzy@zeislaw.com
         dbyrd@zeislaw.com

*Attorneys for the Official Committee of Unsecured Creditors*

**ROBINSON & COLE LLP**
Patrick B. Birney (ct19875)
Annecca H. Smith (ct31148)
One State Street
Hartford, CT 06103
Telephone: (860) 275-8275
Facsimile: (860) 275-8299
E-mail:  pbirney@rc.com
         asmith@rc.com

- and –

**ICE MILLER LLP**
Louis T. DeLucia (admitted *pro hac vice*)
Alyson M. Fiedler (admitted *pro hac vice*)
1500 Broadway, 29th Floor
New York, NY 10036
Telephone: (212) 824-4940
Facsimile: (212) 824-4982
E-Mail:  louis.delucia@icemiller.com
         alyson.fiedler@icemiller.com

*Attorneys for the Debtor and Debtor-in-Possession*

*[ continued on following page ]*

**JONES WALKER LLP**
Mark A. Mintz (admitted *pro hac vice*)
Samantha A. Oppenheim (admitted *pro hac vice*)
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8368 / (504) 582-8641
Facsimile: (504) 589-8368 / (504) 589-8641
Email: mmintz@joneswalker.com
          soppenheim@joneswalker.com

*Counsel for The Association of Parishes of the
Roman Catholic Diocese of Norwich, Connecticut*

**ARENTFOX SCHIFF LLP**
Everett J. Cygal (admitted *pro hac vice*)
David M. Spector (admitted *pro hac vice*)
J. Mark Fisher (admitted *pro hac vice*)
Jin Yan (admitted *pro hac vice*)
Daniel J. Schufreider (admitted *pro hac
vice*)
ArentFox Schiff LLP
233 S. Wacker Dr., Suite 7100
Chicago, IL 60606
T: 312.258.5500
F: 312.258.5600
E: everett.cygal@afslaw.com
    david.spector@afslaw.com
    mark.fisher@afslaw.com
    jin.yan@afslaw.com
    daniel.schufreider@afslaw.com

- and –

**GREEN & SKLARZ LLC**
Jeffrey M. Sklarz (ct20938)
One Audubon Street, Third Floor
New Haven, CT 06511
T: 203.285.8545
F: 203.823.4546
E: jsklarz@gs-lawfirm.com

*Counsel for The Catholic Mutual Relief
Society of America*

## **Schedule 4**

[ Intentionally Omitted ]

## **Schedule 5**

Confirmation Hearing Notice

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re:<br><br>THE NORWICH ROMAN CATHOLIC<br>DIOCESAN CORPORATION,[1]<br><br>         Debtor. | Chapter 11<br><br>Case No:  21-20687 (JJT) |

**NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT;**
**(II) ESTABLISHMENT OF VOTING RECORD DATE;**
**(III) ESTABLISHMENT OF PROCEDURES AND DEADLINE**
**FOR VOTING ON CHAPTER 11 PLAN;**
**AND (IV) HEARING ON CONFIRMATION OF**
**CHAPTER 11 PLAN AND PROCEDURES FOR OBJECTIONS**

**PLEASE TAKE NOTICE THAT:**

      1.    **Approval of Disclosure Statement.** On _____ ___, 2025, the United States Bankruptcy Court for the District of Connecticut (the "Bankruptcy Court") entered an order (the "Disclosure Statement Order") approving the *Sixth Amended Joint Disclosure Statement for Chapter 11 Plan of Reorganization Proposed by the Norwich Roman Catholic Diocesan Corporation, the Official Committee of Unsecured Creditors, the Catholic Mutual Relief Society of America, and the Association of Parishes of the Roman Catholic Diocese of Norwich, Connecticut* [Docket No. ____] (as it may be amended, the "Disclosure Statement") in connection with the *Sixth Amended Joint Chapter 11 Plan of Reorganization Proposed by the Norwich Roman Catholic Diocesan Corporation, the Official Committee of Unsecured Creditors, the Catholic Mutual Relief Society of America, and the Association of Parishes of the Roman Catholic Diocese of Norwich, Connecticut* [Docket No. ____] (as it may be amended, the "Plan").[2] The Disclosure Statement Order authorizes the Diocese to solicit votes to accept or reject the Plan pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

      2.    **Confirmation Hearing.** The hearing (the "Confirmation Hearing") to consider the confirmation of the Plan shall commence at **10:00 a.m. (Eastern Time)** on **[___] 2025** before the Honorable James J. Tancredi, United States Bankruptcy Judge, at the Abraham A. Ribicoff Federal Building and Courthouse, United States Bankruptcy Court, 450 Main Street,

---

[1] The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich.  The last four digits of the Debtor's federal tax identification number are 7373.

