## **Exhibit 3**

Cashflow Projections

# The Norwich Roman Catholic Diocesan Corporation
*Cash Flow Forecast through June 2025*

| Description | Jan-25 Forecast[1] | Feb-25 Forecast | Mar-25 Forecast | Apr-25 Forecast | May-25 Forecast | Jun-25 Forecast |
|---|---:|---:|---:|---:|---:|---:|
| Beginning Cash Balance (Unrestricted)[2] -1.1.25 | $ 13,498,325 | $ 13,564,716 | $ 13,631,107 | $ 13,697,498 | $ 13,738,888 | $ 13,805,279 |
| | | | | | | |
| Total Receipts | $ 1,004,000 | $ 1,004,000 | $ 1,004,000 | $ 1,004,000 | $ 1,004,000 | $ 1,004,000 |
| Total Operating Disbursements | (937,609) | (937,609) | (937,609) | (937,609) | (937,609) | (937,609) |
| **Net Operating Cash Flow (Before Plan Transactions)** | **66,391** | **66,391** | **66,391** | **66,391** | **66,391** | **66,391** |
| | | | | | | |
| **Plan Transactions:** | | | | | | |
| Real Estate Sale Proceeds to Trust[3] | | | | | | (7,187,663) |
| Interest on Real Estate Proceeds (St. Bernard acct thru Dec 6, 2024) | | | | | | (213,190) |
| Recovery from ACA | | | | | | 500,000 |
| Payment to Trust using funds received from ACA | | | | | | (500,000) |
| Settlement Payment to Trust | | | | | | (500,000) |
| Payment to Unknown Abuse Claims Trust | | | | | | (100,000) |
| Professional Fees[4] | | | | | | (5,131,123) |
| Net Epiq Recovery to Estate[5] | | | | | | - |
| UST Fees | | - | | - | (25,000) | - | (125,000) |
| **Total Plan Transactions:** | - | - | - | (25,000) | - | (13,256,976) |
| **Net Cash Flow (Incl. Plan Transactions)** | $ 66,391 | $ 66,391 | $ 66,391 | $ 41,391 | $ 66,391 | $ (13,190,585) |
| | | | | | | |
| **Ending Cash Balance** | $ 13,564,716 | $ 13,631,107 | $ 13,697,498 | $ 13,738,888 | $ 13,805,279 | $ 614,694 |

**Notes:**
[1] Assumes June 2025 Confirmation and Effective Date
[2] Balance as of 1/1/25 and includes various real estate sale proceeds
[3] Net real estate sale proceeds
[4] Estimated professional fees through June 2025
[5] Received by Debtor in December 2023