The Norwich Roman Catholic Diocesan Corpration
Liquidation Analysis - Plan vs Liquidation
As of 12/31/24

### Plan Contributions -
### $000's

Funded by Debtor:

| | | | |
|---|---|---:|---|
| (i) | Diocese Cash (includes RE interest) | $ 1,213 | |
| (ii) | Diocese Note | 1,520 | |
| (iii) | Xavier | 2,500 | |
| (iv) | Sold Real Estate | 7,188 | |
| (vi) | Transferred Misc. Real Estate | 521 | |
| (vii) | Mt. St. John (Estimate) - if unsold at eff date | TBD | |
| (viii) | Transferred Insurance Interests | TBD | |

Proceeds from other parties:

| | | | |
|---|---|---:|---|
| (i) | Christian Brothers Oceania Province | 7,000 | |
| (ii) | Parishes | 2,700 | |
| (iii) | Catholic Mutual | 5,300 | |
| (iv) | Mercy | 50 | |
| (v) | St. Mary's real estate - 50-54 N Main St | 400 | |
| (vi) | Mt. St. John (Estimate) - proceeds if sold | 4,500 | |
| | | $ 32,892 | + "TBD" above |

| | Plan | Liquidation |
|---|---:|---:|
| **Distributable Funds** | $ 32,892 | $ 22,876 |
| Less: | | |
| Chapter 7 Trustee Fees | - | (686) |
| Chapter 7 Attorney and Financial Professional Fees | - | (500) |
| Shut-down costs | - | (250) |
| Chapter 11 Residual Administrative Costs | (50) | (50) |
| Chapter 11 Residual Professional Fees | (5,100) | (4,875) |
| Other Administrative claims | (75) | (75) |
| People's Bank line of credit | - | (375) |
| Secured real estate debt | - | (1,767) |
| Priority claims | (134) | (134) |
| **Total Reductions:** | (5,359) | (8,713) |
| **Funds Available for Unsecured Creditors:** | $ 27,533 | $ 14,164 |

Diocese of Norwich Liquidation Analysis

The Norwich Roman Catholic Diocesan Corpration
Liquidation Analysis
As of 12/31/24

| | DEBTOR ASSETS | fn | Adjustments | LIQUIDATION VALUE |
|---|---:|:---:|---:|---:|
| **Current Assets** | | | | |
| Cash and Cash Equivalents - Unrestricted | $ 6,090,775 | 1 | | 6,090,775 |
| Cash and Cash Equivalents - Restricted | 2,203,217 | 1 | (2,203,217) | - |
| M&T Escrow Cash - St. Bernard & 31 Perkins sale proceeds | 7,407,550 | 2 | | 7,407,550 |
| Memo accounts and grants receivable, net: | | | | |
|   Cathedraticum | 1,664,408 | 3 | (1,664,408) | - |
|   Non-Cathedraticum | 14,173,952 | 3 | (10,630,464) | 3,543,488 |
|   Allowance on memo accounts and AR | (6,065,330) | 3 | 6,065,330 | - |
| Loans receivable | 903,430 | 4 | (677,573) | 225,858 |
| Pledges receivable, net | 335,589 | 4 | (251,692) | 83,897 |
| Loan to Mt. St. John - Secured | 1,533,596 | 5 | - | 1,533,596 |
| Loan to Mt. St. John - Unsecured | 842,405 | 6 | (792,405) | 50,000 |
| **Total Current Assets** | $ 29,089,591 | | $ (10,154,428) | $ 18,935,163 |
| | | | | |
| **Property and Equipment** | | | | |
| Furniture / equipment | $ 804 | 7 | (804) | $ - |
| Vehicles | 96,751 | 8 | (72,563) | 24,188 |
| Real Estate - 2 high schools | 2,187,367 | 9 | (328,105) | 1,859,262 |
| Real Estate - other | 2,571,916 | 10 | (514,383) | 2,057,532 |
| **Total Property and Equipment** | $ 4,856,033 | | $ (915,051) | $ 3,940,982 |
| | | | | |
| **Total Assets from Debtor**[11] | $ 33,945,625 | | $ (11,069,479) | $ 22,876,145 |

**Notes**

1. 12/31/24 Balances. Includes investment brokerage accounts; donor restricted funds are excluded
2. Proceeds from sale of St. Bernard, 31 Perkins and other parcels. Cash is currently in escrow
3. Presumes 100% uncollectable for Cathedraticum-related balance and 75% discount for all other "receivables" and
4. Presumes 75% discount on parish loans in Chapter 7 due to collection difficulties, offsets and defenses.
5. Property is valued in excess of secured debt and thus secured amount would be paid in full. Unsecured portion is
6. Recovery of unsecured amount deemed *di minimis* in light of claims against Mt. St. John
7. All furniture, fixtures and equipment were fully depreciated as of 7/15/21 except $804 in computers. Assume liquidation value of these fixed assets is zero.
8. Eight vehicles; values per Edmonds.com at 7/15/21  Asssume 25% discount for further depreciation and net
9. Considers in-place 20-year leases, resulting in inability to monetize until lease expires. Assumes base value increases 5% per year until that time, then is discounted back at 15%.
10. Based on actual sale results and Town of Norwich Assessments, with 20% reduction for liquidation, closing and other costs of sale
11. Does not include Plan related contributions from 3rd parties

