**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION**

| | |
|---|---|
| In re:<br><br>THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION,[1]<br><br>Debtor. | Chapter 11<br><br>Case No: 21-20687 (JJT)<br><br>February 10, 2025 |

**NOTICE OF FILING SIXTH AMENDED PLAN
AND DISCLOSURE STATEMENT DOCUMENTS**

**PLEASE TAKE NOTICE** that on July 31, 2023, the Norwich Roman Catholic Diocesan Corporation (the "Debtor" or "Diocese") and the Official Committee of Unsecured Creditors (the "Committee") filed the *Joint Chapter 11 Plan of Reorganization Proposed by The Norwich Roman Catholic Diocesan Corporation and The Official Committee of Unsecured Creditors* [Dkt. No. 1351] (as it may be amended, the "Plan") and the *Joint Disclosure Statement for Chapter 11 Plan of Reorganization Proposed by The Norwich Roman Catholic Diocesan Corporation and The Official Committee of Unsecured Creditors* [Dkt. No. 1352] (as it may be amended, the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that on July 31, 2023, the Diocese and the Committee also filed the *Motion for Entry of Order (I) Approving Disclosure Statement; (II) Establishing Voting Record Date; (III) Approving Solicitation Packages and Distribution Procedures; (IV) Approving Forms of Ballots and Establishing Procedures for Voting on Plan; (V) Approving Forms of Notices to Non-Voting Classes Under Plan; (VI) Establishing Voting Deadline to Accept or Reject Plan; (VII) Approving Procedures for Vote Tabulation, Including*

---

[1] The Debtor in this chapter 11 case is The Norwich Roman Catholic Diocesan Corporation, a/k/a The Roman Catholic Diocese of Norwich. The last four digits of the Debtor's federal tax identification number are 7373.

*Estimation of Certain Claims for Voting Purposes Only; and (VIII) Establishing Confirmation Hearing Date and Notice and Objection Procedures Thereof* [Dkt. No. 1353] (the "Disclosure Statement Motion").

**PLEASE TAKE FURTHER NOTICE** that the Debtor and the Committee have subsequently jointly amended the Plan [Dkt. Nos. 1400, 1472, 1513, 1594, 1653] and Disclosure Statement [Dkt. Nos. 1401, 1473, 1514, 1595, 1654].

**PLEASE TAKE FURTHER NOTICE** that on February 10, 2025, the Debtor, the Committee, the Catholic Mutual Relief Society of America, and the Association of Parishes of the Roman Catholic Diocese of Norwich, Connecticut (together, the "Plan Proponents") have filed the *Sixth Amended Joint Chapter 11 Plan of Reorganization Proposed by the Norwich Roman Catholic Diocesan Corporation, the Official Committee of Unsecured Creditors, the Catholic Mutual Relief Society of America, and the Association of Parishes of the Roman Catholic Diocese of Norwich, Connecticut* and the *Sixth Amended Joint Disclosure Statement for Chapter 11 Plan of Reorganization Proposed by the Norwich Roman Catholic Diocesan Corporation, the Official Committee of Unsecured Creditors, the Catholic Mutual Relief Society of America, and the Association of Parishes of the Roman Catholic Diocese of Norwich, Connecticut*. The Plan, Disclosure Statement, and certain related documents have been amended. Attached hereto as Exhibits 1 through 25 are comparisons of the amended documents. The following table summarizes the exhibits.

| Exhibit Number | Document Compared | Prior Filing Docket |
|---|---|---|
| 1 | Sixth Amended Joint Plan | 1653 |
| 2 | Plan Exhibit A: Trust Agreement and Trust Distribution Plan | 1653-1 |
| 3 | Plan Exhibit B: Unknown Abuse Claim Trust Agreement and Unknown Abuse Claim Trust Distribution Plan | 1653-2 |
| 4 | Plan Exhibit C: Schedule of Insurance Policies | 1653-3 |
| 5 | Plan Exhibit D: Schedule of Catholic Entities | 1653-4 |

