# United States Bankruptcy Court

## District of Connecticut



In re:

The Norwich Roman Catholic Diocesan Corporation
Debtor*

Case Number: 21−20687
Chapter: 11

### ORDER AND NOTICE OF HEARING ON DISCLOSURE STATEMENT

**To the debtor, creditors, and other parties in interest:**

A disclosure statement and plan under Chapter 11 of the Bankruptcy Code was filed by The Norwich Roman Catholic Diocesan Corporation on February 10, 2025.

**IT IS ORDERED AND NOTICE IS GIVEN THAT:**

1. A hearing to consider approval of the disclosure statement will be held at

    450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103
    on March 12, 2025 and March 13, 2025 starting at 11:00 AM each day.

2. The following date is fixed for filing and serving in accordance with Federal Rules of Bankruptcy Procedure 3017(a) written objections to disclosure statement:

    Date: March 6, 2025

3. Within 5 days after entry of this order, the disclosure statement and plan shall be distributed by the plan proponent in accordance with Federal Rules of Procedure 3017(a).

4. Request copies of the disclosure statement and plan should be directed to:

    Name and Address of Plan Proponent
    The Norwich Roman Catholic Diocesan Corporation
    201 Broadway
    Norwich, CT 06360

    Name and Address of Debtor's Attorney
    Patrick M. Birney
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, CT 06103−3597

5. In lieu of mailing any proposed Plan or Disclosure Statement Exhibits, the Debtor may effectuate proper service by: (i) filing the Exhibits electronically on the docket, including any amendments; (ii) providing them via email upon request; and (iii) promptly posting them on the Debtor's dedicated Chapter 11 website.

Dated: February 13, 2025

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court District of Connecticut
450 Main Street, 7th Floor, Hartford, CT 06103
Tel. (860) 240−3675
http://www.ctb.uscourts.gov

Tel. (860) 240−3675
VCIS* (866) 222−8029
Voice Case Information System
http://www.ctb.uscourts.gov