# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
February 26, 2025

In re:

The Norwich Roman Catholic Diocesan Corporation
Debtor*

Case Number: 21−20687
Chapter: 11

### ORDER SCHEDULING STATUS CONFERENCE

    **ORDERED:** A Status Conference will be held on **March 12, 2025 at 11:00 AM** at 450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103, to consider and act upon the following matter(s):

    Objection to Claim No. 10014 Filed by the Oceania Province of the Congregation of Christian Brothers F/K/A The St. Patrick's Province of the Christian Brothers (Amended) Filed by Stephen M. Kindseth on behalf of Official Committee of Unsecured Creditors Creditor Committee (Re: Doc #610)

Omnibus Status Conference on Late Claim Motions (lbw) (Re: Doc #1305)

Motion for Order Approving Certain Injunctions and Releases Contained in Joint Chapter 11 Plan Filed by Patrick M. Birney on behalf of The Norwich Roman Catholic Diocesan Corporation, Debtor. (Re: Doc #1615)

Motion to Approve Settlement Agreement with St. Bernard's School of Montville, Inc. Filed by Patrick M. Birney on behalf of The Norwich Roman Catholic Diocesan Corporation, Debtor. (Re: Doc #1616)

Motion to Approve Settlement Agreement with Mercy High School Corporation Filed by Patrick M. Birney on behalf of The Norwich Roman Catholic Diocesan Corporation, Debtor. (Re: Doc #1617)

Motion to Approve Settlement Agreement with Catholic Mutual Filed by Patrick M. Birney on behalf of The Norwich Roman Catholic Diocesan Corporation, Debtor. (Re: Doc #1623)

Motion for Order Approving the Appointment of the Effective Date Escrow Agent and the Effective Date Escrow Agent Agreement Filed by Daniel Allen Byrd on behalf of Official Committee of Unsecured Creditors, Creditor Committee. (Re: Doc #1650) ; and it is further

    **ORDERED:** Counsel for the parties to the matter(s) listed herein, or the parties if not represented by counsel, shall appear before this Court at the Status Conference .

Dated: February 26, 2025

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov

*For the purposes of this order, "Debtor" means "Debtors" where applicable.