# United States Bankruptcy Court
## District of Connecticut



Filed and Entered
On Docket
March 10, 2025

In re:

The Norwich Roman Catholic Diocesan Corporation
Debtor*

Case Number: 21−20687
Chapter: 11

### ORDER SCHEDULING STATUS CONFERENCE

**ORDERED:** A Status Conference will be held on **March 12, 2025 at 11:00 AM** at 450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103, to consider and act upon the following matter(s):

Amended Motion to Approve Settlement Agreement with Mercy High School Corporation Filed by Patrick M. Birney on behalf of The Norwich Roman Catholic Diocesan Corporation, Debtor (RE: 1617 Motion to Approve Settlement Agreement filed by Debtor The Norwich Roman Catholic Diocesan Corporation) (Re: Doc #1906)

Amended Motion to Approve Settlement Agreement with St. Bernard's School of Montville, Inc. Filed by Patrick M. Birney on behalf of The Norwich Roman Catholic Diocesan Corporation, Debtor (RE: 1616 Motion to Approve Settlement Agreement filed by Debtor The Norwich Roman Catholic Diocesan Corporation) (Re: Doc #1907)

Amended Motion to Approve Settlement Agreement with Xavier High School Corporation of Middletown Filed by Patrick M. Birney on behalf of The Norwich Roman Catholic Diocesan Corporation, Debtor (RE: 1651 Motion for Order Approving Settlement with Xavier High School Corporation of Middletown filed by Debtor The Norwich Roman Catholic Diocesan Corporation) (Re: Doc #1908) ; and it is further

**ORDERED:** Counsel for the parties to the matter(s) listed herein, or the parties if not represented by counsel, shall appear before this Court at the Status Conference .

Dated: March 10, 2025

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov

*For the purposes of this order, "Debtor" means "Debtors" where applicable.