# United States Bankruptcy Court
## District of Connecticut



Filed and Entered
On Docket
April 16, 2025

In re:

The Norwich Roman Catholic Diocesan Corporation
Debtor*

Case Number: 21–20687
Chapter: 11

## ORDER SCHEDULING STATUS CONFERENCE

**ORDERED:** A Status Conference will be held remotely using the ZoomGov platform on April 24, 2025 at 10:00 AM , to consider and act upon the following matter(s):

Motion to File Claim After Claims Bar Date Filed by Eric S. Cantor on behalf of Claimant R.C., Claimant. (Re: Doc #1962) ; and it is further

**ORDERED:** Counsel for the parties to the matter(s) listed herein, or the parties if not represented by counsel, shall appear before this Court at the Status Conference .

**See below for ZoomGov Connection Instructions to participate via video and/or telephonically.**

Dated: April 16, 2025

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov

*For the purposes of this order, "Debtor" means "Debtors" where applicable.

**Important Policy Notice to the Bar, Public, and Media**

Persons granted remote access to hearings and other proceedings held before the Court via ZoomGov, CourtSolutions, CourtCall, or any other remote communication platform, are reminded that pursuant to policy of the Judicial Conference of the United States and D. Conn. Bankr. L. R. 5073−1, it is absolutely prohibited to record, photograph, rebroadcast or retransmit such proceedings (including streaming, screen−shots or any other audio or video reproduction).

A violation of these prohibitions is subject to sanctions, including but not limited to restricted access to future hearings, removal of court issued media credentials, or any other sanctions deemed necessary by the Court.

**ZOOMGOV REMOTE HEARING INFORMATION FOR PARTICIPANTS :**

If you are the debtor, CM/ECF Filer, or CM/ECF User and will be participating in the above scheduled hearing, at least THREE business days before the scheduled hearing, you must contact the Clerk's Office for instructions to connect to the ZoomGov remote hearing by sending an email to the following court email address: CalendarConnect_HTD@ctb.uscourts.gov. If you do not have an email address, you may call the Clerk's Office at (860)240−3675 for the instructions.