[2] All capitalized terms used but not defined herein or in the enclosed voting instructions have the meanings ascribed to such terms in the Plan. The Disclosure Statement provides information to assist you in deciding how to vote on the Plan.

7th Floor, Hartford, CT 06103. The Confirmation Hearing may be continued from time to time. The Diocese, the Official Committee of Unsecured Creditors (the "Committee"), the Catholic Mutual Relief Society of America ("Catholic Mutual"), and the Association of Parishes of the Roman Catholic Diocese of Norwich, Connecticut (the "Association of Parishes") (collectively, the "Plan Proponents")  may modify the Plan, if necessary, prior to, during, or as a result of the Confirmation Hearing in accordance with the terms of the Plan without further notice.

    **3.**  **Channeling, Injunction and Release.** As more fully explained in the Plan and Disclosure Statement, the Plan provides that all Abuse Claims and related Claims against the Participating Parties and the Settled Insurers will be channeled to either the Trust or the Unknown Abuse Claims Trust, meaning that either of these trusts will be the source of payment for any such Claims against the Participating Parties and Settled Insurers. The Participating Parties and the Settled Insurers include, but are not limited to, the Diocese Parties, the Catholic Entity Parties (which includes various parishes, schools and other catholic missions within the Diocese), Catholic Mutual, Xavier and/or Oceania, all as defined in the Plan. The Confirmation Order confirming the Plan will discharge the Diocese of all Claims. Further, in exchange for their contributions and settlement payments to the Trust, the order confirming the Plan will grant releases and certain injunctions to the Participating Parties with respect to Abuse Claims held by Abuse Claimants that voluntarily and affirmatively Opt-In to those provisions.  Abuse Claimants that elect to not voluntarily and affirmatively Opt-In will be exempt from the third-party releases and injunctions contained in the Plan, but will only receive a Distribution from the Diocese's Contribution to the Trust, and will give up any Distribution from the other Participating Parties' Contributions to the Trust.  If you hold Claims against any of the Participating Parties and/or Settled Insurers, including but not limited to, the Diocese Parties, Catholic Entity Parties, Catholic Mutual, Xavier, and/or Oceania, your rights may be affected. **If you believe your rights are or may be affected, you should promptly consult with an attorney regarding your rights and options.  Please note that the information contained herein is not a substitute for reviewing the Plan and Disclosure Statement.**

    **4.**  **Record Date for Voting Purposes.** Holders of Claims in Class 2 (Secured Claims of Citizens Bank, N.A.); Class 4 (Abuse Claims Other Than Unknown Abuse Claims); Class 5 (Unknown Abuse Claims); and Class 8 (Claims Held by Catholic Entities, Xavier, and Oceania) (collectively, the "Voting Classes") on _____ __, **2025** (the "Voting Record Date") are entitled to vote on the Plan.

    **5.**  **Voting Procedures.** If you are entitled to vote you will receive a Solicitation Package which shall include a copy of (a) the Disclosure Statement Order, (b) this Notice, (c) the Disclosure Statement, attached to which is the Plan, and (d) a ballot (the "Ballot").

    Please review the Ballot for specific instructions as to how to vote. Failure to follow the voting instructions may disqualify your vote. If your attorney has elected to record your vote on the Plan, your attorney may reach out to you to collect or record your vote to accept or reject the Plan in advance of the Voting Deadline (as defined herein) and you should respond promptly to any communications from your attorney. If you are a Holder of an Abuse Claim represented by an attorney but have received your Ballot and Solicitation Package from the Voting Agent, you must return your completed Ballot to the Voting Agent by the Voting Deadline in order for your vote to count.

      **6.**     <u>**Opt-In Election**</u>. If you are an Abuse Claimant holding an Abuse Claim, the Plan provides you the right to "Opt-In."  Opt-In means the right conferred by the Plan for each Abuse Claimant to receive a Full Distribution in exchange for voluntarily releasing the Participating Parties and the Catholic Mutual Parties and consenting to the Channeling Injunction and Supplemental Catholic Mutual Injunction.  To Opt-In, you must execute the Abuse Claim Release contained in the Ballot and deliver the original Abuse Claim Release to the Claims Agent by the Voting Deadline. Abuse Claimants that elect to not voluntarily and affirmatively Opt-In will be exempt from the releases of the non-Debtor Participating Parties and the Catholic Mutual Parties, and the Channeling Injunction and Supplemental Catholic Mutual Injunction, but will only receive a Distribution from the Diocese's Contribution to the Trust, and will give up any Distribution from the other Contributions to the Trust.