Diocese of Norwich Liquidation Analysis

|  | fn | |
|---|---|---:|
| **Liquidation value of Assets** |  | 22,876,145 |
| **Less:** |  |  |
| Chapter 7 Trustee Fees | 1 | (686,284) |
| Chapter 7 Attorney and Financial Professional Fees | 2 | (500,000) |
| Shut-down costs |  | (250,000) |
| Chapter 11 Residual Administrative Costs | 3 | (50,000) |
| Chapter 11 Residual Professional Fees |  | (4,875,000) |
| Other Administrative claims |  | (75,000) |
| People's Bank line of credit |  | (375,000) |
| Secured real estate debt | 4 | (1,767,219) |
| Priority claims |  | (134,018) |
| **Total Admin & Priority Claims** |  | $ (8,712,522) |
| **Estimated Net Assets Available for Distribution to Unsecured Creditors** |  | $ 14,163,623 |

| | | CLAIM | RECOVERY |
|---|---|---:|---:|
| **Usecured Creditor Claims** | | | |
| Due to Priest Pension Plan | | 90,038 | 25,238 |
| Prepetition Trade Payables | | 249,543 | 69,947 |
| Due to Parishes, Schools and other Catholic Organizations | | 2,366,734 | 663,395 |
| Accrued PTO | | 268,036 | 75,130 |
| Survivor Claims (142 claims) | 5 | 42,600,000 | 11,940,766 |
| Secured Debt Guarantee Deficiency Claim | | 4,955,938 | 1,389,148 |
| Total | | $ 50,530,289 | $ 14,163,623 |

**Notes**

1. Assumes 3% of available assets
2. Includes pursuit of existing and potential litigation with other Catholic organizations for contribution or indemnification of claims as well as profession portion of shut-down administration
3. Includes not-yet-paid professional fees; and post-petition AP as of 7/31, net of of $521k Epiq fees waived
4. Debtor is limited guarantor of a non-debtor obligation. Amount is limited to the value of the properties (listed above). Deficiency balance included in Unsecured Creditor Claims
5. $300,000 x 142 claims. This is an estimate for analytical purposes only and does not represent any admission of liability on the part of the Debtor or any other Person

The Norwich Roman Catholic Diocesan Corpration
Liquidation Analysis - Real Estate Detail
As of 12/31/24

| Properties | | Net Book Value at 7/15/21 [1] | Assessed Value [2] | Govt "Appraisal"/Listed Price [3] | Commission | Carry Cost (6 mos.) | RE Mill Rate | RE Taxes (6 mos) | Net Value |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 5% | | | | |
| 7-9 Bath St (Sold)[6] | Norwich | 16,759 | 23,200 | | | | | | |
| 11 Bath St (Sold)[6] | Norwich | 111,821 | 147,800 | 190,000 | (9,500) | | 48.48 | - | - |
| 7 Otis St | Norwich | 148,428 | 408,200 | 559,000 | (27,950) | | 48.48 | (9,895) | 521,155 |
| 17 Otis St (Sold)[6] | Norwich | 106,400 | 133,500 | 170,000 | (8,500) | | 48.48 | - | - |
| 25 Otis St (Sold)[6] | Norwich | 102,783 | 105,200 | 165,036 | - | | 48.48 | - | - |
| 31 Perkins Ave (Sold) [6] | Norwich | 13,553 | 106,500 | - | - | | 48.48 | - | - |
| 201 Broadway | Norwich | 214,707 | 613,800 | 876,857 | (43,843) | | 48.48 | (14,879) | 818,136 |
| 274 Broadway | Norwich | 148,388 | 259,800 | 371,143 | (18,557) | | 48.48 | (6,298) | 346,288 |
| 617 Main St | Middletown | 55,395 | 281,840 | 402,629 | (20,131) | | | - | 382,497 |
| 290 Prospect St | Willimantic | 75,628 | 249,940 | 357,057 | (17,853) | | | - | 339,204 |
| 60 Jay St | New London | 15,237 | 121,310 | 173,300 | (8,665) | | | - | 164,635 |
| | | 1,009,098 | 2,451,090 | 3,265,022 | (154,999) | | | (31,071) | 2,571,916 |

| High Schools | Net Book Value at 7/15/21 [1] | Liquidation Value [4] | Est Present Value [5] | Cost of Sale (15%) | Title Challenge | Mortgage Debt | Net Liquidation Value |
|---|---|---|---|---|---|---|---|
| Mercy HS | 526,859 | 6,570,000 | 1,065,110 | (159,767) | | (1,768,447) | 4,641,786 |
| Xavier HS | 371,812 | 6,922,500 | 1,122,257 | (168,338) | | (5,046,752) | 1,707,409 |
| | 898,671 | 13,492,500 | 2,187,367 | (328,105) | - | (6,815,200) | 6,349,195 |

**Notes**

1 Debtor has made no additions to these assets since Petition Date.  Depreciation expense is minimal and does not impact liquidation value.
2 Amounts taken from public records.  Actual market value would be materially less than these values.
3 Highlighted properties are valued at the current contract or listing price.  All other properties are assessed at 70% of the "government appraised" value, shown here
4 Liquidation values for Mercy and Xavier are Hilco appraisals by Hilco Real Estate Appraisal.
5 Considers in-place 20-year leases, resulting in inability to monetize until lease expires. Assumes base value increases 5% per year until that time, then is discounted back at 15%.
6 Property sold.  Proceeds included in cash figures