| 6 | Plan Exhibit E: Schedule of Settled Insurers | 1653-5 |
|---|---|---|
| 7 | Plan Exhibit F: Schedule of Participating Parties | 1653-6 |
| 8 | Plan Exhibit G: Non-Monetary Commitments to Healing and Reconciliation | 1653-7 |
| 9 | Plan Exhibit H: Officers and Directors of Reorganized Debtor | 1653-8 |
| 10 | Plan Exhibit I: List of Allegedly Barred Abuse Claims | 1653-9 |
| 11 | Plan Exhibit J: Catholic Mutual Settlement Agreement | 1653-10 |
| 12 | Plan Exhibit K: Mount St. John Settlement Agreement | 1653-11 |
| 13 | Plan Exhibit L: Abuse Claim Release | 1653-12 |
| 14 | Plan Exhibit M: Real Estate Representations and Warranties | 1653-13 |
| 15 | Plan Exhibit N: Effective Date Escrow Agent Agreement | 1653-14 |
| 16 | Plan Exhibit O: Transferred Real Estate | 1653-15 |
| 17 | Plan Exhibit P: Schedule of Executory Contracts | 1653-16 |
| 18 | Plan Exhibit Q: Mercy Settlement Agreement | 1653-17 |
| 19 | Plan Exhibit R: St. Bernard Settlement Agreement | 1653-18 |
| 20 | Plan Exhibit S: Xavier Settlement Agreement | 1653-19 |
| 21 | Sixth Amended Disclosure Statement | 1654 |
| N/A | Disclosure Statement Exhibit 1: Plan | N/A[2] |
| 22 | Disclosure Statement Exhibit 2: Proposed Order | 1654-3[3] |
| 23 | Disclosure Statement Exhibit 3: Cash Flow Projections | 1654-4[4] |
| N/A | Disclosure Statement Exhibit 4: Detailed Narrative Background | N/A[5] |
| 24 | Disclosure Statement Exhibit 5: Liquidation Analysis | 1654-2[6] |
| 25 | Creditors Committee Mini-Disclosure Letter for Class 4 Claimants | 1656 |

**PLEASE TAKE FURTHER NOTICE that all filings may be viewed free of charge** on the website of the Debtor's claims and noticing agent Omni: OmniAgentSolutions.com/Norwich.

The Plan Proponents reserve the right to modify or amend any documents related to the Plan or Disclosure Statement prior to confirmation.

*[ Signature on following page ]*

---

[2] Exhibit 1 to the Disclosure Statement is the Plan, as filed.

[3] The former Disclosure Statement Exhibit 2 was the Liquidation Analysis, which is now Disclosure Statement Exhibit 5.

[4] The former Disclosure Statement Exhibit 3 was the Proposed Order, which is now Disclosure Statement Exhibit 2.

[5] The former Disclosure Statement Exhibit 4 was the Cash Flow Projections, which is now Disclosure Statement Exhibit 3. The Detailed Narrative Background was previously incorporated into the Disclosure Statement but has been converted to an exhibit.

[6] The former Disclosure Statement Exhibit 5 was the Credibly Accused List, which is now attached to Disclosure Statement Exhibit 4.

Dated: February 10, 2025
       Hartford, CT

                */s/  Patrick M. Birney*
                **ROBINSON & COLE LLP**
                Patrick M. Birney (ct19875)
                Annecca H. Smith (ct31148)
                One State Street
                Hartford, CT 06103
                Telephone: (860) 275-8275
                Facsimile: (860) 275-8299
                E-mail:  pbirney@rc.com
                          asmith@rc.com

                **ICE MILLER LLP**
                Louis T. DeLucia (admitted *pro hac vice*)
                Alyson M. Fiedler (admitted *pro hac vice*)
                1500 Broadway, 29th Floor
                New York, NY 10036
                Telephone: (212) 824-4940
                Facsimile: (212) 824-4982
                E-Mail:  louis.delucia@icemiller.com
                          alyson.fiedler@icemiller.com

                *Attorneys for the Debtor*
                *and Debtor-in-Possession*