      **7.**     <u>**Voting Deadline.**</u> The deadline to vote on the Plan is **5:00 p.m. (Eastern Time)** on _____ \_\_, **2025** (the "<u>Voting Deadline</u>"). Ballots must be completed, signed, dated, and returned by <u>*only one*</u> of the following return methods:

> <u>If by U.S. Postal Service First Class mail:</u>
>
> The Norwich Roman Catholic Diocesan Corporation
> c/o Omni Agent Solutions, Inc.
> 5955 De Soto Ave, Suite 100
> Woodland Hills, CA 91367
>
> <u>If by overnight courier or hand delivery:</u>
>
> The Norwich Roman Catholic Diocesan Corporation,
> c/o Omni Agent Solutions, Inc.
> 5955 De Soto Ave, Suite 100
> Woodland Hills, CA 91367
>
> <u>By electronic, online submission:</u>
>
> https://omniagentsolutions.com/Norwich-Ballots
>
> If you choose to submit your Ballot via Omni's Voting Upload Portal, you should <u>not</u> also return a hard copy of your Ballot.

      **8.**     <u>**Parties in Interest Not Entitled to Vote.**</u> Holders of Claims in Class 1 (Other Priority Claims); Class 3 (Secured Revolving Loan and Secured Guaranty Claims of M&T); Class 6 (General Unsecured Claims); and Class 7 (Abuse Related Contribution Claims); (collectively, the "<u>Non-Voting Classes</u>") are not entitled to vote on the Plan. Such Holders will receive an appropriate Notice of Non-Voting Status instead of a Ballot. If you have timely filed a Proof of Claim and disagree with the Plan Proponents' classification of, objection to, or request for estimation of, your Claim and believe that you should be entitled to vote on the Plan, then you must serve the Diocese and attorneys for the Official Committee of Unsecured Creditors, and file with the Court (with a copy to Chambers) a motion (a "<u>Rule 3018(a) Motion</u>") for an order pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>")

temporarily allowing your Claim in a different amount or in a different Class for purposes of voting to accept or reject the Plan. All Rule 3018(a) Motions must be filed on or before the 10th day after the later of (i) service of this Notice and (ii) service of notice of an objection or request for estimation, if any, as to your Claim or Interest. As to any Creditor filing a Rule 3018(a) Motion, such Creditor's Ballot will not be counted except as may be otherwise ordered by the Court. Creditors shall make a written request to (a) The Norwich Roman Catholic Diocesan Corporation, c/o Omni Agent Solutions, Inc., 5955 De Soto Ave, Suite 100, Woodland Hills, CA 91367 or (b) by email at NorwichInquiries@OmniAgnt.com to receive an appropriate Ballot for any Claim for which a Proof of Claim has been timely filed and a Rule 3018(a) Motion has been granted. Rule 3018(a) Motions that are not timely filed and served in the manner set forth above shall not be considered.

9. **Executory Contracts and Unexpired Leases.** Pursuant to Section XIV of the Plan and Exhibit P thereto, all executory contracts of the Debtor not rejected by order of the Bankruptcy Court or that are not the subject of a motion to reject pending on the Confirmation Date will be deemed assumed by the Reorganized Debtor on the Effective Date.

10. **Objections to Confirmation.** Objections or responses to confirmation of the Plan, if any, must (a) be in writing; (b) conform to the Bankruptcy Rules and the Local Rules for the United States Bankruptcy Court for the District of Connecticut; (c) set forth the name and address of the objecting party and the amount and nature of the Claim or Interest of such party; and (d) state the basis for the objection, and the specific grounds therefor. All objections must be filed and served no later than **5:00 p.m. (Eastern Time)** on _____ __, **2025** on (i) counsel for the Diocese, (ii) counsel for the Committee, (iii) counsel to Catholic Mutual, (iv) counsel to the Association of Parishes, and (v) the United States Trustee for the District of Connecticut. Failure to file and serve any objection to the Plan in conformity with the foregoing procedures may result in the objecting party not being heard at the hearing.

---

**PLEASE TAKE NOTICE THAT OBJECTIONS NOT TIMELY FILED AND SERVED AS PRESCRIBED IN THIS NOTICE MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT AND MAY BE DEEMED OVERRULED WITHOUT FURTHER NOTICE.**

---

11. **Additional Information.** For more information about the solicitation procedures, or for copies of the Disclosure Statement or the Plan, parties should contact the Diocese's claims and voting agent by email at NorwichInquiries@OmniAgnt.com or review such information free-of-charge on the website maintained by the Diocese's claims and voting agent at https://omniagentsolutions.com/Norwich.

12. **Key Events.** The Bankruptcy Court has approved the following dates and deadlines in connection with solicitation of votes to accept or reject the Plan, which dates may be extended pursuant to the solicitation procedures and order approving the Disclosure Statement.

| Key Event | Date |
|---|---|
| Voting Record Date | _____ __, 2025 |
| Solicitation Date | _____ __, 2025<br>*[Approximately one week after approval of the Disclosure Statement]* |
| Voting Deadline | _____ __, 2025 at 5:00 p.m. (ET)<br>*[28 days after Solicitation Date, Fed. R. Bankr. P. 3017(d)(3)]* |
| Confirmation Objection Deadline | _____ __, 2025 at 5:00 p.m. (ET)<br>*[28 days' notice from approval of Disclosure Statement, Fed. R. Bankr. P. 3017(d) and 2002(b)]* |
| Deadline to File the Voting Certification | _____ __, 2025 at 5:00 p.m. (ET)<br>*[2 days prior to Confirmation Hearing, Local Bankruptcy Rule 3018-1]* |
| Deadline for Plan Proponents to Reply to Confirmation Objections | _____ __, 2025 at 5:00 p.m. (ET) |
| Confirmation Hearing | _____ __, 2025 at __:00 a.m. (ET) |

**THIS NOTICE IS BEING SENT TO YOU FOR INFORMATIONAL PURPOSES ONLY. IF YOU HAVE QUESTIONS WITH RESPECT TO YOUR RIGHTS UNDER THE PLAN OR ABOUT ANYTHING STATED IN THIS NOTICE, OR IF YOU WOULD LIKE TO OBTAIN ADDITIONAL INFORMATION, PLEASE CONTACT THE VOTING AGENT VIA ONE OF THE METHODS SPECIFIED IN THIS NOTICE. PLEASE NOTE THAT THE VOTING AGENT MAY NOT PROVIDE LEGAL ADVICE. IF YOU NEED LEGAL ADVICE, PLEASE CONSULT WITH YOUR ATTORNEY.**

*[Remainder of Page Left Intentionally Blank; Signature Page Follows]*

Dated at Bridgeport, Connecticut, this __ day of _____, 2025.

**ZEISLER & ZEISLER, P.C.**
Eric A. Henzy (ct12849)
Stephen M. Kindseth (ct14640)
Daniel A. Byrd (ct31151)
10 Middle Street, 15th floor
Bridgeport, CT 06605
Telephone: (203) 368-4234
Email: ehenzy@zeislaw.com
   skindseth@zeislaw.com
   dbyrd@zeislaw.com

*Attorneys for the Official Committee of
Unsecured Creditors*

**ROBINSON & COLE LLP**
Patrick M. Birney (ct19875)
Annecca H. Smith (ct31148)
One State Street
Hartford, CT 06103
Telephone: (860) 275-8275
Facsimile: (86) 275-8299
Email: pbirney@rc.com
   asmith@rc.com

      -and-

**ICE MILLER LLP**
Louis T. DeLucia (admitted *pro hac vice*)
Alyson M. Fiedler (admitted *pro hac vice*)
1500 Broadway, 29th Floor
New York, NY 10036
Telephone: (212) 824-4940
Facsimile: (212) 824-4982
Email: louis.delucia@icemiller.com
   alyson.fiedler@icemiller.com

*Attorneys for the Debtor and Debtor-in-
Possession*

**JONES WALKER LLP**
Mark A. Mintz (admitted *pro hac vice*)
Samantha A. Oppenheim (admitted *pro
hac vice*)
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8368 / (504) 582-
8641
Facsimile: (504) 589-8368 / (504) 589-
8641
Email: mmintz@joneswalker.com
   soppenheim@joneswalker.com

*Counsel for The Association of Parishes
of the Roman Catholic Diocese of
Norwich, Connecticut*

**ARENTFOX SCHIFF LLP**
Everett J. Cygal (admitted *pro hac vice*)
David M. Spector (admitted *pro hac vice*)
J. Mark Fisher (admitted *pro hac vice*)
Jin Yan (admitted *pro hac vice*)
Daniel J. Schufreider (admitted *pro hac vice*)
ArentFox Schiff LLP
233 S. Wacker Dr., Suite 7100
Chicago, IL 60606
T: 312.258.5500
F: 312.258.5600
E: everett.cygal@afslaw.com
  david.spector@afslaw.com
  mark.fisher@afslaw.com
  jin.yan@afslaw.com
  daniel.schufreider@afslaw.com

      -and-

**GREEN & SKLARZ LLC**
Jeffrey M. Sklarz (ct20938)
One Audubon Street, Third Floor
New Haven, CT 06511
T: 203.285.8545
F: 203.823.4546
E: jsklarz@gs-lawfirm.com

*Counsel for The Catholic Mutual Relief Society of America*

## Schedule 6

Publication Notice

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT, HARTFORD DIVISION

### *In re: The Norwich Roman Catholic Diocesan Corporation*
### *Case No. 21-20687*

Please take notice that on February 10, 2025, The Norwich Roman Catholic Diocesan Corporation (the "Diocese"), the Official Committee of Unsecured Creditors (the "Committee") Catholic Mutual, and the Association of Parishes (collectively, the "Plan Proponents") filed the *Sixth Amended Joint Chapter 11 Plan of Reorganization Proposed by the Norwich Roman Catholic Diocesan Corporation, the Official Committee of Unsecured Creditors, the Catholic Mutual Relief Society of America, and the Association of Parishes of the Roman Catholic Diocese of Norwich, Connecticut* [Docket No. _____] (the "Plan").   On February 10, 2025, the Plan Proponents filed the accompanying *Sixth Amended Joint Disclosure Statement for Chapter 11 Plan of Reorganization Proposed by the Norwich Roman Catholic Diocesan Corporation, the Official Committee of Unsecured Creditors, the Catholic Mutual Relief Society of America, and the Association of Parishes of the Roman Catholic Diocese of Norwich, Connecticut* [Docket No. _____] (the "Disclosure Statement"). The bankruptcy court approved the Disclosure Statement on _____ __, 2025.

If you hold claims against any of the Participating Parties and/or Settled Insurer Parties, including, but not limited to, the Diocese Parties, the Catholic Entity Parties (which includes various parishes, schools, and other Catholic Missions within the Diocese), Catholic Mutual, Xavier and/or Oceania, your rights may be affected.[1]

As more fully explained in the Plan and Disclosure Statement, the order confirming the Plan will discharge the Diocese of all Claims. Further, in exchange for their contributions and settlement payments to the Trust, the order confirming the Plan will grant releases and certain injunctions to the Participating Parties with respect to Abuse Claims held by Abuse Claimants that voluntarily and affirmatively Opt-In to those provisions. Abuse Claimants that elect to not voluntarily and affirmatively Opt-In will be exempt from the third-party releases and injunctions contained in the Plan, but will only receive a Distribution from the Diocese's Contribution to the Trust, and will give up any Distribution from the other Participating Parties' Contributions to the Trust.

Those entitled to vote on the plan must complete, sign, and return a ballot to Omni Agent Solutions, Inc. ("Omni") so that it is actually received no later than 5:00 p.m. (prevailing Eastern Time) on _____ __, 2025 (the "Voting Deadline").   An Abuse Claimant classified in Class 4 may Opt-In by signing the Abuse Claim Release included in the Ballot and delivering the original Abuse Claim Release to Omni by the Voting Deadline.

The hearing at which the Court will consider confirmation of the Plan will commence on _____ __, 2025 at __:00 __.m. (prevailing Eastern Time).  Objections to confirmation of the Plan must be filed with the Court and served no later than _____ __, 2025 at __:00 __.m. (prevailing Eastern Time).

Abuse Claimants have a right to attend the Confirmation Hearing live in-person, to monitor or participate in the proceedings via Zoom, or to monitor the proceedings anonymously and remotely via Zoom.  For remote access, contact calendarconnect_htd.@ctb.uscourts.gov and indicate if you desire confidentiality.

If you believe your rights are or may be affected, you should promptly consult with an attorney regarding your rights and options.  Please note that the information contained in this notice is not a substitute for reviewing the Plan the Disclosure Statement.

The Disclosure Statement, Plan, and additional documents relating to the confirmation of the Plan are posted at https://omniagentsolutions.com/Norwich.

For diocesan information, please visit: https://www.norwichdiocese.org/

For U.S. Bankruptcy Court for the District of Connecticut information: https://www.ctb.uscourts.gov/

---

[1] All of the capitalized terms used in this paragraph are defined in Section I of the Plan.